## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>    Plaintiff,<br><br>v.<br><br>Louisiana Attorney General Jeff Landry, Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan Lefleur, Acute Treatment Unit Director Doe, ADA Administrator Ashli Oliveaux, Dr. Gamble, Officer Doe, and EMT Doe,<br><br>    Defendants. | Civ. Case No. 23-cv-01289-SDD-RLB |

### Consent Motion to Dismiss Defendant Attorney General

This motion asks to dismiss the Attorney General as a defendant without prejudice, as discussions with that office have shown that inclusion of the Attorney General as a party is superfluous.

The Attorney General was included in the initial complaint because of the constitutional challenge to a statute. But the Attorney General's office represented – and research confirmed – that the "only requirement for a valid constitutional challenge is raise the issue at the trial court level and service on the AG." That has been accomplished. It is not also necessary to name the Attorney General as a party.

This motion to dismiss thus asks the Court to remove the Attorney General as a defendant, without prejudice. The Attorney General consents to this motion.

1

Respectfully Submitted:

*/s/ William Most*

William Most (La. Bar. No. 36914)
Caroline Gabriel (La. Bar No. 38224)
Most & Associates
201 St. Charles Avenue, Ste. 2500, # 9685
New Orleans, LA 70170
Phone: (504) 509-5023
E-mail: williammost@gmail.com

Oren Nimni (MA BBO No. 691821)*
RIGHTS BEHIND BARS
416 Florida Avenue, NW #26152
Washington, D.C. 20001
(206) 200-9088
oren@rightsbehindbars.org

*\* pro hac vice*

*Attorneys for Plaintiff Joshua Folks*

2