# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA FOLKS** | : | **CIVIL ACTION** |
| | : | **NO. USM 23-01289** |
| **VERSUS** | | |
| | : | **CHIEF JUDGE SHELLY D. DICK** |
| **JEFF LANDRY, ET AL** | : | **MAGISTRATE JUDGE RICHARD** |
| | | **L. BOURGEOIS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER WITH JURY DEMAND

**NOW INTO COURT**, through undersigned Assistant Attorney General, come defendants, the Louisiana Department of Public Safety & Corrections, Tim Hooper, Paul Toce, Dan Lafleur, Ashli Oliveaux and Dr. Matthew Gamble, who respectfully Answer Plaintiff's Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

Defendants specifically plead that they are entitled to and protected by qualified immunity.

### SECOND AFFIRMATIVE DEFENSE

Defendants deny any and all liability unto plaintiff in this matter.

### THIRD AFFIRMATIVE DEFENSE

In the alternative, if any defendant is found to have violated the plaintiff's civil rights and is not entitled to qualified immunity, the plaintiff contributed to his own injuries and/or damages through his own intentional and/or negligent acts and/or failure to conduct himself in a reasonable manner.

## FOURTH AFFIRMATIVE DEFENSE

In the alternative, plaintiff failed to mitigate any damages which he claims to have incurred. The plaintiff's damages, if any, are not of the nature or extent alleged.

## FIFTH AFFIRMATIVE DEFENSE

All actions taken by the defendants were taken in good faith, under the law, and without malice.

## SIXTH AFFIRMATIVE DEFENSE

The defendant is entitled to immunity under LA R.S. 9:2798.1.

## SEVENTH AFFIRMATIVE DEFENSE

The answering defendant affirmatively and specifically pleads the limitations on recovery of damages, interest and cost as provided by La. R.S. 13:5106 and La. R.S. 13:5112.

## NOW IN FUTHER ANSWERING PLAINTIFF'S COMPLAINT:

1.

The allegations found in Paragraph 1 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

2.

The allegations found in Paragraph 2 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

3.

The allegations found in Paragraph 3 of Plaintiff's Complaint are denied.

4.

The allegations found in Paragraph 4 of Plaintiff's Complaint are denied.

2

5.

The allegations found in Paragraph 5 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

6.

The jurisdiction allegations found in Paragraph 6 of Plaintiff's Complaint do not require a response from Defendants; however, to the degree that a response is deemed necessary, it is admitted that this Court has subject matter jurisdiction for the Claims made by Plaintiff.

7.

The jurisdiction allegations found in Paragraph 7 of Plaintiff's Complaint do not require a response from Defendants; however, to the degree that a response is deemed necessary, it is admitted that this Court may choose to exercise supplemental jurisdiction for the state law Claims made by Plaintiff.

8.

The venue allegations found in Paragraph 8 of Plaintiff's Complaint do not require a response from Defendants; however, to the degree that a response is deemed necessary, it is admitted that this Court is a proper venue for the Claims made by Plaintiff.

9.

The allegations found in Paragraph 9 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

10.

The allegations found in Paragraph 10 of Plaintiff's Complaint are denied.[1]

---

[1] Defendants are aware that Jeff Landry has been dismissed from this matter prior to the filing of this *Answer*, and they further deny the alleged description of the scope of the role of Attorney General for the State of Louisiana.

11.

The allegations found in Paragraph 11 of Plaintiff's Complaint are admitted.

12.

The allegations found in Paragraph 12 of Plaintiff's Complaint are admitted to the extent that Timothy Hooper is the Warden of Louisiana State Penitentiary ("LSP"). The allegations are denied to the extent they allege that Timothy Hooper failed any duty owed to Plaintiff. All other allegations are denied for lack of suffiecient information to justify a reasonable belief therein.

13.

The allegations found in Paragraph 13 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

14.

The allegations found in Paragraph 14 of Plaintiff's Complaint are denied to the extent that they allege that Dr. Paul Toce failed any duty to Plaintiff. The allegations are admitted to the extent that Dr. Toce is the current Director of Medical Services at LSP. All other allegations are denied for lack of sufficient information to justify a reasonable belief therein.

