UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Joshua Folks

      Plaintiff,

  v.

Louisiana Attorney General Jeff Landry, *et al.*

      Defendants.

Civil Action No. 3:23-cv-01289-SDD-RLB

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83(b)(8), Caroline Gabriel, a member of the bar of this Court, hereby moves for the admission of Sarah Purtill to appear *pro hac vice* in the above captioned matter, as co-counsel in the matter *Joshua Folks v. Louisiana Attorney General Jeff Landry et al.*, 3:23-cv-01289-SDD-RLB. In consideration of this motion, the following facts support the application:

Ms. Purtill is a licensed attorney admitted to practice in the State of New York. She is a member in good standing of the bar of the State of New York. Ms. Purtill is an attorney with the law firm Jenner & Block LLP.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Purtill is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the Appellate Division of the Supreme Court for the State of New York is attached to Ms. Purtill's declaration.

Ms. Purtill's contact information is as follows: 1155 Avenue of the Americas, New York, NY 10036, Tel: (212) 407-1760, Email: spurtill@jenner.com.

The undersigned local counsel understands that local counsel will be responsible to the Court at all stages of the proceedings and must co-sign all documents filed in this matter.

Respectfully submitted,

*/s/ Caroline Gabriel*
William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
Most & Associates
201 St. Charles Ave.,
Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Email: williammost@gmail.com

*Attorneys for Plaintiff*