# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks <br><br>              Plaintiff, <br><br>              v. <br><br> Louisiana Attorney General Jeff Landry, *et al.* <br><br>              Defendants. | Civil Action No. 3:23-cv-01289-SDD-RLB |

## **[PROPOSED] ORDER**

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice*,

**IT IS ORDERED** that attorney **Sarah Purtill** be enrolled as counsel of record for the above captioned matter.

Signed in Baton Rouge, Louisiana, this ___ day of _____, 2024.

_____

JUDGE RICHARD L. BOURGEOIS, JR.
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA