IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>    Plaintiff,<br><br>v.<br><br>Louisiana Attorney General Jeff Landry, *et al.*,<br><br>    Defendants. | Civil Action No. 3:23-cv-01289-SDD-RLB<br><br>DECLARATION OF SARAH PURTILL IN SUPPORT OF ADMISSION PRO HAC VICE |

## **DECLARATION IN SUPPORT OF MOTION TO ADMIT SARAH PURTILL *PRO HAC VICE***

I, Sarah Purtill, of New York, NY declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No criminal charges are pending against me nor have any ever been instituted.

3. No disciplinary proceedings are pending against me or have been instituted against me.

4. I am a member in good standing of the bar of the State of New York (6049357).

5. My Certificate of Good Standing from the Appellate Division of the Supreme Court of New York is attached to this declaration as Exhibit 1.

6. I have also been duly admitted as a member of the bar of: the Eastern District of New York, the Southern District of New York, and the US Court of Federal Claims. I have never had any discipline initiated against me by any of these bars.

7. Furthermore, I do affirm that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law and abide by any and all Local Rules.

8. I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2024

Respectfully submitted,

/s/ Sarah Purtill
Sarah Purtill
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 407-1760
Email: spurtill@jenner.com
