UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JOSHUA FOLKS**                                                       **CIVIL ACTION**

**VERSUS**                                                                  **NO. 23-1289-SDD-RLB**

**JEFF LANDRY, ET AL.**

### ORDER

This matter is before the Court on a Joint Motion for Extension of Time to Complete Discovery. (R. Doc. 26). Within the motion the parties seek to extend the discovery, expert and dispositive and Daubert motion filing deadlines due to counsel changes for various parties. Although the parties represent that the requested extension will not interfere with the trial date; the Court finds that an approximately 4-month extension of the dispositive and Daubert motion filing deadline will interfere with various pretrial deadlines and not allow sufficient time for the trial judge to resolve any dispositive or Daubert motions in advance of trial. Therefore, in addition to modifying the proposed deadlines, the pretrial and trial deadlines will also be extended in order to accommodate the preferences and availability of the district judge. Accordingly,

**IT IS ORDERED** that the Joint Motion for Extension of Time to Complete Discovery is **GRANTED**, and the Scheduling Order (R. Doc. 17) is amended as follows:[1]

1. The deadline to join other parties or to amend the pleadings is Expired.

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): Expired.

    b. **Filing** all discovery motions and **completing** all discovery except experts: **March 10, 2025.**

    NOTE:  Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

---

[1] All deadlines are repeated for ease of reference. New deadlines are indicated in bold type.

  c. Disclosure of identities and resumés of experts:

    **Plaintiff(s):**  **February 10, 2025.**

    **Defendant(s):**  **March 10, 2025.**

  d. Expert reports must be submitted to opposing parties as follows:

    **Plaintiff(s):**  **March 17, 2025.**

    **Defendant(s):**  **April 15, 2025.**

  e. Discovery from experts must be completed by **May 15, 2025.**

3. Deadline to file dispositive motions and Daubert motions: **June 18, 2025.**

4. Deadline to file pre-trial order: **December 30, 2025.**[2]

   **Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.**

5. Deadline to file motions in limine: **January 5, 2026.**

   **Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.**

6. Deadline to file an affidavit of settlement efforts: **December 15, 2025.**

7. Pre-trial conference date: **January 13, 2026 at 1:30 p.m.** in the chambers of the Honorable Shelly D. Dick.

8. Deadline to submit joint jury instructions, voir dire, and verdict forms to the presiding judge: **January 5, 2026.**

   **The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (http://www.lamd.uscourts.gov) under "Judges' Info."**

9. **A 4-day jury trial is scheduled for 9:00 a.m. beginning on January 26, 2026 in Courtroom 3.**

Signed in Baton Rouge, Louisiana, on November 12, 2024.

            _____
            **RICHARD L. BOURGEOIS, JR.**
            **UNITED STATES MAGISTRATE JUDGE**

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.