IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks<br><br>*Plaintiff*<br><br>v.<br><br>Louisiana Attorney General Liz Murrill, Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan Lefleur, Acute Treatment Unit Director Doe, ADA Administrator Ashli Oliveaux, Dr. Gamble, Officer Doe, and EMT Doe, *Defendants* | Case No. 23-cv-01289 |

### THE ATTORNEY GENERAL OF THE STATE OF LOUISIANA'S MOTION TO INTERVENE

NOW INTO COURT, through undersigned counsel, comes the Attorney General for the State of Louisiana, Liz Murrill (Attorney General Liz Murrill), who, pursuant to Fed. R. Civ. P. 24 and 28 U.S.C. § 2403(b), moves this Court for an order allowing Attorney General Liz Murrill to intervene, for the following reasons:

1.

Under 28 U.S.C. § 2403(b), Attorney General Liz Murrill has a right to intervene in any action challenging the constitutionality of any Louisiana statute affecting the public interest.

2.

Rule 24(a)(1) of the Federal Rules of Civil Procedure provide that the attorney general of a state may intervene in an action where a claim or defense is based on a statute and the constitutionality of the statute is challenged. Federal law, specifically 28 U.S.C. § 2403(b), confers upon Attorney General Liz Murrill an unconditional right to intervene when a party has challenged

the constitutionality of a Louisiana statute. *See Haspel & Davis Milling & Planting Co. v. Bd. of Levee Commissioners of the Orleans Levee Dist. & State of Louisiana*, 493 F.3d 570, 577–78 (5th Cir. 2007); *see also Thatcher v. Tennessee Gas Trans. Co.*, 180 F.2d. 644, 648 n.7 (5th Cir. 1950); *O'Keefe v. New York City Bd. of Elections*, 246 F. Supp. 978, 980 (S.D.N.Y. 1965).

3.

Plaintiff's petition, filed on September 12, 2024, challenges the constitutionality of La. R.S. 14:404 concerning self-mutilation by a prison. An order granting the Plaintiff's Motion for Partial Dismissal, dismissing the Louisiana Attorney General as a Defendant was signed by the court on January 19, 2024. Plaintiff subsequently filed the First Amended Complaint on January 25, 2024. The First Amended Complaint realleged constitutional challenges to La. R.S. 14:404. No meaningful case events have occurred. This motion is timely. see *Edwards v. City of Houston*, 78 F.3d 983, 1000 (5th Cir. 1996) (finding that delays of "only 37 and 47 days . . . are not unreasonable"); *Ross v. Marshall*, 426 F.3d 745, 755 (5th Cir. 2005) (permitting post-judgment intervention); *Mullins v. De Soto Securities Co.*, 3 F.R.D. 432, 433 (W.D. La. 1944) (finding motion to intervene timely during the initial pleading stage); *United States v. Virginia*, 282 F.R.D. 403, 405 (E.D. Va. 2012) ("Where a case has not progressed beyond the initial pleading stage, a motion to intervene is timely.").

4.

In compliance with Fed. R. Civ. P. 24(c), Attorney General Liz Murrill submits a proposed pleading, an Answer, attached hereto.

5.

In accordance with LR 7(e), the Attorney General attempted to obtain consent for the filing and granting of the motion from all parties having an interest to oppose such motion. The plaintiff,

through his attorney of record, does not consent to the filing of this motion. Counsel of record for the defendants consent to this filing. Thus, this motion is contested.

6.

Attorney General Liz Murrill hereby seeks to intervene in this action, pursuant to Fed. R. Civ. P. 24 and 28 U.S.C. § 2403(b), for the limited purpose of defending the constitutionality of the state law challenged by Plaintiff.

**WHEREFORE,** the Attorney General of State of Louisiana, Liz Murrill, prays that this Motion to Intervene be granted and that the proposed Answer attached hereto be filed into the record of this matter.

Respectfully submitted,

LIZ MURRILL
LOUISIANA ATTORNEY GENERAL

BY: s/Terrel T. Kent_____
Terrel T. Kent (LSBA No. 33215)
Carey T. Jones (LSBA No. 07474)
David Jeddie Smith (LSBA No. 27089)
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
kentt@ag.louisiana.gov
jonescar@ag.louisiana.gov
smithda@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

      I do hereby certify that, on this 15th day of November, 2024, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system which gives notice of filing to all counsel of record. Counsel of record not registered in the CM/ECF system were served via other means.

      /s/Terrel T. Kent
      TERREL T. KENT