## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks<br><br>*Plaintiff*<br><br>v.<br><br>Louisiana Attorney General Liz Murrill, Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan Lefleur, Acute Treatment Unit Director Doe, ADA Administrator Ashli Oliveaux, Dr. Gamble, Officer Doe, and EMT Doe, *Defendants*. | Case No. 23-cv-01289 |

### ORDER

Upon consideration of the Attorney General of the State of Louisiana's Motion to Intervene, and considering the grounds presented, it is hereby ORDERED that the motion is GRANTED; and further ORDERED that proposed Intervenor, Attorney General of the State of Louisiana is permitted to participate in the above captioned matter as Intervenor-Defendant for the limited purpose of defending state statute constitutionality;

SO ORDERED.

This ____ day of _____ 2024.

_____
United States District Judge