**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Joshua Folks,<br>   Plaintiff,<br><br>    v.<br><br>Louisiana Dep't of Public Safety & Corrections, *et al.*,<br><br>   Defendants. | Case No. 23-cv-01289<br><br>**DECLARATION OF WILLIAM MOST** |

William Most states and alleges as follows:

1. I am an attorney in the law firm of Most & Associates and represent Plaintiff Joshua Folks ("Plaintiff") in the above-captioned action.

2. On or about January 3, 2024, Madeline Carbonette from the Office of Attorney General Liz Murrill contacted me to suggest that the Attorney General be dismissed as a defendant because the Attorney General was not a required party to challenge the constitutionality of La. R.S. 14:404.

3. Plaintiff's counsel acceded to the Attorney General's January 3, 2024 request and drafted and filed a consent motion to dismiss the Attorney General.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2024.

               */s/ William Most*
               William Most (La. Bar No. 36914)
               MOST & ASSOCIATES
               201 St. Charles Ave., Ste. 114, # 101
               New Orleans, LA 70170
               Telephone: (504) 509-5023
               Email: williammost@gmail.com
               *Attorney for Plaintiff*