UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Joshua Folks,**<br><br>          **Plaintiff,**<br><br>**v.**<br><br>**Louisiana Attorney General Jeff Landry, Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan LeFleur, Acute Treatment Unit Director Ashli Oliveaux, Dr. Gamble, Officer Doe, and EMT Doe,**<br><br>          **Defendants.** | Civ. Case No. 23-cv-01289-SDD-RLB |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Joshua Folks ("Plaintiff") and Defendants Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan LeFleur, Acute Treatment Unit Director Ashli Oliveaux, Doctor Gamble, Residential/Acute Treatment Unit (RTU/ATU) Director Doe, Officer Doe, and Emergency Medical Technician (EMT) Doe (collectively, "Defendants"), (together, the "Parties"), by and through the undersigned counsel, respectfully submit this Joint Motion for Protective Order and in support state:

1. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court may enter a protective order under upon good cause shown. Because of the nature of this action and the Parties' mutual understanding of the anticipated scope of discovery in this litigation, the Parties respectfully submit this motion requesting that this Honorable Court enter the

1

proposed Stipulated Protective Order.

2. The Parties agree that such a protective order is necessary because certain documents and information produced in this litigation will reflect sensitive and confidential information regarding Plaintiff and other prisoners under the federal Health Insurance Portability and Accountability Act ("HIPAA"), including but not limited to, patient information, protected health information, and information regarding medical and mental health records.

3. The Parties have reached mutual agreement on the terms of the proposed Stipulated Protective Order attached at Exhibit A.

WHEREFORE, for the reasons stated herein, the Parties respectfully request that the Court grant this motion and enter the attached proposed Stipulated Protective Order.

Respectfully submitted,

/s/ *Elizabeth Edmondson*
Elizabeth A. Edmondson
Sarah A. Purtill
Julius J. Mitchell
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600
EEdmondson@jenner.com
SPurtill@jenner.com
Julius.Mitchell@jenner.com

Kenneth D. Beale
Emanuel Powell III
JENNER & BLOCK LLP
1099 New York Ave NW # 900
Washington, DC 20001
Telephone: (202) 639-6000
KBeale@jenner.com
EPowell@jenner.com

/s/ *Andrew Blanchfield*
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
C. Reynolds LeBlanc (#33937)
rleblanc@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

*Counsel for Defendants*

William Most (La. Bar No. 36914)
Caroline Gabriel (La. Bar No. 38224)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Telephone: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiff*