UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA FOLKS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | |
| | * | **NO.:  3:23-cv-01289-SDD-RLB** |
| **LOUISIANA ATTORNEY GENERAL JEFF LANDRY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, WARDEN TIM HOOPER, ASSISTANT WARDEN FOR HEALTH SERVICES DOE, DIRECTOR OF MEDICAL SERVICES PAUL TOCE, MEDICAL DEPARTMENT DIRECTOR DAN LEFLEUR, ACUTE TREATMENT UNIT DIRECTOR DOE, ADA ADMINISTRATOR ASHLI OLIVEAUX, DR. GAMBLE, OFFICER DOE, and EMT DOE** | * * * * * * * * * | **JUDGE: SHELLY D. DICK**<br><br>**MAGISTRATE JUDGE:<br>RICHARD L. BOURGEOIS** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANTS' UNOPPOSED MOTION FOR MENTAL EXAMINATION PURSUANT TO FRCP 35

NOW INTO COURT, through undersigned counsel, come Defendants, the Louisiana Department of Public Safety & Corrections, Tim Hooper, Paul Toce, Dan Lafleur, Ashli Oliveaux and Matthew Gamble, who respectfully move for an order for a mental health evaluation of the Plaintiff, Joshua Folks.

1.

On September 12, 2023, Plaintiff, Joshua Folks, filed this lawsuit against numerous Defendants concerning his conditions of confinement and mental health treatment, bringing claims under 42 U.S.C. § 1983, the American Disabilities Act, 42 U.S.C 12101, et seq. (the "ADA") and Section 504 of the Rehabilitation Act, 29 U.S. 794 (the "RA") R.Doc. 1.

2.

As such, the Plaintiff has placed his mental condition in controversy in this matter.

3.

Fed. R. Civ. P. 35 allows for the Court to enter an order to have a party or a person under the custody or control of a party submit to a mental examination provided that said persons' mental condition is "in controversy" and that the requesting party can show "good cause."

4.

Plaintiff has been examined by his own expert for at least two hours. Accordingly, there is good cause for Defendants to be granted equivalent discovery by their expert.

5.

The Defendants respectfully request that Plaintiff submit for a mental health examination by Defendant's expert psychiatrist, Dr. Joseph Penn. The mental health examination will occur over Zoom teleconference. Dr. Penn will conduct his examination on May 7, 2025. Defendants respectfully request approval for a meeting up to a total of two (2) hours, which is the same amount of time Plaintiff's expert met with Plaintiff to prepare her report.

6.

The requested mental health examination will consist of a personal, medical, and legal history as well as a mental status examination. There will be no physical examination or structured psychological testing, though Dr. Penn may request to view scars, tattoos, or other physical stigmata as part of his examination. The examination will be conducted, interpreted, and reported by Dr. Penn individually.

7.

Plaintiff does not oppose this request for a two-hour examination and has consented to the exam on May 7, 2025.

WHEREFORE, Defendants pray that this motion be granted and Plaintiff be ordered to sit for a mental examination pursuant to FRCP 35.

        Respectfully submitted,

        **LIZ MURRILL**
        **Attorney General**

        s/ *Andrew Blanchfield*
        Andrew Blanchfield, T.A. (#16812)
        Email: ablanchfield@keoghcox.com
        Collin J. LeBlanc (#24519)
        Email: cleblanc@keoghcox.com
        C. Reynolds LeBlanc (#33937)
        rleblanc@keoghcox.com
        Catherine S. Giering (#26495)
        Email: cgiering@keoghcox.com
        Chelsea A. Payne (#35952)
        Email: cpayne@keoghcox.com
        Special Assistant Attorneys General
        701 Main Street (70802)
        Post Office Box 1151
        Baton Rouge, Louisiana 70821
        Telephone: (225) 383-3796
        Facsimile: (225) 343-9612

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, which will provide electronic notice of the filing to all CM/ECF participants. I further certify that all parties in this action are represented by CM/ECF participants.

Baton Rouge, Louisiana, this 1st day of May, 2025.

        *s/ Andrew Blanchfield*
        Andrew Blanchfield