UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA FOLKS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1289-SDD-RLB** |
| **JEFF LANDRY, ET AL.** | |

**ORDER**

Considering the foregoing Unopposed Motion for Mental Health Examination filed on behalf of the Defendants, the Louisiana Department of Public Safety & Corrections, Tim Hooper, Paul Toce, Dan Lafleur, Ashli Oliveaux and Matthew Gamble (R. Doc. 47), and for good cause shown pursuant to Rule 35 of the Federal Rules of Civil Procedure;

**IT IS ORDERED** that Plaintiff, Joshua Folks, submit for a mental health examination by Defendant's expert psychiatrist, Dr. Joseph Penn. The mental health examination will occur over Zoom teleconference. Dr. Penn is authorized to conduct his examination on May 7, 2025, for up to two hours. The mental health examination shall consist of a personal, medical, and legal history as well as a mental status examination. There will be no physical examination or structured psychological testing, though Dr. Penn may request to view scars, tattoos, or other physical stigmata as part of his examination. The examination will be conducted, interpreted, and reported by Dr. Penn.

Signed in Baton Rouge, Louisiana, on May 5, 2025.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**