UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA FOLKS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | |
| | * | **NO.: 3:23-cv-01289-SDD-RLB** |
| **LOUISIANA ATTORNEY GENERAL JEFF LANDRY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, WARDEN TIM HOOPER, ASSISTANT WARDEN FOR HEALTH SERVICES DOE, DIRECTOR OF MEDICAL SERVICES PAUL TOCE, MEDICAL DEPARTMENT DIRECTOR DAN LEFLEUR, ACUTE TREATMENT UNIT DIRECTOR DOE, ADA ADMINISTRATOR ASHLI OLIVEAUX, DR. GAMBLE, OFFICER DOE, and EMT DOE** | * * * * * * * * * * | **JUDGE: SHELLY D. DICK**<br><br>**MAGISTRATE JUDGE: RICHARD L. BOURGEOIS** |

*****************************************************************************

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants, the Louisiana Department of Public Safety & Corrections, Tim Hooper, Paul Toce, Dan Lafleur, Ashli Oliveaux and Matthew Gamble, who file this motion for summary judgment. For the reasons more fully outlined in the attached memorandum in support, Defendants are entitled to summary judgment as a matter of law dismissing plaintiff's claims. Plaintiff failed to exhaust his administrative remedies and his claims are prescribed. In addition, Defendants are entitled to qualified immunity. Further, Plaintiff cannot show a violation of the ADA/RA. Finally, this Court should decline to exercise supplemental jurisdiction over any state law claims.

WHEREFORE, defendants pray that this summary judgment be granted, dismissing plaintiff's claims, with prejudice.

        Respectfully submitted,

        **LIZ MURRILL**
        **Attorney General**

By:    s/ Andrew Blanchfield
        Andrew Blanchfield, T.A. (#16812)
        Email: ablanchfield@keoghcox.com
        Collin J. LeBlanc (#24519)
        Email: cleblanc@keoghcox.com
        C. Reynolds LeBlanc (#33937)
        Email: rleblanc@keoghcox.com
        Catherine S. Giering (#26495)
        Email: cgiering@keoghcox.com
        Chelsea A. Payne (#35952)
        Email: cpayne@keoghcox.com
        Special Assistant Attorneys General
        701 Main Street (70802)
        Post Office Box 1151
        Baton Rouge, Louisiana 70821
        Telephone: (225) 383-3796
        Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, which will provide electronic notice of the filing to all CM/ECF participants. I further certify that all parties in this action are represented by CM/ECF participants.

Baton Rouge, Louisiana, this 18th day of July, 2025.

        s/ Andrew Blanchfield
        Andrew Blanchfield