## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA FOLKS** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | |
| | * | **NO.: 3:23-cv-01289-SDD-RLB** |
| **LOUISIANA ATTORNEY GENERAL JEFF** | * | |
| **LANDRY, LOUISIANA DEPARTMENT OF** | * | |
| **PUBLIC SAFETY & CORRECTIONS,** | * | |
| **WARDEN TIM HOOPER, ASSISTANT** | * | **JUDGE: SHELLY D. DICK** |
| **WARDEN FOR HEALTH SERVICES DOE,** | * | |
| **DIRECTOR OF MEDICAL SERVICES** | * | |
| **PAUL TOCE, MEDICAL DEPARTMENT** | * | |
| **DIRECTOR DAN LEFLEUR, ACUTE** | * | **MAGISTRATE JUDGE:** |
| **TREATMENT UNIT DIRECTOR DOE,** | * | **RICHARD L. BOURGEOIS** |
| **ADA ADMINISTRATOR ASHLI OLIVEAUX,** | * | |
| **DR. GAMBLE, OFFICER DOE, and** | * | |
| **EMT DOE** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# ORDER

Considering the foregoing Motion for Summary Judgment on behalf of Defendants, the Louisiana Department of Public Safety & Corrections, Tim Hooper, Paul Toce, Dan Lafleur, Ashli Oliveaux and Matthew Gamble;

IT IS ORDERED that the Motion for Summary Judgment filed herein on behalf of Defendants, the Louisiana Department of Public Safety & Corrections, Tim Hooper, Paul Toce, Dan Lafleur, Ashli Oliveaux and Matthew Gamble, based upon the facts, law and evidentiary record, be and is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendants, the Louisiana Department of Public Safety & Corrections, Tim Hooper, Paul Toce, Dan Lafleur, Ashli Oliveaux and Matthew Gamble, are DISMISSED with prejudice.

Baton Rouge, Louisiana, this _____ day of _____, 2025.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA