**EXHIBIT A**

**AFFIDAVIT OF DR. GAMBLE**

**(TO BE FILED UNDER SEAL)**