**STATE OF LOUISIANA**
**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

**Health Care Policy**                                                                              **26 November 2023**
**No. HCP30**



**FACILITY SERVICES / HEALTH CARE POLICIES**
**Mental Health and Substance Use Services**
**Suicide Prevention, Suicide Intervention, and Post Suicide Management and Training**

1.  **AUTHORITY:**  The Secretary of the Louisiana Department of Public Safety & Corrections; La. R.S. 36:404.

2.  **REFERENCES:**  La. R.S. 13:5713, La. R.S. 15:831, La. R.S. 28:2, La. R.S. 28:171, and La. R.S. 28:801 through 814 "Louisiana Suicide Prevention Act;"  ACA Expected Practices 2-CO-4E-01 "Health Care" (Administration of Correctional Agencies 2nd November 2016), 5-ACI-1D-10 "Orientation, 5-ACI-1D-12 "Correctional Officers," 5-ACI-4A-11 "Supervision," 5-ACI-4B-11 "Supervision," 5-ACI-6A-29 "Mental Health Program," 5-ACI-6A-30 "Mental Health Crisis Intervention Training," 5-ACI-6A-31 "Mental Health Screen," 5-ACI-6A-32 "Mental Health Appraisal," 5-ACI-6A-35, 5-ACI-6A-36 "Suicide Prevention and Intervention," 5-ACI-6B-08 "Emergency Response," 5-ACI-6B-12 "Offender Assistants," 5-ACI-6B-13 "Mental Health Staff," 5-ACI-6C-10 "Privacy," 5-ACI-6C-13 "Use of Restraints," 5-ACI-6C-16 "Offender's Death," 5-ACI-6D-02 "Internal Review and Quality Assurance," 5-ACI-6D-05 "Health Records," 5-ACI-6E-01 "Clothing" (ACI 5th ed. January 2021); Department Regulation Nos. AM-D-5 "Inmate Medical Records," AM-F-22 "Training and Staff Development," AM-F-41 "Critical Incident Stress Management Program," AM-I-4 "Activity Reports/Unusual Occurrence Reports Operational Units," HCP5 "Healthcare Assistants," HCP9 "Confidentiality," HCP15 "Continuity of Care," HCP19 "Emergency Care," HCP28 "Mental Health Screening, Appraisal, and Evaluation, " HCP40 "Utilization of Restraints Pursuant to Medical and Mental Health Management Orders," IS-B-1 "Assignment and Transfer of Inmates," and OP-A-6 "Serious Unusual Occurrence Review Panel"

3.  **PURPOSE:**  This Department Regulation establishes a written suicide prevention plan for managing inmates who display suicidal tendencies or behaviors and establishes a formal procedure for staff and inmate critical incident debriefing that covers the management of suicidal incidents.

4.  **APPLICABILITY**:  Deputy Secretary, Chief of Operations, Chief Medical Officer, Chief Mental Health Director, Chief Nursing Officer, Facility Medical Director, Facility Mental Health Director, Regional Wardens, Wardens, and Sheriffs or Administrators of local jail facilities where state inmates are housed.  Each Unit Head shall ensure appropriate unit written policies and procedures are in place to comply with this regulation.

5.  **POLICY:**  Each facility shall establish a written suicide prevention plan, approved by the Health Authority and reviewed by the facility or program administrator.  Management of self-injurious and suicidal inmates shall be conducted under the supervision and direction

# EXHIBIT A-1

**Department Regulation No. HCP30**
**26 November 2023**
**Page Two**

of a health care practitioner, mental health staff, or nursing staff to enhance each facility's ability to prevent suicides.

6.    **DEFINITIONS:**

A.    **Completed Suicide:**  A self-injurious behavior that resulted in the death of an individual.

B.    **Direct Care Staff:**  Any staff member who routinely has contact with the inmate population.

C.    **Extreme Suicide Watch**:  An observation method employed only for the management of inmates who present a clear and continual risk of self-injurious behavior(s).

D.    **Health Care Personnel:**  Individuals whose primary duty is to provide health services to inmates in keeping with their respective levels of health care training or experience.

E.    **Health Care Practitioner/Provider**:  Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, podiatrists, optometrists, nurse practitioners, and physician assistants.

F.    **Health Care Professional:**  Staff who perform clinical duties, such as health care practitioners, nurses, licensed professional counselors, social workers, and emergency medical technicians, in accordance with each health care practitioner/provider's scope of training and applicable licensing, registration, certification, and regulatory requirements.

