**STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES**

**Health Care Policy
No. HCP40**



**26 November 2023**

**FACILITY- SERVICES / HEALTH CARE POLICIES
Health Care Policy – Protective Procedures and Medical/Mental Health Care
Utilization of Restraints Pursuant to Medical and
Mental Health Management Orders**

1. **AUTHORITY:** The Secretary of the Department of Public Safety and Corrections; La. R.S. 36:404.

2. **REFERENCES:** La. R.S. 15:744 through 744.8, La. R.S. 15:829, La. R.S. 15:830, La. R.S. 15:830.1, La. R.S. 15:831, La. R.S. 28:2, La. R.S. 28:59, and La. R.S. 28:171; ACA Expected Practices 2-CO-3A-01 "Security and Control," 2-CO-3B-02 "Safety and Emergency Procedures," 2-CO-4E-01 "Health Care" (Administration of Correctional Agencies 2nd ed. Nov. 2016), 5-ACI-6C-13 "Use of Restraints" (ACI 5th ed. Jan. 2021); and Department Regulation Nos. AM-D-5 "Inmate Medical Records," HCP20 "Infirmary Care," HCP27 "Mental Health Program," HCP30 "Suicide Prevention, Suicide Intervention and Post Suicide Management and Training," HCP33 "Pregnancy Management," IS-B-4 "Custody Levels and Segregation," OP-A-16 "Use of Force," OP-A-17, "Use of Taser," and OP-C-1 "Disciplinary Rules and Procedures for Adult Offenders."

3. **PURPOSE:** This regulation governs the application of restraints as part of a medical or psychiatric care plan.

4. **APPLICABILITY:** Deputy Secretary, Chief of Operations, Chief Medical Officer, Chief Mental Health Director, Chief Nursing Officer, Facility Medical Director, Facility Mental Health Director, Regional Wardens, Wardens, and Sheriffs or Administrators of local jail facilities where state inmates are housed. Each Warden shall ensure appropriate unit written policies and procedures are in place to comply with this regulation.

5. **POLICY:** Each adult facility shall establish procedures for the use of restraints for medical and psychiatric purposes. Restraints shall be used only when absolutely necessary to manage an emerging medical or mental health crisis and shall never be used as punishment.

6. **DEFINITIONS:**

# EXHIBIT A-2

**Department Regulation No. HCP40**
**26 November 2023**
**Page Two**

    A.    **Health Care Practitioner:** Clinicians trained to diagnose and treat patients, e.g., physicians, psychologists, nurse practitioners and physician assistants.

    B.    **Health Care Professional:** Staff who perform clinical duties, such as health care practitioners, nurses, licensed professional counselors, social workers, and emergency medical technicians in accordance with each health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

    C.    **Health-Trained Personnel:** Correctional officers or other correctional personnel who may be trained and are supervised appropriately to carry out specific duties with regard to the administration of health care.

    D.    **Mental Health Care Practitioner/Provider/Professional:** Mental health staff who are qualified to diagnose and treat patients with a mental illness, (for example, physicians, physician extenders, psychologists, licensed professional counselors, and social workers) in accordance with each health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

    E.    **Mental Health Staff:** Individuals whose primary duty is to provide mental health services to inmates in keeping with their respective levels of education, experience, training, and credentials.

    F.    **Restraints:** Devices limiting an inmate's movement in a medical or psychiatric setting with the purpose of preventing injury to self or others. Restraints shall only be used as a last resort.

**7.**    **RESTRAINT PROCEDURES:**

    A.    Procedures for applying restraints for medical or psychiatric purposes must be in accordance with guidelines approved by the facility's Medical Director.

    B.    Application of restraints for security purposes only and not for psychiatric or medical purposes shall be governed by Department Regulation No. OP-A-16 "Use of Force."

    C.    Restraints shall be used only when clinically indicated to avoid intentional or inadvertent self-harm under the following circumstances:

        1)    Management of serious threats of self-harm;
        2)    Prevention of inadvertent self-harm due to altered mental status;

**Department Regulation No. HCP40**
**26 November 2023**
**Page Three**

       3)     As part of an authorized suicide watch (see Department Regulation No. HCP30 "Suicide Prevention, Suicide Intervention and Post Suicide Management and Training");

       4)     Other incidents determined by the facility's Medical Director as clinically indicated.

D.     Restraints shall be used only in support of clinical decisions for authorized medical/psychiatric purposes and only after the attending health care practitioner's medical judgment concludes less restrictive measures would not be successful in protecting the inmate.

