**EXHIBIT A-3**

**FOLKS – LSP MENTAL HEALTH RECS PART 1**

**(TO BE FILED UNDER SEAL)**