**EXHIBIT A-3**

**FOLKS – LSP MENTAL HEALTH RECS PART 2**

**(TO BE FILED UNDER SEAL)**

Case 3:23-cv-01289-SDD-RLB    Document 55-8    07/18/25    Page 1 of 1