**EXHIBIT B**

**REPORT – DR. JOSEPH PENN – 5-14-2025**

**(TO BE FILED UNDER SEAL)**