**To:** Angela Griffin[Angela.Griffin@LA.GOV]; Seth Smith[Seth.Smith@la.gov]; Faith Dufour[Faith.Dufour@LA.GOV]
**Cc:** Randy Lavespere[Randy.Lavespere@la.gov]; Jacob Johnson[Jacob.Johnson4@la.gov]; Tracy Falgout[Tracy.Falgout@LA.GOV]; Marcia Booker[Marcia.Booker2@la.gov]; Stacye Falgout[Stacye.Falgout@LA.GOV]; James Wesley[James.Wesley@LA.GOV]
**From:** Blake LeBlanc (DOC)
**Sent:** Tue 3/30/2021 8:07:37 PM
**Subject:** Emergent Transfer

Joshua Folks 361917 is well known to us and was release not long ago. Now he's back in St. Mary Parish and has self injured twice along with tearing up the place. The parish wants him moved ASAP. Medical is involved due to the self injury. I've discussed this with Dr. Lavespere and DW Falgout at LSP. LSP would like to receive tomorrow. He's in E status.

Angela, Can he be made ready or transferred in his current status?

Faith/Chief can I have permission to move him tomorrow?

I'll call the facility when I get the word.

Thanks

# Blake LeBlanc, LCSW-BACS

Director of Mental Health
Louisiana DPS&C
225-202-8079 Work Cell

**EXHIBIT C**