UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA FOLKS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | |
| | * | NO.: 3:23-cv-01289-SDD-RLB |
| LOUISIANA ATTORNEY GENERAL JEFF LANDRY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, WARDEN TIM HOOPER, ASSISTANT WARDEN FOR HEALTH SERVICES DOE, DIRECTOR OF MEDICAL SERVICES PAUL TOCE, MEDICAL DEPARTMENT DIRECTOR DAN LEFLEUR, ACUTE TREATMENT UNIT DIRECTOR DOE, ADA ADMINISTRATOR ASHLI OLIVEAUX, DR. GAMBLE, OFFICER DOE, and EMT DOE | * | JUDGE: SHELLY D. DICK

MAGISTRATE JUDGE: RICHARD L. BOURGEOIS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF WEST FELICIANA

BEFORE ME, the undersigned notary, duly authorized in the State and Parish aforesaid, personally came and appeared:


_Shawnna Davis_

Who, based upon her personal knowledge, did depose and say the following:

1. I am employed by the Louisiana Department of Corrections in the position of _Captain_ in the Legal Programs Department at the Louisiana State Penitentiary.

2. As a part of my job duties, I am familiar with records maintained by LSP regarding the inmate population and routinely review these records in the performance of my duties.

# EXHIBIT D

3. During the time period of March 2021 through November 2022, Joshua Folks filed four ARPs: ARP 2021-2850; ARP 2021-2851; ARP 2022-0859; ARP 2022-1428.

4. True and correct copies of the entire administrative proceedings maintained by the Department of Corrections for ARP 2021-2850, ARP 2021-2851, ARP 2022-0859, and ARP 2022-1428 are attached as Exhibits 1-4.

5. With ARP 2021-2850, Folks requested mental health records, medical records and photographs related to his self-harm at LSP in connection with the "defense of pending charges" in St. Mary's Parish.[1] The First Step Response stated that the Medical Records Department was processing Folks' request for his records. Folks proceeds to Step two wherein it was found that Folks' request was appropriately addressed.

6. November 9, 2021, Folks filed ARP 2021-2851 wherein he requested a copy of his rap sheet and parole hold.[2] The request was backlogged pursuant to the ARP process. In the First Step response, LSP provided the detainer letter and list of pending charges. Folks did not proceed to the second step.

7. On April 18, 2022, Folks submitted ARP 2022-0859 concerning alleged flooding of his cell and unsanitary conditions from leaks in the roof.[3] On May 14, 2022, Folks voluntarily withdrew his ARP.

8. On July 27, 2022, Folks filed ARP 2022-1428.[4] Folks claimed "cruel and unusual punishment by use of force by restraints" between April and August of 2021. On July 28, 2022, ARP 2022-1428 was rejected because it was filed more than 90 days after the incident.

---

[1] See Exhibit 1.
[2] Exhibit 2.
[3] Exhibit 3.
[4] Exhibit 4.

9. The above is true and correct to the best of her information and belief.

*Shawnee Davis, Capt.*

      **SWORN TO AND SUBSCRIBED before me, NOTARY PUBLIC**, this 14th day of July, 2025

*Stephanie C. Turner*
NOTARY PUBLIC #153409