## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



JEFF LANDRY
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of ARP LSP 2021-2851

_Delshadee Scott_ (signature)
Delshadee Scott #153568
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 1-26-2024

Joshua Folks 361917 Case

**EXHIBIT D-2**

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2021-2851

TO: <u>JOSHUA FOLKS 361917</u>      <u>TU UPPER B</u>
      Offender's Name and Number      Living Quarters

<u>11/09/2021</u>
Date of Incident

X     ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

       REJECTED: Your request has been rejected for the following reason(s):

<u>02/25/2022</u>                                          <u>Nyesha Davis</u>
   Date                                                        Warden's Signature or Designee

# LSP
# Backlog Notification

TO: <u>FOLKS, JOSHUA  361917</u>      <u>TU</u>
    Offender Name and Number      Living Unit

RE: LSP-2021-2851      Received Date:  11/12/2021

The Administrative Remedy Procedure for adult inmates allows for the backlogging of multiple requests, therefore, your first request will be accepted and handled. The others will be logged and set aside for handling at such time as the current request in the system has been exhausted at the 2nd Step or your time limits have elapsed at Step 1.

You currently have an ARP(s) in the system. The ARP received today, Case Number LSP-2021-2851 will be processed following the above guidelines.  If you wish to have this ARP handled immediately, you may withdraw all pending ARPs.

CASE NUMBER: LSP-2021-2851

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: FOLKS, JOSHUA 361917            TU UPPER B
                                    Living Quarters

Response to request dated 11/12/2021, received in this office on 2/28/2022

Your request for Administrative Remedy has been reviewed by a qualified member of the Offenders Records Staff.

You are requesting a copy of your Detainer Letter Placed by Probation and Parole and all pending charges by St. Mary Parish. Per your request, attached is a copy of your Detainer Letter and a list of all charges pending by St. Mary Parish Sheriff's Office.

Your Parole Violation is per the outcome of the pending charges in St. Mary Parish.

At this time, your Full Term Date is October 13, 2023.

Your request for Administrative Remedy to receive a copy of your Detainer and all Pending Charges has been Granted.

Prepared by: _____
Aftin Gaddy, ARDC Specialist, Offender Records

3/17/22
_____              _____
Date                                 Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:
_____
_____
_____

_____              _____
Date                                 Offender's Signature  DOC#

(Detainer) separate



**JOHN BEL EDWARDS**
Governor

**JAMES M. Le BLANC**
Secretary

State of Louisiana
Department of Public Safety and Corrections
Division of Probation and Parole

03/27/2021

Sheriff BLAISE SMITH
ST MARY PARISH

RE: Joshua J. Folks
White/Male
DOB: 01/17/1978
DOC # 361917
Docket: EVN [74359FA1], SMY 14192283, SMY 14192406

Dear Sheriff BLAISE SMITH:

Would you please accept this letter as your authority to hold the above named subject who was placed in ST MARY PARISH JAIL on 03/26/2021.

Please show this subject as being detained for this Division as a parole violator for New Iberia.

As per Act 280 of 2017 Regular Legislative Session, we are advising that regardless of the bond on new charge(s), the Division of Probation & Parole requests this detainer be maintained.

Sincerely yours,

Chad Breaux
District Administrator

Jeri Mestayer
Jeri Mestayer
Probation & Parole Officer

**DETAINER**

 

Form IS-A-1-a
26 September 2011

## Intake Checklist

☐ EHCC    ☐ LCIW    ☒ Other  LSP

Offender's Name: JOSHUA FOLKS     Race: W/M     DOC#: 361917

Date Received: 3/31/2021     Parish Facility: ST MARY PARISH

**Data from Escorting Officer:** Please communicate to the reception security staff any known significant information, e.g., special needs, suicide watch, disciplinary status, any escape or attempted escape, medical concerns, etc. which could affect the adjustment of the offender while in the Department's custody.

