**Department of Public Safety & Corrections**
State of Louisiana
Louisiana State Penitentiary



JEFF LANDRY
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of ARP LSP 2022-0859

_____
Delshadee Scott #153568
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 1-26-2024

Joshua Folks 361917 Case

GENERAL DELIVERY ✦ ANGOLA, LOUISIANA 70712 ✦ (225) 655-4411 ✦ FAX (225) 655-2319 ✦ WWW.DOC.LA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

**EXHIBIT D-3**

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2022-0859

TO: <u>JOSHUA FOLKS 361917</u>　　　<u>TU UPPER E</u>　　　5.14.22 WD
　　　Offender's Name and Number　　　Living Quarters

<u>04/18/2022</u>
Date of Incident

X　　ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

　　　REJECTED: Your request has been rejected for the following reason(s):

<u>　　04/22/2022　　</u>　　　　　　　　　　<u>　　Nyesha Davis　　</u>
　　　　Date　　　　　　　　　　　　　　　　Warden's Signature or Designee

Administrative Remedy Procedure

JFolks 361917
2022-0859 WD

By: Joshua Folks # 361917    2022-0859 1000/TU Warden
Reason: unsafe and unsanitary environment due to leaking and cracked ceiling TU LTOCR
Date: 4-18-2022

I have been confined in a cell located in TU called Lower Timeout cell Right. Above is the uppertime outcell Right. Both cells have a shower and commodes with sinks. TU is used to place offenders with mental issues. Flooding cells are common. Throwing bodyfluids such as feces are common. Use of chemical munitions is common. Offenders in the cell above mine flood the cell and spread feces and all that fluid rains down in to my cell through cracks in the roof. The fluids drips everywhere, on to my food tray, tray flap, bed, personal property and my body, face, arms, etc. Security sprays chemical munitions due to offenders refusing orders to stop kicking the bars/doors and flooding their cell. The cell above me, check the log of the use of chemical munitions, is sprayed on a regular bases and the offenders floods the cell and all the fluids including the chemical munitions rain down in to my cell on to my body burning me. When the offender showers above me, yes, the water drips down flooding my cell. There is visible cracks in the roof and walls. This is unsafe and poses a health hazard to me.

An informal resolution has been unsuccessful. All security is aware and the response is, "your cell is not the only cell that this happens to." Like that explanation makes the conditions acceptable. It is not acceptable.

Relief requested. The cell above the cell I am confined, The upper timeout cell R be closed, and remain unoccupied until the cracks are repaired and all leaks are sealed. I can not confirm about any other cells being flooded because of leaks and cracks in the roofs. I was told by security, so I cannot request the entire second story be closed until repaired. I can only confirm that the cell I am in is flooded constantly, from the cell above and it is causing distress and mental frustration, and physical discomfort. Please address this complaint. There is no excuse for me to be living in these conditions, I'm not even a DOC inmate. Does matter if I was. Thank you for your assistance in this matter.

Joshua Folks 361917
TU LTOCR

RECEIVED
APR 20 2022
LEGAL PROGRAMS DEPARTMENT

CC:

## LOUISIANA STATE PENITENTIARY
## ANGOLA, LOUISIANA

RE: Offender Name & Number: **JOSHUA FOLKS #361917**

ARP Number: **LSP-2022-0859**

I am voluntarily requesting to withdraw the above reference request for remedy. I no longer wish to pursue this matter through the Administrative Remedy Procedure. I voluntarily make this request of my own free will, without coercion and without promise of reward.

_____   __361917__
Offender's Signature             Offender DOC Number

WITNESS: _Lt. Ron Nettles_   DATE: _5-14-22_

WITNESS: _Major Ricky Jackson_   DATE: _5-14-22_


Legible Thumbprint

RECEIVED
MAY 27 2022
LEGAL PROGRAMS DEPARTMENT

INSTRUCTIONS:

Please have the offender Sign and Thumbprint this form with 2 Supervisor's signatures.

***ALL INCORRECT FORMS WILL BE RETURNED TO THE WARDEN OF THAT AREA***