## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



JEFF LANDRY
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of ARP LSP 2022-1428

_____
Delshadee Scott #153568
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 1-26-2024

Joshua Folks 361917 Case

GENERAL DELIVERY ✦ ANGOLA, LOUISIANA 70712 ✦ (225) 655-4411 ✦ FAX (225) 655-2319 ✦ WWW.DOC.LA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

**EXHIBIT D-4**

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2022-1428

TO:   JOSHUA FOLKS   361917          TU UPPER A
      Offender's Name and Number     Living Quarters

03/2021, 08/2021
Date of Incident

    ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X    REJECTED: Your request has been rejected for the following reason(s):
THE DATE OF INCIDENT IS MORE THAN 90 DAYS PAST DUE SO THEREFORE YOUR ARP IS BEING REJECTED DUE TO IT BEING UNTIMELY FILED. ARP'S MUST BE FILED WITHIN 90 DAYS OF THE INCIDENT.

| 07/28/2022 | Nyesha Davis |
|---|---|
| Date | Warden's Signature or Designee |

Administrative Remedy Procedure
Joshua Folks #361917   Tu LSoc.B  2022-1428
7-20-2022                          1099/Rej 3

RECEIVED
JUL 27 2022
LEGAL PROGRAMS DEPARTMENT

Cruel and unusual punishment by use of force by Restraints (Handcuffs/Shackles)

This complaint is in reference to being chained to a bed due to mental illness of self mutilation. These accusations occured between April and late August 2021. Over that time frame I was placed on extreme watch and placed in handcuffs and shackles to a bed 3 different occasions. All are related to self mutilation and are relevant to each other so one ARP is needed so far as to the self mutilation resulting in medical care and hospital at the details can be reviewed by seeing my medical record and the documents by mental health and medical staff that relates to being placed on extreme suicide watch.

The complaint is the amount of time I was chained to the bed. I don't remember the exact day of the week when each began and ended. I do remember the amount of time. One was 12 days, The first time in April 2021. The next was close to 3 and a half weeks May/June 2. Then 4 weeks July to August, late August 2021.

The question is about the people who authorize the period of time. By title, what is their profession, their job, to keep a human being chained to a bed for weeks at a time? A single person, or a board of people? What degree, or certification is required by the employee, their post.

It's simple, Relif sought: Department Regulations and Department policy on use of force by restraints due to self mutilation. An explain on oversight by DOC, to allow employees, restrain by force of handcuff and shackles to a bed because of self harm for such long periods of time. And that those employees be accountable in justifying such force and the reasons for the time amount. And that policy be reviewed and changed so no one being chained to a bed for weeks at a time due to a ment illness that causes self harm, again. Harm is caused by such force and tim A review of my record will show the proof of my complaint and that I, when asked by mental health, replied I was ready to be released from extreme wa and had no thoughts to self harm. Thank you for your assistance.

Remedy, Relief   2 of 2

To understand if Department Regulations Guidlines and Department has been violated one has to have knowledge of those Regulations and Policy on the use of force, by Restraints, in relation to self harm and Policy. Also the employee, or employees who made the decision to keep me chained to a bed on a day to day, week to week basis. Must justify that decision, have an acceptable reason to do such an unacceptable act. Whether Doctors in mental health or Doctors in the medical field, to use as a tool of punishment, use of force by restraints, on a patient diagnosed with self harm due to mental illness and medicated for that condition is unacceptable for weeks at a time. There is no justification, no rational reasons. So yes, I want their reasons an explaination. Please. I lost muscle mass in my legs. My body was assaulted and harmed by their decision to keep me chained to a bed for 2, 3, 4 weeks at a time. DOC needs to adopt the Department of Health's policy to treat and restrain mentally Ill patients. Not make up their own rules. Since Mental health is not DOC primary purpose.

I have been subject to cruel and unusual punishment. a simple inspection of the use of force on me by being placed on extreme watch will prove it. April to the month of August 2021. The paper trail cannot be hidden. And acknowledgement of the facts stated in this ARP must be acknowledged. This behavior by DOC will change. This is the start of the change. Everything stated in this ARP can be confirmed by review of the use of extreme watch in my Record. There are no lies or explainable reasons in this ARP or in my record to as to why I was violated by mental health and medical staff by excessive use of force, by Restraints, for weeks at a time. Thank you, and I hope this happens never again. Let's fix this Loop hole in DOC Policy and Regulations.

Joshua Folks #361917

CC:

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

(R)

ARP NUMBER:   LSP - 2022 - 1428

**RECEIVED**

RE:   JOSHUA FOLKS   361917

AUG 0 3 2022

LOCATION:   (TU UPPER A)   TU UPPER E 0

LEGAL PROGRAMS DEPARTME

I HEREBY ACKNOWLEDGE RECEIPT OF FORM ARP-1 REGARDING REQUEST FOR REMEDY NUMBER LSP-2022-1428

RECEIVED BY: _Joshua Folks 361917_
(INMATE'S NAME & NUMBER)

DATE RECEIVED: _7-29-2022_

DELIVERED BY: _____

================================================================
INSTRUCTION TO DELIVERY OFFICER:

1. Have the inmate sign this receipt.

2. Delivery Officer signs the receipt and dates it.

3. Give the inmate the White envelope.

4. Return the reciept to LEGAL PROGRAMS DEPARTMENT.