Paul Toce, M.D. - March 14, 2025

```
1              IN THE UNITED STATES DISTRICT COURT
            THE MIDDLE DISTRICT OF LOUISIANA
2

3      _____
                              )
4    JOSHUA FOLKS,            )
                              )
5           Plaintiff,        )
                              )
6       vs.                   )   Case No.
                              )   23-cv-01289-SDD-
7    LOUISIANA ATTORNEY       )   RLB
     GENERAL JEFF LANDRY,     )
8    et al.,                  )
                              )
9           Defendants.       )
       _____)
10

11

12

13

14

15

16          The virtual video-recorded deposition of

17    PAUL TOCE, M.D., called by the Plaintiff for

18    examination, pursuant to Notice, and pursuant to the

19    Rules of Civil Procedure for the United States

20    District Courts, taken stenographically by Sandra L.

21    Rocca, CSR, RMR, RDR, CRR, via Zoom, on the 14th of

22    March, 2025, at the hour of 10:58 a.m.

23

24    Certification No. 084-003435, 1245

25    5104-4011-7213-5936
```

**EXHIBIT F**

1        APPEARANCES:  (All parties appeared remotely)

2

3                    JENNER & BLOCK LLP
                    By: ERIN MURPHY
4                        AMANDA WALSH
                    353 N. Clark Street
5                    Chicago IL 60654-3456
                    212.891.1606
6                    emurphy@jenner.com
                    awalsh@jenner.com
7
                            -and-
8
                    JENNER & BLOCK LLP
9                    By: KENNETH BEALE
                    1099 New York Avenue, NW, Suite 900
10                   Washington DC 20001-4412
                    202.637. 6380
11                   kbeale@jenner.com

12                       appeared on behalf of the
                        Plaintiff;
13

14
                    KEOGH, COX & WILSON, LTD
15                   By: ANDREW BLANCHFIELD
                    701 Main Street
16                   Baton Rouge LA 70802
                    225.383.3796
17                   ablanchfield@keoghcox.com

18                       appeared on behalf of the Defendants.

19

20          Also Present:

21              Gus Phillips, Videographer

22                       * * * * *

23

24

25

Paul Toce, M.D. - March 14, 2025

```
 1                    I N D E X

 2     WITNESS                              PAGE

 3     PAUL TOCE, M.D.

 4     EXAMINED BY

 5        Ms. Murphy                           6

 6

 7                    * * * * *

 8
                     E X H I B I T S
 9
       NUMBER                          MARKED FOR ID
10
       Toce
11
       Exhibit 1   000176 to 185, HCP27        26
12
       Exhibit 2   000347 to 389
13                 Recognizing Signs & Symptoms
                   of Mental Illness PowerPoint  32
14
       Exhibit 3   Folks Emails-00107
15                 Mental health transfer request  43

16     Exhibit 4   Folks Emails-00115 to 121
                   Intake history and physical
17                 assessment                   45

18     Exhibit 5   001500, LA Department of
                   Public Safety and Corrections
19                 Disciplinary Report          60

20     Exhibit 6   001502, response to
                   Disciplinary Board           65
21
       Exhibit 7   Folks Emails-00003, 6/3/21
22                 R. Lavespere email string    68

23     Exhibit 8   001479 to 1480
                   7/6/21 Unusual Occurrence
24                 Report                       72

25
```

