STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

**Department Regulation**
No. IS-B-1



13 August 2023

INSTITUTIONAL SERVICES / HEALTH CARE POLICIES
Classification
Assignment and Transfer of Inmates
(General Transfer Guidelines and Special Housing and Transfer Provisions)

1. **AUTHORITY:** Secretary of the Department of Public Safety and Corrections; La. R.S. 36:404.

2. **REFERENCES:** 42 U.S.C. § 12101, et seq. "Americans with Disabilities Act of 1990," as amended by the "ADA Amendments Act of 2008," 29 U.S.C. § 701, et seq. "Rehabilitation Act of 1973," as amended; La. R.S. 15:541, 15:574.7, 15:574.8, 15:711, 15:824, 15:827, 15:828, 15:832, 15:833, 15:893.1, 15:1111, 15:1228.6, and La. R.S. 36:408; ACA Expected Practices 2-CO-4B-01 "Classification" (Administration of Correctional Agencies 2nd November 2016), 5-ACI-5B-01, 5-ACI-5B-02, 5-ACI-5B-03, 5-ACI-5B-04, 5-ACI-5B-05 "Classification Plan," 5-ACI-5B-06, 5-ACI-5B-07, 5-ACI-5B-08, 5-ACI-5B-09 "Classification Status Reviews," 5-ACI-5B-11 "Special Needs Inmates," 5-ACI-5B-13 and 5-ACI-5B-17 "Youthful Inmates," 5-ACI-6A-05 "Referrals," 5-ACI-6A-37 "Mental Illness and Developmental Disability," 5-ACI-6C-06 and 5-ACI-6C-07 "Special Needs," and 5-ACI-6D-06 "Transfers" (ACI 5th ed. January 2021); and Department Regulation Nos. AM-A-6 "Forms Management Program," HCP29 "Transfer of Severely Mentally Ill and/or Severely Developmentally Delayed Inmates," HCP36 "Effective Communication with the Hearing Impaired," IS-A-1 "Reception and Diagnostic Processing," IS-B-2 "Classification Plan," IS-B-3 "Pre-Classification of Inmates," IS-B-4 "Custody Levels and Segregation," IS-B-6 "Institutional Progress Report and Louisiana Risk Need Assessment Packets," IS-B-8 "Certified Treatment and Rehabilitation Program (CTRP) Earned Credits and Adding New CTRP Programs," IS-B-10 "Youthful Inmates," IS-D-2 "Health Care," OP-A-15 "Prison Rape Elimination Act," OP-C-10 "Attorney Visits," OP-D-5 "Corrections Reentry Court Workforce Program at LSP," PS-D-3 "Standard Operating Procedures for Transitional Work Programs," OP-D-6 "Intensive Incarceration Program," PS-C-1 "Inmate Reentry Program," and PS-D-1 "Educational, Vocational and Occupational Programs and Placement, Tutor Certification Program and American Sign Language Interpreting Program (Including Library Services)."

3. **PURPOSE:** This Department Regulation governs the selection criteria to be followed under normal circumstances in the placement and transfer of inmates to the various operational units within, under contract or otherwise available to the Department.

4. **APPLICABILITY:** Deputy Secretary, Chief of Operations, Regional Wardens, Wardens, ARDC Specialists (Pre-Class), and the Chairman and the Executive Director of the Committee on Parole. The Chief of Operations is responsible for the overall

**EXHIBIT J**

      implementation, compliance, and review of this regulation. Each Warden shall ensure appropriate unit written policies and procedures are in place to comply this regulation.

**5.**    **POLICY:** The Department shall establish custody level designations for inmate housing in all DPS&C facilities. See Appendix VII-Classification and Capacity Chart. The assignment and transfer of inmates committed to the Department's custody shall be in accordance with law and the provisions of this regulation.

**6.**    **INDEX:**

    pp. 4-5 General Procedures
    pp. 5-7 Special Diagnostic Programs
    pp. 7-9 Special Housing Programs
    pp. 9–13 Transfer Provisions related to Job Skills, Educational Programming, Detainers, and Special Authorization Requirements

**7.**    **DEFINITIONS:**

   A.    **Classification:** A process for determining the needs and requirements of those for whom confinement has been ordered and for assignment to appropriate housing units and programs.

