**EXHIBIT K**

**GLINDMEYER REPORT – 2025-04-16**

**(TO BE FILED UNDER SEAL)**