Form AM-E-2-b
16 December 2009

## CUSTODIAN OF RECORDS AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

### AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally came and appeared __Jaine Babel__, who after first being duly sworn did depose and say that as the Custodian of Records for the Louisiana Department of Public Safety and Corrections, Corrections Services, at __Louisiana State Penitentiary Records Office__, does hereby certify that the attached documents are true copies of the records of the Louisiana Department of Pubic Safety and Corrections regarding __Joshua Folks, DOC 361917__

_____

_____

_____

_Jaine Babel_
Custodian of Records

Sworn to and subscribed before me this __26__ day of __January__, 20__24__.

C McCann #77912
Ex-Officio NOTARY

Hand-delivered to
Legal Programs 1/26/24
JB

# EXHIBIT M

JOHN BEL EDWARDS
Governor



**State of Louisiana**
Board of Pardons and Parole

09/02/2022

RECEIVED

SEP 0 6 2022

PRECLASS

Joshua J. Folks
DOC #361917
New Iberia District

Dear Joshua J. Folks:

The Parole Board is in receipt of your waiver of the final revocation hearing, wherein you pled guilty to violating the conditions of your parole as outlined in the Preliminary Hearing.

The Parole Board has reviewed your file and has accepted your guilty plea to violating the conditions of your parole.

The record will reflect that you waived your final revocation hearing and your parole was thereby revoked effective 08/10/2022

Under La.R.S. 15:574.9, "the parolee shall be given credit for time served prior to the revocation hearing whether such time is served in a local detention facility, state institution, or out of state institution. The parolee shall not receive credit for such time served prior to the revocation hearing where the revocation is based on the subsequent conviction of a crime, in which case the parolee will receive credit for time served for the subsequent conviction pursuant to Code of Criminal Procedure Article 880."

Respectfully,

*Bonnie Jackson*

Parole Board

Cc:   Sheriff's Office
      PreClass Records

      Date Made Available:

**JOHN BEL EDWARDS**
Governor



**JAMES M. Le BLANC**
Secretary

**State of Louisiana**
**Department of Public Safety and Corrections**
**Division of Probation and Parole**

## NOTICE OF PRELIMINARY HEARING or WAIVER

TO: Joshua J. Folks
DATE: 08/01/2022

DOC #: 361917
Docket Number(s): EVN [74359FA1], SMY 14192283, SMY 14192406

### SECTION I

### RIGHTS OF THE PAROLEE

An alleged violator shall be afforded a preliminary hearing conducted by an independent hearing officer, to determine if there is probable cause to believe there has been a violation of the conditions of his parole.

The alleged violator shall be given written notice as to the time and place of the preliminary hearing and the specific violation(s) he/she is alleged to have committed.

The alleged violator shall have the right to be represented by retained counsel, to speak in his/her own behalf, and/or bring documents or individuals who can give relevant information to the hearing officer.

The offender shall have the right to cross-examine adverse witnesses unless the hearing officer determines that this would subject them to risk or harm.

If an alleged parole violator is indigent and unable to employ counsel, he/she has the right to request appointed counsel to represent him/her at the preliminary hearing. If such a request is made, the offender's eligibility for appointed counsel shall be made in compliance with the Supreme Court's guidelines.

The preliminary hearing will be held as soon as possible after the arrest and detention of an alleged violator. The preliminary hearing is for the resolution of factual, not legal issues. Legal issues may, of course, be dealt with in other forums.

Based on the information before him, the hearing officer should determine if there is probable cause to hold the offender for the final decision of the Parole Board on a revocation. The hearing officer shall make a summary, or digest indicating the reasons for his decision and the evidence on which it was based.

The alleged violator shall be given a written copy of the hearing officer's decision and a summary of the proceedings.

If held more than sixty (60) days on a violation detainer, the alleged violator has a right to a revocation hearing before the Parole Board on his written request.

If an alleged parole violator is not detained, he/she has the right to request revocation of his/her supervision by admitting to the alleged violation(s) contained in the Bill of Particulars and waiving a final parole violation hearing.

SCANNED

RECEIVED
AUG 1 1 2022
LSP/RECO

## SECTION II

## BILL OF PARTICULARS

It is alleged that you have violated the conditions of your parole in the following manner:

**4. I will not engage in any criminal activity, nor will I associate with people who are known to be involved in criminal activity. I will avoid bars and casinos. I will refrain from the illegal use of drugs or alcohol.**

On or about March 26th, 2021, you were arrested by St. Mary Parish Sheriff's Office on an FTA warrant for criminal activity that occurred May 25, 2020, expired motor vehicle inspection, operating a vehicle while license suspended/revoked/canceled and displaying/possessing an invalid registration certificate or registration number plate, criminal activity that occurred February 20, 2021, aggravated flight from an officer and resisting an officer, criminal activity that occurred August 3, 2020, simple burglary. Subsequently, on March 26th, 2021, you were arrested by the St. Mary Parish Sheriff's Office and charged with Expired Motor Vehicle Inspection, Operating a Vehicle while License Suspended/Revoked/Canceled and Displaying/Possessing an Invalid Registration Certificate or Registration Number Plate, Aggravated Flight from an Officer and Resisting an Officer, Simple Burglary. These charges are pending in the 16th Judicial District Court.

