**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Joshua Folks, | |
|         Plaintiff, | |
|         v. | Civ. Case No. 23-cv-01289-SDD-RLB |
| Louisiana Attorney General Jeff Landry, *et al.*, | |
|         Defendants. | |

**MOTION TO PARTIALLY EXCLUDE TESTIMONY OF DR. JOSEPH PENN**

Plaintiff Joshua Folks hereby moves to partially exclude testimony by Dr. Joseph Penn, the retained expert of Defendants Louisiana Department of Public Safety and Corrections ("LDPSC"), Tim Hooper, Paul Toce, Ashli Oliveaux, Dan LaFleur, and Matthew Gamble (collectively, "Defendants") in this case for the following reasons:

1.      Dr. Penn's opinion that Mr. Folks does not have a "serious mental illness" ("SMI") warranting an accommodation under the Americans With Disabilities Act ("ADA") should be excluded pursuant to Fed. R. Evid. 402, 403, 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). This opinion is irrelevant to determining whether Mr. Folks is entitled to relief under the ADA or any other law, unreliably defers to definitions of SMI found in prison policies, and is likely to mislead the jury into applying an incorrect legal standard.

2.      Dr. Penn's opinion that Mr. Folks did not require an accommodation under the ADA should be excluded because it is an improper legal conclusion.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law in Support of this Motion, Plaintiff respectfully requests the Court exclude Dr. Penn's

1

opinions regarding whether Mr. Folks has a serious mental illness and Dr. Penn's legal conclusion as to Mr. Folks's need for an ADA accommodation.

Dated: July 18, 2025

Respectfully submitted,

*/s/ Kenneth D. Beale*
Kenneth D. Beale
Emanuel Powell III
JENNER & BLOCK LLP
1099 New York Ave NW # 900
Washington, DC 20001
Telephone: (202) 639-6000
KBeale@jenner.com
EPowell@jenner.com

Elizabeth A. Edmondson
Sarah A. Purtill
Julius J. Mitchell
Kevin K. Si
Shailee Diwanji Sharma (*pro hac vice forthcoming)*
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600
EEdmondson@jenner.com
SPurtill@jenner.com
Julius.Mitchell@jenner.com
KSi@jenner.com
SSharma@jenner.com

William Most (La. Bar No. 36914)
Caroline Gabriel (La. Bar No. 38224)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Telephone: (504) 509-5023
Email: williammost@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025 a true and correct copy of the foregoing was filed on the Court's CM/ECF document filing system, which will cause electronic notification of the filing to be sent to all counsel of record filed with the Clerk of the Court.

*/s/ Kenneth D. Beale*
Kenneth D. Beale
