# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

Joshua Folks,

        Plaintiff,

          v.

Louisiana Attorney General Jeff Landry, *et al.*,

        Defendants.

Civ. Case No. 23-cv-01289-SDD-RLB

## DECLARATION OF KEVIN K. SI IN SUPPORT OF
## MOTION TO PARTIALLY EXCLUDE TESTIMONY OF DR. JOSEPH PENN

I, Kevin K. Si, declare as follows:

1. I am an associate at Jenner & Block LLP. I represent Plaintiff Joshua Folks in this action. I make this declaration in support of Mr. Folks's Motion to Partially Exclude Testimony of Dr. Joseph Penn. The facts set forth below are based on my own personal knowledge. I could and would testify competently to the facts set forth in this declaration if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the expert report of Dr. Joseph Penn, which was transmitted to Plaintiff's counsel via e-mail on May 14, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of portions of the transcript of Dr. Penn's deposition, which I conducted on June 11, 2025. Exhibit 2 also contains a true and correct copy of the certification of the court reporter who transcribed Dr. Penn's deposition. I received a copy of the attached certification page in my capacity as counsel for Mr. Folks in this action.

4. Attached hereto as **Exhibit 3** are true and correct copies of policies of the Louisiana Department of Public Safety and Corrections ("LDPSC") and the Louisiana State Penitentiary

("LSP") relating to the identification, treatment, and housing of inmates with serious mental illnesses in LDPSC and LSP custody produced by Defendants in this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed July 18, 2025, in New York, NY.

*/s/ Kevin K. Si*
Kevin K. Si