15.

The allegations found in Paragraph 15 of Plaintiff's Complaint are denied to the extent they allege Defendant Oliveaux failed any duty owed to Plaintiff. All other allegations are denied for lack of sufficient information to justify a reasonable belief therein.

16.

The allegations found in Paragraph 16 of Plaintiff's Complaint are denied to the etent they allege that Dr. Lafleur failed any duty to Plaintiff. All other allegations are denied for lack of sufficient information to justify a reasonable belief therein.

17.

The allegations found in Paragraph 17 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

18.

The allegations found in Paragraph 18 of Plaintiff's Complaint are denied to the extent they allege that Dr. Gamble failed any duty owed to Plaintiff.  All other allegations are denied for lack of sufficient information to justify a reasonable belief therein.

19.

The allegations found in Paragraph 19 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

20.

The allegations found in Paragraph 20 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

21.

The allegations found in Paragraph 21 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

22.

The allegations found in Paragraph 22 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

23.

The allegations found in Paragraph 23 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

24.

The allegations found in Paragraph 24 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

25.

The allegations found in Paragraph 25 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

26.

The allegations found in Paragraph 26 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

27.

The allegations found in Paragraph 27 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

28.

The allegations found in Paragraph 28 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

29.

The allegations found in Paragraph 29 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

30.

The allegations found in Paragraph 30 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

31.

The allegations found in Paragraph 31 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

32.

The allegations found in Paragraph 32 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

33.

The allegations found in Paragraph 33 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

34.

The allegations found in Paragraph 34 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

35.

The allegations found in Paragraph 35 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

36.

The allegations found in Paragraph 36 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

37.

The allegations found in Paragraph 37 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

38.

The allegations found in Paragraph 38 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

39.

The allegations found in Paragraph 39 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

40.

The allegations found in Paragraph 40 of Plaintiff's Complaint are admitted to the extent that it is an accurate transcription of a portion of LSA-R.S. 14:404.

41.

The allegations found in Paragraph 41 of Plaintiff's Complaint are admitted.

42.

The allegations found in Paragraph 42 of Plaintiff's Complaint are admitted.

43.

The allegations found in Paragraph 43 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

44.

The allegations found in Paragraph 44 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

45.

The allegations found in Paragraph 45 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

46.

The allegations found in Paragraph 46 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

47.

The allegations found in Paragraph 47 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

48.

The allegations found in Paragraph 48 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

49.

The allegations found in Paragraph 49 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

50.

The allegations found in Paragraph 50 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

51.

The allegations found in Paragraph 51 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

52.

The allegations found in Paragraph 52 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

53.

The allegations found in Paragraph 53 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

54.

The allegations found in Paragraph 54 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

55.

The allegations found in Paragraph 55 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

56.

The allegations found in Paragraph 9 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

57.

The allegations found in Paragraph 57 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

58.

The allegations found in Paragraph 58 of Plaintiff's Complaint are denied as written.

59.

The allegations found in Paragraph 59 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

60.

The allegations found in Paragraph 60 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

61.

The allegations found in Paragraph 61 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

62.

The allegations found in Paragraph 62 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

63.

The allegations found in Paragraph 63 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

64.

The allegations found in Paragraph 9 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

65.

The allegations found in Paragraph 65 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

66.

The allegations found in Paragraph 66 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

67.

The allegations found in Paragraph 67 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

68.

The allegations found in Paragraph 9 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

69.

The allegations found in Paragraph 69 of Plaintiff's Complaint are denied to the xtent they allege any failed duty owed to Plaintiff.  All other allegations are denied for lack of sufficient information to justify a reasonable belief therein.

70.

The allegations found in Paragraph 70 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

71.

The allegations found in Paragraph 71 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

72.

The allegations found in Paragraph 72 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

73.

The allegations found in Paragraph 73 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

74.

The allegations found in Paragraph 74 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

75.

The allegations found in Paragraph 75 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

76.

The allegations found in Paragraph 76 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

77.