G.    **Intersystem Transfers:**  Transfers from one distinct correctional system into another distinct correctional system (e.g., from a local jail into a state facility.

H.    **Intra-system Transfers:**  Transfers from facility to facility within one correctional system (e.g.., from one state prison facility to another state prison facility).

I.    **Mental Health Care Practitioner/Provider/Professional:**  Mental health staff who are qualified to diagnose and treat patients with a mental illness, (e.g., physicians, physician extenders, psychologists, licensed professional counselors, and social workers) in accordance with each health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

J.    **Mental Health Observation:**  An observation method employed for the management of an inmate who may be psychotic, in acute distress, noncompliant with psychotropic medication, or otherwise psychologically impaired to a significant degree but not displaying any potential for self-harm.

**Department Regulation No. HCP30**
**26 November 2023**
**Page Three**

K.   **Mental Health Staff:**  Individuals whose primary duty is to provide mental health services to inmates commensurate with their respective levels of education, experience, training, and credentials.

L.   **Non-Suicidal Self-Injurious Behavior**:  Refers to the intentional destruction of one's own body tissue without suicidal intent.  Common examples include: cutting, burning, scratching, and banging or hitting.  Most who self-injure use multiple methods.

M.   **Nursing Staff:** A Licensed Practical Nurse (LPN) or a Registered Nurse (RN).

N.   **Physician:**  An individual licensed to practice medicine by the Louisiana State Board of Medical Examiners in active practice, an individual in a post-graduate medical training program of an accredited medical school in Louisiana, or a medical officer similarly qualified by the government of the United States while in the state in the performance of his official duties.

O.   **Psychiatrist:**  A medical doctor (M.D. or D.O.) who has graduated from a psychiatry residency training program who specializes in the prevention, diagnosis and treatment of mental, emotional and behavioral disorders.

P.   **Restraint**:  Devices limiting an inmate's movement in a medical or psychiatric setting with the purpose of preventing injury to self or others. Restraints shall only be used as a last resort.

Q.   **Standard Suicide Watch**:  An observation method employed for the management of inmates who are at risk for suicide, but who do not present a clear and continual risk of self-injurious behavior(s).

R.   **Suicide Attempt**:  A self-injurious behavior that could have resulted in death and/or a permanent incapacitating physical disability if no intervention occurred.

S.   **Suicide Evaluation**:  A retrospective reconstruction of an individual's life with an emphasis on the risk factors that may have contributed to the individual's death.

T.   **Suicide Gesture**:  A self-injurious behavior that probably would not have resulted in death and/or a permanent incapacitating physical disability if no intervention occurred.

U.   **Suicide Watch:**  One-on-one constant and direct observation of someone who threatened to harm or kill himself/herself.

V.   **Tier Walker**:  An inmate who has completed the Tier Walker training program and assists with monitoring inmates placed on suicide watch.

**7.    PROCEDURES**

**Department Regulation No. HCP30**
**26 November 2023**
**Page Four**

A.   **Screening for Suicide Risk**

   1)   All intersystem transfer and intra-system transfer inmates shall receive a Mental Health Screening (Form HCP28-a) at the time of admission to a Department facility by mental health–staff.  That screening shall include screening for suicide risk.  See Department Regulation No. HCP28 "Mental Health Screening, Appraisal, and Evaluation."

   2)   After-hours suicide risk assessments may be completed by an on-duty nurse as part of the Medical Intake Screen Form (intake nursing form HCP16-a intersystem or HCP16-c intra-system).  If the nurse determines there is a risk for self-harm, the on-call health care practitioner, in consultation with the on-call mental health staff member, shall determine if a mental health management order is indicated.  The results of this consultation shall be conveyed to the on-duty nurse by the health care practitioner. The facility mental health director or designee shall ensure such information is recorded timely in the inmate's Mental Health Screening, Appraisal, and Evaluation.

B.   **Inmates Identified as a Suicide Risk Pre-Transfer**

   If an inmate is scheduled for transfer and identified as a significant risk for suicide, the facility to which the inmate is to be transferred shall receive written notification in the Medical Transfer Summary.   In addition, the transferring facility shall telephone the receiving facility's mental health director or designee to ensure continuity of care for the inmate.  This shall be documented in the inmate's medical record.