E.     Due to the risk of positional asphyxia, an inmate shall never be restrained in a prone (face-down) position.

F.     The degree of restraint shall be at the least restrictive level necessary to prevent and/or contain the inmate's self-harming behavior, and shall be discontinued when effective, less restrictive alternative strategies can be safely implemented or when there is no evidence of behavior that may cause harm to the inmate.

G.     The rationale for the use of restraints and documentation of all actions relating to the placement of an inmate in restraints shall be documented in the inmate's medical record. The type and location of restraints (left arm, both arms, left leg, etc.) shall be included in the order with subsequent approval in writing by the health care practitioner.

H.     The health care practitioner shall be notified immediately of any significant deterioration in the inmate's medical and/or mental health condition.

I.     The Medical Director, Mental Health Director, or designated mental health staff shall conduct an after incident review on each use of restraints for psychiatric or medical purposes utilizing Form HCP40-a, "Utilization of Medical/Psychiatric Restraints After Incident Review."

J.     Restraints may be utilized for psychiatric or medical purposes, and certain procedures may vary accordingly.

       1)     Requirements for the Use of Restraints for Psychiatric Purposes in a suicide watch

              a.     Use of restraints for psychiatric purposes in an extreme suicide watch shall include use of only the following types of restraint devices:

      i.     Metal wrist and leg restraints;
      ii.    Soft restraints (vinyl, leather, plastic, or cloth);
      iii.   Helmet;
      iv.   Mitts;
      v.    Grippers.

Any additional safety accommodations shall be submitted to the Department's Chief Medical Officer for review and approval.

**NOTE**: **Four point restraints shall be accomplished in a restraint bed with a mattress.**

b.    The initial order for the use of restraints for psychiatric purposes in an extreme suicide watch shall be given by a health care practitioner or mental health care staff in consultation with the health care practitioner.

c.    A mental health staff member shall assess the mental health status of the inmate at the time of initial restraint and at least every 12 hours thereafter. Based on this assessment, and in consultation with the health care practitioner, it shall be determined if continuation, modification, or discontinuation of restraint is appropriate.

d.    At least every 12 hours, a health care professional shall assess the inmate and document the presence or absence of swelling and/or discoloration of extremities, the adequacy of blood circulation, and any other potential risk to the inmate's health.

e.    At least every 2 hours, health trained personnel shall assess inmates restrained for psychiatric purposes and document the presence or absence of swelling and/or discoloration of extremities. Findings shall be documented on the Mental Health Management Order Log sheet ([Form HCP30-c](#)). Any abnormality shall be reported immediately to a health care professional.

f.    Release from restraints for toilet, sanitation, and nourishment shall be made available by health trained personnel at intervals no greater than two hours when the inmate is awake. When the inmate is released for break, direct observation shall be continuous until placed back into the restraints.

**Department Regulation No. HCP40**
**26 November 2023**
**Page Five**

    Documentation on the Mental Health Management Order Log Sheet ([Form HCP30-c](#)) shall reflect approximate consumption of solids and liquids and approximate hours of sleep.

2)  Requirements for the Use of Restraints for Medical Purposes

  a.  Use of restraints for medical purposes shall include only the following types of restraint devices:

    i.  Soft restraints (vinyl, leather, plastic or cloth),
    ii.  Waist belt,
    iii.  Posey Vest Restraint,
    iv.  Mitts.

    NOTE: Any additional safety accommodations shall be submitted to the Department's Chief Medical Officer for review and approval.

  b.  Restraints for medical purposes shall only be used in an acute treatment unit/nursing unit setting.

  c.  Use of restraints for medical purposes is permitted only when medically indicated to keep an inmate in proper position, prevent movement or falling, or to prevent self-harm. Restraints shall only be used as a last resort and shall limit only the movement that may cause harm.

  d.  Restraints used for medical purposes shall be reauthorized by a health care practitioner every 12 hours in order to ensure that the use of the restraints remains medically indicated.

  e.  A health care professional shall assess an inmate restrained for medical purposes at a minimum of every two hours. Each assessment shall be documented in the inmate's medical record.

  f.  Documentation of all actions related to restraining an inmate for medical purposes, as well as less-restrictive measures that were unsuccessful, shall be documented in the inmate's medical record. Documentation shall include the location and the length of time the restraints may be employed.

**Department Regulation No. HCP40**
**26 November 2023**
**Page Six**

s/James M. LeBlanc
Secretary

Forms:

HCP40-a    Utilization of Medical/Psychiatric Restraints after Incident Review
HCP30-c    Mental Health Management Order Log Sheet

This Department Regulation supersedes Department Regulation No. HCP40 dated 07 October 2011.