Please provide complete details: _____

*[DETAINER stamp across form]*

Name of Escorting Officer: _____     Title: _____

**Data Regarding Offender:** Does the offender believe that his well-being could be threatened for any reason or by anyone (in prison, in jail or the general public) while incarcerated?    ☐ Yes   ☒ No

If yes, provide complete details: _____

Is offender now, or has ever been, affiliated with a gang?    ☐ Yes   ☒ No

If yes, provide name and location of gang, gang related alias, details which specify his actions/role, tenure within the gang and any other relevant comments: _____

Observations/Comments: Parole violator was @ CCP before - was a behavior problem

_Amber Vittorio_
ARDC Specialist

3/31/2021
Date

# ST. MARY PARISH LAW ENFORCEMENT CENTER
# INMATE RELEASE

DATE/TRANSFER March 31, 2021     RETURN _____
TIME/TRANSFER _____    RETURN _____

THIS IS TO CERTIFY THAT:

NAME/INMATE: Joshua James Folks

1. SMY# 2020-20672 FTA for Arraignment for the charge of Expired Motor vehicle Inspection, Operating a vehicle while license suspended/revoked/canceled, displaying/possessing an unaid registration certificate or registration number plate

2. Simple Burglary

3. Agg. Flight from Officer

4. Turning Movement Violation

5. Resisting Arrest

6. Obstruction of Justice

7. Parole Violation

8. Communicating of False info of Arson

WAS RELEASED TO  Angola
                 NAME OF AGENCY
RECEIVED FROM  St. Mary Parish Sheriff's Office
                 NAME OF AGENCY

Capt. Ashley                                    Edward Russ, M/Sgt
RELEASING OFFICER (PRINT)                       RECEIVING OFFICER (PRINT)

                                                Edward Russ, M/Sgt.
RELEASING OFFICER (SIGNATURE)                   RECEIVING OFFICER (SIGNATURE)

Revised (11/2012)                               SMPSO LEC-739



DETAINER

St. Mary Parish Sheriff's Office       (Detainer) Separate

DATE: 03/31/2021        * See narratives on arrest report *

# LETTER OF DETAINER

Please use this as a DETAINER for the following Individual:

NAME: Joshua James Folks     R/S: W/M    DOB: 01/17/1978    DOC#: _____

SUBJECT:    ☐ IS    ☐ IS NOT    CURRENTLY A DOC INMATE

DETAILS: Please use this letter as your authority to hold Offender Joshua James folks on the charges for St. Mary Parish Sheriff's Office

ADDITIONAL DETAINERS 

| ISSUING AGENCY | DATE RECEIVED | CHARGES (IF KNOWN) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☒ YES  ☐ NO    COPY(S) OF ABOVE WARRANT(S) / AFFIDAVIT(S) ENCLOSED

_____          _____
Receiving Officer Name (print)                   Sending Officer Name (print)

_____          _____
Receiving Agency                                      Sending Agency

_____          _____
Receiving Officer Signature                       Sending Officer Signature

St. Mary Parish Law Enforcement Center
Post Office Box 579 - Centerville, Louisiana 70522-0579
Telephone: 337-836-5520 - Fax: 337-836-9803
Booking Fax: 337-836-9876
Medical Fax: 337-836-1224 - Kitchen Fax: 337-836-0170

Revised (12/2018)                                                                 SMPSO LEC-723

537 3730103

DocuSign Envelope ID: 805669DD-780B-4###-###9-78915B9A53B0



12:53:57   03-03-2006

**JOHN BEL EDWARDS**
Governor

# State of Louisiana
### Board of Pardons and Parole

04/09/2021

Joshua J. Folks
DOC #361917
New Iberia District

Dear Joshua J. Folks:

After reviewing the violation report and/or the summary of the preliminary hearing held in your case, the Parole Board has voted to return you to the Department of Public Safety & Corrections for a revocation hearing. In the interim, you will be held on our warrant.