Paul Toce, M.D. - March 14, 2025

```
1                    E X H I B I T S
                        (continued)
2

3        NUMBER                          MARKED FOR ID

4        Toce

5        Exhibit 9   001472, 7/20/21 Unusual
                     Occurrence Report              74
6
         Exhibit 10  000225 to 230, HCP40
7                    11/26/23                       77

8        Exhibit 11  002918 to 2919, 7/6/21
                     mental health progress notes   101
9

10                       * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Paul Toce, M.D. — March 14, 2025

| | | |
|---|---|---|
| 04:11:02 | 1 | VIDEOGRAPHER:  We are now on the record for |
| 10:58:39 | 2 | the video deposition of Dr. Paul Toce.  The time is |
| 10:58:43 | 3 | 10:58 a.m., March 14th, 2025 in the matter of Joshua |
| 10:58:50 | 4 | Folks versus Louisiana Attorney General Jeff Landry, |
| 10:58:56 | 5 | et al., case number 23-cv-01289-SDD-RLB being held |
| 10:59:04 | 6 | in the United States District Court for the Middle |
| 10:59:08 | 7 | District of Louisiana. |
| 10:59:08 | 8 | The court reporter is Sandra Rocca.  The |
| 10:59:10 | 9 | videographer is Gus Phillips, and both are |
| 10:59:11 | 10 | representatives of GregoryEdwards LLC. |
| 10:59:14 | 11 | Will counsel please state their appearances |
| 10:59:18 | 12 | for the record beginning with the plaintiff. |
| 10:59:19 | 13 | MS. MURPHY:  Yes, my name is Erin Murphy. |
| 10:59:22 | 14 | I'm an attorney with the law firm Jenner & Block. |
| 10:59:24 | 15 | We represent the Plaintiff Joshua Folks. |
| 10:59:30 | 16 | MR. BEALE:  Kenneth Beale for Mr. Folks. |
| 10:59:34 | 17 | MS. WALSH:  Amanda Walsh for Mr. Folks. |
| 10:59:43 | 18 | MR. BLANCHFIELD:  Andrew Blanchfield on |
| 10:59:45 | 19 | behalf of the defendants. |
| 10:59:53 | 20 | (Witness sworn.) |
| 11:00:03 | 21 | VIDEOGRAPHER:  You may proceed, Ms. Murphy. |
| | 22 | PAUL TOCE, M.D., |
| | 23 | having been first duly sworn, was examined and |
| | 24 | testified as follows: |
| | 25 | |

Paul Toce, M.D. - March 14, 2025

|          |    |                                                     |
|----------|----|-----------------------------------------------------|
|          | 1  | CROSS EXAMINATION                                    |
|          | 2  | BY MS. MURPHY:                                       |
| 11:00:07 | 3  | Q  Hi, Dr. Toce.  Could you please start by          |
| 11:00:09 | 4  | stating your full name for the record?              |
| 11:00:09 | 5  | A  Paul Marion Toce, Junior.                         |
| 11:00:13 | 6  | Q  And where are you employed, Dr. Toce?             |
| 11:00:15 | 7  | A  Angola State Penitentiary in Angola,              |
| 11:00:18 | 8  | Louisiana.                                           |
| 11:00:19 | 9  | Q  What's your title there?                          |
| 11:00:20 | 10 | A  Medical director.                                 |
| 11:00:22 | 11 | Q  Have you ever been deposed before?               |
| 11:00:26 | 12 | A  Many times.                                       |
| 11:00:27 | 13 | Q  How many times would you say?                     |
| 11:00:29 | 14 | A  30.                                               |
| 11:00:34 | 15 | Q  Have you ever testified under oath in any        |
| 11:00:38 | 16 | other sort of proceeding?                            |
| 11:00:47 | 17 | MR. BLANCHFIELD:  I'm not sure what you mean         |
| 11:00:49 | 18 | by any other proceeding.                             |
| 11:00:51 | 19 | BY MS. MURPHY:                                       |
| 11:00:51 | 20 | Q  Any type of in court proceeding?                  |
| 11:00:53 | 21 | A  I think the only experience I recall is in        |
| 11:00:57 | 22 | the medical line of duty.                            |
| 11:01:00 | 23 | Q  Well, you're familiar with depositions, but      |
| 11:01:03 | 24 | I'll still go over a couple ground rules.  So you    |
| 11:01:06 | 25 | understand that you're under oath and obligated to   |

Paul Toce, M.D. - March 14, 2025

| Time | Line | |
|---|---|---|
| 11:01:08 | 1 | tell the truth in all questions -- in all answers? |
| 11:01:11 | 2 | A  Yes, ma'am. |
| 11:01:12 | 3 | Q  And that your testimony is the same as if |
| 11:01:14 | 4 | you were testifying in front of a judge or a jury? |
| 11:01:17 | 5 | A  Yes. |
| 11:01:17 | 6 | Q  Is there any reason you couldn't give any |
| 11:01:21 | 7 | accurate, complete, honest testimony today? |
| 11:01:24 | 8 | A  There is no reason I can't be honest today. |
| 11:01:27 | 9 | Q  And accurate as well? |
| 11:01:30 | 10 | A  And accurate, yes, ma'am. |
| 11:01:31 | 11 | Q  Okay.  So as everything will be written down |
| 11:01:36 | 12 | by the court reporter, we need to make all responses |
| 11:01:41 | 13 | are audible, so if you could clearly articulate your |
| 11:01:44 | 14 | answers rather than just kind of nod your head to |
| 11:01:46 | 15 | questions.  Does that work? |
| 11:01:47 | 16 | A  I agree. |
| 11:01:48 | 17 | Q  And similarly, to make sure we have a clear |
| 11:01:53 | 18 | record, I will ask a question and if you could wait |
| 11:01:55 | 19 | until the end of the question and then begin your |
| 11:01:58 | 20 | answer and I will do the same, let you finish your |
| 11:02:00 | 21 | answer before I begin my next question. |
| 11:02:02 | 22 | A  I agree. |
| 11:02:03 | 23 | Q  At times your lawyer may object to a |
| 11:02:07 | 24 | question, but unless you're instructed not to, you |
| 11:02:10 | 25 | still have to answer the question.  So if you could |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:02:12 | 1 | please just proceed to answer the question.  Does |
| 11:02:15 | 2 | that work? |
| 11:02:15 | 3 | A  Yes. |
| 11:02:16 | 4 | Q  If my question's not clear, please let me |
| 11:02:21 | 5 | know. |
| 11:02:22 | 6 | A  I will. |
| 11:02:22 | 7 | Q  Throughout the deposition, I will be |
| 11:02:26 | 8 | referring to the Louisiana Department of Public |
| 11:02:31 | 9 | Safety and Corrections as DOC.  Okay? |
| 11:02:33 | 10 | A  Yes. |
| 11:02:33 | 11 | Q  And then I'll refer to the Louisiana State |
| 11:02:38 | 12 | Penitentiary as either Angola or -- |
| 11:02:42 | 13 | A  Angola or what? |
| 11:02:44 | 14 | Q  LSP? |
| 11:02:45 | 15 | A  Yes. |
| 11:02:46 | 16 | Q  And then if you ever need a break, just let |
| 11:02:51 | 17 | me know.  We'll probably take a couple breaks |
| 11:02:53 | 18 | throughout, but if there's a question pending at the |
| 11:02:55 | 19 | end, just please finish answering and then we can go |
| 11:02:58 | 20 | ahead and take a break. |
| 11:03:00 | 21 | A  Okay.  I got it. |
| 11:03:02 | 22 | VIDEOGRAPHER:  Ms. Murphy, before we get too |
| 11:03:05 | 23 | far into testimony, could we go off the record for |
| 11:03:07 | 24 | just one second for a technical issue? |
| 11:03:11 | 25 | MS. MURPHY:  Yes. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:03:12 | 1 | VIDEOGRAPHER:  I apologize.  We are off the |
| 11:03:14 | 2 | record.  The time is 11:03 a.m. |
| 11:03:17 | 3 | (Short recess.) |
| 11:05:06 | 4 | VIDEOGRAPHER:  We are back on the record. |
| 11:05:12 | 5 | The time is 11:05 a.m. |
| 11:05:16 | 6 | BY MS. MURPHY: |
| 11:05:17 | 7 | Q  Okay.  A couple other initial questions for |
| 11:05:19 | 8 | you, Dr. Toce.  Since this is a remote deposition, I |
| 11:05:22 | 9 | just wanted to check, is there anyone else in the |
| 11:05:25 | 10 | room with you? |
| 11:05:25 | 11 | A  No, ma'am. |
| 11:05:27 | 12 | Q  Okay.  And please -- will you please let me |
| 11:05:29 | 13 | know if anyone else were to come in for any reason? |
| 11:05:31 | 14 | A  I have my guard at the door.  Yes, ma'am, |
| 11:05:34 | 15 | I'll let you know. |
| 11:05:35 | 16 | Q  Great.  And do you have any other documents, |
| 11:05:39 | 17 | devices, or anything else that you have open right |
| 11:05:44 | 18 | now that you would be consulting because we would |
| 11:05:46 | 19 | like to have your unaided testimony.  So do you have |
| 11:05:50 | 20 | anything but Zoom open? |
| 11:05:52 | 21 | A  Just my computer screens and notes that have |
| 11:05:59 | 22 | nothing to do with Mr. Folks. |
| 11:06:01 | 23 | Q  If you could close everything but Zoom, that |
| 11:06:03 | 24 | would be great. |
| 11:06:04 | 25 | A  It's my screen saver.  I don't think I can |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:06:11 | 1 | close that. |
| 11:06:11 | 2 | Q  Okay.  That's fine then.  As long as it's |
| 11:06:14 | 3 | not related to this case, it's not notes or |
| 11:06:17 | 4 | anything. |
| 11:06:17 | 5 | A  Then we are good. |
| 11:06:19 | 6 | Q  Okay.  Thank you.  Did you prepare for this |
| 11:06:23 | 7 | deposition today? |
| 11:06:24 | 8 | A  Yes, ma'am, I did. |
| 11:06:25 | 9 | Q  Did you prepare with counsel? |
| 11:06:28 | 10 | A  We did speak, yes, ma'am. |
| 11:06:30 | 11 | Q  Okay.  Could you tell me how you prepared? |
| 11:06:35 | 12 | A  I mainly reviewed medical records. |
| 11:06:39 | 13 | Q  Okay.  Do you have an understanding then |
| 11:06:44 | 14 | what this litigation is about? |
| 11:06:46 | 15 | A  Yes, ma'am, I do. |
| 11:06:48 | 16 | Q  Did you personally know the Plaintiff, |
| 11:06:50 | 17 | Mr. Joshua Folks? |
| 11:06:52 | 18 | A  Yes, ma'am, I did.  I do. |
| 11:06:55 | 19 | Q  Throughout the deposition, I'll probably |
| 11:06:57 | 20 | refer to him as either Folks or Mr. Folks if that |
| 11:07:01 | 21 | works. |
| 11:07:02 | 22 | A  Yes, ma'am.  That's good. |
| 11:07:03 | 23 | Q  So I think that we can get into a little bit |
| 11:07:07 | 24 | of finding out about kind of your background and |
| 11:07:10 | 25 | your career at Angola.  So we'll start with |

Paul Toce, M.D. - March 14, 2025

11:07:14  1    education.

11:07:15  2         What is the highest level of education that

11:07:17  3    you received?

11:07:18  4       A  After my medical doctorate, I did three

11:07:23  5    years of residency in internal medicine in Long

11:07:27  6    Beach VA Medical Center.

11:07:28  7       Q  So could you repeat where you did that?

11:07:32  8       A  Long Beach VA Medical Center in Long Beach,

11:07:37  9    California.

11:07:38  10      Q  And where did you receive your medical

11:07:41  11   degree?

11:07:41  12      A  In LSU Medical Center in Shreveport.

11:07:48  13      Q  Where did you receive your undergraduate

11:07:51  14   degree?

11:07:51  15      A  LSU in Baton Rouge.

11:07:54  16      Q  Did you have a specialty that you studied

11:07:57  17   for your medical school?

11:07:58  18      A  Well, medical school is not -- the

11:08:03  19   opportunity is not there, but in residency, I was an

11:08:06  20   internal medicine specialist.

11:08:08  21      Q  Great.  And what's involved in the study of

11:08:13  22   internal medicine, what different topics?

11:08:15  23      A  Oh, internal medicine is -- in general, it's

11:08:18  24   the entire medical care of adults, so not children

11:08:25  25   and not pregnant women, but mostly dealing with

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:08:36 | 1 | chronic disease states and acute general illnesses, |
| 11:08:39 | 2 | just about everything but surgery and dermatology. |
| 11:08:43 | 3 | The rest of that is internal medicine. |
| 11:08:45 | 4 | Q  Does this include mental healthcare as well? |
| 11:08:51 | 5 | A  I do have a good bit of experience in that |
| 11:08:54 | 6 | too, yes, ma'am. |
| 11:08:55 | 7 | Q  Is that from your schooling or just |
| 11:08:58 | 8 | experiences? |
| 11:08:59 | 9 | A  Experiences. |
| 11:09:00 | 10 | Q  Do you have -- so what current professional |
| 11:09:06 | 11 | certifications or licenses do you currently hold? |
| 11:09:10 | 12 | A  The medical degree is from Louisiana State |
| 11:09:13 | 13 | Board of Medical Education.  And the -- that's it. |
| 11:09:24 | 14 | I don't have board certification or member in any |
| 11:09:27 | 15 | other organizations. |
| 11:09:29 | 16 | Q  Is this an active license? |
| 11:09:32 | 17 | A  Yes, ma'am, it is. |
| 11:09:33 | 18 | Q  Has it ever been suspended or put on hold? |
| 11:09:40 | 19 | A  You did break up.  Has it ever been what? |
| 11:09:43 | 20 | Q  Suspended or put on probation? |
| 11:09:45 | 21 | A  Yes, it has.  In 2009, I was on probation |
| 11:09:55 | 22 | for a year as I took care of a mental problem that I |
| 11:10:03 | 23 | was having at the time. |
| 11:10:05 | 24 | Q  And when was your license reinstated? |
| 11:10:10 | 25 | A  When was what stated? |

| | | |
|---|---|---|
| 11:10:12 | 1 | Q  When was the license reinstated? |
| 11:10:14 | 2 | A  Oh, 2010. |
| 11:10:23 | 3 | Q  Okay.  Thank you.  I'm going to ask a little |
| 11:10:27 | 4 | bit then about your career particularly at the DOC. |
| 11:10:32 | 5 | When did you start working for the DOC? |
| 11:10:34 | 6 | A  In December of 2011. |
| 11:10:38 | 7 | Q  And did you start at Angola? |
| 11:10:42 | 8 | A  Yes, I did. |
| 11:10:42 | 9 | Q  And what was your position when you started? |
| 11:10:46 | 10 | A  I was a staff physician. |
| 11:10:48 | 11 | Q  Okay.  Can you briefly walk me through then |
| 11:10:52 | 12 | the timeline, the various positions that you've held |
| 11:10:56 | 13 | throughout your time at Angola? |
| 11:10:57 | 14 | A  I was assistant medical director about 2017. |
| 11:11:10 | 15 | I have a CV that I can give you with this |
| 11:11:12 | 16 | information.  But assistant medical director and |
| 11:11:15 | 17 | then in September 2019, I went to Dixon Correctional |
| 11:11:23 | 18 | Institution because they needed a medical director |
| 11:11:24 | 19 | there.  And then I came back to Angola in July 2021 |
| 11:11:35 | 20 | because we needed a medical director here. |
| 11:11:38 | 21 | Q  So between September 2019 and July 2021, you |
| 11:11:44 | 22 | were not at Angola, correct? |
| 11:11:46 | 23 | A  That is correct. |
| 11:11:47 | 24 | Q  So you returned in July 2021? |
| 11:11:51 | 25 | A  Yes. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:11:52 | 1 | Q  When you returned in July 2021, was there |
| 11:11:56 | 2 | any sort of orientation process? |
| 11:11:59 | 3 | A  I had a lot of experience here.  As |
| 11:12:04 | 4 | assistant medical director, you do medical director |
| 11:12:07 | 5 | work when he's not here.  And an orientation process |
| 11:12:13 | 6 | -- well, they do this -- every year they do |
| 11:12:16 | 7 | classroom education, so that meets our annual |
| 11:12:22 | 8 | educational requirements and policy requirements. |
| 11:12:30 | 9 | But there was no requirement or a need for job |
| 11:12:34 | 10 | reorientation.  I knew how the place worked and what |
| 11:12:37 | 11 | I needed to do when I got here.  And the man that |
| 11:12:41 | 12 | hired me, Dr. Lavespere, was the man that put me |
| 11:12:45 | 13 | here.  He was also the medical director at the time |
| 11:12:47 | 14 | that I was assistant medical director.  That's it. |
| 11:12:52 | 15 | Q  Okay.  Was there an orientation when you |
| 11:12:54 | 16 | first started back in 2011? |
| 11:12:58 | 17 | A  Yes. |
| 11:12:59 | 18 | Q  Do you remember what that entailed? |
| 11:13:02 | 19 | A  It was -- it was the same kind of classroom |
| 11:13:06 | 20 | orientation, what to expect from inmates, how to use |
| 11:13:10 | 21 | restraints, what to do in a hostage situation, and |
| 11:13:17 | 22 | there was about 20 other topics that they cover.  So |
| 11:13:21 | 23 | that was -- that was the initial orientation. |
| 11:13:24 | 24 | Q  Do you remember who led that orientation? |
| 11:13:27 | 25 | A  No way.  No, ma'am. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:13:29 | 1 | Q  When you started back in July 2020 when you |
| 11:13:36 | 2 | returned, did you take over for another medical |
| 11:13:39 | 3 | director? |
| 11:13:40 | 4 | A  The medical director that was here had left |
| 11:13:46 | 5 | the position and Dr. Lavespere was temporarily |
| 11:13:52 | 6 | covering it.  So essentially, I came to an open |
| 11:13:55 | 7 | position, but that was the two guys that were here |
| 11:13:59 | 8 | right before I came back. |
| 11:14:00 | 9 | Q  What was the transition process between |
| 11:14:05 | 10 | medical directors like? |
| 11:14:07 | 11 | A  Well, DCI is a very different place from |
| 11:14:16 | 12 | Angola, and it's -- the demands are less and the |
| 11:14:21 | 13 | stressors are less.  And it was -- so it was -- I |
| 11:14:31 | 14 | came back here because they needed me and because |
| 11:14:34 | 15 | Dr. Lavespere asked me to.  And I knew that it would |
| 11:14:39 | 16 | be much higher demands on everything.  But I did |
| 11:14:44 | 17 | come here and I got a pay raise for coming here. |
| 11:14:48 | 18 | Q  And what was -- when Dr. Lavespere asked you |
| 11:14:53 | 19 | to come over, did he talk to you kind of about the |
| 11:14:58 | 20 | transition between him being the interim medical |
| 11:15:02 | 21 | director and you starting?  Like, for example, did |
| 11:15:05 | 22 | he provide you kind of any updates about what was |
| 11:15:07 | 23 | going on at the prison at the time? |
| 11:15:09 | 24 | A  Oh, yeah, yeah.  We spoke frequently in that |
| 11:15:13 | 25 | interval.  While I was out, they picked up seven new |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:15:18 | 1 | nurse practitioners and so getting to know those |
| 11:15:22 | 2 | people and what I could expect from them and what he |
| 11:15:26 | 3 | thought we needed to do with them was part of the |
| 11:15:28 | 4 | transition. |
| 11:15:31 | 5 | The new -- a new position had been formed. |
| 11:15:35 | 6 | The long-term hospital administrator position was -- |
| 11:15:43 | 7 | it was new and Dr. Johnson, Dr. Jacob Johnson, was |
| 11:15:51 | 8 | holding that position and we talked about him and I |
| 11:15:56 | 9 | looked forward to getting into working with him.  He |
| 11:15:59 | 10 | turned out to be a big help.  Let's see.  You know, |
| 11:16:06 | 11 | not much else had changed besides the nurse |
| 11:16:09 | 12 | practitioners and the new administrative position. |
| 11:16:13 | 13 | Q  Why were there seven new nurse |
| 11:16:17 | 14 | practitioners?  Had these been open positions |
| 11:16:20 | 15 | before, turnover? |
| 11:16:24 | 16 | A  No, there were -- there was only one nurse |
| 11:16:26 | 17 | practitioner when I left.  And in the interim, in |
| 11:16:33 | 18 | order to provide better healthcare to the population |
| 11:16:37 | 19 | here, they transitioned from having all doctors -- |
| 11:16:42 | 20 | when I was here it was all doctors.  We had about |
| 11:16:46 | 21 | five at the peak.  And when I got back here, it's |
| 11:16:53 | 22 | eight nurse practitioners and one doctor.  So the |
| 11:17:00 | 23 | transition had been made in order to provide better |
| 11:17:03 | 24 | medical care. |
| 11:17:04 | 25 | Q  And are you the one doctor or is there |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:17:08 | 1 | another doctor? |
| 11:17:08 | 2 | A  I was the one doctor, but since then we have |
| 11:17:13 | 3 | hired a second doctor.  Dr. Cleveland has again a |
| 11:17:17 | 4 | lot of experience in the DOC.  He's been medical |
| 11:17:22 | 5 | director at a couple of other facilities.  So when |
| 11:17:24 | 6 | he came here as my assistant, he made a very good |
| 11:17:27 | 7 | assistant.  And he's still with us. |
| 11:17:30 | 8 | Q  In addition to talking about the changes in |
| 11:17:35 | 9 | staffing, did Dr. Lavespere provide you with any |
| 11:17:39 | 10 | information about the current inmate population or |
| 11:17:43 | 11 | tell you about any specific inmates at the time and |
| 11:17:45 | 12 | their medical issues? |
| 11:17:49 | 13 | A  You know, I was familiar with a bunch of |
| 11:17:53 | 14 | them.  And there were none that I remember him |
| 11:17:56 | 15 | pointing out specifically to me.  Now, once I did |
| 11:17:59 | 16 | start here, Dr. Gamble is the mental health medical |
| 11:18:04 | 17 | director, and he and I spoke a good bit about |
| 11:18:09 | 18 | patients that we knew were going to require more |
| 11:18:12 | 19 | attention.  The rest of the inmates were learned by |
| 11:18:18 | 20 | again getting involved with their cases. |
| 11:18:20 | 21 | Q  Did he mention Mr. Folks when he was talking |
| 11:18:25 | 22 | about patients who might need more attention? |
| 11:18:28 | 23 | A  No, ma'am.  I really don't recall it.  No, |
| 11:18:34 | 24 | ma'am. |
| 11:18:34 | 25 | Q  I'd like to ask a little more about your job |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:18:38 | 1 | as medical director.  So what does your day-to-day |
| 11:18:41 | 2 | look like at Angola? |
| 11:18:42 | 3 | A  It looks like open the email, choose the two |
| 11:18:50 | 4 | or three things that have to be done today to keep |
| 11:18:53 | 5 | me out of trouble, and the rest of them can wait.  I |
| 11:18:58 | 6 | try to get into the electronic medical record and |
| 11:19:06 | 7 | there are every day hundreds of entries there that |
| 11:19:10 | 8 | need to be addressed.  Anybody that has a problem |
| 11:19:18 | 9 | that needs to be addressed, that's kind of me. |
| 11:19:24 | 10 | I attend to patients that are on the ward on |
| 11:19:28 | 11 | our nursing units, especially ones that are |
| 11:19:32 | 12 | late-stage disease and at end of life requiring |
| 11:19:38 | 13 | medical decisions and documents and possibly DNR |
| 11:19:44 | 14 | status.  That's my area.  I handle repeat refusals. |
| 11:19:55 | 15 | It's a huge problem and it requires a lot of |
| 11:20:00 | 16 | attention because when it comes down to repeating |
| 11:20:06 | 17 | refusals for care, we can't just say, okay, you |
| 11:20:10 | 18 | don't get any more care.  They have to know what |
| 11:20:15 | 19 | they're doing.  They have to know what bad could |
| 11:20:18 | 20 | happen from it.  We have to document all of that. |
| 11:20:22 | 21 | And then if they still decide that they don't want |
| 11:20:25 | 22 | the care, we say, okay, we won't be calling you back |
| 11:20:28 | 23 | for this unless you say you want it.  And that |
| 11:20:33 | 24 | little scenario right there gets played all the |
| 11:20:37 | 25 | time.  I have one day a week where I exclusively |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:20:41 | 1 | bring guys in and talk to them about this. |
| 11:20:45 | 2 | And they're just -- I'm a medical lab |
| 11:20:50 | 3 | director.  If a piece of equipment starts making |
| 11:20:53 | 4 | trouble for us, I try to run down the errors there. |
| 11:20:57 | 5 | If that equipment caused any issue that might affect |
| 11:21:01 | 6 | an inmate, I have to document what happened and what |
| 11:21:07 | 7 | happened to the inmate and what we've done to fix |
| 11:21:10 | 8 | it.  And that helps us to maintain CLIA |
| 11:21:15 | 9 | certification.  It's a laboratory certification that |
| 11:21:19 | 10 | we have to maintain in order to continue doing -- |
| 11:21:23 | 11 | one of our very important tests here is cardiac |
| 11:21:25 | 12 | enzymes. |
| 11:21:31 | 13 | You know, I get people walking in with |
| 11:21:35 | 14 | issues just pretty much all day long.  There are so |
| 11:21:39 | 15 | many things that I have to sign.  If -- every time a |
| 11:21:44 | 16 | nurse practitioner consults a specialist, I am |
| 11:21:51 | 17 | charged with approving it.  And so many labs and |
| 11:21:58 | 18 | x-rays results come back, I am trying to have the |
| 11:22:05 | 19 | appropriate nurse practitioner that has that patient |
| 11:22:08 | 20 | to do that lab, but our system doesn't really help |
| 11:22:14 | 21 | us with that very much.  So I end up doing a bunch. |
| 11:22:20 | 22 | I contact family members when my guys on the |
| 11:22:24 | 23 | unit do choose to be no code or if they're having |
| 11:22:30 | 24 | trouble making the decision and they want the family |
| 11:22:32 | 25 | informed, family contact is -- family members |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:22:39 | 1 | contact me when they have issues with the care of |
| 11:22:44 | 2 | their loved one or if they just need an update. |
| 11:22:50 | 3 | Inmates contact me by writing letters to my |
| 11:22:56 | 4 | office and those have to be addressed.  You know, I |
| 11:23:02 | 5 | could probably go on for the next hour or so telling |
| 11:23:04 | 6 | you things that pop up, but does that answer your |
| 11:23:07 | 7 | question? |
| 11:23:08 | 8 | Q  Yes.  I think it does.  That seems like an |
| 11:23:11 | 9 | overwhelming amount of responsibilities each day. |
| 11:23:14 | 10 | A  Thank you. |
| 11:23:15 | 11 | Q  Are you able to get through most of that in |
| 11:23:18 | 12 | any given day? |
| 11:23:20 | 13 | A  I get through -- remember the priority I |
| 11:23:24 | 14 | talked about, I get through so far.  All the stuff |
| 11:23:27 | 15 | that's really pressing and especially -- I got a |
| 11:23:32 | 16 | great relief from that when we got Dr. Cleveland on |
| 11:23:36 | 17 | board.  So he has helped me a great deal to stay on |
| 11:23:39 | 18 | top of these issues.  And I still -- I mean, I'm |
| 11:23:47 | 19 | supposed to work 10 hours a day and 11 to 13 is |
| 11:23:52 | 20 | common.  So it takes a little extra time, but |
| 11:23:54 | 21 | there's nothing else to do in Angola so I don't mind |
| 11:23:58 | 22 | working while I'm here. |
| 11:23:59 | 23 | Q  What are some of the priority items that you |
| 11:24:02 | 24 | mentioned? |
| 11:24:05 | 25 | A  A call from a hospital requesting permission |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:24:12 | 1 | to perform a lifesaving procedure on an inmate. I |
| 11:24:18 | 2 | have to tell them that the way to do that is to |
| 11:24:23 | 3 | treat the inmate like any person off the street that |
| 11:24:26 | 4 | has no family contacts. And a two doctor -- two |
| 11:24:31 | 5 | doctors can take implied consent to somebody that's |
| 11:24:35 | 6 | incapable of making their own medical decisions. |
| 11:24:39 | 7 | A lot of other cases that aren't that |
| 11:24:43 | 8 | severe, they're calling me to get conditions of the |
| 11:24:46 | 9 | patients before they were sent. A lot of times I |
| 11:24:50 | 10 | get phone calls for updates, what's going on with |
| 11:24:53 | 11 | the patient in the hospital and they want input on |
| 11:24:57 | 12 | how to manage the case. I forgot what I was |
| 11:25:07 | 13 | answering. Things that pop up during the day, was |
| 11:25:10 | 14 | that really it? |
| 11:25:11 | 15 | Q Priority? |
| 11:25:11 | 16 | A Oh, priority. I'm sorry. Priorities. |
| 11:25:15 | 17 | There are so many policy reviews that have |
| 11:25:21 | 18 | deadlines. And there are calls from wardens that |
| 11:25:31 | 19 | relay a message from an inmate to me and they ask me |
| 11:25:34 | 20 | to look into it. That is a priority that has to be |
| 11:25:39 | 21 | done soon. Mama calls, warden calls, and I'm just |
| 11:25:57 | 22 | kind of having trouble stacking any more stuff in |
| 11:26:00 | 23 | there. |
| 11:26:01 | 24 | Q That makes sense. When you say policy |