   B.    **Custody Level:** The type of housing and the level of supervision required for an inmate. Custody assignments shall reflect public safety as the first priority, staff and inmate safety within the institution as the second priority and finally, institutional or inmate needs. .Other factors will also be considered in all classification decisions. See Department Regulation No. IS- B-4 "Custody Levels" for additional information.

   C.    **DPS&C Facility:** For the purpose of this regulation, state-operated prison facilities, state privately-operated prison facilities, and all transitional work programs under contract to or under cooperative endeavor agreement with the Department.

   D.    **Earliest Possible Release Date:** The first date on which an inmate is legally eligible for release consideration, factoring in the maximum total of 360 days of Certified Treatment and Rehabilitation Program (CTRP) earned credit which may be applied to the inmate's projected earliest release date. See Department Regulation No. IS-B-8 "Certified Treatment and Rehabilitation Program (CTRP) Earned Credits and Adding New CTRP Programs."

   E.    **Earliest Release Date:** The date on which an inmate is legally eligible for release consideration (i.e., parole eligibility date, diminution of sentence date, etc.)

   F.    **Reception and Diagnostic Centers**: Elayn Hunt Reception and Diagnostic Center (ARDC), Raymond Laborde Correctional Center (RLCC), and Louisiana Correctional Institute for Women (LCIW) shall serve as the Department's primary

       reception and diagnostic centers, responsible for reception and diagnostic processing, transfers, escapes, apprehensions, extraditions, and returns. However, other facilities also may provide reception and diagnostic processing in accordance with this regulation.

  G.    **Regional Facility:** A state correctional facility located within one of nine regions of the state, as designated by the Secretary. Each Warden of a Regional Facility shall be responsible for certain requirements pursuant to the provisions of this regulation for inmates housed in their state correctional facility, as well as DPS&C inmates housed in local jail facilities within their respective region. See Appendix VIII of this regulation, Louisiana Regional Map with State Correctional Facilities and Reentry and Substance Abuse Centers."

  H.    **Security:** The physical construction characteristics of the facility in terms of perimeter security, building construction type, and internal movement controls. See Department Regulation IS-B-4 "Custody Levels and Segregation" and Appendix VII of this regulation, "Classification and Capacity Chart."

  I.    **Security Class**: State prison security level classification, designated as Class 1 or 2. See Department Regulation No. IS-B-4 "Custody Levels and Segregation" and Appendix VII of this regulation "Classification and Capacity Chart."

  J.    **Transfer Order:** A document generated by the Inmate Records Management System in use (CAJUN or CIPRS) generated document issued only by the Office of Adult Services (OAS) Transfer Section which lists the name, number and other pertinent information of an inmate to be transferred to or from a DPS&C facility.

**8.**    **GENERAL TRANSFER GUIDELINES:**

  A.    A comprehensive classification process for assignment and transfer of inmates within the system is essential to fulfill the purposes and goals of the Department. It is also important to ensure efficient operations by maintaining each facility at capacity, minimizing the frequency of inter-facility transfers, and being responsive to inmate reentry needs (i.e., substance abuse treatment, educational/vocational training, etc.) and facility needs for semi-skilled and skilled inmate labor.

  B.    Transfers shall be initiated by the Division of Prison Operations Transfer Section, except as otherwise provided for in this regulation. Inmate Management System Transfer Orders shall be used for routine transfers and emergency medical, psychiatric, and security transfers.

  C.    Staff shall ensure appropriate files/electronic records are reviewed to identify any special issues or any medical and/or mental health needs of a transferring inmate prior to transfer. Appropriate health care staff shall notify the Warden or designee if an inmate has a medical condition which necessitates postponement of transfer or

        any special travel restrictions or needs (i.e., transport by wheelchair accessible vehicle, ambulance, etc.) and the Warden or designee shall ensure this information is listed on the appropriate Transfer Order. The Master Record, education files, and health records shall accompany inmates transferring from a DPS&C facility.