**10. I will pay supervision fees in an amount set by the Louisiana Department of Corrections pursuant to the Louisiana Revised Statutes. Payments are due the first day of each month.**

Since being placed on parole, you have failed to make a single payment to this account, resulting in an arrearage in the amount of $1,764.00

I hereby acknowledge receipt of notification of my rights and the alleged violation(s).

X [ *signature* ] I do not want a Preliminary Hearing and plead guilty to all violations

[ *signature* ] WAIVER OF FINAL PAROLE REVOCATION HEARING (Formerly DF-6C)

> I admit that I am in violation of the conditions of my parole in the manner outlined by my Parole Officer in the Notice of Preliminary Hearing. In signing this waiver, I fully understand that I waive my rights and privileges to a final parole violation hearing before the Board of Parole, and that the Board, in all probability, will REVOKE my parole pursuant to La.R.S. 15:574.9A.

[ ] As an alternative to revocation, however, I understand, that without any promise or guarantee, the Board may:

> (1) Continue my parole under the same or modified conditions of parole, and/or issue a formal reprimand if the violation is a misdemeanor or a technical violation of Parole conditions.
> OR
> (2) As an alternative to revocation proceedings, I voluntarily agree to be placed into a custodial program operated by, or under contract with the Department of Public Safety & Corrections for a period not to exceed six months. I understand that by signing this form admitting violation of my parole, I am waiving any and

SCANNED

RECF'V

AUG 1 1 2022

LSP/RE

all rights to a preliminary and final revocation hearing. I further understand that should I fail to successfully complete this program, my parole may be revoked.

[_____] I want a Preliminary Hearing and request appointed counsel.

[_____] I want a Preliminary Hearing and do not request appointed counsel.

[_____] DEFER PRELIMINARY HEARING (formerly DF-6D)

I hereby defer my preliminary hearing and agree to remain in custody (jail) until the felony charge(s) pending against me are disposed of. I further agree to postpone my final parole revocation hearing before the Parole Board until the felony charge(s) pending against me are disposed of.

[_____] As a technical violator, I understand my parole/GTPS could be revoked. If revoked, I could receive a sentence up to ___ days. I hereby waive my hearing before the Parole Board and admit my guilt as a technical violator. As a result of my revocation, I will be required to serve a sentence of up to ___ days.

[_____] As a technical violator, I understand my parole/GTPS could be revoked. If revoked, I could receive a sentence up to ninety days. I hereby waive my hearing before the Parole Board and admit my guilt as a technical violator. As a result of my revocation, I want to serve my sentence up to ninety (90) days at a custodial treatment facility.

My rights have been fully explained to me and I understand them.

X _____     _____
   Joshua J. Folks                     Date Served
   Defendant

In view of the foregoing, a Preliminary Hearing has been scheduled for _____ at __. The hearing will be conducted at .

_____
Jory Plotts
Probation and Parole Officer

SCANNED

RECE'
AUG 1 1 2022
LSP/RE



**Department of Public Safety & Corrections**
State of Louisiana
LOUISIANA STATE PENITENTIARY

JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

## Letter of Incarceration

DATE:   November 14, 2022

FROM:   Aftin Gaddy
        Corrections ARDC Specialist
        Louisiana State Penitentiary

RE:     Joshua Folks, DOC 361917
        W/M, DOB      /1978
        SSN
        LA SID 001681301

Joshua Folks, DOC 361917 was sentenced on August 10, 2022 under St Mary Docket No(s) 14192283, 14192406, and Evangeline Parish Docket No(s) 74359FA1, and on August 23, 2022 under St. Mary Parish Docket No(s) 2021208643. Joshua Folks was received by Louisiana State Penitentiary on March 31, 2021 and has remained in continuous custody until his release via Good Time Parole Supervision on November 14, 2022. He was released from the Louisiana State Penitentiary on November 14, 2022. The term of incarceration was for Theft of $500 or More (St. Mary), Simple Escape, Theft of $500 or More (Evangeline), and Simple Burglary.

This is for your information and further handling.