The allegations found in Paragraph 77 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

78.

The allegations found in Paragraph 78 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

79.

The allegations found in Paragraph 79 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

80.

The allegations found in Paragraph 80 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

81.

The allegations found in Paragraph 81 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

82.

The allegations found in Paragraph 82 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

83.

The allegations found in Paragraph 83 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

84.

The allegations found in Paragraph 84 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

85.

The allegations found in Paragraph 85 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

86.

The allegations found in Paragraph 86 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

87.

The allegations found in Paragraph 87 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

88.

The allegations found in Paragraph 88 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

89.

The allegations found in Paragraph 89 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

90.

The allegations found in Paragraph 90 of Plaintiff's Complaint are admitted to the extent that the conditions of "death row" at LSP have been the subject of prior litigation.  All other allegations are denied for lack of sufficient information to justify a reasonable belief therein.

91.

The allegations found in Paragraph 91 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

92.

The allegations found in Paragraph 92 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

93.

The allegations found in Paragraph 93 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

94.

The allegations found in Paragraph 94 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

95.

Paragraph 95 of Plaintiff's Complaint is a reallegation of all previous paragraphs. Defendants's responses are the same.

96.

The allegations found in Paragraph 96 of Plaintiff's Complaint are admitted to the extent that they are accurate transcriptions of portions of the cited statutes.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

97.

The allegations found in Paragraph 97 of Plaintiff's Complaint are admitted to the extent that they are accurate transcriptions of portions of the cited statutes.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

98.

The allegations found in Paragraph 98 of Plaintiff's Complaint are admitted to the extent that they are accurate transcriptions of portions of the cited opinion.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

99.

The allegations found in Paragraph 99 of Plaintiff's Complaint are admitted to the extent that the Louisiana Department of Corrections is a public entity as defined in 42 U.S.C. § 12131(2). All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

100.

The allegations found in Paragraph 100 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

101.

The allegations found in Paragraph 101 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

102.

The allegations found in Paragraph 102 of Plaintiff's Complaint are denied.

103.

The allegations found in Paragraph 103 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

104.

The allegations found in Paragraph 104 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

105.

The allegations found in Paragraph 105 of Plaintiff's Complaint are denied.

106.

Paragraph 106 of Plaintiff's Complaint is a reallegation of all previous paragraphs. Defendants's responses are the same.

107.

The allegations found in Paragraph 107 of Plaintiff's Complaint are admitted to the extent that they are accurate transcriptions of portions of the cited statutes.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

108.

The allegations found in Paragraph 108 of Plaintiff's Complaint are admitted to the extent that they are accurate transcriptions of portions of the cited opinion.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

109.

The allegations found in Paragraph 109 of Plaintiff's Complaint are admitted to the extent that they are a generally accurate summation of portions of the cited opinion. All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

110.

The allegations found in Paragraph 110 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

111.

The allegations found in Paragraph 111 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

112.

The allegations found in Paragraph 112 of Plaintiff's Complaint are denied.

113.

The allegations found in Paragraph 113 of Plaintiff's Complaint are denied.

114.

The allegations found in Paragraph 114 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

115.

The allegations found in Paragraph 115 of Plaintiff's Complaint are denied.

116.

The allegations found in Paragraph 116 of Plaintiff's Complaint are denied.

117.

Paragraph 106 of Plaintiff's Complaint is a reallegation of all previous paragraphs. Defendants's responses are the same.

118.

The allegations found in Paragraph 118 of Plaintiff's Complaint are admitted to the extent that they are a generally accurate summation of portions of the cited provision of the U.S. Constitution.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

119.

The allegations found in Paragraph 109 of Plaintiff's Complaint are admitted to the extent that they are a generally accurate summation of portions of the cited opinion.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

120.

The allegations found in Paragraph 120 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

121.

The allegations found in Paragraph 121 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

122.

The allegations found in Paragraph 122 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

123.

The allegations found in Paragraph 123 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

124.

The allegations found in Paragraph 124 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

125.

The allegations found in Paragraph 125 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

126.

The allegations found in Paragraph 126 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

127.