C.   **Assessment of Suicide Risk During Incarceration**

   1)   While screening for potentially suicidal inmates is a routine function of mental health staff, a potential suicide also may be tentatively identified by other direct care staff at any facility based upon their interactions with, and observations of, inmates.  Any staff member who believes an inmate is a potential suicide risk shall notify mental health staff or their immediate supervisor, who shall notify mental health staff.

   2)   When an inmate is identified as a potential suicide risk, direct visual observation of the inmate must be continuous until the initial mental health assessment is completed and shall continue at no more than fifteen minute intervals thereafter.

   3)   Inmates being transferred or returned to the receiving facility after an escape attempt or recapture shall be considered at high risk for suicide and shall be placed on Standard Suicide Watch for at least 72 hours unless discontinued by a psychiatrist or physician after evaluation.

**Department Regulation No. HCP30**
**26 November 2023**
**Page Five**

4) Upon transfer and intake into to the Department to begin serving a life or capital sentence, inmates shall be placed on Standard Suicide Watch for at least 72 hours unless discontinued by a psychiatrist or physician after evaluation.

**D.    Mental Health Management Orders**

1) A Mental Health Management Order (Form HCP30-b) shall be issued by Mental Health Staff or a Health Care Practitioner for an inmate requiring Mental Health Observation or Suicide Watch (Standard or Extreme).

2) The Instruction on the Mental Health Management Order (Form HCP30-b) shall describe which techniques of observation are to be used for the individual inmate and shall specify items permitted or not permitted (e.g., "Paper Gown;" "Paper Sheet;" "Suicide Mattress," "No Razor;" "Toothbrush controlled by C.S.O./Use of toothbrush monitored;" "No pens, pencils, or sharp objects").  If an inmate is placed in a single-person cell, frequent conversation with the inmate shall be attempted by security to reduce possible detrimental effects of social isolation.

3) In the event that standard issue clothing presents a security or medical risk for an inmate under a Mental Health Management Order, mental health staff shall determine the appropriate safety garment(s) that, to the extent possible, prevent humiliation and degradation. The Warden or designee shall ensure such safety garments are provided to the inmate.

4) Prior to restricting any medical equipment issued to an inmate, Mental Health staff shall consult with the Facility Medical Director or designated health care practitioner to evaluate the medical necessity of the restriction and any alternate solutions. The consultation and decision shall be documented in the medical record.

5) Once the Mental Health Management Order is completed and a copy is given to the security supervisor, observation shall begin by completing the Mental Health Management Order Log Sheet (Form HCP30-c). Appropriate facility personnel, as designated by the Warden or designee, shall then be notified of the watch.

**E.    Types of Mental Health Management Orders**

1) Mental Health Observation

   a. Mental Health Observation is intended for psychologically impaired or disturbed inmates who show an acute exacerbation of symptoms, which is considered temporary and which may resolve or improve with closer management.

**Department Regulation No. HCP30**
**26 November 2023**
**Page Six**

    b.    Inmates appropriate for Mental Health Observation may include inmates who are psychotic, in acute distress, noncompliant with psychotropic medication, or otherwise psychologically impaired to a significant degree, but who are not considered a high risk for suicidal or self-injurious behavior. This designation and the pertinent observation measures shall be relayed to security and health care personnel.

    c.    When clinically indicated, mental health staff or security staff may examine the inmate's property, such as correspondence, to assess the inmate's potential risk for self-injury.  Staff may not examine an inmate's legal correspondence.

    d.    For all Mental Health Observations, frequency of in-person observation by security shall be included in the management order instructions and may be continuous or staggered up to every 30 minutes depending on the clinical need.

    e.    An inmate placed on a Mental Health Observation shall be assessed by a mental health staff member at least every 72 hours. In the absence of mental health staff, a member of the nursing staff shall conduct the assessment utilizing the Nursing Management Order Assessment (Form HCP30-e) at least every 72 hours.

2)    Suicide Watch:  General Requirements

    a.    Generally, inmates who are placed on Suicide Watch should be placed in the least restrictive setting possible.

    b.    There are two levels of suicide watch:  standard and extreme.  When an inmate is identified as in need of suicide watch precautions, on-site staff shall maintain continuous observation of the inmate until either standard or extreme watch procedure is implemented.

    c.    For all suicide watch settings, frequency of observation shall be included in the management order instructions and shall be continuous.  Continuous observation may be achieved by direct 1:1 staff observation or by a combination of Tier Walkers and staggered officer rounds occurring every 15 minutes or less.  Within the prescribed interval, irregular additional observations shall be made on an occasional, random basis to prevent the planning of self-injurious acts.