However, the Parole Board will not order your return for a revocation hearing until the disposition of your pending charges. If you are convicted of a new felony charge your parole will automatically be revoked by law without a hearing in front of the Board.

If you desire to be returned for a revocation hearing at any time, you are instructed to write to the Parole Board at the above address. Upon receipt of your request, the Parole Officer will contact you regarding waiving or conducting the preliminary hearing deferred at your request.

If you are not convicted on new felony charges, a preliminary hearing may be ordered for other violations prior to your revocation hearing.

All jail credits will be calculated by the Office of Adult Services in the Department of Public Safety and Corrections.

Respectfully,

*[signature]*
Parole Board

**DETAINER**

Post Office Box 94304 • Baton Rouge, Louisiana 70804-9304 • www.doc.la.gov
**Pardon** – (225) 342-5421 • Fax (225) 342-2289  **Parole** – (225) 342-6622 • Fax (225) 342-0721
An Equal Opportunity Employer

| STATE OF LOUISIANA | AFFIDAVIT | CI#: 2021002839 |
|---|---|---|
| VS.NO. | | |

NAME: Joshua Folks  D.O.B. 01/17/1978
ADDRESS: 203 Lacy Street Franklin, Louisiana 70538
SSN#: 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  RACE: White  SEX: Male

STATE OF LOUISIANA
PARISH OF ST. MARY
16th Judicial District Court

Before me the undersigned Judge, Clerk of Court, Notary in the Ward and Parish aforesaid personally appeared Corey Cudd of the Parish and State aforesaid, who being duly sworn, deposes and says that Joshua Folks late of the parish of St. Mary, on or about the 29 day of March, 2021 in the Parish of St. Mary, did violate:

RS 14:122.2 Threatening a Public Official

against the peace and dignity of the State of Louisiana. The affiant charges that the accused committed the above described said offense on the 29 day of March, 2021 based on the following information:

On March 29, 2021 I Dy. Corey Cudd was advised that offender Folks needed to be brought to first appearance to have his bond set by Judge Vincent Borne. Due to Folks aggressive behavior and suicidal tendencies, myself and Dy. Olivier had placed him in the library until Borne was ready to see him in front of the camera. Once Borne was ready to see Folks, Olivier and I brought Folks in the first appearance room in a wheel chair due to him cutting himself on both of his knees. While Folks was speaking to Borne, Borne set Folks's bond at $75,000.00. After Folks seen Borne, Olivier and I brought Folks back to the library to wait for his phone call.

While waiting to use the phone Folks advised he was going to burn Borne's house down when he gets out of jail because Borne set his bond at $75,000.00.

**DETAINER**

Wherefore, the affiant prays that said Joshua Folks be arrested and dealt with according to law.
Sworn to and subscribed this 29 day of March, 2021.

_____ #146294
JUDGE or NOTARY

Ex Officio Notary
St. Mary Parish Sheriff's Office

_____
COMPLAINANT'S SIGNATURE
Address: 9311 Hwy 90 Frontage Rd
Centerville, Louisiana 70522
Phone: (337) 836-5520

CONSIDERING THE ABOVE AND FOREGOING, it is determined that probable cause for arrest did / did not exist in the above entitled case and defendant should \ should not remain incarcerated at this time. This determination being made this _____ day of _____, _____ at _____ M. at _____ in _____, Louisiana.