| 11:26:04 | 25 | reviews with deadlines, could you expand on what you |

Paul Toce, M.D. - March 14, 2025

11:26:07  1    mean by that?

11:26:07  2        A   Yes, ma'am.  We have a thousand policies,

11:26:14  3    and just about every year, some of them need to be

11:26:19  4    -- we just need to sign acknowledging that you've

11:26:23  5    read them.  But there are others that are changed.

11:26:26  6            When policies are changed, we have a system

11:26:29  7    where I look at the policy and I recommend certain

11:26:35  8    updates and I submit them and the people writing the

11:26:40  9    policy see my recommendations and sometimes they

11:26:45  10   take them, sometimes they don't.  But we are a very

11:26:51  11   policy-driven institution.

11:26:54  12       Q   What are some examples of policies that

11:26:59  13   you've reviewed recently?

11:27:00  14       A   Heat precaution duty status, HIV management.

11:27:17  15   There's one that has every publication that is not

11:27:25  16   allowed to be sent to the institution.  That's

11:27:29  17   always one of my favorites.  It makes little or no

11:27:36  18   sense for me to look at a list of publications and

11:27:40  19   say, yeah, I read this, like I'm going to remember

11:27:44  20   it.

11:27:44  21           Policies.  You know, we've gone over the

11:27:49  22   classification policies where certain levels of care

11:27:52  23   are required for specific medical level of care

11:27:59  24   classifications.  We've got policies on inmates that

11:28:11  25   are designated as healthcare assisted.  We're

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:28:17 | 1 | required to make -- when we get certification to do |
| 11:28:23 | 2 | basic life support and advanced cardiac life |
| 11:28:27 | 3 | support, those are good for two years, but we have |
| 11:28:30 | 4 | to attend an additional basic life support class |
| 11:28:37 | 5 | every year because it's in a policy. |
| 11:28:46 | 6 | What patients are allowed -- what patients |
| 11:28:50 | 7 | are supposed to go into my assisted living dorm and |
| 11:28:56 | 8 | which ones are supposed to be in handicap accessible |
| 11:29:00 | 9 | dorms.  And there's policies on how to move them in |
| 11:29:04 | 10 | between those dorms and the general population.  I |
| 11:29:14 | 11 | have an encyclopedia over there that is -- it's |
| 11:29:19 | 12 | about that thick and it's full of policies all that |
| 11:29:23 | 13 | deal with just medical.  So it's a never-ending |
| 11:29:28 | 14 | story. |
| 11:29:29 | 15 | Q  Do you think the policies are useful? |
| 11:29:34 | 16 | A  I think they're necessary.  We have to have |
| 11:29:38 | 17 | these definitions in order to maintain our |
| 11:29:45 | 18 | certification with -- I'm blocking -- on the |
| 11:29:51 | 19 | organization that manages prisons in the United |
| 11:29:56 | 20 | States and in the state.  So they demand that we |
| 11:30:00 | 21 | have policies addressing everything. |
| 11:30:04 | 22 | I mean, there's a policy that tells nurses |
| 11:30:07 | 23 | how to clean out bed pans; I mean, everything.  And |
| 11:30:12 | 24 | a lot of times they're so detailed that they do get |
| 11:30:17 | 25 | outdated.  We do things differently now.  And there |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:30:21 | 1 | has been a lot of that since we switched to |
| 11:30:23 | 2 | electronic medical records.  So it's an ongoing, |
| 11:30:29 | 3 | every day process.  I do believe it's necessary and |
| 11:30:32 | 4 | I believe there's a lot of redundancy and there's a |
| 11:30:36 | 5 | lot of policies that if it was up to me, we wouldn't |
| 11:30:39 | 6 | need that. |
| 11:30:40 | 7 | Q  And is this only really on you to be |
| 11:30:42 | 8 | reviewing all these policies and recommending |
| 11:30:45 | 9 | changes? |
| 11:30:45 | 10 | A  Oh, no.  In the -- we go to this location on |
| 11:30:49 | 11 | the computer.  It's called PowerDMS, and the |
| 11:30:53 | 12 | document is sent to everybody that might have |
| 11:30:58 | 13 | interest in the policy or to cite the policy.  And |
| 11:31:02 | 14 | there are -- well, no.  There's 10 or 15 people -- |
| 11:31:09 | 15 | pretty much on every policy I look at, there's that |
| 11:31:13 | 16 | many other people looking at it and working on it. |
| 11:31:15 | 17 | So no, it's not just up to me. |
| 11:31:18 | 18 | Q  And when you recommend a policy change, what |
| 11:31:21 | 19 | do you use to kind of inform changes that need to be |
| 11:31:25 | 20 | made? |
| 11:31:25 | 21 | A  On the app that we use, if you highlight a |
| 11:31:29 | 22 | section, you can tap a button that says "comment." |
| 11:31:37 | 23 | And off to the side you put your comment and it |
| 11:31:40 | 24 | draws a little line to the area you highlighted. |
| 11:31:42 | 25 | So... |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:31:43 | 1 | Q  Sorry.  What kind of outside information are |
| 11:31:46 | 2 | you drawing upon?  Like, if you see something in the |
| 11:31:50 | 3 | policy and you think it doesn't reflect your |
| 11:31:52 | 4 | experience, or maybe kind of like an external |
| 11:31:57 | 5 | training you've recently had, like what kind of |
| 11:31:59 | 6 | information are you drawing upon to recommend a |
| 11:32:01 | 7 | change? |
| 11:32:03 | 8 | A  It's mostly -- it's life in the Department |
| 11:32:10 | 9 | of Corrections.  It's very different from the free |
| 11:32:13 | 10 | world, we call it.  And so adopting -- well, this |
| 11:32:22 | 11 | isn't policy.  I'm thinking about medical care |
| 11:32:24 | 12 | again.  In policies I'm pretty much drawing on the |
| 11:32:27 | 13 | experience of being in administration for the past |
| 11:32:30 | 14 | ten years. |
| 11:32:33 | 15 | Q  Do you think people are -- do you think |
| 11:32:45 | 16 | people are consulting the policies before making |
| 11:32:50 | 17 | decisions? |
| 11:32:50 | 18 | A  Oh, yes.  And if they don't, we point it out |
| 11:32:54 | 19 | to them.  Yes, ma'am, they do. |
| 11:32:56 | 20 | Q  Okay.  So I'd like to talk about a specific |
| 11:33:00 | 21 | policy to start here.  There is a mental health |
| 11:33:05 | 22 | policy at Angola, correct? |
| 11:33:06 | 23 | A  Yes, ma'am.  A few. |
| 11:33:08 | 24 | Q  What can you tell me about that? |
| 11:33:12 | 25 | MR. BLANCHFIELD:  Can you identify the |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:33:13 | 1 | policy, please? |
| 11:33:14 | 2 | BY MS. MURPHY: |
| 11:33:14 | 3 | Q  Yes.  The policy is HCP27.  We can bring up |
| 11:33:19 | 4 | the exhibit.  Amanda, could you bring up the -- it's |
| 11:33:23 | 5 | currently I think marked as Exhibit 1, HCP medical |
| 11:33:27 | 6 | health policy or mental health policy. |
| 11:33:32 | 7 | (Toce Exhibit 1 marked for |
| 11:33:42 | 8 | identification.) |
| 11:33:42 | 9 | MS. WALSH:  I'm having a bit of trouble with |
| 11:33:44 | 10 | the transfer.  I'll get it to you in just one |
| 11:33:47 | 11 | second. |
| 11:33:47 | 12 | A  What is the purpose of the policy?  It |
| 11:33:49 | 13 | should be right at the top. |
| 11:33:51 | 14 | Q  What kind of -- what might you consult this |
| 11:33:54 | 15 | policy for? |
| 11:33:56 | 16 | A  We have quite a few mental health policies. |
| 11:34:01 | 17 | I'd have to know which one we're talking about. |
| 11:34:04 | 18 | Q  Okay.  We can wait until the transfer comes |
| 11:34:07 | 19 | through. |
| 11:34:07 | 20 | A  Okay. |
| 11:34:37 | 21 | VIDEOGRAPHER:  Ms. Walsh, can I help at all? |
| 11:34:42 | 22 | MS. WALSH:  When I'm trying to drag the |
| 11:34:44 | 23 | appropriate exhibit, it's not allowing me to drag |
| 11:34:47 | 24 | and drop it.  So I'm trying to go -- |
| 11:34:50 | 25 | VIDEOGRAPHER:  Is it on a -- do you want to |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:34:53 | 1 | go off the record, Sandra? |
| 11:34:54 | 2 | CERTIFIED STENOGRAPHER:  Yes. |
| 11:34:58 | 3 | VIDEOGRAPHER:  We are off the record.  The |
| 11:35:00 | 4 | time is 11:34 a.m. |
| 11:35:06 | 5 | (Discussion off the record.) |
| 11:37:01 | 6 | VIDEOGRAPHER:  We are back on the record. |
| 11:37:11 | 7 | The time is 11:37 a.m. |
| 11:37:15 | 8 | BY MS. MURPHY: |
| 11:37:18 | 9 | Q  Dr. Toce, I put an exhibit into the chat. |
| 11:37:22 | 10 | Will you label this Exhibit 1?  And this is the |
| 11:37:27 | 11 | mental health policy labeled HCP27.  Are you able to |
| 11:37:33 | 12 | see this? |
| 11:37:33 | 13 | A  Yes, ma'am. |
| 11:37:34 | 14 | Q  Can you please review this and let me know |
| 11:37:38 | 15 | if you're familiar with this? |
| 11:37:40 | 16 | A  Roughly, this is mental health and not |
| 11:37:44 | 17 | medical, but it describes the level of mental health |
| 11:37:53 | 18 | and how many times they're supposed to see at one |
| 11:37:57 | 19 | interval -- at what intervals.  Talks about having a |
| 11:38:02 | 20 | treatment plan for everybody.  The definition of |
| 11:38:08 | 21 | serious mental illness would apply.  Codes and |
| 11:38:16 | 22 | modifiers, see, that's out of my realm.  Level of |
| 11:38:20 | 23 | care, okay, we talked about that.  That's 9(C).  And |
| 11:38:29 | 24 | what to do with each one of those levels.  I'm sure |
| 11:38:32 | 25 | they talk about hunger strike and suicide watch on |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:38:36 | 1 | here somewhere.  Oh, maybe that's embedded in one of |
| 11:38:43 | 2 | those levels.  But let's see.  That's a level of |
| 11:38:55 | 3 | care 1.  All right.  So that's my understanding, |
| 11:39:00 | 4 | it's kind of a floor plan for how to take care of |
| 11:39:04 | 5 | people who would have psychological issues. |
| 11:39:06 | 6 | Q  Is this a policy you would consult? |
| 11:39:11 | 7 | A  The mental health department doesn't require |
| 11:39:17 | 8 | much policy guidance from me.  They pay attention to |
| 11:39:23 | 9 | their policies and they adhere to them.  The only |
| 11:39:27 | 10 | way I would be quoting policy to them if I thought |
| 11:39:29 | 11 | they violated something. |
| 11:39:32 | 12 | Q  Do you oversee the mental health department? |
| 11:39:36 | 13 | A  Yes, I do.  Well, they have social workers |
| 11:39:41 | 14 | and they have nurse practitioners and they have a |
| 11:39:44 | 15 | medical doctor.  So it's kind of an independent |
| 11:39:49 | 16 | unit, but I do help with cases and personnel issues. |
| 11:39:56 | 17 | Me and Dr. Gamble, the psychiatrist, we interact all |
| 11:40:01 | 18 | the time trying to take care of difficult patients. |
| 11:40:06 | 19 | Q  Okay.  And when you oversee people in the |
| 11:40:09 | 20 | mental health department, do you have to sign off on |
| 11:40:15 | 21 | treatments, plans of care, things like that? |
| 11:40:20 | 22 | A  No, ma'am. |
| 11:40:24 | 23 | Q  Who has final approval on that? |
| 11:40:29 | 24 | A  The nurse practitioners are able to sign off |
| 11:40:33 | 25 | on care plans and they refer to Dr. Gamble if they |

Paul Toce, M.D. - March 14, 2025

Page 29

| | |
|---|---|
| 11:40:39 | 1    have any questions. |
| 11:40:40 | 2        Q  Okay.  Just for our understanding, even if |
| 11:40:45 | 3    you don't use this policy super often, can I still |
| 11:40:49 | 4    -- I'll still ask a couple questions here, if you |
| 11:40:51 | 5    can enlighten us a little bit. |
| 11:40:54 | 6        A  I will certainly try. |
| 11:40:57 | 7        Q  So this talks about levels of care for |
| 11:41:00 | 8    inmates listing it as 1 through 4.  Can you tell me |
| 11:41:05 | 9    what the evaluation looks like to decide what level |
| 11:41:08 | 10   of care someone should be assigned? |
| 11:41:11 | 11       A  It's a face-to-face conversation.  I'm sure |
| 11:41:17 | 12   that they review history and medications, but it's |
| 11:41:25 | 13   primarily a face-to-face evaluation of the inmate. |
| 11:41:33 | 14       Q  And based on this, as the policy states, an |
| 11:41:39 | 15   individualized treatment plan would be created, is |
| 11:41:41 | 16   that correct? |
| 11:41:41 | 17       A  Yes, ma'am, that's correct. |
| 11:41:43 | 18       Q  And what might be included in those |
| 11:41:45 | 19   treatment plans? |
| 11:41:47 | 20       A  How often the visits should be, what |
| 11:41:52 | 21   recommendations are made for the inmate to improve |
| 11:41:58 | 22   his condition, any medication changes, and then |
| 11:42:07 | 23   again the basic assessment includes a lot of |
| 11:42:11 | 24   thought, disorder questions, hallucinations, you |
| 11:42:17 | 25   know, that kind of stuff. |

| | | |
|---|---|---|
| 11:42:18 | 1 | Q  And you said recommendations to try to help |
| 11:42:23 | 2 | improve the condition.  What type of services are |
| 11:42:27 | 3 | available to recommend for someone to help improve |
| 11:42:31 | 4 | their mental health? |
| 11:42:33 | 5 | A  They do talk to them about activities |
| 11:42:41 | 6 | outside of -- well, they have group therapy sessions |
| 11:42:47 | 7 | to address a lot of problems.  They have a lot of |
| 11:42:50 | 8 | groups.  There are reading materials that are |
| 11:42:53 | 9 | available.  There are life-style recommendations |
| 11:42:58 | 10 | like exercise, diet.  They help them with disordered |
| 11:43:08 | 11 | thinking.  They try to steer them in a direction |
| 11:43:11 | 12 | that will not be so self-destructive. |
| 11:43:15 | 13 | Q  And what other type of recommendations might |
| 11:43:19 | 14 | be made in this plan about care for the inmate? |
| 11:43:25 | 15 | A  That pretty much sums up all that I know |
| 11:43:30 | 16 | about mental health treatment plans. |
| 11:43:32 | 17 | Q  Okay.  Is that where you might inform where |
| 11:43:36 | 18 | within the prison an inmate should be placed? |
| 11:43:41 | 19 | A  In the treatment plan, yes, they can |
| 11:43:44 | 20 | determine the level of care and what room is best to |
| 11:43:47 | 21 | handle that level of care.  Yes, ma'am, that can be |
| 11:43:50 | 22 | in the treatment plan. |
| 11:43:51 | 23 | Q  What are the options for rooms for someone |
| 11:43:55 | 24 | with a mental health issue? |
| 11:43:57 | 25 | A  Well, it's the same pretty much as anybody |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:43:59 | 1 | else.  There's general population with life in a |
| 11:44:04 | 2 | 90-man dorm.  And there's segregated populations for |
| 11:44:11 | 3 | people that can't really play nice with anybody |
| 11:44:14 | 4 | else.  They get a one-man cell.  And that's it. |
| 11:44:20 | 5 | That's about the only two choices. |
| 11:44:22 | 6 | Q  If someone is placed in the segregated area, |
| 11:44:26 | 7 | are they still able to take advantage of all the |
| 11:44:29 | 8 | other mental health services that you listed like |
| 11:44:32 | 9 | the group therapy or some of the life-style changes? |
| 11:44:39 | 10 | A  The group therapy certainly.  The life-style |
| 11:44:42 | 11 | changes would of course have to be made appropriate |
| 11:44:45 | 12 | for their confined space.  But of course all the |
| 11:44:52 | 13 | relaxation techniques and the reading material, all |
| 11:44:55 | 14 | that would be available.  Sometimes -- now, under |
| 11:44:59 | 15 | certain conditions, reading material would not be |
| 11:45:02 | 16 | allowed in the cell.  So it has to be based on the |
| 11:45:08 | 17 | patient's requirements for safety. |
| 11:45:11 | 18 | Q  Why is reading material sometimes not |
| 11:45:14 | 19 | allowed? |
| 11:45:15 | 20 | A  They set it on fire or they eat it.  Or they |
| 11:45:21 | 21 | use it to transport waste material in the direction |
| 11:45:26 | 22 | of their enemies.  They're quite creative. |
| 11:45:30 | 23 | Q  Who in the prison is trained kind of on |
| 11:45:35 | 24 | dealing with mental health issues? |
| 11:45:39 | 25 | A  Well, every year there's medical education |

Paul Toce, M.D. - March 14, 2025

11:45:43  1      classroom instructions regarding mental illness, so

11:45:46  2      every security guard, all of -- that means

11:45:50  3      everybody; everybody medical, the nurses, the nurse

11:45:54  4      practitioners, everybody.

11:45:56  5          Q  Okay.  I'd like to share another exhibit

11:46:00  6      here.  So I think I can get this into the chat.

11:46:04  7      This is a larger file.  So hopefully it comes

11:46:07  8      through okay.

11:46:10  9          MS. WALSH:  I'm also now able to share I

11:46:13  10     have confirmed so I'm happy to take that over for

11:46:15  11     you.

11:46:18  12         MS. MURPHY:  If everyone can see this please

11:46:21  13     let me know.

11:46:22  14         THE WITNESS:  Hold on.  I need to get rid of

11:46:24  15     this one I'm looking at.  Now I can come back to

11:46:27  16     this later, but do I just exit out?  We can come

11:46:33  17     back if we need to.  There we go.  Now I'm going to

11:46:36  18     upload number 24.

11:46:38  19     BY MS. MURPHY:

11:46:38  20         Q  Yes, so this exhibit is currently marked as

11:46:42  21     24, but for purposes of this deposition we're going

11:46:44  22     to mark it as 2 going forward.

11:46:47  23             (Toce Exhibit 2 marked for

11:46:47  24              identification.)

11:47:02  25         A  Good deal.  Okay, I've got it.

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:47:05 | 1 | Q  If you could just take a look through that |
| 11:47:07 | 2 | and let me know when you have looked through. |
| 11:47:20 | 3 | A  Well, this is the level of education given |
| 11:47:24 | 4 | to everybody. |
| 11:47:26 | 5 | Q  Okay.  Great.  So you've seen this slide |
| 11:47:30 | 6 | before? |
| 11:47:30 | 7 | A  Yes, I have. |
| 11:47:31 | 8 | Q  I have a question about a specific slide. |
| 11:47:34 | 9 | If we could go to 374, which is -- I can also tell |
| 11:47:41 | 10 | you the page number.  It should be page 2800374. |
| 11:47:55 | 11 | A  I've got 000374, Mad versus Bad. |
| 11:48:01 | 12 | Q  Yes, that's correct. |
| 11:48:02 | 13 | A  Okay. |
| 11:48:04 | 14 | Q  So on this slide, this talks about |
| 11:48:07 | 15 | distinguishing between behavior problems and an |
| 11:48:12 | 16 | offender with mental illness and gives some |
| 11:48:15 | 17 | suggestions.  Could you tell me a little bit about |
| 11:48:17 | 18 | the training around this?  What are employees |
| 11:48:20 | 19 | looking for to make that differentiation? |
| 11:48:24 | 20 | A  This of course is addressed to lay people, |
| 11:48:29 | 21 | minimum wage workers.  They're not really expected |
| 11:48:32 | 22 | to make this determination.  But as a guideline, it |
| 11:48:39 | 23 | just -- it points out, you know, the biggest |
| 11:48:42 | 24 | behaviors we worry about are ones that may indicate |
| 11:48:45 | 25 | suicide.  And this is too detailed for them.  But |

| | | |
|---|---|---|
| 11:48:52 | 1 | this is the kind of things that's going to show up |
| 11:48:55 | 2 | in a classroom.  I'm not quite sure what else to say |
| 11:49:02 | 3 | about it.  Those are all good ideas.  I think |
| 11:49:05 | 4 | they're beyond the capability of most of my |
| 11:49:11 | 5 | frontline security officers.  And it's outside of |
| 11:49:15 | 6 | the expertise of my nurse practitioners.  This is a |
| 11:49:20 | 7 | mental health evaluation. |
| 11:49:23 | 8 | Q  And so who would be qualified to make this |
| 11:49:26 | 9 | determination? |
| 11:49:27 | 10 | A  Dr. Gamble, all of his nurse practitioners, |
| 11:49:31 | 11 | the social workers would be qualified to make an |
| 11:49:36 | 12 | impression.  So that's pretty much everybody in the |
| 11:49:39 | 13 | mental health department. |
| 11:49:40 | 14 | Q  And what turns on this determination when |
| 11:49:46 | 15 | you determine that something is a behavioral issue |
| 11:49:49 | 16 | versus a mental health issue? |
| 11:49:55 | 17 | A  We have to primarily focus on behavior |
| 11:50:05 | 18 | because that's where the rubber meets the road. |
| 11:50:10 | 19 | Whether behavior is due to true serious mental |
| 11:50:17 | 20 | illness or if the behavior is due to poor life |
| 11:50:24 | 21 | choices, that doesn't make a lot of difference to |
| 11:50:29 | 22 | us.  We have to address the behavior. |
| 11:50:34 | 23 | Q  And so regardless of what is causing the |
| 11:50:39 | 24 | person to act out, whether you think that it's a |
| 11:50:41 | 25 | behavioral issue or whether you think it's a symptom |

Paul Toce, M.D. - March 14, 2025

Page 35

| | | |
|---|---|---|
| 11:50:45 | 1 | of mental health or disability, the kind of |
| 11:50:49 | 2 | treatment has to be the same? |
| 11:50:51 | 3 | A  The patient has to be protected, yes. |
| 11:50:54 | 4 | Q  And how would you go about doing that |
| 11:50:56 | 5 | typically? |
| 11:50:58 | 6 | A  Well, are we talking about somebody that |
| 11:51:01 | 7 | refuses to get out of bed and needs to exercise or |
| 11:51:04 | 8 | are we talking about Mr. Folks? |
| 11:51:06 | 9 | Q  We're primarily talking about Mr. Folks, so |
| 11:51:09 | 10 | talking about self-harm would be the most useful. |
| 11:51:11 | 11 | A  Well, he is quite an extreme case.  And in |
| 11:51:16 | 12 | order to protect Mr. Folks, he has to -- you have to |
| 11:51:23 | 13 | try and prevent him from cutting and inserting and |
| 11:51:34 | 14 | ingesting, which is, just think about it, just about |
| 11:51:42 | 15 | impossible. |
| 11:51:43 | 16 | Q  You found that it was nearly impossible to |
| 11:51:51 | 17 | get him to stop self-harming? |
| 11:51:53 | 18 | A  Yes, ma'am, I did.  Me and everybody else, |
| 11:51:56 | 19 | we did everything in our power to prevent him from |
| 11:52:00 | 20 | self-harming.  And we -- we failed for most of his |
| 11:52:10 | 21 | career here.  He was able to hurt himself repeatedly |
| 11:52:14 | 22 | despite our best efforts. |
| 11:52:16 | 23 | Q  Do you know why he was doing this? |
| 11:52:17 | 24 | A  I'm sorry.  You dropped out.  Do I know why |
| 11:52:21 | 25 | what? |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:52:21 | 1 | Q  Do you know why he was harming himself in |
| 11:52:23 | 2 | this way? |
| 11:52:25 | 3 | A  He was not getting what he wanted.  He was |
| 11:52:35 | 4 | harming -- I'm sorry.  He was harming himself |
| 11:52:40 | 5 | because he wasn't getting what he wanted. |
| 11:52:42 | 6 | Q  So you think he was able to control these |
| 11:52:45 | 7 | impulses? |
| 11:52:47 | 8 | A  Yes, I do. |
| 11:52:48 | 9 | Q  And so you think that these were more of |
| 11:52:53 | 10 | choices he was making rather than a symptom of his |
| 11:52:56 | 11 | disability? |
| 11:52:57 | 12 | MR. BLANCHFIELD:  Object to the form. |
| 11:53:01 | 13 | BY MS. MURPHY: |
| 11:53:01 | 14 | Q  You think that these were choices he was |
| 11:53:03 | 15 | making? |
| 11:53:03 | 16 | A  Yes, ma'am, I think these were choices he |
| 11:53:06 | 17 | was making.  He was using his behavior to get what |
| 11:53:09 | 18 | he wanted, but the poor guy didn't really have a |
| 11:53:14 | 19 | goal what he really wanted except getting out of |
| 11:53:18 | 20 | prison.  But he used this behavior to try and get |
| 11:53:26 | 21 | his time in prison shortened.  He used this behavior |
| 11:53:32 | 22 | to get on suicide watch.  And then he'd use this |
| 11:53:38 | 23 | behavior to stay on suicide watch or he would |
| 11:53:42 | 24 | threaten to use this behavior, if you don't take me |
| 11:53:45 | 25 | off of suicide watch, I'm going to cut myself.  So |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 11:53:50 | 1 | that just kind of made it difficult.  All we could |
| 11:53:53 | 2 | do is the best we could to stop him from hurting |
| 11:53:55 | 3 | himself.  And I do believe this was driven by |
| 11:54:01 | 4 | willful decisions. |
| 11:54:05 | 5 | Q  And why would he want to be on suicide |
| 11:54:08 | 6 | watch? |
| 11:54:08 | 7 | A  Well, I know why other guys want to.  You |
| 11:54:15 | 8 | get a lot of attention that way.  You get a private |
| 11:54:19 | 9 | room that way.  We have guys that insist on being in |
| 11:54:26 | 10 | a private room and insist on being restrained to the |
| 11:54:31 | 11 | bed and threaten or do act out if they're allowed |
| 11:54:41 | 12 | out of the restraints.  So I'm not quite sure about |
| 11:54:46 | 13 | Mr. Folks' motivation.  He seemed to think if he |
| 11:54:50 | 14 | caused enough trouble, we would let him out of |
| 11:54:53 | 15 | prison earlier. |
| 11:54:54 | 16 | Q  So you thought it was attention-seeking |
| 11:54:57 | 17 | behavior? |
| 11:54:57 | 18 | MR. BLANCHFIELD:  Object to the form. |
| 11:54:58 | 19 | That's not what he said. |
| 11:55:01 | 20 | BY MS. MURPHY: |
| 11:55:01 | 21 | Q  Can you answer the question, please? |
| 11:55:03 | 22 | A  Yes, ma'am, I think it was manipulative |
| 11:55:07 | 23 | behavior. |
| 11:55:07 | 24 | Q  Okay.  So I have some additional questions |
| 11:55:13 | 25 | then.  If you -- you felt like there was really only |

| 11:55:17 | 1 | so much you could kind of do to help Mr. Folks, |
| 11:55:21 | 2 | correct? |
| 11:55:21 | 3 | A  Yes, ma'am. |
| 11:55:21 | 4 | Q  Did you ever consider him transferring him |
| 11:55:24 | 5 | out of Angola? |
| 11:55:25 | 6 | A  He did the same thing when he was in other |
| 11:55:28 | 7 | facilities.  In fact -- well, should I go there? |
| 11:55:34 | 8 | When he was at Hunt, he did the same things |
| 11:55:38 | 9 | repeatedly and then he began to escalate and do them |
| 11:55:42 | 10 | more often.  Hunt came up with a new treatment plan, |
| 11:55:46 | 11 | the best we can do, and they put him in the private |
| 11:55:50 | 12 | room.  They had a ranking officer, not a frontline |
| 11:55:54 | 13 | sergeant, cadet, they had a major or a warden |
| 11:56:00 | 14 | watching him 24/7.  They went into his cell and |
| 11:56:05 | 15 | searched it four times a day.  And it didn't work. |
| 11:56:13 | 16 | And they sent him to Angola. |
| 11:56:16 | 17 | Q  So he was at Hunt before being at Angola? |
| 11:56:19 | 18 | A  Yes, ma'am. |
| 11:56:20 | 19 | Q  Okay.  Do you remember what time period that |
| 11:56:26 | 20 | was? |
| 11:56:26 | 21 | A  20 -- let's see.  Maybe 2004 until 2015. |
| 11:56:41 | 22 | Q  Okay.  So that would have been an earlier |
| 11:56:44 | 23 | stint in prison? |
| 11:56:45 | 24 | A  Yes, ma'am. |
| 11:56:46 | 25 | Q  During the period of 2021 to 2022, was he |

Paul Toce, M.D. - March 14, 2025

Page 39

| | | |
|---|---|---|
| 11:56:52 | 1 | ever transferred to Hunt? |
| 11:56:54 | 2 | A  No, ma'am.  He got here in like 2019 and he |
| 11:57:00 | 3 | spent the duration here.  So no, he wasn't sent out |
| 11:57:03 | 4 | to another facility. |
| 11:57:05 | 5 | Q  What is the difference between Angola and |
| 11:57:08 | 6 | Hunt in the type of care that they can provide? |
| 11:57:11 | 7 | A  Hunt is the official state institution to |
| 11:57:17 | 8 | handle medical illness.  They have tiers with clear |
| 11:57:26 | 9 | walls for observation and behavior control type |
| 11:57:37 | 10 | barriers so they can't throw things on the tier |
| 11:57:41 | 11 | walkers.  And they have a bunch of them. |