    D.    Both the sending and receiving facilities shall evaluate protection concerns and other potential causes of instability that may result from a transfer.

    E.    Ordinarily, a pending major misconduct or other administrative hearing or disciplinary/good time credit review is to be completed prior to an inmate's transfer. If that is not possible, the sending facility immediately shall notify the receiving facility of the need to conduct the hearing, and the appropriate documents shall be sent immediately to the receiving facility. Receiving staff shall ensure the major misconduct or administrative hearing is scheduled or the disciplinary/good time credit review is completed in a timely manner.

    F.    The selection and transfer criteria, except as required by statute, may be waived at any time by the Secretary or designee. During an emergency situation, any member of the Executive Staff at Headquarters or the Headquarters Duty Officer may waive selection criteria, but such waiver must be confirmed thereafter by the Secretary or designee as soon as possible.

    G.    Receiving staff shall notify the Chief of Operations or designee in writing of transfers received in violation of this regulation.

    H.    Nothing in this regulation necessarily serves to disqualify an inmate appropriately placed under prior regulations or policy from continuing such placement.

**9.    SPECIAL RECEPTION AND DIAGNOSTIC PROGRAMS:**

    A.    DCI and LCIW Baton Rouge Crews

            Louisiana State Correctional Institute for Women (LCIW) and Dixon Correctional Institute (DCI) are authorized to inform the Division of Prison Operations Transfer Section of the need to transfer inmates from local jail facilities directly to LCIW or DCI for assignment to the DCI or LCIW Work Crews without processing through ARDC. LCIW and DCI shall request the appropriate documentation from the Pre-Class Section and shall complete the required reception and diagnostic processing upon intake at LCIW or DCI. See Department Regulation IS-B-2 "Initial Classification and Reclassification Plans" for selection criteria.

    B.    Steve Hoyle Intensive Substance Abuse Program (SHISAP) at Bossier Parish Correctional Facilities

        The OAS Transfer Section is authorized to transfer inmates from local jail facilities directly to the Bossier Parish Correctional Facilities for assignment to the SHISAP without processing through ARDC. Bossier Parish Correctional Facilities shall request the appropriate documentation from the Pre-Class Section and shall complete the required reception and diagnostic processing upon intake. <u>See</u> Appendix V of this regulation, Steve Hoyle Intensive Substance Abuse Program and The Sex Offender Treatment Program at Bossier Parish Correctional Facilities and Bayou Dorcheat Correctional Facility, for selection criteria and transfer procedures.

C.    The Sex Offender Treatment Program & Steve Hoyle Intensive Substance Abuse Program at Bayou Dorcheat Correctional Center

        The OAS Transfer Section is authorized to transfer inmates from local jail facilities directly to the Bayou Dorcheat Correctional Center for assignment to the SHISAP without being processed through ARDC. Bayou Dorcheat Correctional Center shall request the appropriate documentation from the Pre-Class Section and shall complete the required reception and diagnostic processing upon intake. <u>See</u> Appendix V of this regulation, Steve Hoyle Intensive Substance Abuse Program and The Sex Offender Treatment Program at Bossier Parish Correctional Facilities & Bayou Dorcheat Correctional Facility, for selection criteria and transfer procedures).

D.    Regional Reentry Programs

        Regional reentry program staff (i.e., staff of LTCW, Northwest Reentry, Southeast Reentry, <u>etc</u>.) are authorized to inform the OAS Transfer Section of the need to transfer inmates from local jail facilities directly to the regional reentry program without processing through ARDC. Regional reentry program staff shall request the appropriate documentation from the Pre-Class Section and shall complete the required reception and diagnostic processing upon intake at the regional reentry program. <u>See</u> Appendix VI of this regulation, Regional Reentry Programs, for selection criteria and transfer procedures.