Sincerely,

*Aftin Gaddy*

Aftin Gaddy
Corrections ARDC Specialist
Louisiana State Penitentiary
Records Office
Angola, LA 70712
225-655-2023 Phone
225-655-2295 Fax

ag

GENERAL DELIVERY ✦ ANGOLA, LOUISIANA 70712 ✦ (225) 655-4411 ✦ FAX (225) 655-2319 ✦ WWW.DOC.LA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

SCANNED

## OFFENDER LOCATION SHEET

NAME: Joshua Folks     DOC#: 36/917

| DATE POSTED | LOCATION | WORK ASSIGNMENT & CUSTODY | AUTHORITY |
|---|---|---|---|
| 9-16-21 PW | TU 4/B | Prev. 1 Seg. | Anderson |
| 10-8-21 RB | TU 4/A | Prev. 1 Seg. | TC Young |
| 10-9-21 RB | TU 4/E | Prev. 1 Seg | TC Beams |
| 10-11-21 RB | TU 4/B | Prev 1 Seg | TC Veals |
| 10-23-21 RB | TU 4/D | Prev. 1 Seg. | TC Lollis |
| 11-3-21 RB | TU 4/B | Prev. 1 Seg. | Tier Change Veals |
| 11-3-21 RB | TU 4/D | Prev. 1 Seg. | TC Veals |
| 12-27-21 RB | TU 4/B | Prev. 1 Seg. | TC Young |
| 1-3-22 RB | TU 4/D | Prev. 1 Seg. | TC Veals |
| 1-18-22 RB | TU 4/A | Prev. 1 Seg. | TC Anderson |
| 1-26-22 RB | TU 4/B | Prev. 1 Seg. | TC Wright |
| 3-1-22 RB | TU 4/C | Prev. 1 Seg. | Jackson |
| 3-11-22 RB | TU 4/E | Prev. 1 Seg. | Young |
| 3-27-22 RB | TU 4/E | Inv. Seg. | MHSW Hollins |
| 5-4-22 RB | TU 4/A | Prev. 1 Seg. | TC Jackson |
| 5-27-22 PW | TU 4/E Do not + or - | Prevent. 1 Seg. | Veals |
| 6-15-22 S | TU 4/E | Prevent 1 Seg do not +/- | Veals |
| 6-16-22 RB | DO NOT (+-) TU 4/A | Prev. 1 Seg. | Veals |
| 9-13-22 RB | DO NOT (+-) TU 4/D | prev. 1 seg. | TC Jackson |
| 9-13-22 RB | DO NOT (+-) TU 4/A | Prev. 1 seg. | TC Veals |
| 9-16-22 RB | DR Ext F | prev. 3 seg. CCR | CBRB Veals |
| 11-14-22 RB | TCAU | idle | Scott |
| 11-14-22 RB | Release | Release/GTPS | Lanus |

## OFFENDER LOCATION SHEET

SC[stamp]

NAME: Joshua Folks   DOC#: 361917

| DATE POSTED | LOCATION | WORK ASSIGNMENT & CUSTODY | AUTHORITY |
|---|---|---|---|
| 3-31-21 | Au | Idle | |
| 3-31-21 | CBE/L | Quarantine | Martin |
| 4-5-21 UB | OLOL | Intransit | Davis |
| 4-6-21 UB | TCW1 | 4/R Pat | Dunn |
| 4-11-21 UB | TCW1 | Inv Seg | Martin |
| 4-14-21 UB | TU4/D | Prev. Seg **MAX** | Martin |
| 4-14-21 UB | TCW1 | Inv Seg | Martin |
| 4-15-21 UB | TU4/F Do Not + or - | Prev. Seg | Beaumon |
| 4-22-21 UB | TU4/F Do Not + or - | Prev. Seg | Jackson |
| 5-6-21 PW | TCW1 | 4/R Patient | MH Fountain |
| 5-6-21 PW | TU4/D Do not + or - | Prev. Seg | Bellamy |
| 5-17-21 OM | TU4/F Do Not + or - | Prev. Seg | Young |
| 5-21-21 PW | TU4/F Do Not + or - | Prev. Seg. | Matthews |
| 5-22-21 PW | TU4/B Do not + or - | Prev. Seg. | Young |
| 5-25-21 PW | TU4/E Do Not + or - | Prev. Seg. | Veals |
| 6-18-21 PW | TU4/F Do not + or - | Prev. Seg | Anderson |
| 6-24-21 PW | TU4/E | Inv. Seg. | MHSW Young |
| 6-25-21 PW | TU4/E | Prev. Seg. | Anderson |
| 6-25-21 PW | TU4/E | Prev. Seg | Anderson |
| 7-7-21 PW | OLOL | Intransit | Brown |
| 7-13-21 PW | TCW1 | Inv. Seg. | Martin |
| 7-23-21 PW | UMCNO | Intransit | Dunn |
| 7-31-21 PW | TCW1 | Inv. Seg. | MHSW Martin |
| 8-10-21 SD | TU4/E | Prev Seg | Martin |
| 8-29-21 PW | TU4/F | Prev. Seg | Anderson |