Paragraph 127 of Plaintiff's Complaint is a reallegation of all previous paragraphs. Defendants's responses are the same.

128.

The allegations found in Paragraph 128 of Plaintiff's Complaint are admitted to the extent that they are a generally accurate summation of portions of the cited opinion.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

129.

The allegations found in Paragraph 129 of Plaintiff's Complaint are admitted to the extent that they are a generally accurate summation of portions of the cited opinion.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

130.

The allegations found in Paragraph 130 of Plaintiff's Complaint are denied.

131.

The allegations found in Paragraph 131 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

132.

The allegations found in Paragraph 132 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

133.

The allegations found in Paragraph 133 Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

134.

Paragraph 134 of Plaintiff's Complaint is a reallegation of all previous paragraphs. Defendants's responses are the same.

135.

The allegations found in Paragraph 135 of Plaintiff's Complaint are admitted to the extent that they are a generally accurate summation of portions of the cited opinion. All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

136.

The allegations found in Paragraph 136 of Plaintiff's Complaint are admitted to the extent that they are a generally accurate summation of portions of the cited opinion. All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

137.

The allegations found in Paragraph 137 of Plaintiff's Complaint are admitted to the extent that they are a generally accurate summation of portions of the cited opinion. All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

138.

The allegations found in Paragraph 138 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

139.

The allegations found in Paragraph 139 of Plaintiff's Complaint are denied.

140.

The allegations found in Paragraph 140 of Plaintiff's Complaint are denied.

141.

The allegations found in Paragraph 141 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

142.

Paragraph 142 of Plaintiff's Complaint is a reallegation of all previous paragraphs. Defendants's responses are the same.

143.

The allegations found in Paragraph 143 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

144.

The allegations found in Paragraph 144 of Plaintiff's Complaint are denied.

145.

The allegations found in Paragraph 145 of Plaintiff's Complaint are denied.

146.

The allegations found in Paragraph 146 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

147.

Paragraph 147 of Plaintiff's Complaint is a reallegation of all previous paragraphs. Defendants's responses are the same.

148.

The allegations found in Paragraph 148 of Plaintiff's Complaint are admitted to the extent that they are a generally accurate summation of portions of the cited opinion.  All other allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

149.

The allegations found in Paragraph 149 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

150.

The allegations found in Paragraph 150 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

151.

The allegations found in Paragraph 151 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

<center>152.</center>

The allegations found in Paragraph 152 of Plaintiff's Complaint are denied for lack of sufficient information to justify a reasonable belief therein.

<center>153.</center>

Plaintiff's Prayer for Relief does not require a response from Defendants; however, out of an abundance of caution, any allegations therein are denied for lack of sufficient information to justify a reasonable belief therein.

<center>154.</center>

Except as admitted above, Defendants deny all other allegations contained in Plaintiff's *Complaint*.

<center>155.</center>

Defendants are entitled to recover reasonable expenses, including reasonable attorney fees, incurred for having to defend against this suit as it lacks basis in law or in fact.

<center>156.</center>

Defendants demant a trial by jury on all issues so triable.

**WHEREFORE**, defendants, Louisiana Department of Public Safety & Corrections, Tim Hooper, Paul Toce, Dan Lafleur, Ashli Oliveaux and Dr. Matthew Gamble, pray that this *Answer with Jury Demand* be deemed good and sufficient and that after due proceedings are had, there be Judgment herein in their favor, and against the plaintiff, dismissing Plaintiff's *Complaint* at his cost, for defendant's attorney's fees, and for all general and equitable relief.

<div style="margin-left: 40%;">

Respectfully submitted,

**ELIZABETH MURRILL**
**ATTORNEY GENERAL**

BY:   /s/ Matthew P. Roth
      Matthew P. Roth (#37527)

</div>

<center>24</center>

Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone:     225-326-6300
Facsimile:      225-326-6495
E-mail: rothm@ag.louisiana.gov
*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on January 25, 2024, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the Court's electronic filing system.


*/s/Matthew P. Roth*
Matthew P. Roth
Assistant Attorney General