    NOTE:  In addition to observation by security staff at prescribed intervals, the facility may utilize selected inmates as Tier Walkers to supplement staff observation.  However, use of Tier Walkers shall not relieve correctional officers of their obligation to observe and

document inmate behaviors at regular intervals. Use of Tier Walkers is strictly discretionary and must be in accordance with ACA Expected Practice 5-ACI-6B-12. <u>See</u> Section 7.E.2.j. "Use of Tier Walkers for Observation of Inmates on Suicide Watch."

d.  Whenever possible, suicide watches shall be implemented by a mental health staff in-person or through the facility's mental health on-call schedule.  In the absence of mental health staff, in the event that an on-duty nurse determines a risk for self-harm, the on-duty nurse shall notify the on-call health care practitioner. The health care practitioner, in consultation with the on-call mental health staff member, shall determine if a standard suicide watch is clinically indicated. The result of this consultation shall be conveyed to the on-duty nurse by the health care practitioner.   The inmate shall be assessed by mental health staff no later than the next business day.

e.  When clinically indicated, mental health staff or security staff may examine the inmate's property, such as correspondence, to assess inmate's potential risk for self-injury. Staff may not examine an inmate's legal correspondence.

f.  Before releasing an inmate from any suicide watch, the security staff assigned to the inmate's housing area shall be notified of the pending release.

g.  After a suicide watch is discontinued, mental health staff shall conduct a follow-up contact with the inmate within seven (7) days to assess the inmate's mental status and any suicidal intent.

h.  Standard Suicide Watch Requirements:

    i.  In standard suicide watches, the attending mental health staff shall be responsible for using the least restrictive management necessary to prevent an inmate's self-harm.

    ii. An inmate placed on a standard suicide watch shall be assessed by mental health staff at a minimum of every 24 hours. In the absence of a mental health staff member, a member of the nursing staff shall conduct the assessment utilizing Form HCP30-e "Nursing Management Order Assessment" at least every 24 hours.

    iii. A standard suicide watch shall be discontinued or downgraded only by a health care practitioner/provider or mental health staff.

**Department Regulation No. HCP30**
**26 November 2023**
**Page Eight**

    iv.    Inmates on standard suicide watch may be issued the following safety equipment:

        a)    Paper Gown/sheet
        b)    Safety Mattress
        c)    Safety Smock

    Additional property items may be allowed at the discretion of the Mental Health and Medical Director on a case-by-case basis.

i.    Extreme Suicide Watch Requirements

    i.    Extreme Suicide Watch shall be ordered only for the management of an inmate who presents a clear and continual risk of significant self-injurious behavior, which may include behaviors deemed life threatening/suicidal and non-suicidal self-injurious behaviors.

    ii.    Extreme Suicide Watch requires the authorization of the Psychiatrist, Facility Medical Director, or other designated health care practitioner/provider.

    iii.    In Extreme Suicide Watches, the attending healthcare practitioner/provider shall be responsible for using the least restrictive management necessary to prevent an inmate's self-harm. Restraints may be ordered where clinically indicated in accordance with Department Regulation No. HCP40 "Utilization of Restraints Pursuant to Medical and Mental Health Management Orders."

    iv.    Upon initiation of Extreme Suicide Watch, inmates shall be assessed by mental health staff at least every 12 hours. In the absence of mental health staff, a member of the nursing staff shall conduct the assessment utilizing Form HCP30-e "Nursing Management Order Assessment" at least every 12 hours.

    v.    Extreme Suicide Watch may be modified or downgraded only by a health care practitioner/provider. Extreme Suicide Watch shall be downgraded to a Standard Suicide Watch for a length of time sufficient to assess the inmate's stability.

    vi.    The Medical Director, Mental Health Director, or designated mental health staff shall conduct an after-incident review on each use of restraints for medical or mental health purposes utilizing the "Utilization of Medical/Mental Health Restraints after Incident Review" (Form HCP40-a).

**Department Regulation No. HCP30**
**26 November 2023**
**Page Nine**

    j.    Use of Tier Walkers for Observation of Inmates on Suicide Watch

        i.    Tier Walkers may be used to augment the observation of an inmate on suicide watch.  The Tier Walker's job is to observe the inmate(s) on suicide watch and report any self-injurious or unusual activity.

        ii.    Tier Walker selection criteria and training requirements are set forth in Department Regulation No. HCP5 "Inmate Assistants."

        iii.    Unless specifically assigned and in accordance with DR No. HCP5 "Inmate Assistants", another inmate in a shared cell shall not constitute a Tier Walker for purposes of observation of an inmate on suicide watch.