WITNESSES TO THE OFFENSE:
NAME:  ADDRESS:  JUDGE:  PHONE:

Revised (11/2012)  SMPSO P-340

## DEFENDANT'S FIRST APPEARANCE REPORT

DATE: 03/31/2021    JUDGE _____ A.D.A. _____ CT.REP: _____ MNT.CLK: _____
DEFENDANT'S NAME: Joshua Folks                                                  SID# _____
CHARGE(S): Threatening a Public Official
           Communicating of false info of planned arson
           Self Mutilation by a Prisoner

ARRESTING AGENCY: SMPSO
DATE ARRESTED: 03/29/2021                 ARRESTING OFR(S): Dy. Cudd
                                          DATE OF JAIL CALL DOWN: 04/01/2021
HAS DEFENDANT BEEN IN CUSTODY MORE THAN 72 * (EXCLUSIVE OF WEEKENDS/HOLIDAYS)? N
IF YES, WHY? _____

DETAILS OF OFFENSE & ARREST: ON MARCH 29, 2021 I DY. COREY CUDD WAS ADVISED THAT OFFENDER FOLKS NEEDED TO BE BROUGHT TO FIRST APPEARANCE TO HAVE HIS BOND SET BY JUDGE VINCENT BORNE. DUE TO FOLKS AGGRESSIVE BEHAVIOR AND SUICIDAL TENDENCIES, MYSELF AND DY. OLIVIER HAD PLACED HIM IN THE LIBRARY UNTIL BORNE WAS READY TO SEE HIM IN FRONT OF THE CAMERA. ONCE BORNE WAS READY TO SEE FOLKS, OLIVIER AND I BROUGHT FOLKS IN THE FIRST APPEARANCE ROOM IN A WHEEL CHAIR DUE TO HIM CUTTING HIMSELF ON BOTH OF HIS KNEES. WHILE FOLKS WAS SPEAKING TO BORNE, BORNE SET FOLKS'S BOND AT $75,000.00. AFTER FOLKS SEEN BORNE, OLIVIER AND I BROUGHT FOLKS BACK TO THE LIBRARY TO WAIT FOR HIS PHONE CALL. WHILE WAITING TO USE THE PHONE FOLKS ADVISED HE WAS GOING TO BURN BORNE'S HOUSE DOWN WHEN HE GETS OUT OF JAIL BECAUSE BORNE SET HIS BOND AT $75,000.00. FOLKS ALSO STATED HE WAS GOING TO MAKE ST. MARY PAY FOR ALL HIS DOCTOR BILLS BECAUSE HE HAS BEEN HERE FOR THREE DAYS AND WENT TO THE HOSPITAL TWICE. FOLKS FURTHERING MAKING STATEMENTS THAT HE WAS GOING TO HARM HIMSELF AGAIN AND MAKE DEPUTIES JOBS HARDER. I ASKED FOLKS WHY WOULD HE DO THAT, WHICH HE STATED THAT HE DID NOT MEAN IT IN ANY OFFENSE TO THE DEPUTIES BUT MAKING A POINT TO THE ADMINISTRATION.
FOLKS ASKED WHY WE WERE IN THE LIBRARY, I ADVISED HIM WE WERE WAITING FOR HIM TO USE THE PHONE AFTER HIS FIRST. FOLKS ADVISED THAT HE DID NOT WANT TO USE THE PHONE DUE TO HIM NOT KNOWING ANY NUMBER TO CALL ANYONE. HE ADVISED THAT HE WANTED HIS FATHER'S NUMBER ON HIS EMERGENCY CONTACT BECAUSE THEY WILL NEED IT LATER ON TODAY.
NOTHING FURTHER TO REPORT AT THIS TIME.