| 11:57:43 | 12 | So they're trained too.  They have staff |
| 11:57:46 | 13 | that watches these people and is more attuned to |
| 11:57:54 | 14 | what may represent treatment failure or dangerous |
| 11:57:59 | 15 | behavior or something that needs to be addressed. |
| 11:58:03 | 16 | So that's -- Hunt, they take in -- they're also the |
| 11:58:07 | 17 | intake center.  They take in -- every inmate goes in |
| 11:58:10 | 18 | there to kind of be sized up and determine what they |
| 11:58:15 | 19 | need and they determine the subsequent facility |
| 11:58:17 | 20 | they're sent to.  But in referral to Mr. Folks, they |
| 11:58:25 | 21 | are the main mental health place that somebody with |
| 11:58:28 | 22 | serious mental illness would be cared for. |
| 11:58:31 | 23 | Q  But you didn't consider transferring |
| 11:58:34 | 24 | Mr. Folks back there during his 2019 to 2022 stint? |
| 11:58:39 | 25 | A  Well, as I mentioned, he acted so badly |

Paul Toce, M.D. - March 14, 2025

Page 40

| | | |
|---|---|---|
| 11:58:42 | 1 | there that he was sent to us.  Considering transfer |
| 11:58:47 | 2 | back there, yeah, we thought about it because we |
| 11:58:51 | 3 | didn't want to have to keep dealing with his |
| 11:58:54 | 4 | behavior either, but he was determined not to be |
| 11:58:57 | 5 | mentally ill. |
| 11:58:58 | 6 | Q  Why did Hunt transfer Folks to you if they |
| 11:59:02 | 7 | were the preeminent mental health prison? |
| 11:59:06 | 8 | A  Well, they tried to do everything they could |
| 11:59:10 | 9 | to prevent him from hurting himself, and they -- he |
| 11:59:14 | 10 | was escalating.  The possibility that he would |
| 11:59:17 | 11 | change his behavior at a different location was |
| 11:59:21 | 12 | reasonable, but they sent him here because Angola is |
| 11:59:30 | 13 | better at handling behavior issues is where I think |
| 11:59:34 | 14 | the bottom line was. |
| 11:59:36 | 15 | Q  Okay.  I'd like to just go back and make |
| 11:59:40 | 16 | sure we kind of established -- I would just like to |
| 11:59:42 | 17 | learn a little bit more about your interactions with |
| 11:59:45 | 18 | Mr. Folks at the time and kind of how he was |
| 11:59:47 | 19 | behaving and anything like that.  So when did you |
| 11:59:51 | 20 | first encounter Mr. Folks? |
| 11:59:55 | 21 | A  I took care of him during his first stint in |
| 12:00:04 | 22 | 2014, '15, I believe.  And so he was here and then |
| 12:00:12 | 23 | he got released and then he came back to prison |
| 12:00:17 | 24 | again, right.  I'd have to look at the records.  But |
| 12:00:21 | 25 | anyway, one time I admitted him.  I think I admitted |

Paul Toce, M.D. - March 14, 2025

Page 41

| | | |
|---|---|---|
| 12:00:25 | 1 | him from Hunt to Angola.  So I met him as a |
| 12:00:30 | 2 | frontline healthcare provider.  And I you know, had |
| 12:00:36 | 3 | his history, had his medications and his behaviors |
| 12:00:39 | 4 | and all the damage he did to himself. |
| 12:00:44 | 5 | He was frequently brought to my attention |
| 12:00:49 | 6 | because of the behaviors and the need to move him |
| 12:00:53 | 7 | from wherever he was quartered into the nursing unit |
| 12:01:02 | 8 | because he had done so much trauma to himself that |
| 12:01:07 | 9 | we needed to try and get wounds to heal without his |
| 12:01:13 | 10 | cooperation.  And so I had a good bit of interaction |
| 12:01:18 | 11 | with him. |
| 12:01:19 | 12 | Q  So when you first -- you said that at one |
| 12:01:22 | 13 | point you were the one who admitted him.  You |
| 12:01:24 | 14 | reviewed his file.  So you were aware kind of of all |
| 12:01:27 | 15 | his diagnoses? |
| 12:01:31 | 16 | A  When he came from Hunt to here, I had |
| 12:01:34 | 17 | already taken care of him before when he was |
| 12:01:36 | 18 | released and then remitted to Hunt again.  So yeah. |
| 12:01:39 | 19 | Q  So you already knew about his bipolar, |
| 12:01:43 | 20 | schizophrenia, self-harm, all of those? |
| 12:01:46 | 21 | A  I knew he did not have bipolar disease or |
| 12:01:50 | 22 | schizophrenia.  And his self-harm, yes, I was very |
| 12:01:53 | 23 | familiar with his self-harm. |
| 12:01:54 | 24 | Q  Sorry.  Could you expand on that?  You said |
| 12:01:57 | 25 | you knew he did not have bipolar? |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:01:59 | 1 | A  He was evaluated by Dr. Gamble in 2014 and |
| 12:02:04 | 2 | found with personality disorders, no Axis 1 |
| 12:02:12 | 3 | diagnosis.  He was evaluated by Dr. Fleming in 2018 |
| 12:02:17 | 4 | who came to the same conclusion.  There was a |
| 12:02:20 | 5 | five-page document assessing this man and his |
| 12:02:23 | 6 | history and that was their conclusions.  And when he |
| 12:02:26 | 7 | got back here -- sorry. |
| 12:02:28 | 8 | Q  Go ahead. |
| 12:02:29 | 9 | A  And when he got back here, yes, we knew |
| 12:02:35 | 10 | about him.  We knew his behaviors.  We knew what he |
| 12:02:37 | 11 | was going to try to do and we were going to try and |
| 12:02:41 | 12 | prevent it. |
| 12:02:43 | 13 | Q  Where could I find that document, do you |
| 12:02:47 | 14 | think, that assessed that the prison's belief that |
| 12:02:52 | 15 | he was not diagnosed with bipolar? |
| 12:02:54 | 16 | A  I found it in our paper charts here.  It was |
| 12:02:59 | 17 | a long time before electronic medical records.  I |
| 12:03:03 | 18 | don't think I'd have much trouble finding that |
| 12:03:05 | 19 | document if you'd like for me to produce it. |
| 12:03:07 | 20 | Q  Yes.  That would be very helpful.  I'm going |
| 12:03:10 | 21 | to show you another exhibit so I can ask you about |
| 12:03:12 | 22 | this one. |
| 12:03:14 | 23 | Amanda, could you show the -- it's labeled |
| 12:03:17 | 24 | Exhibit 5, Folks Emails-00107 transfer form. |
| 12:03:23 | 25 | /// |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:03:23 | 1 | (Toce Exhibit 3 marked for |
| 12:03:31 | 2 | identification.) |
| 12:03:31 | 3 | BY MS. MURPHY: |
| 12:03:31 | 4 | Q  Now, this exhibit -- |
| 12:03:32 | 5 | A  Hold on. |
| 12:03:33 | 6 | Q  Go ahead. |
| 12:03:52 | 7 | A  3/29/21 date at the top? |
| 12:03:55 | 8 | Q  Yes.  Uh-huh. |
| 12:03:57 | 9 | A  Okay. |
| 12:03:58 | 10 | Q  And quickly, I just want to say we're going |
| 12:04:00 | 11 | to label this now -- previously labeled Exhibit 5 |
| 12:04:04 | 12 | now will be labeled Exhibit 3. |
| 12:04:16 | 13 | Have you reviewed it? |
| 12:04:17 | 14 | A  Oh, I'm sorry.  Yeah, it's one page.  Yes, |
| 12:04:21 | 15 | ma'am. |
| 12:04:21 | 16 | Q  So this is a transfer form that I believe is |
| 12:04:28 | 17 | coming into -- it says both Hunt and I think it was |
| 12:04:31 | 18 | sent to Angola as well on 3/29/2021, is that right? |
| 12:04:38 | 19 | A  Requesting facility is St. Mary Parish Law |
| 12:04:45 | 20 | Enforcement Center so that's a parish facility, not |
| 12:04:48 | 21 | a prison facility.  And I can't -- you said where it |
| 12:04:57 | 22 | went.  I don't see a destination on here.  I can't |
| 12:05:01 | 23 | tell where it was sent to.  This came from the |
| 12:05:04 | 24 | parish facility to wherever he went to kind of give |
| 12:05:07 | 25 | a baseline for him. |

Paul Toce, M.D. - March 14, 2025

Page 44

| | |
|---|---|
| 12:05:09 | 1 |
| 12:05:14 | 2 |
| 12:05:19 | 3 |
| 12:05:22 | 4 |
| 12:05:28 | 5 |
| 12:05:28 | 6 |
| 12:05:32 | 7 |
| 12:05:34 | 8 |
| 12:05:37 | 9 |
| 12:05:42 | 10 |
| 12:05:45 | 11 |
| 12:05:54 | 12 |
| 12:05:57 | 13 |
| 12:05:57 | 14 |
| 12:05:58 | 15 |
| 12:06:01 | 16 |
| 12:06:04 | 17 |
| 12:06:07 | 18 |
| 12:06:09 | 19 |
| 12:06:13 | 20 |
| 12:06:17 | 21 |
| 12:06:20 | 22 |
| 12:06:23 | 23 |
| 12:06:28 | 24 |
| 12:06:36 | 25 |

     Q  So my understanding is that Mr. Folks was at
St. Mary Parish facility before he came to Angola in
this March to April 2021 period.
     A  Okay.  I think that agrees with this
document.
     Q  So if you see under the restrictions/special
instructions, it lists a couple things such as
suicide watch, medical -- and then under current
diagnoses, it lists both self-harm and bipolar.
     So based on this transfer record it looked
like he was coming in with a bipolar disorder
diagnosis.  Does that seem like what this transfer
form is saying?
     MR. BLANCHFIELD:  Object to the form.
     A  That is exactly what the form says.  But you
don't know who said bipolar.  Was that his history
that he was bipolar.  So yeah, it says bipolar
there, but I know he wasn't.
     Q  Is this something that the medical or mental
health professionals could differ on, whether they
would actively diagnose Mr. Folks with bipolar
disorder or not?
     A  It's possible, but I wouldn't -- a medical
doctor in internal medicine shouldn't tell a
psychiatrist that he's overruling his diagnosis.  I

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:06:41 | 1 | trust my sub-specialists and I agree with their |
| 12:06:46 | 2 | diagnoses. |
| 12:06:48 | 3 | Q  I have a second exhibit I would like to show |
| 12:06:51 | 4 | you. |
| 12:06:52 | 5 | Amanda, could you now put in Exhibit 6, |
| 12:06:56 | 6 | Folks Emails-00116 intake form. |
| 12:07:03 | 7 | (Toce Exhibit 4 marked for |
| 12:07:09 | 8 | identification.) |
| 12:07:09 | 9 | BY MS. MURPHY: |
| 12:07:11 | 10 | Q  Okay.  So this Exhibit 6 intake form will |
| 12:07:15 | 11 | now be labeled as Exhibit 4. |
| 12:07:19 | 12 | A  That the one we're looking at now or is |
| 12:07:21 | 13 | there another one? |
| 12:07:21 | 14 | Q  There's one that just came in.  So if you |
| 12:07:25 | 15 | could download that and take a look and let me |
| 12:07:27 | 16 | know -- it does start -- I believe it starts maybe |
| 12:07:29 | 17 | with the same -- let me actually download to make |
| 12:07:32 | 18 | sure I can see. |
| 12:07:33 | 19 | The main page we're going to be looking is |
| 12:07:35 | 20 | labeled at the bottom 00115 to 00116.  Have you seen |
| 12:08:00 | 21 | this document before? |
| 12:08:02 | 22 | A  I'm sorry.  Help me.  I'm looking at |
| 12:08:10 | 23 | 3/29/21.  It looks like the exact same document. |
| 12:08:15 | 24 | Q  Sorry, did you download what's labeled in |
| 12:08:18 | 25 | the chat as Exhibit 6.  It should be labeled at the |

| | | |
|---|---|---|
| 12:08:30 | 1 | top "Intake History." |
| 12:08:33 | 2 | A  I don't see that one. |
| 12:08:35 | 3 | Q  Okay.  Let me now open it again and make |
| 12:08:41 | 4 | sure I'm looking at the right thing. |
| 12:08:41 | 5 | A  It's asking me to download multiple files |
| 12:08:44 | 6 | here.  Let me try that.  Okay, I found 6.  Okay, |
| 12:08:51 | 7 | good.  I'm going to close these two and I'm going to |
| 12:08:56 | 8 | take 6 and open it.  Got it.  Okay, 1/17 -- that's |
| 12:09:06 | 9 | his date of birth.  Do you have Medicare?  I got |
| 12:09:11 | 10 | that document. |
| 12:09:12 | 11 | Q  Yes.  Okay.  If you could just take a quick |
| 12:09:15 | 12 | look through it and let me know when you're finished |
| 12:09:17 | 13 | and then I can ask a couple questions. |
| 12:09:20 | 14 | A  Is there a page in here we're looking at? |
| 12:09:22 | 15 | Q  Yes, the main page we're going to look at is |
| 12:09:26 | 16 | 00116. |
| 12:09:28 | 17 | A  Okay.  I've got that page right here. |
| 12:09:35 | 18 | Mental health evaluation. |
| 12:09:38 | 19 | Q  Yeah.  So if you see at the top, this is |
| 12:09:43 | 20 | listing various diagnoses that it says also that |
| 12:09:48 | 21 | Mr. Folks has.  And so under "other," it's listed as |
| 12:09:52 | 22 | yes and it listed manic depressive and |
| 12:09:55 | 23 | schizophrenia.  Do you see that? |
| 12:10:01 | 24 | A  Okay.  I've got history of treatment, |
| 12:10:06 | 25 | current medications, sex offenses, violent behavior, |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:10:10 | 1 | victim behavior, special education, head injury. |
| 12:10:16 | 2 | Q  So this would be in the section -- if you |
| 12:10:19 | 3 | keep going up, the section above that near the top |
| 12:10:21 | 4 | of the page under HIV/AIDS. |
| 12:10:25 | 5 | A  Here we go.  Okay.  Yes, I see "other," |
| 12:10:29 | 6 | marked "yes, manic depressive schizophrenia." |
| 12:10:32 | 7 | Q  Yes.  So this was filled out in 2021.  So is |
| 12:10:38 | 8 | this an intake form from Angola? |
| 12:10:47 | 9 | A  You know, it -- we have a packet of |
| 12:10:53 | 10 | documents that everybody fills out and I do think |
| 12:10:55 | 11 | this is one of them, but I can't say it's for Angola |
| 12:10:58 | 12 | or not.  It may be state-wide.  But it looks like an |
| 12:11:05 | 13 | intake document that I've seen in our packet. |
| 12:11:07 | 14 | Q  So this probably -- may have come over with |
| 12:11:10 | 15 | his transfer forms.  And it appears somebody at |
| 12:11:13 | 16 | least had diagnosed him with schizophrenia.  And so |
| 12:11:17 | 17 | is it possible that the time between when you first |
| 12:11:21 | 18 | saw him at Angola and when he came back in 2021 he |
| 12:11:25 | 19 | had been diagnosed with this disorder? |
| 12:11:26 | 20 | MR. BLANCHFIELD:  Object to form of your |
| 12:11:33 | 21 | question. |
| 12:11:33 | 22 | A  Of course it's a possibility, but |
| 12:11:35 | 23 | schizophrenia doesn't usually develop this late in |
| 12:11:38 | 24 | life.  It is very likely that his behavior led |
| 12:11:45 | 25 | somebody to the impression that he was out of touch |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:11:48 | 1 | with reality, schizophrenic.  And again, he could |
| 12:11:52 | 2 | have just -- this could be his history.  This isn't |
| 12:11:57 | 3 | a diagnosis.  This is other.  You know, this is not |
| 12:12:09 | 4 | a diagnosis.  This is an impression by somebody.  I |
| 12:12:13 | 5 | don't know if it was a doctor or not, but this |
| 12:12:16 | 6 | doesn't nail down a diagnosis, not for me. |
| 12:12:20 | 7 | Q  Okay.  I'm just showing that somebody may |
| 12:12:22 | 8 | have thought that in the interim and marked it on |
| 12:12:25 | 9 | this transfer form. |
| 12:12:26 | 10 | A  Yes. |
| 12:12:26 | 11 | Q  Okay.  So I think that we've been going for |
| 12:12:28 | 12 | a little over an hour here.  Did you need a break or |
| 12:12:31 | 13 | anything? |
| 12:12:32 | 14 | A  I'm actually okay right now. |
| 12:12:36 | 15 | Q  Just wanted to check.  Then we can continue |
| 12:12:38 | 16 | going on to some other questions that I have. |
| 12:12:43 | 17 | So at the time in 2021 when you returned to |
| 12:12:48 | 18 | Angola, where was Mr. Folks placed at that time? |
| 12:12:55 | 19 | A  I cannot be sure.  I was -- I think he got |
| 12:13:02 | 20 | here like a month or two before I did, but I don't |
| 12:13:07 | 21 | know where he was housed. |
| 12:13:09 | 22 | Q  Okay.  Was he housed in the timeout cell? |
| 12:13:14 | 23 | A  Oh, most likely. |
| 12:13:17 | 24 | Q  What is the timeout cell? |
| 12:13:19 | 25 | A  It's the safest, most high visibility, |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:13:29 | 1 | limited access cells right in front of the guard |
| 12:13:34 | 2 | station.  Got the best view.  Yeah, it's -- it was |
| 12:13:42 | 3 | our best chance at getting him not to hurt himself. |
| 12:13:46 | 4 | Q  Are there multiple cells within this timeout |
| 12:13:50 | 5 | cell area? |
| 12:13:52 | 6 | A  I think we only have two, but there's one |
| 12:13:56 | 7 | that I call the timeout cell.  He spent time in that |
| 12:14:01 | 8 | cell.  And when we thought he was stable enough, he |
| 12:14:05 | 9 | would be moved out of that cell into another |
| 12:14:09 | 10 | solitary confinement cell with frequent |
| 12:14:12 | 11 | observations, but that one is 24/7 observation. |
| 12:14:16 | 12 | Q  The timeout cell is 24/7 observation? |
| 12:14:19 | 13 | A  Yes, ma'am.  The guards -- |
| 12:14:21 | 14 | Q  Can you just -- go ahead. |
| 12:14:23 | 15 | A  The guards are sitting at the guard station |
| 12:14:26 | 16 | and across the hall of bars into that cell was a |
| 12:14:31 | 17 | clear wall.  They can see him all the time.  They |
| 12:14:35 | 18 | can see everybody that walks by.  There's a row of |
| 12:14:41 | 19 | bars in the distance to that clear wall so they |
| 12:14:46 | 20 | can't really get stuff to him theoretically.  And |
| 12:14:52 | 21 | like I said, he can see out and the security can see |
| 12:14:55 | 22 | in all the time.  So that's the timeout cell that |
| 12:15:00 | 23 | I'm familiar with. |
| 12:15:00 | 24 | Q  Outside of the clear walls and the bars, can |
| 12:15:05 | 25 | you describe the interior of the timeout cell to me? |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:15:09 | 1 | A  Yes, it looks like every other solitary |
| 12:15:13 | 2 | confinement room.  In fact, it looks like a lot of |
| 12:15:16 | 3 | cell blocks have the same room with two guys in it. |
| 12:15:20 | 4 | It's a bunk bed.  But it's got a toilet sink and |
| 12:15:23 | 5 | that's about it.  Two beds or one bed if it's |
| 12:15:26 | 6 | solitary confinement. |
| 12:15:29 | 7 | Q  What is the purpose of having this cell? |
| 12:15:36 | 8 | A  Close observation of patients that require |
| 12:15:43 | 9 | it.  This is in very high demand here.  This cell is |
| 12:15:52 | 10 | frequently needed for somebody that's behaving quite |
| 12:15:55 | 11 | badly and you need to observe them and keep them |
| 12:15:58 | 12 | from hurting themselves or anybody else.  So it's |
| 12:16:04 | 13 | kind of like a mental health ICU. |
| 12:16:06 | 14 | Q  If the timeout cell is taken and they -- and |
| 12:16:11 | 15 | the prison is hoping they could put someone else |
| 12:16:14 | 16 | there, what is the next option? |
| 12:16:17 | 17 | A  Well, we have other solitary confinement |
| 12:16:23 | 18 | cells that pretty much look just like this one but |
| 12:16:26 | 19 | the guard has to walk up or the tier walker has to |
| 12:16:29 | 20 | walk up and look into the cell. |
| 12:16:31 | 21 | Q  Are there policies that govern the timeout |
| 12:16:35 | 22 | cell specifically? |
| 12:16:40 | 23 | A  No, ma'am, I don't think so.  No, not that I |
| 12:16:44 | 24 | know of. |
| 12:16:44 | 25 | Q  What are relevant policies around placing |

Paul Toce, M.D. - March 14, 2025

Page 51

| | | |
|---|---|---|
| 12:16:48 | 1 | someone in the timeout cell? |
| 12:16:52 | 2 | A  You know, I bet there is one and it might be |
| 12:16:55 | 3 | in that mental health document, but I'm not specific |
| 12:16:59 | 4 | -- I don't know of a specific policy that says when |
| 12:17:02 | 5 | the mental health doctor deems it necessary, he goes |
| 12:17:05 | 6 | into the timeout cell.  It's a clinical judgment at |
| 12:17:09 | 7 | the time.  There probably is a policy that says he |
| 12:17:13 | 8 | has to be declared dangerous to self or others to be |
| 12:17:18 | 9 | put in there, but I do not know that for sure. |
| 12:17:21 | 10 | Q  And so the mental health director -- which |
| 12:17:25 | 11 | is Dr. Gamble, I believe? |
| 12:17:26 | 12 | A  Yes, ma'am. |
| 12:17:27 | 13 | Q  Would have the ultimate authority to decide |
| 12:17:30 | 14 | when someone needed to go to the timeout cell? |
| 12:17:34 | 15 | A  Yes, he does. |
| 12:17:35 | 16 | Q  Okay.  And so the timeout cell is a solitary |
| 12:17:43 | 17 | confinement cell you said, correct? |
| 12:17:46 | 18 | MR. BLANCHFIELD:  Object to form. |
| 12:17:46 | 19 | A  Yes, ma'am.  Yes. |
| 12:17:49 | 20 | Q  How long can someone spend in the timeout |
| 12:17:57 | 21 | cell? |
| 12:18:01 | 22 | A  It really kind of depends on the clinical |
| 12:18:05 | 23 | picture.  Theoretically, it could be his entire stay |
| 12:18:14 | 24 | at the facility.  And I mean a lot of times I think |
| 12:18:17 | 25 | that's what Mr. Folks was looking for. |

Paul Toce, M.D. - March 14, 2025

Page 52

| | | |
|---|---|---|
| 12:18:20 | 1 | Q  So this is -- as this is solitary |
| 12:18:25 | 2 | confinement, are the implications of spending this |
| 12:18:30 | 3 | much time in isolation on a prisoner considered? |
| 12:18:36 | 4 | A  Yeah, we consider the impact of being in a |
| 12:18:41 | 5 | one-man cell.  It pales in comparison to the impact |
| 12:18:47 | 6 | of lacerations and insertions and ingestions.  But |
| 12:18:57 | 7 | if you have to pick between one of those two, which |
| 12:19:00 | 8 | one are you going to take? |
| 12:19:01 | 9 | Q  Do you think Mr. Folks' mental health |
| 12:19:05 | 10 | improved at all during his time in the timeout cell? |
| 12:19:11 | 11 | A  No.  When he was in timeout cell that I |
| 12:19:15 | 12 | remember, he was at that time fussing about his |
| 12:19:18 | 13 | time.  He thought -- he thought he was supposed to |
| 12:19:21 | 14 | be out of prison now and he wanted classifications |
| 12:19:24 | 15 | to review his case and calculate his time and come |
| 12:19:28 | 16 | tell him how much time he has left exactly.  So -- |
| 12:19:34 | 17 | Q  So was he -- continue.  Sorry. |
| 12:19:36 | 18 | A  So no, he wasn't getting what he wanted and |
| 12:19:42 | 19 | it didn't really help to de-escalate him.  There was |
| 12:19:46 | 20 | only one thing that really changed his |
| 12:19:48 | 21 | self-destructive behavior. |
| 12:19:52 | 22 | Q  And what was that? |
| 12:19:54 | 23 | A  When he came from Hunt, he'd already had |
| 12:19:59 | 24 | three surgeries to retrieve -- because he was at |
| 12:20:05 | 25 | risk of perforating or he did perforate his |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:20:11 | 1 | intestines by swallowing things.  When he came to |
| 12:20:16 | 2 | us, he had been warned that that last perforation |
| 12:20:20 | 3 | threatened to give him a short gut syndrome, which |
| 12:20:26 | 4 | is uncontrollable diarrhea for life or a colostomy |
| 12:20:33 | 5 | pouch which that means you got a bag that your feces |
| 12:20:37 | 6 | goes into all the time.  And he seemed to take that |
| 12:20:41 | 7 | as significant. |
| 12:20:44 | 8 | So when he came here, he kind of switched |
| 12:20:47 | 9 | from ingestion to piercings.  And he said, oh, I |
| 12:20:54 | 10 | didn't eat it because I almost perforated my |
| 12:21:00 | 11 | intestines last time.  But he had perforated them. |
| 12:21:05 | 12 | So he made a very willful decision to switch his |
| 12:21:10 | 13 | self-abuse form and that was -- that wasn't perfect |
| 12:21:15 | 14 | either.  He did go in and had another ingestion |
| 12:21:19 | 15 | episode and cutting, but his primary damage after |
| 12:21:25 | 16 | that was re-entering the previous wounds and |
| 12:21:32 | 17 | inserting pins into the wound. |
| 12:21:37 | 18 | MS. MURPHY:  Okay.  Can we -- I just got a |
| 12:21:40 | 19 | message about -- are we having sound issues again? |
| 12:21:46 | 20 | VIDEOGRAPHER:  Intermittently, but yeah, we |
| 12:21:50 | 21 | are getting the echo again. |
| 12:21:52 | 22 | MS. MURPHY:  Can we -- |
| 12:21:53 | 23 | VIDEOGRAPHER:  We are off the record.  The |
| 12:21:55 | 24 | time is 12:21 p.m. |
| 12:22:02 | 25 | (Discussion off the record.) |

Paul Toce, M.D. - March 14, 2025

Page 54

| | | |
|---|---|---|
| 12:27:57 | 1 | (Short recess.) |
| 12:34:08 | 2 | VIDEOGRAPHER:  We are back on the record. |
| 12:34:36 | 3 | The time is 12:35 p.m. |
| 12:35:29 | 4 | BY MS. MURPHY: |
| 12:35:32 | 5 | Q  Okay.  Hi, Dr. Toce? |
| 12:35:35 | 6 | A  Yes, ma'am. |
| 12:35:36 | 7 | Q  Going back to timeout cell, asking something |
| 12:35:40 | 8 | some things there. |
| 12:35:41 | 9 | When someone is in the timeout cell, what |
| 12:35:43 | 10 | does the monitoring look like? |
| 12:35:47 | 11 | A  There is a camera.  There are tier walkers |
| 12:35:53 | 12 | that go by about every 15 minutes.  There is |
| 12:35:58 | 13 | continuous observation from security inside the |
| 12:36:03 | 14 | booth.  So I think that's it.  That's the level of |
| 12:36:11 | 15 | observation available in that cell. |
| 12:36:13 | 16 | Q  Who are tier walkers? |
| 12:36:17 | 17 | A  Tier walkers are inmates that go up and down |
| 12:36:21 | 18 | a hall and off of the hall are cells on both sides. |
| 12:36:28 | 19 | So if anybody in a cell needs something, they can |
| 12:36:31 | 20 | ask the tier walker.  Or if somebody's doing |
| 12:36:35 | 21 | something dangerous or harmful, the tier walker can |
| 12:36:39 | 22 | notify security.  They are -- they're quite helpful |
| 12:36:45 | 23 | of course with eyes on people that need to be |
| 12:36:48 | 24 | observed. |
| 12:36:49 | 25 | Q  And are any -- is anyone from the mental |

| | | |
|---|---|---|
| 12:36:53 | 1 | health department coming to check in on people in |
| 12:36:56 | 2 | the timeout cell? |
| 12:36:57 | 3 | A  Oh, yes.  There's a designated interval. |
| 12:37:02 | 4 | I'm not -- I don't know what it is.  But I know |
| 12:37:06 | 5 | they're seen by -- well, I don't know.  The social |
| 12:37:13 | 6 | workers see them frequently.  The nurse |
| 12:37:15 | 7 | practitioners see them fairly frequently.  And |
| 12:37:18 | 8 | Dr. Gamble, I mean, lately he's been going to the TU |
| 12:37:24 | 9 | every single day, so he sees them every day right |
| 12:37:27 | 10 | now. |
| 12:37:27 | 11 | Q  Why does he been going every day lately? |
| 12:37:32 | 12 | A  With the available staff that he has now, |
| 12:37:38 | 13 | and the level of difficulty dealing with these guys, |
| 12:37:42 | 14 | he's doing all the other guys a favor by taking over |
| 12:37:46 | 15 | this duty and they do out-camp things.  They do |
| 12:37:51 | 16 | other facilities.  So it's just a division of labor |
| 12:37:55 | 17 | that he's chosen to do to help everybody out. |
| 12:37:58 | 18 | Q  So he has more time to do it now, but |
| 12:38:01 | 19 | previously he didn't have time to go every day? |
| 12:38:04 | 20 | A  Now, if we're talking about when Folks was |
| 12:38:08 | 21 | here I'd really like to hear from him.  I would |
| 12:38:11 | 22 | think he would either see or talk to somebody |
| 12:38:14 | 23 | looking at Folks every day.  I don't know that. |
| 12:38:17 | 24 | Before he was seeing patients in other areas, and so |
| 12:38:20 | 25 | now he's focusing more on TU. |

Paul Toce, M.D. - March 14, 2025

Page 56

| | | |
|---|---|---|
| 12:38:25 | 1 | Q  Can you explain to me the difference between |
| 12:38:29 | 2 | -- I've seen the words "timeout cell" places.  I've |
| 12:38:32 | 3 | also seen that Folks was placed at various times in |
| 12:38:36 | 4 | the nursing unit, which I think you mentioned. |
| 12:38:39 | 5 | What is the difference in some of the care |
| 12:38:40 | 6 | in those two units or in those two cells? |
| 12:38:43 | 7 | A  Well, the biggest difference is in the |
| 12:38:47 | 8 | nursing unit, he has to be in a locked room.  He's |
| 12:38:52 | 9 | dangerous.  And we're trying to keep things from |
| 12:38:54 | 10 | getting to him.  And anybody that is going to be |
| 12:38:59 | 11 | restrained to a bed and theoretically helpless, |
| 12:39:02 | 12 | we're not going to let anybody else in the room.  So |
| 12:39:05 | 13 | he has to be inside of a locked room. |
| 12:39:08 | 14 | You know, that also goes because of his |
| 12:39:11 | 15 | level of incarceration.  He was not a full-blown DOC |
| 12:39:16 | 16 | inmate.  So as a -- as a person accused of a crime, |