E.    Corrections Reentry Court Workforce Program at LSP

        LSP is authorized to inform the OAS Transfer Section of the need to transfer inmates directly to LSP for assignment to the Corrections Reentry Court Workforce Program at LSP without being processed through ARDC. LSP shall request the appropriate documentation from the Pre-Class Section or the Reentry Court and shall complete the required reception and diagnostic processing upon intake at LSP. <u>See</u> Department Regulation No. PS-C-1 "Corrections Reentry Court Workforce Program at LSP" for selection criteria and transfer procedures.

F.    Inmates Sentenced to Death

**Department Regulation No. IS-B-1**
**13 August 2023**
**Page Six**

       Inmates sentenced to death may be assigned only to LSP or LCIW regardless of any other classification data. LSP or LCIW shall request the appropriate documentation from the local jail facility and shall complete the required reception and diagnostic processing upon intake.

10. **SPECIAL HOUSING AND TRANSFER PROVISIONS:**

    A. Youthful Inmates

    All inmates who are under the age of 18 and sentenced to the Department's custody are required to be housed to either DCI or LCIW and shall be transferred to the appropriate facility as soon as practicable. The OAS Transfer Section shall be advised of the inmate's age by the sending facility and/or Pre-Class staff in order to ensure appropriate placement. See Department Regulation No. IS-B-10 "Youthful Inmates" for selection criteria and transfer procedures.

    B. Blue Walters Substance Abuse Treatment Program (BWP) at Madison Parish Correctional Center

    The BWP has the capacity to provide approximately 120 inmates with substance abuse awareness and education as a way of lessening the inmate's involvement with alcohol and drugs which translates into increased public safety and reduced recidivism rates upon release from incarceration. See Appendix I of this regulation, Blue Walters Substance Abuse Treatment Program, for additional information regarding selection criteria and transfer procedures.

    C. Transitional Work Programs (TWP)

    TWP participation allows inmates the opportunity for gradual reintegration into the community and serves to enforce the inmate's successful reentry. See Appendix III of this regulation, Transitional Work Programs (Work Release), and Department Regulation No. PS-D-3 "Standard Operating Procedures for Transitional Work Programs" for selection criteria and transfer procedures.

    D. Return of State Inmates to Custody of Local Jail Facilities or Regional Reentry Programs

    To facilitate reentry when an inmate nears the end of his sentence, the Department may consider placement of the inmate at a local jail facility or regional reentry program proximate to his home community. See Appendix IV of this regulation, Return of State Inmates to Custody of Local Jail Facilities or Regional Reentry Programs, for selection criteria and transfer procedures.

    E. Intensive Incarceration Program

        The Intensive Incarceration Program is a cost-effective sanction and alternative to traditional revocation or incarceration. Inmates may be identified for possible participation based upon referral by the court as a condition of probation or referral by a Drug Court Probation Program. See Department Regulation No. OP-D-6 "Intensive Incarceration Program" for selection criteria and transfer procedures.

F.    Health Care Issues

        In accordance with Department Regulation No. IS-D-2 "Health Care," any inmate who is being considered for transfer must have an annual PPD test current and be in a non-infectious state. Disciplinary or emergency transfers should be evaluated relative to TB testing or treatment status as well as other infectious diseases. Additionally, inmates with active *staphylococcus aureus* infections shall not be transferred in most situations. If the inmate has any boils or open draining wounds clinically suggestive of a staph infection, the inmate may be treated at the facility where the inmate resides and then transferred at a later date when there is no longer any drainage. Exceptions may be allowed with the approval of the Chief of Operations or designee in consultation with the Department's Medical/Mental Health Director. Approval shall not be given absent the need for emergency transfer due to mental health, medical, custody, or other urgent considerations.

G.    Housing for Inmates with Physical Disabilities

    1)    Due to the unique needs of inmates who are vision, hearing or mobility impaired, or have other physical limitations that require barrier-free (dormitory-style) access to housing and other services, care must be taken to ensure that these inmates are placed in a facility that is able to meet their needs. Facility staff shall determine where the inmate's needs can best be met at the appropriate custody level.

    2)    With the Warden's approval, an inmate diagnosed as hearing impaired may elect to transfer to a specialized facility offering services designed to accommodate this special need (i.e., LSP and LCIW). See Department Regulation No. HCP36 "Effective Communication with the Hearing Impaired" for additional information.