## F.    Suicide:  Attempt or Completion

1)    Single-officer cell entry is permitted to carry out life-saving procedures.

2)    Duties of the first officer on the scene:

    a.    Notify other staff (call for help, activate beeper, etc.);

    b.    Get the victim down if hanging (using C-spine stabilization);

    c.    If unable to remove the ligature around the neck or cut the ligature, support the weight of the inmate to remove the pressure on the ligature until help arrives;

    d.    Initiate first aid (control bleed, begin CPR, etc.).

3)    Duties of the second officer on the scene (*if second officer present*):

    a.    Retrieve cut down tool if necessary;

    b.    Request ambulance or medical assistance;

    c.    Assist with first aid and CPR as necessary;

    d.    Maintain security and preserve scene as much as possible;

    e.    Assist with evacuation of inmate.

4)    Duties of the Security Supervisor:

**Department Regulation No. HCP30**
**26 November 2023**
**Page Ten**

a. Ensure ambulance or medical response team has been called; supervise and assist with first aid/CPR, as necessary, until medical assistance arrives or until evacuation to a medical area occurs;

b. Ensure staff cooperates with medical team's speedy entry of area and evacuation of victim;

c. Ensure scene is preserved as much as possible;

d. Notify the unit manager/duty officer, the facility's investigator, and mental health treatment staff, who shall carry out notification of other appropriate facility personnel.

5) Duties of the EMTs, Paramedics, or Initial Response Team:

a. Initiate advanced life support care, resuscitation, or other necessary life recovery treatment commensurate with their training levels;

b. Arrange transportation for the victim to the appropriate medical facility.

6) The facility shall have the following equipment immediately available to the officers on duty to be used in responding to suicide events in designated areas throughout the facility:

a. Airway protection device;

b. Surgical gloves;

c. Blood stopper compression bandages;

d. Large paramedic shears;

e. Cut down tool; and

f. Pocket mask.

7) If death occurs, the Health Authority or designee shall notify the medical examiner or coroner of the inmate's death and request an autopsy be performed.

8) The scene shall be preserved, including any property, documentation, and video footage. Nothing in the area shall be disposed of until both the facility and Department investigations have been concluded.

**G.    Post-Incident Procedures**

1) Evaluation After a Suicide Attempt or Completed Suicide

a.  The Warden or designee shall ensure the Classification Director or designee, Facility Mental Health Director or designee, and the Facility Medical Director or designee work together to gather the necessary information to complete a suicide evaluation after a suicide attempt or a completed suicide. Evaluations shall be completed on the "Suicide Evaluation Form" (Form HCP30-d).

b.  The Facility Mental Health Director shall be responsible for submitting the "Suicide Evaluation Form" (Form HCP30-d) to the Chief Mental Health Director within 3 business days of the suicide attempt or completed suicide.

2)  Investigation by the Facility's Suicide Investigation Team

a.  The Warden and or/designee shall ensure that there is a Suicide Investigation Team  consisting of a mental health staff member, a facility correctional investigator, the security supervisor from the area where the incident occurred, and a medical staff member (practitioner, registered nurse, or paramedic).

b.  After a suicide or suicide attempt, the Warden or designee shall ensure that the Suicide Investigation Team conducts an in-depth investigation and considers intensifying efforts to increase observation in high-risk areas.  The Suicide Investigation team shall:

i.   Interview witnesses, associates of the victim, and staff members in an effort to determine if any recent events in the victim's life may have served as a "trigger" to motivate the suicide; and

ii.  Evaluate the event to determine if structural or procedural changes could prevent reoccurrences.

c.  The Suicide Investigation Team shall submit a written report of its findings to the Secretary, Chief Medical Officer, Chief Mental Health Director, Regional Warden, and Chief of Operations.