**DETAINER**

### BAIL FACTORS (SEE C.C&P. ART 334)

1. SERIOUSNESS OF OFFENSE-IS OFFENSE CHARGE(S) A CRIME OF VIOLENCE[SEE R.S.14:2(13)]? _____
   CONDITION OF VICTIM: _____
   DID OFFENSE INVOLVE CONTROLLED DANGEROUS SUBSTANCE? _____
2. WEIGHT OF EVIDENCE AGAINST THE DEFENDANT-EYE WITNESSES: _____
   CONFESSIONS/ADMISSIONS? _____ OTHER EVIDENCE: _____
3. PREVIOUS CRIMINAL RECORD OF THE DEFENDANT(ATTACH RAP SHEET OR N.C.I.C. PRINTOUT).
4. ABILITY OF DEFENDANT TO MAKE BOND? _____
5. RISK OF HARM TO INDIVIDUAL/COMMUNITY IF DEFENDANT IS RELEASED: _____
6. WILL THE DEFENDANT VOLUNTARILY PARTICIPATE IN PRE-TRIAL DRUG TESTING PROGRAMS? _____
7. WERE ANY CONTROLLED DANGEROUS SUBSTANCE PRESENT IN DEFENDANT"S BLOOD STREAM AT TIME OF ARREST? _____
8. WAS THE DEFENDANT OUT ON BOND ON A PREVIOUS ARREST AT THE TIME OF THIS OFFENSE? _____
   IF YES, STATE DETAILS: _____
9. IS DEFENDANT ON PAROLE/PROBATION? (GIVE DETAILS): _____

AMOUNT OF BOND $ _____  SET BY JUDGE _____
AMOUNT OF BOND $ _____  SET BY JUDGE _____
OTHER BOND IF ANY? $ _____ JUDGE _____ PRESET _____
COURT APPOINTED, (I.D.B.); ATTORNEY RETAINED: _____
COURT IN WHICH CASE IS LODGED: 16th JDC _____ CELL BLK/DEPT DEFENDANT IS LODGED? Angola
Lt. Christopher Detiveaux
CORRECTION OFR/DY. FILING REPORT                COURT COORDINATOR

DRUG RESULTS: TEST DATE: _____
COCAINE: NEG: _____ POS: _____
MARIJUANA: NEG: _____ POS: _____
REFUSED: _____

Revised 6/2013                                                      SMPSO-LEC-620-1

Administrative Remedy Procedure

TO: ARP Records 2021-3851 IM-Inmate
From: Joshua Folks #361917 TU LTOC
Date: 11-9-2021
Reason: Copy of RapSheet, Parole hold and reasons for hold. And copy of Parole Compliance early Release Date.

RECEIVED
NOV 12 2021
LEGAL PROGRAMS DEPARTMENT

I Joshua Folks #361917 have sent requests to Records on copies of RapSheet, Parole hold and reasons for parole hold.

I am a Parish Prisoner being held by LSP for St. Mary Parish. I have pending charges. I have not been convicted nor has my Parole been revoked. I am requesting a copy of pending charges that is holding me in LSP/St. Mary Custody. Felony and misdemeanor and bond amount. These records along with the Police/Sheriff reports are in fact in the possession LSP DOC records Department. The copies of sheriff reports to be included. I am also requesting a copy of the Detainer/Hold that Probation/Parole has on me. The reasons Parole has a hold on me for a violation of my Parole being I am not revoked as of this Date. Or convicted of a felony as of this date. And a copy of my Compliance Parole Release Date. Since As of this date my Compliance Release (early release date) has not been violated and I believe that early Release date from Parole is in the month of November, this month. And As of this date and time I am in no violation of my Parole and the Parole compliance date will in fact arrive with no Parole violation being made. The Parole Compliance Date will arrive with my Parole NOT being Revoked by the court.

Thank you for your assistance in this matter.

Joshua Folks #361917

BACKLOGGED ARP

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

ARP NUMBER: LSP - 2021 - 2851

**RECEIVED**

**MAR 2 4 2022**

LEGAL PROGRAMS DEPARTMEN

RE: JOSHUA FOLKS  361917

LOCATION: ___TU___

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST FOR REMEDY NUMBER LSP-2021-2851.

RECEIVED BY: _____
(INMATE'S NAME & NUMBER)

DATE RECEIVED: 3-23-2022

DELIVERED BY: Major. Ricky Jackson

==========================================================================

1. Have the inmate sign this receipt.
2. Delivery Officer signs the receipt and dates it.
3. Give the Inmate the Manila Envelope and contents.
4. Return the receipt to LEGAL PROGRAMS DEPARTMENT.

DUE BACK DATE

MAR 28 2022