| 12:39:23 | 17 | he's not allowed to intermingle with convicted |
| 12:39:26 | 18 | felons.  So that would work in the timeout cell and |
| 12:39:30 | 19 | that worked on the nursing unit in a locked room. |
| 12:39:35 | 20 | The only way we can see him in the room in the |
| 12:39:37 | 21 | nursing unit is there's a window on the door and |
| 12:39:40 | 22 | there's a hatch that opens and closes to allow food |
| 12:39:46 | 23 | and et cetera into the room. |
| 12:39:51 | 24 | The nurses still make rounds on the unit and |
| 12:39:53 | 25 | the tier -- the orderlies in the unit go around and |

Paul Toce, M.D. - March 14, 2025

Page 57

| | | |
|---|---|---|
| 12:39:59 | 1 | look in the rooms too.  So observation is less often |
| 12:40:03 | 2 | in my unit than it is in the TU, timeout cell. |
| 12:40:08 | 3 | Q  Okay.  So a couple of follow-ups there. |
| 12:40:12 | 4 | First, are all pretrial detainees in the -- are all |
| 12:40:19 | 5 | pretrial detainees, like Mr. Folks was at the time, |
| 12:40:25 | 6 | held in solitary? |
| 12:40:26 | 7 | A  Yes. |
| 12:40:26 | 8 | Q  Okay.  Additional question there then about |
| 12:40:31 | 9 | the nursing unit timeout.  The nursing unit was even |
| 12:40:38 | 10 | more isolated? |
| 12:40:42 | 11 | A  Yeah, we call them a lock room and it's the |
| 12:40:47 | 12 | same amount of isolation.  It's one man in one room, |
| 12:40:50 | 13 | but the observation is less frequent on the nursing |
| 12:40:54 | 14 | unit. |
| 12:40:55 | 15 | Q  And so what actions might -- were causing |
| 12:41:00 | 16 | Mr. Folks to be transferred from the nursing unit to |
| 12:41:03 | 17 | the timeout unit, back to the nursing unit? |
| 12:41:07 | 18 | MR. BLANCHFIELD:  Can I stop you a second? |
| 12:41:08 | 19 | The feedback at least from my side is worse now than |
| 12:41:13 | 20 | it has been all day. |
| 12:41:14 | 21 | VIDEOGRAPHER:  It is.  We are off the |
| 12:41:18 | 22 | record.  The time is 12:41 p.m. |
| 12:41:25 | 23 | (Short recess.) |
| 12:46:27 | 24 | VIDEOGRAPHER:  We are back on the record. |
| 12:47:06 | 25 | The time is 12:47 p.m. |

Paul Toce, M.D. - March 14, 2025

Page 58

| | | |
|---|---|---|
| 12:47:08 | 1 | BY MS. MURPHY: |
| 12:47:11 | 2 | Q  Okay.  Dr. Toce, we were talking about |
| 12:47:14 | 3 | nursing unit versus timeout unit.  What were the |
| 12:47:18 | 4 | instances that Mr. Folks might have been in the |
| 12:47:22 | 5 | nursing unit? |
| 12:47:23 | 6 | A  It was almost always after acting out with |
| 12:47:27 | 7 | tissue damage. |
| 12:47:27 | 8 | Q  So he would be placed in the nursing unit |
| 12:47:32 | 9 | when he was recovering from some type of medical |
| 12:47:35 | 10 | issue? |
| 12:47:37 | 11 | A  Or if he said he ingested and we needed to |
| 12:47:42 | 12 | watch him to see if he was going to perforate.  Or |
| 12:47:47 | 13 | if he had inserted pins and we wanted to make sure |
| 12:47:51 | 14 | that either we got them out or ingested material |
| 12:47:56 | 15 | passed.  Yeah, it was medical indications to put him |
| 12:48:01 | 16 | on the nursing unit. |
| 12:48:02 | 17 | Q  And then was he then placed in the timeout |
| 12:48:07 | 18 | unit if the issue was more behavioral? |
| 12:48:10 | 19 | A  Are you talking about the locked room on |
| 12:48:13 | 20 | nursing unit 1? |
| 12:48:16 | 21 | Q  I guess maybe we could start by can you |
| 12:48:18 | 22 | explain the multiple cells that Mr. Folks was in |
| 12:48:22 | 23 | throughout his time? |
| 12:48:23 | 24 | A  What you're calling the timeout room is on |
| 12:48:28 | 25 | the TU is our psychiatric unit and the timeout cell |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:48:34 | 1 | is a specific cell in that unit that faces the guard |
| 12:48:37 | 2 | station. |
| 12:48:38 | 3 | Q  Got it. |
| 12:48:38 | 4 | A  That's the timeout cell.  In the nursing |
| 12:48:42 | 5 | unit, it's locked rooms.  And we have about 12 of |
| 12:48:46 | 6 | them.  Any time any inmate that requires solitary |
| 12:48:49 | 7 | confinement develops a medical problem, he has to be |
| 12:48:52 | 8 | put in a locked room.  So we're talking about a |
| 12:48:57 | 9 | locked room on nursing unit 1.  You know, they put |
| 12:49:01 | 10 | -- they put Mr. Folks in a room that could be seen |
| 12:49:05 | 11 | from the nurse's station through the window on his |
| 12:49:08 | 12 | door.  So not a real good view, but they could tell |
| 12:49:12 | 13 | if something big was going on in there. |
| 12:49:15 | 14 | Q  Okay.  As opposed to the timeout unit -- |
| 12:49:20 | 15 | timeout room which was also -- which was within the |
| 12:49:23 | 16 | psychiatric unit but had the clear walls, the bars |
| 12:49:27 | 17 | that you could see everything that was going on? |
| 12:49:28 | 18 | A  Yes, ma'am, that is correct. |
| 12:49:29 | 19 | Q  So when the determinations were made to |
| 12:49:35 | 20 | place Mr. Folks in the timeout unit on the |
| 12:49:39 | 21 | psychiatric unit, was this based on treatment for |
| 12:49:43 | 22 | him or was this discipline for his behavior? |
| 12:49:48 | 23 | A  That's not -- that cell is not used for |
| 12:49:55 | 24 | punishment.  If you want to punish somebody, you |
| 12:49:59 | 25 | don't put them in a timeout cell.  You put them in |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:50:02 | 1 | solitary confinement where they don't have such a |
| 12:50:06 | 2 | nice view and access to all the visual input there. |
| 12:50:10 | 3 | So the TU cell, the timeout cell, is not for |
| 12:50:17 | 4 | discipline.  It's for observation, therapy. |
| 12:50:21 | 5 | Q  Okay.  I'd like to show you an exhibit here |
| 12:50:27 | 6 | to get a little understanding. |
| 12:50:29 | 7 | Amanda, could you pull up the exhibit that's |
| 12:50:33 | 8 | labeled right now Exhibit 10, 001500, please. |
| 12:50:38 | 9 | (Toce Exhibit 5 marked for |
| 12:50:54 | 10 | identification.) |
| 12:50:54 | 11 | BY MS. MURPHY: |
| 12:50:54 | 12 | Q  Then, Dr. Toce, please tell me when you can |
| 12:50:58 | 13 | see this and have looked at it. |
| 12:51:00 | 14 | A  I have Joshua Folks, TC ward, locked room 2. |
| 12:51:07 | 15 | That's it.  Let's see.  I'm looking for the |
| 12:51:09 | 16 | 5:00 p.m.  Where is the date?  6/13/21. |
| 12:51:14 | 17 | Q  Yes, correct.  I know that the handwriting |
| 12:51:20 | 18 | here is a little tough to read, but are you able to |
| 12:51:24 | 19 | kind of see and understand what this report is? |
| 12:51:27 | 20 | A  Yes.  I'm not familiar with -- it says |
| 12:51:36 | 21 | disciplinary report.  Let's see what's written on |
| 12:51:39 | 22 | here.  On the above date and approximate time, I |
| 12:51:44 | 23 | Angela Webb, was I have no idea of a beeper |
| 12:51:48 | 24 | activation on ward -- I think that's ward -- upon |
| 12:51:57 | 25 | arrival, I observed offender Joshua Folks laying on |

| | | |
|---|---|---|
| 12:52:02 | 1 | his mattress with deep cuts to both of his knees and |
| 12:52:09 | 2 | legs and stomach.  He -- I'm not sure what that word |
| 12:52:23 | 3 | is -- has a sharpened toothbrush poked in his right |
| 12:52:32 | 4 | side of his neck.  Medical 4 responded and offender |
| 12:52:37 | 5 | was transported to the ATU, which is our emergency |
| 12:52:42 | 6 | room, for observation and possible treatment. |
| 12:52:50 | 7 | That's -- I think that's Lieutenant Colonel Jesse |
| 12:52:54 | 8 | Bellares was notified. |
| 12:52:56 | 9 | Q  Okay.  Have you ever seen this report |
| 12:53:00 | 10 | before? |
| 12:53:01 | 11 | A  Not this specific page I do not believe, no, |
| 12:53:05 | 12 | ma'am. |
| 12:53:05 | 13 | Q  Are you familiar with these type of |
| 12:53:08 | 14 | disciplinary reports? |
| 12:53:10 | 15 | A  Oh, yes.  I see this same thing filled out |
| 12:53:13 | 16 | for intoxications every single day.  Not so often |
| 12:53:19 | 17 | for behavioral issues, so I do see these forms not |
| 12:53:24 | 18 | really for this purpose. |
| 12:53:27 | 19 | Q  Okay.  Why was the form being used for this |
| 12:53:31 | 20 | purpose here? |
| 12:53:33 | 21 | A  Usually for this type of behavior, what I |
| 12:53:39 | 22 | know gets filled out is called a warden's unusual |
| 12:53:42 | 23 | report.  And maybe that was filled out also, but |
| 12:53:50 | 24 | this is on the security end of documenting what |
| 12:53:54 | 25 | happened and what we saw and what we did about it. |

Paul Toce, M.D. - March 14, 2025

Page 62

| | | |
|---|---|---|
| 12:53:57 | 1 | Q  Okay.  So this is usually used when somebody |
| 12:54:01 | 2 | broke a rule and they're reporting that and |
| 12:54:05 | 3 | determining sort of discipline, correct? |
| 12:54:10 | 4 | A  Yeah.  I mean, in this case she's reporting |
| 12:54:13 | 5 | a medical condition, but yes.  Well, it's against |
| 12:54:16 | 6 | the rules to mutilate yourself too.  So yeah, he |
| 12:54:19 | 7 | broke a rule and they used this document to say what |
| 12:54:23 | 8 | they did about it and it wasn't to determine |
| 12:54:27 | 9 | discipline.  It was to take care of the patient. |
| 12:54:31 | 10 | Q  Can you expand a little bit on the rule? |
| 12:54:36 | 11 | What rule did he break? |
| 12:54:38 | 12 | A  It is a -- it is a rule that you cannot |
| 12:54:44 | 13 | destroy your own tissues.  You can't do that kind of |
| 12:54:51 | 14 | self-harm legitimately.  You can't -- not supposed |
| 12:54:55 | 15 | to put tattoos.  You're not supposed to have |
| 12:54:58 | 16 | piercings.  You know, you're forbidden from that |
| 12:55:01 | 17 | kind of behavior in the prison. |
| 12:55:02 | 18 | Q  And why is that a rule? |
| 12:55:06 | 19 | A  Well, we don't want that being done in the |
| 12:55:10 | 20 | prison.  That is -- |
| 12:55:14 | 21 | Q  Do you think in a case -- go ahead, sir. |
| 12:55:17 | 22 | A  That is very detrimental to inmates' health |
| 12:55:22 | 23 | and we have to tell them that cutting yourself is |
| 12:55:25 | 24 | detrimental to your health and you cannot do it or |
| 12:55:29 | 25 | else they would do it and they'd say there's no rule |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:55:31 | 1 | against it.  So there has to be a rule against it. |
| 12:55:35 | 2 | Q  Do you think that if someone is cutting |
| 12:55:41 | 3 | themselves and harming themselves like that, that's |
| 12:55:45 | 4 | within their control? |
| 12:55:47 | 5 | MR. BLANCHFIELD:  Object to the form.  You |
| 12:55:49 | 6 | can answer, Doctor. |
| 12:55:50 | 7 | A  Sometimes it is not under their control. |
| 12:55:58 | 8 | They hear voices or something or they're |
| 12:56:01 | 9 | intoxicated.  But in this case, he is not |
| 12:56:04 | 10 | intoxicated and he is fully aware of what he's |
| 12:56:08 | 11 | doing.  And he has a reason for doing it.  This is |
| 12:56:12 | 12 | goal-oriented behavior. |
| 12:56:14 | 13 | Q  And do you think having a rule against this |
| 12:56:19 | 14 | deters self-harm? |
| 12:56:21 | 15 | A  No, absolutely not.  Especially in his case, |
| 12:56:27 | 16 | he was trying to break rules in order to have what |
| 12:56:31 | 17 | he wanted.  If there was a rule against being nice |
| 12:56:36 | 18 | to people, he probably would have been nice to |
| 12:56:38 | 19 | people.  But of course we don't have that one. |
| 12:56:41 | 20 | Q  And what are the punishments that are given |
| 12:56:44 | 21 | out for breaking the self-mutilation rule? |
| 12:56:50 | 22 | A  You know, I never looked at it as a |
| 12:56:54 | 23 | punishment.  If somebody's doing something like that |
| 12:56:57 | 24 | to themselves, we restrain them to keep them from |
| 12:57:00 | 25 | hurting themselves.  So very common to be put on |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:57:05 | 1 | four-point or five-point restraints in order to |
| 12:57:10 | 2 | prevent somebody who is telling you they're going to |
| 12:57:14 | 3 | hurt themselves and hurting themselves and have |
| 12:57:17 | 4 | already been hospitalized and operated on multiple |
| 12:57:20 | 5 | times for hurting themselves, the appropriate thing |
| 12:57:24 | 6 | to do is to try and prevent it. So the only thing |
| 12:57:27 | 7 | that we can do in a case like this is restraint. |
| 12:57:31 | 8 | Q And can you explain, is that why the |
| 12:57:36 | 9 | sentence, 20 days disciplinary 5eg, what does that |
| 12:57:41 | 10 | mean? |
| 12:57:42 | 11 | A Is that on this form? |
| 12:57:44 | 12 | Q Yes. It says 25 at the bottom of the form. |
| 12:57:48 | 13 | A Oh, okay. Well, then this is a disciplinary |
| 12:57:54 | 14 | form. It's security so I have not seen this before. |
| 12:58:00 | 15 | They have DB court. When somebody breaks a rule, |
| 12:58:05 | 16 | they are heard in a hearing and the ruling of the |
| 12:58:10 | 17 | court is usually where a punishment comes from. |
| 12:58:14 | 18 | That might be what this is. It's a report from the |
| 12:58:19 | 19 | DB court. So that's definitely not a standard |
| 12:58:30 | 20 | punishment for somebody that cuts themselves. |
| 12:58:34 | 21 | Q But it was Mr. Folks' punishment here? |
| 12:58:37 | 22 | A Well, he -- disciplinary seg, that means |
| 12:58:44 | 23 | he's kept in a room by himself. That's not a |
| 12:58:46 | 24 | punishment. That's just standard housing. |
| 12:58:49 | 25 | Q What does 5eg mean? |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 12:58:52 | 1 | A  I have no idea.  Oh, that's not, that's |
| 12:58:57 | 2 | s-e-g.  That is seg.  That means segregated living |
| 12:59:01 | 3 | facility, separated. |
| 12:59:04 | 4 | Q  Okay.  That's helpful.  Thanks.  Okay.  So |
| 12:59:07 | 5 | you just mentioned the disciplinary board.  There's |
| 12:59:13 | 6 | another exhibit I had a couple questions about. |
| 12:59:15 | 7 | Amanda, could you show exhibit or the prison |
| 12:59:18 | 8 | master file, 001502? |
| 12:59:21 | 9 | (Toce Exhibit 6 marked for |
| 12:59:39 | 10 | identification.) |
| 12:59:39 | 11 | BY MS. MURPHY: |
| 12:59:40 | 12 | Q  This one will be labeled as Exhibit 6 and |
| 12:59:41 | 13 | the last exhibit that we just looked at, this |
| 12:59:44 | 14 | disciplinary report, will be Exhibit 5. |
| 12:59:51 | 15 | A  Okay.  I have a disciplinary board meeting |
| 12:59:56 | 16 | on 6/13/21. |
| 13:00:02 | 17 | Q  Yes.  Have you seen one of these reports |
| 13:00:05 | 18 | before? |
| 13:00:06 | 19 | A  No, ma'am. |
| 13:00:08 | 20 | Q  Okay.  So this is the response to the |
| 13:00:14 | 21 | disciplinary board about the offender's ability to |
| 13:00:18 | 22 | participate.  So this report is dated June 17th, but |
| 13:00:23 | 23 | it's related to the report on June 13th which is the |
| 13:00:27 | 24 | one we just looked at. |
| 13:00:28 | 25 | So if you look at the questions here, the |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:00:32 | 1 | questions ask whether the offender is competent. |
| 13:00:35 | 2 | And then do you see where it asks if there's any |
| 13:00:38 | 3 | mental health considerations that should be |
| 13:00:40 | 4 | considered? |
| 13:00:42 | 5 | A  I see that, yes, ma'am. |
| 13:00:43 | 6 | Q  Yes.  So there were no mental health |
| 13:00:49 | 7 | considerations considered for Mr. Folks here? |
| 13:00:54 | 8 | A  Yes, ma'am, that is correct. |
| 13:00:56 | 9 | Q  Do you think that makes sense given your |
| 13:01:00 | 10 | interactions with him given his tendencies? |
| 13:01:08 | 11 | A  This isn't a medical determination of mental |
| 13:01:13 | 12 | health.  A lay person would know for certain that |
| 13:01:20 | 13 | Mr. Folks is terminally insane for the things that |
| 13:01:24 | 14 | he's doing to himself, but that person would be |
| 13:01:26 | 15 | wrong.  Mental health considerations for cutting |
| 13:01:31 | 16 | himself, it's such a well-established behavior |
| 13:01:37 | 17 | pattern, he's been followed and treated by mental |
| 13:01:41 | 18 | health for so long.  The idea that in this case, |
| 13:01:46 | 19 | they don't consider mental health to be playing a |
| 13:01:49 | 20 | role, it looks appropriate to me, but who are they |
| 13:01:53 | 21 | to say.  I mean, you know, this is not anything |
| 13:01:55 | 22 | medical.  This is probably a colonel or lieutenant |
| 13:02:00 | 23 | filling this out.  This is security filling this |
| 13:02:02 | 24 | out.  And -- |
| 13:02:04 | 25 | Q  But someone -- sorry. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:02:07 | 1 | A  I'm looking at the signature.  I'm trying to |
| 13:02:11 | 2 | make it out.  I can't. |
| 13:02:12 | 3 | Q  It looks like it was signed by a mental |
| 13:02:15 | 4 | health clinician though? |
| 13:02:17 | 5 | A  Oh?  Well, that could be Ms. Ann Jackson. |
| 13:02:21 | 6 | Okay.  If a mental health person was telling you |
| 13:02:26 | 7 | that there's not a mental health issue, I think I |
| 13:02:30 | 8 | would have to agree with that. |
| 13:02:34 | 9 | Q  So you think that someone from the mental |
| 13:02:40 | 10 | health department, the mental health physician said |
| 13:02:43 | 11 | there's no mental health issue here, it's only a |
| 13:02:46 | 12 | behavioral issue that we need to discipline? |
| 13:02:48 | 13 | A  Should be considered -- the mental health |
| 13:02:54 | 14 | considerations that should be considered from a |
| 13:02:56 | 15 | sentencing perspective.  And from a sentencing |
| 13:02:59 | 16 | perspective, no, there is no mental health |
| 13:03:02 | 17 | consideration.  And that's what I think she signed. |
| 13:03:05 | 18 | Q  Okay.  And when disciplinary proceedings are |
| 13:03:11 | 19 | going on, is there interaction with the mental |
| 13:03:13 | 20 | health department? |
| 13:03:17 | 21 | A  There's a very specific set of people at |
| 13:03:22 | 22 | these DB hearings.  And I'm quite certain that |
| 13:03:27 | 23 | mental health has to send somebody from their |
| 13:03:31 | 24 | department to these hearings.  So yes, I think |
| 13:03:36 | 25 | they're there. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:03:37 | 1 | Q  Okay.  So they weigh in on whatever |
| 13:03:40 | 2 | discipline is given? |
| 13:03:41 | 3 | A  Yes, ma'am. |
| 13:03:42 | 4 | Q  Okay.  Before we move on from this, I want |
| 13:03:47 | 5 | -- I had one more question about the nursing unit |
| 13:03:49 | 6 | timeout unit stuff. |
| 13:03:51 | 7 | So Amanda, could you please pull up what's |
| 13:03:54 | 8 | labeled as Folks Emails-00003, please. |
| 13:03:59 | 9 | (Toce Exhibit 7 marked for |
| 13:04:24 | 10 | identification.) |
| 13:04:24 | 11 | A  Okay, I believe I have this email stream |
| 13:04:27 | 12 | here. |
| 13:04:28 | 13 | Q  Okay.  Please review it and then let me know |
| 13:04:33 | 14 | when you're ready. |
| 13:04:51 | 15 | A  Okay.  At the beginning -- |
| 13:05:00 | 16 | Q  Are you -- |
| 13:05:02 | 17 | A  I'm looking at the bottom of the page and I |
| 13:05:04 | 18 | think that's where it starts from Jacob Johnson, |
| 13:05:11 | 19 | June 3rd.  They're trying to move him out of the |
| 13:05:15 | 20 | hospital into TU.  The room that he's in, a locked |
| 13:05:23 | 21 | room, is a premium.  If we got a flu outbreak, we |
| 13:05:29 | 22 | fill all of them up.  And if there's a rash of |
| 13:05:34 | 23 | intoxications that aren't clearing up in cell |
| 13:05:37 | 24 | blocks, we fill them all up.  These rooms are |
| 13:05:40 | 25 | frequently fully occupied. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:05:44 | 1 | So he's been there for a while.  He's |
| 13:05:47 | 2 | stable.  I don't know what condition he's in, but |
| 13:05:50 | 3 | it's stable.  It's not changing.  And they're trying |
| 13:05:53 | 4 | to move him out of the locked room on nursing unit 1 |
| 13:05:59 | 5 | to TU.  And then Dr. Lavespere says he can't find a |
| 13:06:04 | 6 | court date.  He's asking Dr. Gamble to take him out |
| 13:06:12 | 7 | of nursing unit 1, put him in TU. |
| 13:06:22 | 8 | Well, he's saying, we can't keep him on the |
| 13:06:27 | 9 | nursing unit in light of the fact there are sick |
| 13:06:29 | 10 | patients coming to Angola and hospital discharges |
| 13:06:32 | 11 | that are in need of these rooms.  We have patients |
| 13:06:36 | 12 | that have had surgeries done and we're keeping him |
| 13:06:40 | 13 | on this unit because of his behaviors which he |
| 13:06:43 | 14 | stops, you know, on the nursing unit.  He tends to |
| 13:06:46 | 15 | behave himself when he's getting what he wants.  So |
| 13:06:48 | 16 | that's the second message. |
| 13:06:50 | 17 | And the third one is from Katie Ard.  Is he |
| 13:06:57 | 18 | DOC?  Does he have a number?  And then the next one |
| 13:07:00 | 19 | says, yes, he is a DOC inmate and that's his DOC |
| 13:07:03 | 20 | number.  So that means that he could be moved to the |
| 13:07:12 | 21 | TU area and that would -- it could be the timeout |
| 13:07:18 | 22 | room or it could be any other room on TU.  They're |
| 13:07:21 | 23 | all -- they're all single-man rooms.  They're all |
| 13:07:23 | 24 | solitary confinement. |
| 13:07:25 | 25 | Q  Can you just clarify what exactly is TU? |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:07:32 | 1 | A  TU is the mental health wing of Angola, the |
| 13:07:38 | 2 | mental health ward.  There's TU upper and TU lower. |
| 13:07:44 | 3 | TU lower in general is the truly mentally ill and TU |
| 13:07:56 | 4 | upper is more often men that make choices to be bad. |
| 13:08:02 | 5 | But that's not a firm designation, but that's what |
| 13:08:07 | 6 | we try -- we try to separate them that way. |
| 13:08:10 | 7 | Q  So you said Folks typically behaved better |
| 13:08:15 | 8 | while he was on nursing unit? |
| 13:08:16 | 9 | A  He behaved better.  I mean, he would still |
| 13:08:27 | 10 | lash out at his caretakers.  And I don't think he |
| 13:08:33 | 11 | had any cutting or perforations while he was on |
| 13:08:40 | 12 | nursing unit 1 because usually he'd already done it. |
| 13:08:46 | 13 | You know, we're trying to get him better from the |
| 13:08:49 | 14 | last episode so he doesn't do it again. |
| 13:08:52 | 15 | I think his behavior was a little better on |
| 13:08:55 | 16 | the nursing unit.  And what it looks like here, his |
| 13:08:58 | 17 | behavior's been better for a while.  And so we're |
| 13:09:01 | 18 | thinking he's safe to move out even though we |
| 13:09:07 | 19 | understand what will happen as a result of this move |
| 13:09:10 | 20 | given his threats.  He is in there.  He's doing |
| 13:09:12 | 21 | fine.  He's eating.  He's feeding himself.  He's not |
| 13:09:16 | 22 | cutting himself, but he says if you move me out of |
| 13:09:18 | 23 | here, I'm going to cut myself.  And that -- we know |
| 13:09:23 | 24 | that's exactly what he wants to do.  He will do it. |
| 13:09:26 | 25 | Q  So the people on the email recognize that if |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:09:31 | 1 | they moved him out, he would likely start to cut |
| 13:09:34 | 2 | himself again? |
| 13:09:35 | 3 | MR. BLANCHFIELD: Object to the form. |
| 13:09:37 | 4 | BY MS. MURPHY: |
| 13:09:42 | 5 | Q Sorry. Can you answer? |
| 13:09:43 | 6 | A Judging from his previous behavior, we |
| 13:09:47 | 7 | understand this is a risk. We have a post-op |
| 13:09:51 | 8 | surgical patient that needs this room and he's at |
| 13:09:54 | 9 | more risk than somebody that might cut themselves, |
| 13:09:56 | 10 | yeah. It's a difficult decision, but it has to be |
| 13:10:00 | 11 | made. |
| 13:10:01 | 12 | Q Okay. I think that's all the questions that |
| 13:10:07 | 13 | I have kind of on nursing unit timeout unit for now. |
| 13:10:10 | 14 | Maybe next we can move to a couple specific |
| 13:10:15 | 15 | incidents so I just kind of get an understanding of |
| 13:10:18 | 16 | what you were dealing with when you were dealing |
| 13:10:20 | 17 | with Mr. Folks. |
| 13:10:22 | 18 | So you said that you started in July 2021, |
| 13:10:26 | 19 | is that correct? |
| 13:10:28 | 20 | A Yes. Yeah, I came back in July 2021, yes. |
| 13:10:34 | 21 | Q Okay. So were you aware of his, Mr. Folks' |
| 13:10:41 | 22 | self-harm incidents on July 6, 2021? |
| 13:10:47 | 23 | A I mean, it's a very routine -- we wouldn't |
| 13:10:50 | 24 | be talking about it unless it was something really |
| 13:10:52 | 25 | special. Was it a surgery? Did he perforate his |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:10:57 | 1 | gut again?  I'm not familiar with it.  Can we look |
| 13:11:00 | 2 | at it? |
| 13:11:01 | 3 | Q  Yes, I can pull up an exhibit. |
| 13:11:03 | 4 | Amanda, can you pull up the Unusual |
| 13:11:07 | 5 | Occurrence Report number 001479, please. |
| 13:11:11 | 6 | (Toce Exhibit 8 marked for |
| 13:11:32 | 7 | identification.) |
| 13:11:32 | 8 | BY MS. MURPHY: |
| 13:11:32 | 9 | Q  And we will label this exhibit as Exhibit 8. |
| 13:11:38 | 10 | A  Okay, yeah, Unusual Occurrence Report. |
| 13:11:41 | 11 | Okay, I see these often.  And usually the good stuff |
| 13:11:47 | 12 | is -- there we go.  Would you like me to read this? |
| 13:11:53 | 13 | Q  Yes, if you could review it. |
| 13:12:26 | 14 | A  All righty, I've reviewed it. |
| 13:12:28 | 15 | Q  Okay.  So have you seen this specific report |
| 13:12:32 | 16 | before? |
| 13:12:33 | 17 | A  I do not recall. |
| 13:12:35 | 18 | Q  But you said you often see these reports. |
| 13:12:39 | 19 | What is kind of the process of these getting to you? |
| 13:12:45 | 20 | A  Wardens' Unusual Occurrence Reports are |
| 13:12:49 | 21 | usually not brought to me.  If I want to see one, I |
| 13:12:52 | 22 | have to go into an area in the computer and pull it |
| 13:12:58 | 23 | up.  I don't -- |
| 13:13:01 | 24 | Q  So -- |
| 13:13:02 | 25 | A  I'm sorry.  I don't learn about injuries |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:13:04 | 1 | like this unless they're through the security end of |
| 13:13:07 | 2 | it.  I'm told about it from the medical end of it |
| 13:13:11 | 3 | when he is seen in the emergency room or admitted to |
| 13:13:14 | 4 | the unit. |
| 13:13:14 | 5 | Q  Okay.  So if he's admitted to the unit |
| 13:13:17 | 6 | because he's having a medical issue, you would go |
| 13:13:19 | 7 | and pull up the Unusual Occurrence Report to get |
| 13:13:22 | 8 | more information? |
| 13:13:23 | 9 | A  If I needed more information, yes, I would. |
| 13:13:25 | 10 | Q  Okay.  So in this case, Mr. Folks has |
| 13:13:29 | 11 | swallowed a piece of metal? |
| 13:13:32 | 12 | A  No, he's inserted a piece of metal into his |
| 13:13:35 | 13 | abdominal wounds. |
| 13:13:36 | 14 | Q  Okay.  Yes, he has inserted a piece of |
| 13:13:39 | 15 | metal.  And while he was, this says, in the lower |
| 13:13:44 | 16 | timeout cell B? |
| 13:13:52 | 17 | A  Lower timeout cell B.  Okay, I see it, yes. |
| 13:13:55 | 18 | Q  Is that one of the timeout cells that you |
| 13:13:59 | 19 | described that's right across from the guards? |
| 13:14:02 | 20 | A  B implies that there's an A.  Maybe that |
| 13:14:11 | 21 | cell is designated B for some reason, but I thought |
| 13:14:15 | 22 | there was only one on that floor.  But if they say |
| 13:14:22 | 23 | timeout cell, I think that does mean the one facing |
| 13:14:27 | 24 | the guard station that's fully visible. |