    3)    Inmates who are placed in barrier-free housing should be mostly independent with activities of daily living. However, an inmate who requires some assistance with activities of daily living (i.e., visually impaired, needs some assistance with ambulation needs to be to and from meals, assignments, recreation activities, etc.) may be placed in barrier-free housing. A trained inmate healthcare assistant may provide assistance with activities of daily living for those inmates assigned to the barrier free housing areas.

**Department Regulation No. IS-B-1**
**13 August 2023**
**Page Eight**

        4)     If staff has difficulty placing an inmate with a disability, the Department's Medical Director or designee shall be contacted for assistance.

H.     Geographical Transfers

    1)     Geographical transfers may result from the following:

        a.     When initial placement is at a facility not geographically appropriate and where transfer could later be accomplished to a facility with an equivalent security class and custody designation that significantly improves maintenance of family ties. Geographical transfers in this category should normally be requested only after inmates have served at least six consecutive months in general population without significant disciplinary activity, and meets the medical and mental health status for the receiving facility. See Department Regulation No. IS-B-4 "Custody Levels" for additional information.

    2)     Consideration of geographical transfers should only result from accurate and substantiated information and should significantly improve proximity to family or primary visitors. Otherwise, such transfers are to be minimized.

I.     Transfers of Inmates Serving a Life Sentence

An inmate assigned to EHCC, DWCC, or LSP who is serving a life sentence, excluding death-row inmates, shall require a waiver by the Chief of Operations to be assigned to a security class 2 facility, have a good disciplinary record, and meet the medical and mental health status for the receiving facility.

J.     Job Skill/Job Placement Transfers

Job skill/job placement transfers may be considered if the receiving facility has expressed a need for the vocational skill that an inmate has successfully completed. All inmates reviewed for job skill transfer must be eligible to be housed at the receiving facility and must meet disciplinary standards in order to be eligible to transfer.

K.     Transfers of Inmates Participating in Educational Programming

Inmates participating in educational programming should not be transferred until program completion, or the facility's education department indicates program completion cannot be attained within a reasonable timeframe, or the inmate can resume similar educational programming at the receiving facility with the Warden's approval, unless security reasons dictate otherwise.

- L. Transfer of the Severely Mentally Ill and/or Severely Developmentally Delayed Inmates

    Inmates displaying symptoms of severe mental illness or severe developmental delays at any point during their incarceration may be transferred to a state correctional facility specifically designated for managing and treating severely mentally ill or severely developmentally delayed inmates (i.e. Hunt Special Unit.) See Departmental Regulation HCP29 for further details.

- M. Technical Parole Violators

    Technical parole violators who have had a preliminary hearing with a recommendation of continued detention and revocation may be moved into ARDC, with subsequent transfer into general population, as appropriate.

- N. Detainers

    1) A felony detainer is an important consideration in the classification decision making process. Possible sentencing outcomes should be taken into consideration relating to custody level assignment.

    2) A detainer for a concurrent sentence which is shorter than the sentence which the inmate is serving with the Department should be disregarded unless the nature of the offense itself changes the inmate's custody level or should logically generate further review.

- O. Escape/Attempted Escape

    Any violation of Rule No. 8 of the "Disciplinary Rules and Procedures for Adult Inmates" (Department Regulation No. OP-C-1 Attachment) mandates an increased custody status. ARDC Specialists shall incorporate escape history in the initial assessment process.

- P. Special Authorization Requirements

    1) An inmate who specifically has been placed in a facility by order of the Chief of Operations or designee, as stated on the Transfer Order, shall not be transferred from that facility unless approved by the Chief of Operations or designee.

    2) An inmate scheduled for an appearance before the Committee on Parole shall not be transferred prior to the scheduled hearing date. However, if the transfer is deemed unavoidable by the Warden due to security concerns, the Warden shall obtain prior approval for an exception to this Section from the

**Department Regulation No. IS-B-1**
**13 August 2023**
**Page Ten**

        Chief of Operations or designee. Staff from the sending facility shall notify the Committee on Parole as soon as it is known that the inmate must be transferred.