3)  Reviews by the Department's Suicide Review Committee

a.  The Department Suicide Review Committee shall consist of the Department's Chief of Operations, the Chief Medical Officer, Chief Nursing Officer or designee (must be a nurse), and the Chief Mental Health Director.

b.  The Chief Mental Health Director shall ensure the Suicide Review Committee meets on a quarterly basis to review all suicide attempts,

suicides, and suicide prevention procedures in order to make any necessary proposed adjustments to this regulation as needed.

c.    The Chief Mental Health Director or Assistant Chief Mental Health Director shall serve as chairperson for the committee and shall determine the time, date, and location of meetings.

d.    Facilities presenting reports of a suicide or suicide attempt shall send a mental health representative, security staff, and the facility Warden to the Suicide Review Committee meeting to discuss the case.

e.    The Warden or designee shall ensure copies of all Investigation Reports and Unusual Occurrence Reports concerning suicides and suicide attempts are submitted to the Chief Mental Health Director prior to the Committee meeting date.

f.    If, in consideration of the documentation and investigative reports, the Suicide Review Committee finds that the lethality of a suicide attempt would not have resulted in death and/or the intent of the inmate was other than suicide, the Suicide Review Committee may change the designation from a suicide attempt to suicide gesture.

g.    The Chief Mental Health Director shall ensure that the Suicide Review Committee meeting minutes and any recommendations are submitted to the Secretary, the Chief of Operations, and the Warden.

4)    Site Review by the Department Suicide Review Team

a.    The Department Suicide Review Team shall consist of the Department's Chief of Operations or designee and the Chief Mental Health Director or designee.

b.    The Warden or designee shall ensure the facility's Suicide Investigation Team prepares and provides the Department Suicide Review Team with a report of its findings including, but not limited to:

i.    Suicide Evaluation (Form HCP30-d);

ii.    Facility procedures relevant to the incident;

iii.    All relevant training that involved staff had received;

iv.    Pertinent medical and mental health services and reports on the victim;

v.    Possible precipitating factors leading to the incident;

       vi.     Recommendations, if any, for changes in policy or Department Regulations, training, physical plant, medical or mental health services, or operational procedures;

       vii.    Video footage of the location or nearby areas; and

       viii.   Log book and tier round documentation.

5) Critical Incident Stress Management

Critical Incident Stress Management debriefing shall be afforded to inmates and staff following a critical incident, pursuant to Department Regulation No. AM-F-41 "Critical Incident Stress Management Program."

**H.  Training**

1) All staff responsible for inmate supervision shall be trained annually in the implementation of suicide prevention and intervention.  Training shall include, but is not limited to:

    a.   Identifying the warning signs and symptoms of impending suicidal behavior;

    b.   Understanding the demographic and cultural parameters of suicidal behavior, including incidence and variations in precipitating factors;

    c.   Responding to suicidal and depressed inmates;

    d.   Communication between correctional staff and health care staff;

    e.   Referral procedures;

    f.   Housing observation and suicide watch level procedures;

    g.   Follow-up monitoring of inmates who attempt suicide;

    h.   Population specific factors pertaining to suicide risk in the facility; and

    i.   Use of emergency equipment, standard first aid, and CPR.

2) All new correctional officers shall receive training during their first year of employment which includes suicide intervention/prevention.

3) Designated correctional staff and all health care staff shall be trained to respond to a health-related situation within a four-minute response time. The

training shall also include instruction on suicide intervention.   <u>See</u> Department Regulation No. <u>AM-F-22</u> "Training and Staff Development."

4) All mental health staff shall receive annually 12 hours of continuing professional education or staff development in clinical skills, and mental health staff is encouraged to include suicide/self-injury prevention in that annual training.

5) In addition to annual training, the health care personnel at each facility are encouraged to seek ongoing continuing education specific to suicide prevention.

6) The Warden shall ensure all correctional officers complete the Mental Health First Aid Training by a certified facilitator.  The training teaches staff how to identify, understand, and respond to signs of mental illness and substance use disorders.

## 8.    MONITORING REQUIREMENTS/ REPORTS

The Facility Mental Health Director shall ensure that data relative to suicides is submitted in accordance with Department Regulation No. <u>AM-I-4</u> "Activity Reports/Unusual Occurrence Reports Operational Units."

<u>s/James M. LeBlanc</u>
Secretary

Forms:    HCP30-a      Mental Health Behavioral Checklist
HCP30-b      Mental Health Management Order
HCP30-c      Mental Health Management Order Log Sheet
HCP30-d      Suicide Evaluation
HCP30-e      Nursing Management Order Assessment
HCP40-a      Utilization of Medical/Mental Health Restraints after Incident Review

This Health Care Policy supersedes Health Care Policy No. HCP30 dated 10 July 2023.