| 13:14:30 | 25 | Q  Okay.  So the guards would have been |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:14:32 | 1 | watching him, but somehow he still got a piece of |
| 13:14:35 | 2 | metal and ingested it? |
| 13:14:37 | 3 | A  And inserted it.  Yes, he did. |
| 13:14:40 | 4 | Q  Inserted it.  Sorry.  Within this |
| 13:14:43 | 5 | description, it also says that Mr. Folks had been |
| 13:14:49 | 6 | taken off standard watch.  Can you explain to me |
| 13:14:52 | 7 | what that means? |
| 13:14:54 | 8 | A  Standard watch means they check on him every |
| 13:14:58 | 9 | 15 minutes.  And there's -- extreme watch is all |
| 13:15:08 | 10 | four extremities tied to the bed.  Standard watch |
| 13:15:12 | 11 | can be two extremities or no restraints.  And when |
| 13:15:17 | 12 | they took away all of his restraints, he didn't like |
| 13:15:20 | 13 | it, so he shoved a piece of metal into his wound. |
| 13:15:23 | 14 | Q  Why was he taken off watch? |
| 13:15:26 | 15 | A  He said he was going to be good.  I don't |
| 13:15:30 | 16 | really know.  They deemed it appropriate by what he |
| 13:15:33 | 17 | said or what he was doing to attempt one more time |
| 13:15:38 | 18 | to take him out of restraints and let him have some |
| 13:15:41 | 19 | quality of life. |
| 13:15:42 | 20 | Q  Okay.  So I want to another incident report |
| 13:15:48 | 21 | here. |
| 13:15:51 | 22 | Amanda, could you please pull up 001472 |
| 13:15:56 | 23 | Unusual Occurrence Report, please. |
| 13:15:58 | 24 | (Toce Exhibit 9 marked for |
| 13:16:08 | 25 | identification.) |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:16:08 | 1 | A  Is it 18 or 19?  I think I got two. |
| 13:16:12 | 2 | Q  This one will now be labelled 19, but we |
| 13:16:16 | 3 | will -- for this deposition it will now become |
| 13:16:19 | 4 | Exhibit 9. |
| 13:16:27 | 5 | A  Goddamn it.  There we go.  Okay.  I got to |
| 13:16:36 | 6 | rotate it.  Here we go.  All right.  7/20/21, 8:00 |
| 13:16:47 | 7 | at night.  Yep.  That was me.  I saw him for this on |
| 13:17:10 | 8 | the nursing unit. |
| 13:17:11 | 9 | Q  Do you remember this incident? |
| 13:17:13 | 10 | A  Yes, I do. |
| 13:17:14 | 11 | Q  When you arrived, what did you see? |
| 13:17:18 | 12 | A  I saw on the nursing unit he's on four-point |
| 13:17:23 | 13 | restraints.  He does have a metal object protruding |
| 13:17:26 | 14 | through the lower part of his abdomen where he |
| 13:17:30 | 15 | previously had a surgical wound, but he had scraped |
| 13:17:32 | 16 | it open.  He did not appear in any acute distress. |
| 13:17:39 | 17 | He didn't really have an acute abdomen.  It didn't |
| 13:17:43 | 18 | look like he perf'ed intestines and had peritonitis. |
| 13:17:50 | 19 | He appeared kind of calm and okay about it. |
| 13:17:53 | 20 | Q  Could you see the items that were sticking |
| 13:17:57 | 21 | out of his abdomen? |
| 13:17:58 | 22 | A  I saw the one that was protruding.  Yes, I |
| 13:18:02 | 23 | did. |
| 13:18:02 | 24 | Q  And did you remove this? |
| 13:18:03 | 25 | A  Yes, I did. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:18:04 | 1 | Q  Did you refer him for further care after |
| 13:18:08 | 2 | this? |
| 13:18:08 | 3 | A  Well, after that, I sent him to get x-rays |
| 13:18:12 | 4 | because we wanted to see if he had perforated his |
| 13:18:16 | 5 | intestines.  And when we get x-rays, there were four |
| 13:18:20 | 6 | other pins that he had inserted that we couldn't |
| 13:18:23 | 7 | see.  So yeah, he went to the hospital to address |
| 13:18:26 | 8 | these. |
| 13:18:27 | 9 | Q  What type of -- what type of watch was |
| 13:18:36 | 10 | Mr. Folks on during this time? |
| 13:18:38 | 11 | A  In the nursing unit -- you know, I cannot be |
| 13:18:45 | 12 | sure.  He was in four-point restraints.  And if that |
| 13:18:48 | 13 | was a mental health decision, he was on extreme |
| 13:18:51 | 14 | watch.  If it was a medical decision, then he's just |
| 13:18:57 | 15 | on a protect the patient four-point restraint.  So I |
| 13:19:05 | 16 | do not know what level of suicide watch he was on. |
| 13:19:09 | 17 | Q  And if he was in four point restraints how |
| 13:19:14 | 18 | was he able to perforate his intestines again? |
| 13:19:19 | 19 | A  Isn't this the one where right after he got |
| 13:19:22 | 20 | let out of restraints, he did this?  He did this |
| 13:19:25 | 21 | on -- |
| 13:19:26 | 22 | Q  It appears based on this -- it says, "upon |
| 13:19:28 | 23 | checking his restraints."  So my assumption based on |
| 13:19:31 | 24 | that is that he was in restraints at this time. |
| 13:19:34 | 25 | A  Okay.  I do believe he has done this before |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:19:40 | 1 | on four-point restraints.  He could have been on |
| 13:19:43 | 2 | two-point restraints when he did this.  So two or |
| 13:19:54 | 3 | four points -- four points is extreme watch, two |
| 13:19:58 | 4 | points is standard watch.  She went to check his |
| 13:20:00 | 5 | restraints and he said he put the metal in there and |
| 13:20:04 | 6 | he did.  You're asking me how he did it?  He was |
| 13:20:14 | 7 | given these objects by fellow inmates who encouraged |
| 13:20:21 | 8 | him to act out, I'm sure, and wanted to see a show |
| 13:20:27 | 9 | and he did it. |
| 13:20:33 | 10 | Q  Based on that, I have a couple of more |
| 13:20:36 | 11 | questions about restraints and how that works at the |
| 13:20:42 | 12 | prison. |
| 13:20:42 | 13 | Is there a policy for use of restraints for |
| 13:20:44 | 14 | inmates? |
| 13:20:45 | 15 | A  Absolutely. |
| 13:20:46 | 16 | Q  Okay.  So I can pull that up here. |
| 13:20:52 | 17 | Amanda, can you share HCP40, the medical |
| 13:20:55 | 18 | restraint exhibit? |
| 13:20:58 | 19 | (Toce Exhibit 10 marked for |
| 13:21:06 | 20 | identification.) |
| 13:21:06 | 21 | BY MS. MURPHY: |
| 13:21:06 | 22 | Q  We will label this Exhibit 10. |
| 13:21:17 | 23 | A  Okay, I have it up. |
| 13:21:19 | 24 | Q  Are you familiar with this policy? |
| 13:21:22 | 25 | A  Yes. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:21:23 | 1 | Q  When you talked about policies that you |
| 13:21:27 | 2 | review and suggest changes to, is this one that you |
| 13:21:30 | 3 | would review and ever suggest changes to? |
| 13:21:34 | 4 | A  It is one that -- I'm pretty sure it's one |
| 13:21:38 | 5 | of the ones that I have to sign every year.  And I |
| 13:21:41 | 6 | review it, yes. |
| 13:21:42 | 7 | Q  Okay.  Could you explain what situations |
| 13:21:48 | 8 | restraints are used for inmates? |
| 13:21:51 | 9 | A  Well, this is both medical and mental health |
| 13:21:55 | 10 | restraints. |
| 13:21:59 | 11 | Q  Let's focus on mental then.  In what mental |
| 13:22:03 | 12 | health situations are restraints used for inmates? |
| 13:22:08 | 13 | A  That's almost exclusively violence to one's |
| 13:22:15 | 14 | self or to others and cannot be calmed down and |
| 13:22:21 | 15 | can't even be medicated without -- they won't |
| 13:22:27 | 16 | cooperate with any -- any care.  So he has to be |
| 13:22:35 | 17 | secured.  And it takes -- our SWAT team comes in. |
| 13:22:42 | 18 | It's our -- I don't know what their real name is, |
| 13:22:46 | 19 | but it's four guys that come in fully padded with a |
| 13:22:49 | 20 | shock shield and make sure that he is secured and |
| 13:22:54 | 21 | then they leave. |
| 13:22:56 | 22 | Q  Okay. |
| 13:22:57 | 23 | A  That is the kind of reasons that psychiatric |
| 13:23:02 | 24 | patients are put in four-point restraints. |
| 13:23:06 | 25 | Q  Who makes the decision to place them in the |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:23:10 | 1 | restraints? |
| 13:23:13 | 2 | A  Okay.  Talking about mental health |
| 13:23:17 | 3 | restraints -- |
| 13:23:17 | 4 | Q  Yes. |
| 13:23:17 | 5 | A  -- the psychiatrist, the social worker could |
| 13:23:21 | 6 | do it, and the nurse practitioner or -- the social |
| 13:23:28 | 7 | worker can do it and a doctor signs it or a |
| 13:23:31 | 8 | healthcare provider signs it.  The mental health |
| 13:23:36 | 9 | doctor can do it.  And I'm pretty sure the nurse |
| 13:23:41 | 10 | practitioners can order it as well.  But actually |
| 13:23:42 | 11 | every time somebody is put in restraints, I'm |
| 13:23:45 | 12 | required to sign it. |
| 13:23:47 | 13 | Q  And what is your process for assessing that |
| 13:23:52 | 14 | and signing off on when someone is placed in mental |
| 13:23:57 | 15 | health restraints? |
| 13:23:58 | 16 | A  I just kind of roughly review the case, you |
| 13:24:02 | 17 | know, what's he doing.  It's not -- it's a lot of |
| 13:24:08 | 18 | trouble and a lot of paperwork and nobody wants to |
| 13:24:10 | 19 | do this.  It's something we have to do.  And so if |
| 13:24:14 | 20 | it's being done, I very rarely -- I think I've never |
| 13:24:19 | 21 | said no, don't use restraints on him.  It's |
| 13:24:24 | 22 | flamingly obvious that if we don't, something bad's |
| 13:24:28 | 23 | going to happen.  So -- |
| 13:24:29 | 24 | Q  Are you talking about Folks or generally? |
| 13:24:33 | 25 | A  In general.  In general, the decision to put |

Paul Toce, M.D. - March 14, 2025

Page 80

| | | |
|---|---|---|
| 13:24:37 | 1 | somebody on mental health four-point restraints is |
| 13:24:41 | 2 | pretty much -- if they're not hurting themselves, it |
| 13:24:44 | 3 | doesn't matter if they are totally out of touch with |
| 13:24:47 | 4 | reality, absolutely schizophrenic, talking to |
| 13:24:51 | 5 | people, hearing voices, but they're eating and |
| 13:24:57 | 6 | they're sleeping and not causing any harm, that |
| 13:25:03 | 7 | could be very serious mental illness, but you don't |
| 13:25:07 | 8 | need four-point restraints for that.  It's only to |
| 13:25:11 | 9 | prevent physical harm. |
| 13:25:12 | 10 | Q  Is there -- when you sign off on this, what |
| 13:25:16 | 11 | type of form do you have to fill out?  What type of, |
| 13:25:19 | 12 | like, rationales or detail do you have to provide? |
| 13:25:23 | 13 | A  None.  The form comes in filled out by the |
| 13:25:27 | 14 | social worker and all I'm required to do is sign it. |
| 13:25:31 | 15 | Q  Okay.  So you review the form.  Do you see |
| 13:25:35 | 16 | the patient before you make the decision? |
| 13:25:37 | 17 | A  No, there's no need for that, no. |
| 13:25:39 | 18 | Q  Okay.  Can you explain to me the types of -- |
| 13:25:43 | 19 | you've mentioned this a little bit earlier, but if |
| 13:25:46 | 20 | you could just kind of clarify exactly the types of |
| 13:25:48 | 21 | restraints and what each of them mean? |
| 13:25:50 | 22 | A  Two-point restraints means one arm and one |
| 13:25:54 | 23 | leg.  And that is usually alternating sides. |
| 13:25:59 | 24 | Four-point restraints is two arms and two legs. |
| 13:26:06 | 25 | Four-point restraints can also mean two legs, two |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:26:11 | 1 | wrists, and two proximal arms over the biceps area. |
| 13:26:16 | 2 | We call those arm grippers.  It's still just |
| 13:26:19 | 3 | restraining four limbs so they still call it |
| 13:26:22 | 4 | four-point restraint.  And in addition to that, we |
| 13:26:29 | 5 | can use a spit mask and we can use mittens.  And |
| 13:26:37 | 6 | that's -- that's kind of whole gamut that we have at |
| 13:26:41 | 7 | our disposal right there. |
| 13:26:42 | 8 | Q  What is a spit mask? |
| 13:26:44 | 9 | A  It's a veil that goes over the offender's |
| 13:26:50 | 10 | head because he is spitting on his care providers. |
| 13:26:55 | 11 | And many of them, besides just being gross, they |
| 13:27:00 | 12 | have contagious diseases and spitting on somebody is |
| 13:27:06 | 13 | assault with a deadly weapon.  So if that's their -- |
| 13:27:10 | 14 | if that's their activity, that's what -- only thing |
| 13:27:14 | 15 | I've got to really keep that from happening. |
| 13:27:16 | 16 | Q  And what are mittens? |
| 13:27:18 | 17 | A  It's a loose hand garment that allows |
| 13:27:26 | 18 | fingers to move inside of a glove like a mitten, but |
| 13:27:29 | 19 | it impairs the ability to pick up a needle and |
| 13:27:32 | 20 | insert it into your skin.  It takes away fine motor |
| 13:27:37 | 21 | capability. |
| 13:27:38 | 22 | Q  Before someone might be placed into |
| 13:27:42 | 23 | restraints, what other options are considered to try |
| 13:27:46 | 24 | to help people who are a potential risk? |
| 13:27:54 | 25 | A  Well, attempts are made to find out what he |

| | | |
|---|---|---|
| 13:27:57 | 1 | wants.  You know, very frequently the mental health |
| 13:28:06 | 2 | people will go to somebody who is acting out and try |
| 13:28:10 | 3 | to de-escalate.  Security is trained to de-escalate. |
| 13:28:21 | 4 | And all of that goes out the window if there's |
| 13:28:24 | 5 | active destruction taking place.  So sometimes we |
| 13:28:29 | 6 | have time to intervene and sometimes we don't. |
| 13:28:33 | 7 | Q  When someone is placed in restraints, what |
| 13:28:37 | 8 | type of monitoring is required? |
| 13:28:40 | 9 | A  The restraints have to be checked every |
| 13:28:46 | 10 | 15 minutes, make sure the circulation is okay. |
| 13:28:50 | 11 | Every 2 hours they have to be let out of restraints |
| 13:28:53 | 12 | to go to the bathroom or eat.  Every 12 hours they |
| 13:29:00 | 13 | have to be seen by mental health and signed off by a |
| 13:29:04 | 14 | healthcare practitioner.  And that's the ones I'm |
| 13:29:13 | 15 | most familiar with.  I'm sure there's additional |
| 13:29:16 | 16 | mental health requirements for somebody on extreme |
| 13:29:18 | 17 | suicide watch.  The nurse practitioners round on |
| 13:29:22 | 18 | them every day on my unit.  So every 24 hours a |
| 13:29:28 | 19 | nurse practitioner sees them also. |
| 13:29:31 | 20 | Q  In Mr. Folks' situation, he was often placed |
| 13:29:36 | 21 | on restraints after a self-harm incident that |
| 13:29:39 | 22 | required some -- maybe a surgery or something and |
| 13:29:43 | 23 | then he would be placed back on restraints.  How did |
| 13:29:46 | 24 | you deal with kind of his healing from the surgery |
| 13:29:51 | 25 | and were the restraints kind of inhibiting any of |

13:29:54    1        his healing?

13:29:57    2            A  No, ma'am.  The way I understand the

13:30:01    3        question, the answer is without restraints, he would

13:30:05    4        not have allowed healing.  You realize he is taking

13:30:10    5        stitches out of wounds that we've closed.  Wounds

13:30:14    6        that have healed are being scratched open by a sharp

13:30:18    7        object with metal pins inserted into them.  And

13:30:21    8        sometimes he even does this while he's restrained.

13:30:25    9        So the only hope of getting wound healing is to try

13:30:29    10       to keep his hands off of the wounds.

13:30:33    11           Q  Is there a maximum duration someone can be

13:30:40    12       kept in restraints?

13:30:41    13           A  I'm sorry.  Say it again.

13:30:43    14           Q  Is there a maximum duration that someone can

13:30:46    15       be kept in restraints?

13:30:48    16           A  No, ma'am.  If it's clinically indicated, it

13:30:57    17       could be -- you can't let somebody out that you know

13:31:02    18       dang good and well is going to hurt themselves.  So

13:31:04    19       until we get mental control or until we get an

13:31:09    20       agreement not to hurt, even though we know he's

13:31:12    21       lying, you have to protect the inmate.

13:31:16    22           Q  Did Mr. Folks ask to be taken out of the

13:31:19    23       restraints?

13:31:20    24           A  Oh, sure.  Sometimes he said he was going to

13:31:23    25       cut himself if we didn't let him out and sometimes

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:31:26 | 1 | he said he was going to cut himself if we let him |
| 13:31:31 | 2 | out.  Yeah, all the time.  That was a favorite move |
| 13:31:33 | 3 | of his. |
| 13:31:34 | 4 | Q  While Mr. Folks was doing all of this, were |
| 13:31:40 | 5 | you or others concerned about suicide risk? |
| 13:31:46 | 6 | A  This was frequently discussed.  He has a |
| 13:31:50 | 7 | long history of saying he was not suicidal.  His |
| 13:31:54 | 8 | injuries were not intended to kill him.  The |
| 13:32:00 | 9 | determination of my psychiatrist was he is not |
| 13:32:04 | 10 | suicidal.  When he thought he might even be |
| 13:32:07 | 11 | seriously hurting himself, he changed his form of |
| 13:32:11 | 12 | self-mutilation -- self-harm.  And when he got to a |
| 13:32:15 | 13 | place where he kind of liked the environment, he |
| 13:32:18 | 14 | quit doing it.  He never wanted to kill himself in |
| 13:32:23 | 15 | my estimation and the estimation of the mental |
| 13:32:26 | 16 | health department.  So yeah, we did consider it. |
| 13:32:32 | 17 | Q  Could you tell me about the protocols for |
| 13:32:35 | 18 | suicide prevention at Angola? |
| 13:32:41 | 19 | A  Oh, yeah, we got a policy against it.  We |
| 13:32:44 | 20 | have a rule too you can't kill yourself.  So that |
| 13:32:46 | 21 | doesn't work too often.  The education on suicide |
| 13:32:52 | 22 | tries to educate people on the behaviors you might |
| 13:32:57 | 23 | see before somebody kills themselves.  And there's a |
| 13:33:02 | 24 | few things that have been known in the past.  An |
| 13:33:07 | 25 | inmate that is usually clean and his room is nice |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:33:14 | 1 | and, you know, he takes care of himself and all of a |
| 13:33:17 | 2 | sudden he's not is one.  An inmate that starts to |
| 13:33:21 | 3 | give away all of his property is another warning |
| 13:33:24 | 4 | sign.  Sometimes the topic of the inmate's |
| 13:33:33 | 5 | conversation, if he's not outright being |
| 13:33:35 | 6 | manipulative, judging his mood and what he's saying, |
| 13:33:39 | 7 | he could be considered higher risk. |
| 13:33:45 | 8 | Every single person that comes in here with |
| 13:33:47 | 9 | a capital offense, a life sentence, is put on |
| 13:33:50 | 10 | suicide watch for the first three days |
| 13:33:52 | 11 | automatically.  People that start to realize the |
| 13:33:58 | 12 | gravity of their situation tend to opt out of it. |
| 13:34:07 | 13 | Education on suicide.  It's -- the problem |
| 13:34:18 | 14 | is all those behaviors that we're talking about, |
| 13:34:23 | 15 | those behaviors can be done by somebody that's just |
| 13:34:26 | 16 | being manipulative.  They have no intention of |
| 13:34:29 | 17 | hurting themselves, but they want some secondary |
| 13:34:32 | 18 | gain so they're going to behave like they're |
| 13:34:35 | 19 | suicidal or they're going to say that they're |
| 13:34:38 | 20 | suicidal.  All they have to do is say it and they |
| 13:34:40 | 21 | get put on watch.  And some of them want a change of |
| 13:34:43 | 22 | housing so badly they just say it so they can get |
| 13:34:46 | 23 | out of their cell and put into another room. |
| 13:34:52 | 24 | The sad truth is the ones we lose regularly |
| 13:34:57 | 25 | are people that are behaving normally and taking |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:35:02 | 1 | care of themselves and decide they've had enough and |
| 13:35:06 | 2 | make a plan and execute the plan and nobody knows |
| 13:35:09 | 3 | anything about it.  They're found down, found gone. |
| 13:35:14 | 4 | And no matter what policy you have or what kind of |
| 13:35:16 | 5 | observations you have, that cannot be stopped.  So |
| 13:35:21 | 6 | we just kind -- |
| 13:35:23 | 7 | Q  When you -- |
| 13:35:24 | 8 | A  Go ahead, please. |
| 13:35:25 | 9 | Q  When you do see someone exhibiting symptoms |
| 13:35:30 | 10 | that you think put them at risk for suicide, what |
| 13:35:32 | 11 | are the different types of watches and what does |
| 13:35:37 | 12 | that entail? |
| 13:35:38 | 13 | A  Well, they can go on a standard watch which |
| 13:35:44 | 14 | means we move them to a certain cell block where |
| 13:35:47 | 15 | everybody that says they want to hurt themselves |
| 13:35:49 | 16 | goes there.  That way they can be -- the tier |
| 13:35:51 | 17 | walkers and the security can watch them closely and |
| 13:35:54 | 18 | these guys are all having the same type of mental |
| 13:35:58 | 19 | disturbance.  So that's standard suicide watch. |
| 13:36:03 | 20 | And there's -- if there's escalation, |
| 13:36:10 | 21 | they're on standard watch and then they cut |
| 13:36:11 | 22 | themselves, well, now you have to put them on |
| 13:36:14 | 23 | extreme watch.  And like I said, extreme watch |
| 13:36:18 | 24 | usually starts at four point, goes to two point, |
| 13:36:22 | 25 | comes off of restraints.  We have guys that on a |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:36:33 | 1 | weekly basis say "I want to kill myself" and we |
| 13:36:42 | 2 | cannot exercise clinical judgment saying, no, you |
| 13:36:44 | 3 | don't because the one time that you do that, they |
| 13:36:49 | 4 | may be trying to fake a suicide but they pull it |
| 13:36:53 | 5 | off.  We know this happens. |
| 13:36:56 | 6 | Security goes down the walk at a certain |
| 13:36:59 | 7 | time every day.  Well, right when security goes by, |
| 13:37:02 | 8 | he starts tying the rope up.  When he hears the |
| 13:37:06 | 9 | clock click, he knows security's turning around to |
| 13:37:09 | 10 | come back and then he full weight bear hangs himself |
| 13:37:13 | 11 | knowing full well that he's going to be rescued. |
| 13:37:16 | 12 | That is actually, by definition, a suicide attempt |
| 13:37:20 | 13 | because if nobody intervenes, he would be dead.  But |
| 13:37:23 | 14 | in reality, it is a suicide gesture.  He had no |
| 13:37:27 | 15 | intention of killing himself.  He did it right in |
| 13:37:29 | 16 | front of the guard so he would be rescued, and we |
| 13:37:33 | 17 | take all that into consideration when we determine |
| 13:37:36 | 18 | what level of suicide observation needs to be done. |
| 13:37:42 | 19 | Q  Could you give me a little more information |
| 13:37:46 | 20 | then on -- when you said there's someone would be |
| 13:37:50 | 21 | transferred to a specific unit, what is the name of |
| 13:37:52 | 22 | that unit? |
| 13:37:52 | 23 | A  It's a cell block E.  Cell blocks are halls |
| 13:37:58 | 24 | with rooms coming off.  And of course they're all |
| 13:38:02 | 25 | over.  One specific cell block is designated for |

Paul Toce, M.D. - March 14, 2025

Page 88

| | | |
|---|---|---|
| 13:38:06 | 1 | suicide watch and that's called cell block E. |
| 13:38:11 | 2 | Q  And you mentioned standard watches.  Could |
| 13:38:16 | 3 | you explain that -- could you tell us a little |
| 13:38:18 | 4 | more -- |
| 13:38:20 | 5 | (Technical difficulties.) |
| 13:38:20 | 6 | A  Extreme watch.  I think I said that they're |
| 13:38:23 | 7 | four-point restraints. |
| 13:38:25 | 8 | Q  Okay.  And when you have someone who |
| 13:38:29 | 9 | expressed that they're suicidal and they're in |
| 13:38:31 | 10 | four-point restraints, do you see usually |
| 13:38:35 | 11 | improvement of their mental health or their suicidal |
| 13:38:39 | 12 | behaviors? |
| 13:38:39 | 13 | A  Well, it prevents suicidal behavior.  So |
| 13:38:43 | 14 | yeah, it's a huge improvement.  Suicidal ideation is |
| 13:38:49 | 15 | worked on the whole time they're down.  For the |
| 13:38:51 | 16 | truly mental ill, we force medicate them also.  We |
| 13:38:56 | 17 | will give their mental health drugs to them even |
| 13:38:59 | 18 | though they don't think they need it. |
| 13:39:04 | 19 | Q  Can the restraints cause a deterioration of |
| 13:39:09 | 20 | their mental health? |
| 13:39:11 | 21 | A  Well, you realize we're choosing between a |
| 13:39:18 | 22 | physical deterioration of their body versus a mental |
| 13:39:25 | 23 | health deterioration.  Once we assure the body isn't |
| 13:39:29 | 24 | going to die, then we can address the mental health |
| 13:39:32 | 25 | issue.  Could being tied to a bed for a week or two |

Paul Toce, M.D. - March 14, 2025

13:39:38    1    make somebody blue?  Yeah, it could.  Amazing how

13:39:42    2    many guys threaten us with harm when we say we're

13:39:45    3    taking you off of suicide watch.  So it's just not

13:39:48    4    always as obvious as that.

13:39:50    5        Q  What levels of watch were -- was Mr. Folks

13:39:54    6    on?

13:39:55    7        A  He was on all of them.  He was perpetually

13:40:00    8    on and off of watch ever since the first time he got

13:40:02    9    to the DOC, the first time he served a sentence.

13:40:06    10   And he carried on the property -- the behavior

13:40:10    11   throughout his second sentence until he was put on

13:40:15    12   death row.

13:40:18    13       Q  And why was he ultimately put on death row?

13:40:21    14       A  He finally got a DOC number so he was

13:40:25    15   finally a DOC inmate that could be housed with other

13:40:29    16   DOC inmates.  And at that time, he'd already

13:40:34    17   experienced all the other available housing.  And

13:40:40    18   when he got to death row, he realized how much

13:40:43    19   better it was there than anywhere else on the farm

13:40:46    20   and so he behaved himself there.  He knew that if he

13:40:50    21   misbehaved, he would be put back in TU again.  So he

13:40:55    22   had motivation.

13:40:57    23       Q  Was it better because he was able to

13:41:00    24   interact with other people?

13:41:03    25       A  Death row is better for many reasons.  You

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:41:07 | 1 | can interact with other people in general population |
| 13:41:09 | 2 | much better than on death row.  You can -- at death |
| 13:41:14 | 3 | row there's a much higher security-to-inmate ratio. |
| 13:41:18 | 4 | And the facility stays clean.  And medical care is |
| 13:41:25 | 5 | delivered there most of the time.  There's almost no |
| 13:41:33 | 6 | inmate-on-inmate violence in those facilities. |
| 13:41:37 | 7 | Security's that good.  And because of all of that, I |
| 13:41:39 | 8 | mean, they -- they have basketball teams that play |
| 13:41:44 | 9 | together.  You know, they do get to intermingle. |
| 13:41:48 | 10 | And anyway, the environment, it's a cooler building |
| 13:41:51 | 11 | in the summertime and it's warmer in the wintertime. |
| 13:41:58 | 12 | There's all kind of reasons that death row is one of |
| 13:42:01 | 13 | the best places to stay if you ever get sent to |
| 13:42:04 | 14 | Angola. |
| 13:42:04 | 15 | Q  And so previously when he was on other |
| 13:42:08 | 16 | units, they weren't clean, weren't warm? |
| 13:42:19 | 17 | (Stenographer interruption.) |
| 13:42:19 | 18 | MR. BLANCHFIELD:  Sorry.  I'm objecting to |
| 13:42:21 | 19 | the form.  Thank you.  You can answer it, Doc. |
| 13:42:24 | 20 | A  Okey doke.  No, I'm not trying to imply that |
| 13:42:28 | 21 | other places are dirty or unsafe.  I'm trying to say |