    3)    In accordance with the provisions of Act No. 173 of the 2012 Regular Session, an individual who has not yet been convicted or sentenced to the Department's custody, may be housed in a DPS&C facility pursuant to this Section.

        a.    The Sheriff shall determine that the individual should be housed by the Department because the Sheriff has insufficient facilities to house the individual and the transfer is necessary to prevent danger to the individual, staff at the local jail facility, inmates, or the general public or to provide adequate physical or other medical/mental health treatment to the individual. Under these circumstances, the sheriff may request that the individual be housed in a DPS&C facility.

        b.    The Secretary of the Department shall certify that the Sheriff has insufficient facilities to house the individual and that the transfer is necessary to prevent danger to the individual, staff at the local jail facility, inmates, or the general public or for the Department to provide adequate physical or other medical/mental health treatment to the individual.

        c.    The Secretary shall ensure that the individual is housed in a segregated unit at a DPS&C facility separate and apart from inmates who have been sentenced to confinement at hard labor.

        d.    The Sheriff or governing authority of those parishes in which the governing authority operates the local jail facility shall reimburse the Department at the currently approved rate of reimbursement for local housing of state adult inmates for keeping and feeding the individual in a DPS&C facility. In addition, the Sheriff or governing authority shall be responsible for reimbursing the Department for the cost of extraordinary medical expenses for the individual.

        e.    The sums identified in Section 10.P.3)d. shall be paid from the date of the individual's transfer to the Department's custody until the individual's return to the local jail facility.

        f.    Individuals housed in a DPS&C facility pursuant to the provisions of this Section shall have access to counsel in accordance with the provisions of Department Regulation No. OP-C-10 "Attorney Visits."

    Q.    Other considerations

Department Regulation No. IS-B-1
13 August 2023
Page Eleven

1) Transferred inmates shall be screened within 24 hours of arrival at the receiving facility to identify any history of sexually aggressive behavior and to assess the inmate's risk of sexual victimization in accordance with Department Regulation No. OP-A-15 "Prison Rape Elimination Act."

2) Subject to Section 10.P.3) of this regulation, and unless otherwise approved by the Chief of Operations, maximum custody male inmates in facilities with multiple security levels shall not be allowed to have contact with inmates of a different security level at that facility except as follows:

   a. To participate in academic or vocational education programming;

   b. To receive health care services, including mental health and psychological services;

   c. To participate in meetings as approved by the Warden (i.e., Dorm Representatives, etc.);

   d. For food service, maintenance, or other work assignments held by inmates with minimum or medium custody designations who provide essential services at the facility, as determined by the Warden;

   e. To complete group programming (i.e., anger management) in which the inmate was participating prior to a change in custody level, if approved by the Warden.

3) Mixing security levels for the purposes stated in Section 10.Q.2) of this regulation for maximum custody male inmates shall be permitted only if the Warden determines the service or function cannot be adequately maintained without such contact. In all cases where mixing of security levels is allowed, the Warden shall ensure appropriate supervision is provided.


s/James M. LeBlanc
Secretary

Attachments:

Appendix I-Blue Walters Substance Abuse Treatment Programs
Appendix III-Transitional Work Programs (Work Release)
Appendix IV-Return of State Inmates to Custody of Local Jail Facilities or Regional Reentry Programs
Appendix V-Steve Hoyle Intensive Substance Abuse Program
Appendix VI-Regional Reentry Programs

**Department Regulation No. IS-B-1**
**13 August 2023**
**Page Twelve**

Appendix VII-Classification and Capacity Chart
Appendix VIII-Louisiana Regional Map with State Correctional Facilities and Reentry and Substance Abuse Centers

Forms:

| | |
|---|---|
| IS-B-1-SOP-3-1 | Inmate Transitional Work Program Recommendation(s) |
| IS-B-1-Appendix VI-a | Intake Medical Screening Questionnaire for Regional Reentry Programs |
| IS-B-1-Appendix VI-b | Regional Reentry Program Inmate Contract |

This regulation supersedes Department Regulation IS-B-1 dated 15 June 2023.