| 13:42:33 | 22 | that the best place for all of those factors is |
| 13:42:36 | 23 | death row. |
| 13:42:37 | 24 | Q  So the reason that he wasn't able to go |
| 13:42:40 | 25 | there until this time is because he was a pretrial |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 13:42:43 | 1 | detainee.  Who makes the policy that pretrial |
| 13:42:46 | 2 | detainees have to be held in solitary? |
| 13:42:49 | 3 |     A  I'm pretty sure the lawyers do.  If you let |
| 13:42:55 | 4 | a man accused of a crime get killed at a maximum |
| 13:43:00 | 5 | security prison by a felon with previous murders, |
| 13:43:05 | 6 | that is gross negligence and we will not have that |
| 13:43:09 | 7 | at Angola.  I don't know -- |
| 13:43:14 | 8 |     Q  You understand -- |
| 13:43:14 | 9 |     A  I'm sorry.  I don't know if there's even a |
| 13:43:16 | 10 | policy.  That's the way we've always done it.  I |
| 13:43:19 | 11 | don't remember reading that anywhere. |
| 13:43:22 | 12 |     Q  So Mr. Folks ended up being -- he was a |
| 13:43:26 | 13 | pretrial detainee for the entire time there until he |
| 13:43:31 | 14 | went back to court and at that time -- he was |
| 13:43:33 | 15 | released? |
| 13:43:35 | 16 |     A  No, no.  I don't know how he did it.  I |
| 13:43:41 | 17 | mean, he's accused of a crime and went to court and |
| 13:43:50 | 18 | -- I don't know how it happened.  I don't know.  But |
| 13:43:51 | 19 | he came back and he got his DOC number and he was |
| 13:43:56 | 20 | now declared to be Department of Corrections inmate |
| 13:44:01 | 21 | and that allowed him to be housed with other people. |
| 13:44:04 | 22 |     Q  Okay.  That's helpful.  If we could go ahead |
| 13:44:10 | 23 | now and just off the record, take a quick break and |
| 13:44:13 | 24 | then we could come back maybe at 1:50.  Does that |
| 13:44:18 | 25 | work? |

Paul Toce, M.D. - March 14, 2025

13:44:19  1        A  1:50, yes, ma'am.

13:44:23  2           VIDEOGRAPHER:  We are off the record.  The

13:44:26  3     time is 1:44 p.m.

13:44:31  4           (Short recess.)

14:00:02  5           VIDEOGRAPHER:  We are back on the record.

14:00:56  6     The time is 2:00 p.m.

14:01:00  7     BY MS. MURPHY:

14:01:01  8        Q  Hi, Dr. Toce.  I wanted to ask a little bit

14:01:05  9     more kind of about how you determine that somebody

14:01:09  10    does or does not have a mental illness.  So what

14:01:14  11    does that process look like?

14:01:17  12       A  Well, it's really easy for me.  I submit a

14:01:21  13    mental health consult and they take it away.  Now,

14:01:27  14    the way I do it, it's not quite so scientific and

14:01:33  15    proven as their methods, but the thought processes

14:01:38  16    that take place, the decisions that are made, the

14:01:44  17    way a patient reacts to what happens to them because

14:01:49  18    of those decisions, it all kind of just gets stirred

14:01:55  19    together and I weigh the pros and cons and try to

14:02:01  20    make a decision.  But that would never result in

14:02:05  21    therapy being delivered to somebody because I think

14:02:07  22    that they're not in touch with reality.  That always

14:02:10  23    goes through the mental health experts.

14:02:12  24       Q  And so as medical director, you oversee the

14:02:17  25    mental health department, correct?

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:02:19 | 1 | A  That is correct. |
| 14:02:19 | 2 | Q  And how do you do that?  Like, how do you |
| 14:02:25 | 3 | supervise the people who are working in the mental |
| 14:02:27 | 4 | health department? |
| 14:02:28 | 5 | A  I have -- we have meetings here.  And it's |
| 14:02:34 | 6 | usually a meeting when there's something that needs |
| 14:02:36 | 7 | to be discussed, if there's difficulties in the |
| 14:02:39 | 8 | department.  I frequently interact with -- excuse me |
| 14:02:48 | 9 | -- Sam McKay is kind of the lead social worker over |
| 14:02:52 | 10 | there.  And I am frequently having conversations |
| 14:02:55 | 11 | with him about how things are going. |
| 14:02:57 | 12 | I see the other social workers casually as I |
| 14:03:01 | 13 | walk down the hall, especially their area's right |
| 14:03:05 | 14 | next to the pharmacy which I visit frequently. |
| 14:03:09 | 15 | That's about as much interaction and supervision. |
| 14:03:13 | 16 | Like I said, they're a pretty well-contained, run |
| 14:03:18 | 17 | organization.  And I would really only get involved |
| 14:03:21 | 18 | if people have a problem or if they're not seeing |
| 14:03:24 | 19 | the patients they're supposed to be seeing or if |
| 14:03:28 | 20 | somebody's not coming to work and their load's being |
| 14:03:32 | 21 | transferred to other people.  So I troubleshoot the |
| 14:03:35 | 22 | department.  I don't really run it. |
| 14:03:37 | 23 | Q  So they mainly operate independently? |
| 14:03:40 | 24 | A  Mainly so, yes, ma'am. |
| 14:03:42 | 25 | Q  And you feel that you can trust their |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:03:44 | 1 | discretion on the decisions? |
| 14:03:47 | 2 | A Their treatment decisions, absolutely. |
| 14:03:50 | 3 | Their management decisions tend to rise to the |
| 14:03:53 | 4 | surface when they're not going well. So yes, that's |
| 14:03:57 | 5 | how we work it here. |
| 14:03:59 | 6 | Q Can you explain what you mean by that, the |
| 14:04:02 | 7 | management issues? |
| 14:04:03 | 8 | A If a person feels like they're getting too |
| 14:04:08 | 9 | many nights on call or if they think that somebody's |
| 14:04:15 | 10 | showing favoritism or if they want to change the way |
| 14:04:21 | 11 | they're having call that we made the switch from |
| 14:04:24 | 12 | having to personally see an inmate face-to-face so |
| 14:04:27 | 13 | they can see a patient by telemed and make |
| 14:04:33 | 14 | appropriate treatment decisions for the time being |
| 14:04:36 | 15 | -- so the way we practice sometimes. They do |
| 14:04:42 | 16 | telemed for most of their clinics. Even though |
| 14:04:46 | 17 | they're at the camp, the patient's in another room |
| 14:04:50 | 18 | and they talk and they have their visit. And it's |
| 14:04:56 | 19 | as face-to-face as it gets. And so to do that from |
| 14:05:00 | 20 | your home while you're on call is not a real |
| 14:05:03 | 21 | stretch. |
| 14:05:08 | 22 | Management, that's -- that's about it. You |
| 14:05:13 | 23 | know, we just kind of make sure the patients are |
| 14:05:16 | 24 | taken care of and that's the top priority. And so |
| 14:05:20 | 25 | far they have been. |

Paul Toce, M.D. - March 14, 2025

14:05:21    1         Q   And Dr. Gamble is in charge of the mental

14:05:25    2    health department, right?

14:05:26    3         A   Yes, ma'am.

14:05:26    4         Q   And what are his -- are you aware of his

14:05:31    5    qualifications related to mental health?

14:05:33    6         A   A medical doctor.  I don't know where he

14:05:39    7    went to school.  I mean, he was here a long time

14:05:41    8    before I was.  So I guess, no, I don't specifically

14:05:45    9    know his qualifications.

14:05:47   10         Q   Okay.  I was just asking if you knew if he

14:05:50   11    was trained you, you know, in mental health?

14:05:53   12         A   He has a valid license.  I know that.  We

14:05:55   13    check licenses every year, so yeah, I know he's

14:05:58   14    certified.

14:05:58   15         Q   Okay.  So he's overseeing the process to

14:06:01   16    decide for the most part what mental illnesses

14:06:06   17    somebody would have.  I just have a couple more

14:06:09   18    questions there about kind of determining Josh's --

14:06:13   19    Mr. Folks' mental illnesses.

14:06:17   20              Do you recall if when he returned to Angola

14:06:20   21    in 2021 there was an updated screening of -- for any

14:06:28   22    additional mental illnesses that no one was aware of

14:06:32   23    last time?

14:06:32   24         A   I do not recall if that was a specific

14:06:35   25    question.  But in our intake packet, that document

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:06:39 | 1 | you showed me is answered every time somebody comes |
| 14:06:44 | 2 | for intake.  I'm sorry.  If he came from another |
| 14:06:47 | 3 | prison to here, well, we wouldn't do that.  But when |
| 14:06:51 | 4 | he came from parish to here, we do that whole |
| 14:06:55 | 5 | packet. |
| 14:06:55 | 6 | Q  Is it your view that Mr. Folks was not |
| 14:06:59 | 7 | actually suffering from mental illness while he was |
| 14:07:02 | 8 | at Angola? |
| 14:07:03 | 9 | A  Yes, ma'am, it is. |
| 14:07:05 | 10 | Q  Okay.  Even looking at all those factors on |
| 14:07:12 | 11 | the intake form and knowing his history of |
| 14:07:14 | 12 | self-harm? |
| 14:07:15 | 13 | A  The intake form doesn't carry much water at |
| 14:07:17 | 14 | all.  Who knows whose impressions are there or is it |
| 14:07:21 | 15 | just what the patient is saying.  I'm sorry.  What |
| 14:07:28 | 16 | was the other part of that question? |
| 14:07:31 | 17 | Q  His history? |
| 14:07:32 | 18 | A  Yeah.  Oh, yeah.  Being that familiar with |
| 14:07:35 | 19 | the case, observing his threats and the way he |
| 14:07:41 | 20 | followed through on his threats, I mean, that's so |
| 14:07:45 | 21 | goal oriented.  He seemed like a very reasonable |
| 14:07:50 | 22 | person.  He just kept doing unreasonable things to |
| 14:07:53 | 23 | get his way. |
| 14:07:55 | 24 | Q  And when you say that he was doing this to |
| 14:07:58 | 25 | get his way, what did he ultimately want? |

Paul Toce, M.D. – March 14, 2025

| | | |
|---|---|---|
| 14:08:04 | 1 | A  Out of prison. |
| 14:08:06 | 2 | Q  Okay.  And you thought he believed that |
| 14:08:11 | 3 | self-harming was somehow going to get him out of |
| 14:08:14 | 4 | prison? |
| 14:08:15 | 5 | A  It was his full-time duty to cause as much |
| 14:08:21 | 6 | trouble as he could.  He made statements like, I |
| 14:08:25 | 7 | know that I'm hurting myself and you'll are taking |
| 14:08:29 | 8 | care of me and sending me back to my cell, but I'm |
| 14:08:32 | 9 | going to do something that's going to take a doctor |
| 14:08:35 | 10 | to fix.  He's telling you he's going to escalate |
| 14:08:38 | 11 | because he's not getting what he wants.  He doesn't |
| 14:08:40 | 12 | have a reason for it, a mental health reason.  He's |
| 14:08:44 | 13 | not depressed.  He's not out of touch with reality. |
| 14:08:51 | 14 | Q  When Mr. Folks self-harmed, then he was |
| 14:08:54 | 15 | transferred to the hospital for care and then he |
| 14:08:57 | 16 | came right back and was placed back in solitary in |
| 14:09:00 | 17 | restraints.  Do you think that he felt that that was |
| 14:09:03 | 18 | a successful outcome? |
| 14:09:09 | 19 | A  I don't think his goals -- for a lot of |
| 14:09:13 | 20 | folks, it's just get a break from the room and come |
| 14:09:15 | 21 | on back to the room.  They know it's going to |
| 14:09:18 | 22 | happen.  For him to consider it a successful |
| 14:09:21 | 23 | outcome, he has to spend time out there, like have a |
| 14:09:24 | 24 | major abdominal surgery and have a recovery period |
| 14:09:27 | 25 | and then come back.  I think he would consider that |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:09:29 | 1 | a success because he is out of prison for a |
| 14:09:32 | 2 | significant time.  But being treated and sent right |
| 14:09:36 | 3 | back is not successful. |
| 14:09:38 | 4 | Oh, and it's even worse.  He was ingesting |
| 14:09:41 | 5 | and we would take a picture and say, yeah, you |
| 14:09:43 | 6 | ingested, but he quit ingesting long, hard objects. |
| 14:09:48 | 7 | They got shorter.  And every time he did it, we'd do |
| 14:09:51 | 8 | an x-ray and say that's going to pass and we |
| 14:09:54 | 9 | wouldn't treat anything and he would -- serial |
| 14:09:57 | 10 | x-rays would show that, yes, the piece of metal went |
| 14:10:00 | 11 | through his intestines and came out.  That was not a |
| 14:10:03 | 12 | success.  He pretty much quit doing that. |
| 14:10:06 | 13 | Oh, man.  One of his surgeries, he said he |
| 14:10:10 | 14 | swallowed a piece of metal that was about five or |
| 14:10:15 | 15 | six inches long.  And something that long and that |
| 14:10:19 | 16 | stiff wouldn't be able to wind its way through the |
| 14:10:22 | 17 | intestines.  And when we did an x-ray, we saw |
| 14:10:27 | 18 | something in there that was about five or six inches |
| 14:10:29 | 19 | long so we sent him to the hospital.  They said, oh, |
| 14:10:32 | 20 | that's not going to wind its way through the |
| 14:10:34 | 21 | intestines.  And they opened him up and by the time |
| 14:10:38 | 22 | they opened and got to the stomach, this thing had |
| 14:10:41 | 23 | already cleared the curve of the stomach and gone to |
| 14:10:41 | 24 | the first part of the small bowel and they could |
| 14:10:44 | 25 | feel it, but they didn't want to cut another hole in |

Paul Toce, M.D. - March 14, 2025

14:10:47    1    the stomach or another hole in the small bowel.

14:10:50    2    When they felt it, it was plastic.  It wasn't metal.

14:10:53    3    He got that laparotomy done, opened up his belly

14:10:58    4    because he was lying about what he swallowed.

14:11:01    5         He was dedicated to cause as much trouble

14:11:05    6    and cost -- he said, I'm going to cost you guys a

14:11:09    7    lot of money.  He considered that a success.  So

14:11:11    8    even though he kept going in, he kept getting the

14:11:16    9    endoscopies, he kept getting the surgeries, he was

14:11:22    10   costing us a lot of money and causing a lot of time

14:11:26    11   to be consumed, all of our resources, I considered

14:11:28    12   that a success for him because that's what I think

14:11:30    13   he wanted also.

14:11:32    14        And again, bottom line was he felt if he was

14:11:35    15   a bad enough problem for us, he'd get out early or

14:11:38    16   he'd be let go.  That does not make sense to me, but

14:11:44    17   that's what he believed.

14:11:46    18   Q  You mentioned before that you didn't believe

14:11:50    19   though that he was out of touch with reality, but

14:11:53    20   someone who is subjecting themselves to that much

14:11:57    21   pain with really not a lot of what most people

14:12:01    22   believe is success, he wasn't getting out of prison,

14:12:05    23   he was back in the same condition, do you think

14:12:06    24   that's not a sign of mental illness?

14:12:09    25   A  Causing yourself pain for secondary gain is

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:12:14 | 1 | not mental illness.  Causing yourself pain for |
| 14:12:19 | 2 | delusions and thought disorder is mental illness. |
| 14:12:23 | 3 | He was so goal oriented.  And look, when he finally |
| 14:12:28 | 4 | got what he wanted and was put on death row, his |
| 14:12:30 | 5 | behavior went away.  If he was truly mentally ill, |
| 14:12:35 | 6 | that would not be a possibility. |
| 14:12:37 | 7 | Q  Additionally about Mr. Folks, do you recall |
| 14:12:44 | 8 | if he was prescribed any medication while he was at |
| 14:12:46 | 9 | Angola? |
| 14:12:47 | 10 | A  Oh, he certainly was.  When physical |
| 14:12:52 | 11 | restraints are failing, he was put on -- I don't |
| 14:12:59 | 12 | remember for sure, major tranquilizers.  I think |
| 14:13:04 | 13 | Thorazine briefly, you know, just to hold him still |
| 14:13:08 | 14 | long enough to let some wounds heal up.  He was put |
| 14:13:12 | 15 | on drugs.  And some of that may well have been to |
| 14:13:18 | 16 | see if they could treat some kind of thought |
| 14:13:21 | 17 | disorder and improve his behavior.  But I never saw |
| 14:13:25 | 18 | a benefit, mental health benefit from the drugs. |
| 14:13:27 | 19 | Q  So he was put on some mental health |
| 14:13:29 | 20 | medications? |
| 14:13:30 | 21 | A  Yes, ma'am, he was. |
| 14:13:30 | 22 | Q  Okay.  And you think he might have been -- |
| 14:13:35 | 23 | did you think that this was the accurate |
| 14:13:37 | 24 | prescription of these medications? |
| 14:13:39 | 25 | A  Well, that's definitely not my realm now. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:13:45 | 1 | Mental health would be the ones to choose the |
| 14:13:47 | 2 | appropriate medication depending on their goals. |
| 14:13:51 | 3 | If I use a mental health drug for a medical |
| 14:13:56 | 4 | purpose, it's primarily sedation.  I want him to |
| 14:13:59 | 5 | calm down, stop hurting himself, let the wounds |
| 14:14:03 | 6 | heal.  Hopefully after a break like that, he'll come |
| 14:14:06 | 7 | back and be more reasonable.  So I'm not treating |
| 14:14:12 | 8 | mental illness when I use mental health drugs here. |
| 14:14:15 | 9 | They are. |
| 14:14:16 | 10 | Q  And when you -- when you or others at the |
| 14:14:22 | 11 | prison noted that Mr. Folks was engaging in this |
| 14:14:26 | 12 | behavior to reach his goals, whether it's release, |
| 14:14:32 | 13 | leaving the prison for a time, was this recorded |
| 14:14:34 | 14 | anywhere?  Was this being documented? |
| 14:14:39 | 15 | A  Was the secondary gain being documented? |
| 14:14:44 | 16 | Q  Your understanding of why he was acting the |
| 14:14:47 | 17 | way he was acting? |
| 14:14:48 | 18 | A  Yeah, he had determinations made that this |
| 14:14:51 | 19 | was manipulative behavior for secondary gain. |
| 14:14:53 | 20 | That's in the chart. |
| 14:14:54 | 21 | Q  Okay.  I have one more exhibit that I would |
| 14:14:58 | 22 | like to show you. |
| 14:15:00 | 23 | (Toce Exhibit 11 marked for |
| 14:15:00 | 24 | identification.) |
| 14:15:02 | 25 | MS. MURPHY:  Amanda, can you show 002918, |

Paul Toce, M.D. - March 14, 2025

Page 102

| | | |
|---|---|---|
| 14:15:05 | 1 | please?  And I believe this should be marked |
| 14:15:37 | 2 | Exhibit 11. |
| 14:15:47 | 3 | THE WITNESS:  7/6/21, mental health progress |
| 14:15:51 | 4 | note. |
| 14:15:51 | 5 | BY MS. MURPHY: |
| 14:15:51 | 6 | Q  Yes. |
| 14:15:55 | 7 | A  Okay.  He says -- subjective complaints, he |
| 14:15:59 | 8 | says he's suicidal and homicidal.  That's ideations. |
| 14:16:04 | 9 | He's thinking about suicide and homicide.  What else |
| 14:16:12 | 10 | would you like to discuss about this note? |
| 14:16:21 | 11 | Q  I would like to get where Folks said he |
| 14:16:29 | 12 | exclaimed, "I don't give a fuck.  I'm ready to die." |
| 14:16:33 | 13 | When he said this, how was this taken? |
| 14:16:38 | 14 | MR. BLANCHFIELD:  Object to the form.  You |
| 14:16:40 | 15 | can answer, Doc. |
| 14:16:41 | 16 | A  Let me just take a look at the context here. |
| 14:16:45 | 17 | He presented very angry, verbally abusive to the |
| 14:16:49 | 18 | medical staff.  Attempted to interject several |
| 14:16:54 | 19 | times.  However, offender ignored social worker |
| 14:16:59 | 20 | repeatedly punching himself in the stomach yelling |
| 14:17:03 | 21 | "I don't give a fuck, I'm ready to die."  When asked |
| 14:17:05 | 22 | his reason for hurting himself, he continued to |
| 14:17:08 | 23 | ignore the social worker, continued his verbal |
| 14:17:13 | 24 | assault to staff.  Cindy Parks informed the social |
| 14:17:17 | 25 | worker that offender allegedly shoved pieces of |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:17:20 | 1 | metal into his stomach and that he needed to be on |
| 14:17:23 | 2 | extreme suicide watch.  Social worker consulted with |
| 14:17:27 | 3 | Dr. Gamble who initiated extreme watch and safety |
| 14:17:31 | 4 | precautions.  And the rest of it is describing |
| 14:17:35 | 5 | extreme watch. |
| 14:17:36 | 6 | At the time that he was punching himself in |
| 14:17:39 | 7 | the stomach, he did have metal pins in his stomach. |
| 14:17:43 | 8 | So he is trying to make his medical condition a |
| 14:17:47 | 9 | little bit worse.  He don't want to die.  He really |
| 14:17:51 | 10 | doesn't, but he wants to make it worse and go to the |
| 14:17:53 | 11 | hospital.  Well, it didn't work.  He got put on |
| 14:17:56 | 12 | four-point restraint instead. |
| 14:17:58 | 13 | And if this was one of the times that he |
| 14:18:01 | 14 | stuck the metal into his abdominal wall and the |
| 14:18:05 | 15 | skin, it didn't have to come out.  It wasn't a |
| 14:18:08 | 16 | medical emergency.  It's not an emergency unless he |
| 14:18:10 | 17 | goes through the abdominal wall and through the wall |
| 14:18:15 | 18 | of the intestines.  And on four-point -- when was |
| 14:18:21 | 19 | this again?  This was July 2021.  That's right when |
| 14:18:27 | 20 | I got back.  Okay. |
| 14:18:32 | 21 | I don't remember the specific circumstance. |
| 14:18:34 | 22 | I have heard this story of him punching himself in |
| 14:18:37 | 23 | the stomach with pins there.  And that is not a true |
| 14:18:44 | 24 | suicide threat.  That goes right along with the |
| 14:18:50 | 25 | presumption that he's acting out for secondary gain. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:18:56 | 1 | And it gets worse when he doesn't get what he wants. |
| 14:19:00 | 2 | Well, he wasn't getting sent to the hospital, so he |
| 14:19:03 | 3 | started punching himself in the stomach and acting |
| 14:19:06 | 4 | like an ass.  Still didn't work.  He gets put on |
| 14:19:10 | 5 | four-point. |
| 14:19:11 | 6 | Q  He explicitly says here that he doesn't care |
| 14:19:14 | 7 | what happens, he's ready to die from this.  So why |
| 14:19:17 | 8 | are you certain that that wasn't actually true, that |
| 14:19:20 | 9 | he actually didn't have -- he wasn't potentially |
| 14:19:23 | 10 | considering suicide? |
| 14:19:25 | 11 | A  The amount of harm he has done to himself is |
| 14:19:30 | 12 | extreme.  If he really wanted to hurt himself, he |
| 14:19:36 | 13 | would hit an artery.  He would hang.  He wouldn't |
| 14:19:41 | 14 | carefully insert objects into the abdominal wall. |
| 14:19:44 | 15 | He wouldn't just swallow objects that he knew were |
| 14:19:46 | 16 | going to pass. |
| 14:19:48 | 17 | By this time, his track record has nailed |
| 14:19:52 | 18 | down his reputation as acting out.  Look, there's a |
| 14:19:59 | 19 | really good chance he could have been so mad that he |
| 14:20:01 | 20 | was ready to die, but he wasn't in the process of |
| 14:20:05 | 21 | killing himself at this point.  I didn't believe him |
| 14:20:10 | 22 | because he's told me this lie a hundred times. |
| 14:20:14 | 23 | Well, not me, but this is his pattern.  And it's not |
| 14:20:23 | 24 | a deviation.  It's not really even a serious threat. |
| 14:20:28 | 25 | And I told you earlier that any time somebody tells |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:20:31 | 1 | us that they want to kill themselves, we take it |
| 14:20:33 | 2 | seriously.  Well, we took it seriously.  We put him |
| 14:20:36 | 3 | on four-point restraints so he wouldn't kill |
| 14:20:39 | 4 | himself. |
| 14:20:39 | 5 | Q  When Mr. Gamble had a full mental health |
| 14:20:45 | 6 | screening continued to see Mr. Folks, was it also |
| 14:20:47 | 7 | his position that he did not have a mental illness? |
| 14:20:50 | 8 | MR. BLANCHFIELD:  Object to the form. |
| 14:20:52 | 9 | A  In 2014 when he first saw Mr. Folks that was |
| 14:20:58 | 10 | his official diagnosis.  And with my conversations |
| 14:21:04 | 11 | with him about Mr. Folks, yes, he held that he was |
| 14:21:07 | 12 | not suicidal. |
| 14:21:09 | 13 | Q  So he continued to agree with you and you |
| 14:21:12 | 14 | both agreed that he was not suicidal and that he did |
| 14:21:15 | 15 | not have a mental illness? |
| 14:21:18 | 16 | A  Yes. |
| 14:21:20 | 17 | MS. MURPHY:  Okay.  Maybe we can take |
| 14:21:23 | 18 | another quick just five-minute break here.  We can |
| 14:21:26 | 19 | come back at -- we can go off the record and come |
| 14:21:29 | 20 | back at about 2:25.  Is that okay? |
| 14:21:35 | 21 | THE WITNESS:  Okay. |
| 14:21:35 | 22 | VIDEOGRAPHER:  We are off the record.  The |
| 14:21:36 | 23 | time is 2:21 p.m. |
| 14:21:41 | 24 | (Short recess.) |
| 14:26:24 | 25 | VIDEOGRAPHER:  We are back on the record. |

Paul Toce, M.D. - March 14, 2025

| | | |
|---|---|---|
| 14:26:36 | 1 | The time is 2:26 p.m. |
| 14:26:39 | 2 | MS. MURPHY:  That was all of our questions |
| 14:26:41 | 3 | for today so we can conclude this deposition. |
| 14:26:45 | 4 | THE WITNESS:  Thank you. |
| 14:26:46 | 5 | MR. BLANCHFIELD:  Okay, thank you all. |
| 14:26:48 | 6 | VIDEOGRAPHER:  We are off the record.  The |
| 14:26:50 | 7 | time is 2:26 p.m. |
| | 8 | |
| | 9 | (Time Noted:  2:26 p.m.) |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

Paul Toce, M.D. - March 14, 2025

1                    C E R T I F I C A T E

2

3        I, Sandra L. Rocca, CSR, RMR, RDR, CRR, a

4    Certified Court Reporter within and for the States

5    of Illinois, Florida, Washington and Georgia, do

6    hereby certify:

7        That PAUL TOCE, M.D., the witness whose

8    deposition is hereinbefore set forth, was duly sworn

9    by me and that such deposition is a true record of

10   the testimony given by such witness.

11       I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage; and that I am in no way interested in the

14   outcome of this matter.

15       IN WITNESS WHEREOF, I have hereunto set my

16   hand this 18th of March, 2025.

17

18

19   _____

20       Sandra L. Rocca, CSR, RMR, RDR, CRR

21

22   IL License 084-003435

23   Washington St.: 22001337  Florida 1245

24   Georgia License: 5104-4011-7213-5936

25   Illinois, D.C. and Florida Notary

Paul Toce, M.D. — March 14, 2025

1                      LAWYER'S NOTES

2     PAGE  LINE

3     ____  ____    _____

4     ____  ____    _____

5     ____  ____    _____

6     ____  ____    _____

7     ____  ____    _____

8     ____  ____    _____

9     ____  ____    _____

10    ____  ____    _____

11    ____  ____    _____

12    ____  ____    _____

13    ____  ____    _____

14    ____  ____    _____

15    ____  ____    _____

16    ____  ____    _____

17    ____  ____    _____

18    ____  ____    _____

19    ____  ____    _____

20    ____  ____    _____

21    ____  ____    _____

22    ____  ____    _____

23    ____  ____    _____

24    ____  ____    _____

25    ____  ____    _____

1                    CERTIFICATE OF DEPONENT

2

3           I hereby certify that I have read the

4    foregoing pages of my deposition testimony in

5    this proceeding, and with the exception of

6    changes and/or corrections, if any, find them to

7    be a true and correct transcription thereof.

8

9         _____

10                         Deponent

11

12        _____

13                           Date

14

15                    NOTARY PUBLIC

16           Subscribed and sworn to before me this

17    _____ day of _____, 20___.

18    _____

19                    Notary Republic

20    My Commission Expires:_____

21

22

23

24

25

Paul Toce, M.D. - March 14, 2025

```
 1              INSTRUCTIONS TO WITNESS

 2

 3       Please read your deposition over carefully

 4    and make any necessary corrections.   You

 5    should state the reason in the appropriate

 6    space on the errata sheet for any corrections

 7    that are made.

 8       After doing so, please sign the errata

 9    sheet and date it.

10       You are signing same subject to the changes

11    you have noted on the errata sheet, which

12    will be attached to your deposition.

13       It is imperative that you return the

14    original errata sheet to the deposing

15    attorney within thirty (30) days of

16    receipt of the deposition transcript by

17    you. If you fail to do so, the deposition

18    transcript may be deemed to be accurate

19    and may be used in court.

20

21

22

23

24

25
```

Paul Toce, M.D. - March 14, 2025

```
1                         ERRATA SHEET

2

3      PAGE -- LINE -- CORRECTION/REASON

4      _____    _____    _____

5      _____    _____    _____

6      _____    _____    _____

7      _____    _____    _____

8      _____    _____    _____

9      _____    _____    _____

10     _____    _____    _____

11     _____    _____    _____

12     _____    _____    _____

13     _____    _____    _____

14     _____    _____    _____

15     _____    _____    _____

16     _____    _____    _____

17     _____    _____    _____

18     _____    _____    _____

19     _____    _____    _____

20     _____    _____    _____

21     _____    _____    _____

22     _____    _____    _____

23     _____    _____    _____

24     _____    _____    _____

25     _____    _____    _____
```

Paul Toce, M.D. - March 14, 2025

1                              ERRATA SHEET

2

3       PAGE -- LINE -- CORRECTION/REASON

4       _____     _____     _____

5       _____     _____     _____

6       _____     _____     _____

7       _____     _____     _____

8       _____     _____     _____

9       _____     _____     _____

10      _____     _____     _____

11      _____     _____     _____

12      _____     _____     _____

13      _____     _____     _____

14      _____     _____     _____

15      _____     _____     _____

16      _____     _____     _____

17      _____     _____     _____

18      _____     _____     _____

19      _____     _____     _____

20      _____     _____     _____

21      _____     _____     _____

22      _____     _____     _____

23      _____     _____     _____

24      _____     _____     _____

25      _____     _____     _____