# **EXHIBIT 3**

**STATE OF LOUISIANA**
**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

**Health Care Policy**
**No. HCP27**



**15 December 2017**

**INSTITUTIONAL SERVICES / HEALTH CARE POLICIES**
**Health Care Policy – Mental Health and Substance Use Services**
**Mental Health Program**

1.    **AUTHORITY:** Secretary of the Department of Public Safety and Corrections as contained in Chapter 9 of Title 36.

2.    **REFERENCES:**    ACA Standards 4-4350 and 4-4368. (Adult Correctional Institutions); Department Regulation Nos. HCP9 "Confidentiality," HCP10 "Informed Consent:  Voluntary and Involuntary Treatment," AM-D-5 "Offender Medical Records," HCP28 "Mental Health Screening, Appraisal and Evaluation," HCP29 "Transfer of Severely Mentally Ill and/or Severely Developmentally Delayed Offenders," PS-C-1 "Louisiana Prisoner Reentry," AM-I-4 "Activity Reports/ Unusual Occurrence Reports Operational Units," and JO-1 "Basic Jail Guidelines;" Diagnostic and Statistical Manual of Mental Disorders, 5th ed. (DSM-5).

3.    **PURPOSE:** To provide guidelines for the structure of the Department's mental health program, including mental health service codes and modifiers and a standardized mental health level of care (LOC) system.

4.    **APPLICABILITY:**   Deputy Secretary, Chief of Operations, Department's Medical/ Mental Health Director, Regional Wardens and Wardens.  Each Warden is responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this policy.

5.    **POLICY:** It is the Secretary's policy that each DPS&C facility shall have a comprehensive approach for identifying offenders who have mental health needs and providing mental health services to those offenders requiring mental health care. Each facility's mental health program shall include standardized mental health service codes and modifiers and a mental health level of care (LOC) system for all offenders. The goals of the mental health program shall be aligned to the Department's mission.

6.    **DEFINITIONS:**

   A.    **Mental Health Care Practitioner/ Provider/ Professional:** Mental health staff who are qualified to diagnose and treat patients with a mental illness, (for example, physicians, psychologists, licensed professional counselors, and social workers) in accordance with each health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

**Health Care Policy No. HCP27**
**15 December 2017**
**Page Two**

B.  **Mental Health Level of Care (LOC):** A designation that ensures an offender's appropriate placement at an institution that provides the mental health resources required by the offender.  This designation identifies the minimum frequency or intensity of treatment required to address the needs of the offender.

C.  **Mental Health Staff:** Individuals whose primary duty is to provide mental health services to offenders commensurate with their respective levels of education, experience, training, and credentials.

D.  **Non-Correctional Facility:** A licensed mental health facility for continuation of care (E.g. Eastern Louisiana Health System's Feliciana Forensic Facility).

E.  **Opioid Use Disorder:** A mental health diagnosis characterized by a problematic pattern of opioid use leading to clinically significant impairment or distress. (See the DSM-5 for more information.)

F.  **Psychotropic Medication:** Medications that are used to treat diagnosed mental disorders.

G.  **Serious Mental Illness (SMI):**  For the purpose of this regulation, SMI is defined as a confirmed diagnosis of at least one of the following:

    1)  Major Depressive Disorder (MDD);
    2)  Schizophrenia;
    3)  Schizoaffective Disorder;
    4)  Bipolar Disorder;
    5)  Unspecified Schizophrenia Spectrum; or
    6)  Severe Anxiety Disorder.

    NOTE: An SMI diagnosis shall be made only by a mental health care practitioner/ provider/ professional.

H.  **Treatment Plan**: A written assessment of individualized needs, required services and interventions, including short-term and long-term goals, measurable outcomes, and the roles of healthcare and non-healthcare personnel for the purpose of providing necessary treatment and services in accordance with a patient's identified needs and problems areas.

7.  **PROCEDURES:**

A.  The mental health program shall be approved by the Department's Medical/ Mental Health Director and shall include, at a minimum, the following:

000177

**Health Care Policy No. HCP27**
**15 December 2017**
**Page Three**

1) Mental health screening, appraisal and, if necessary, evaluation upon intake (See Department Regulation No. HCP28 "Mental Health Screening, Appraisal and Evaluation" for more information); ;

2) Procedures for non-mental health staff to refer an offender for mental health services at any point during an offender's incarceration (See Department Regulation No. HCP28 "Mental Health Screening, Appraisal and Evaluation" for more information);

3) Outpatient services for the detection, diagnosis and treatment of mental illness;

4) Crisis intervention and the management of acute psychiatric episodes;

5) Stabilization of the mentally ill and the prevention of psychiatric deterioration in the correctional setting;

6) Elective therapy services and preventive treatment, where resources permit;

7) Provision for referral and admission to non-correctional facilities for offenders whose psychiatric needs exceed the treatment capability of the institution (See Department Regulation No. HCP29 "Transfer of Severely Mentally Ill and/or Severely Developmentally Delayed Offenders" for more information);

8) Procedures for obtaining and documenting informed consent (See Health Care Policy No. HCP10 "Informed Consent:  Voluntary and Involuntary Treatment" for more information);

9) Assignment of mental health service codes and modifiers (See Section 8 of this regulation for more information); and

10) Assignment of a mental health level of care (LOC) (See Section 9 of this regulation for more information).

B. The Unit Mental Health Director shall be responsible for identifying offenders at each DPS&C facility who have mental health needs and providing mental health services to those offenders requiring mental health care.

C. Upon an offender's release, relevant mental health information shall be provided to the Division of Probation and Parole, Office of Behavioral Health (OBH) and any other after care provider as may be necessary and in compliance with state and federal laws and applicable Department Regulations (e.g. HCP15 "Continuity of Care," HCP41 "Compassionate Release," HCP42

**Health Care Policy No. HCP27**
**15 December 2017**
**Page Four**

"Medical Parole," HCP46 "Medical Treatment Furlough," AM-D-5 Offender Medical Records," and PS-C-1 "Louisiana Prisoner Reentry").

8. **MENTAL HEALTH SERVICE CODES AND MODIFIERS:**

A. Upon completion of the mental health appraisal upon intake, all offenders shall receive six mental health service codes to identify essential mental health variables, which shall be entered into CAJUN by mental health staff and/or their clerical staff. When present, these mental health variables reflect the treatment needs of the individual and provide a means of tracking individuals who may require close monitoring, further assessment or a referral.

B. For each of the six mental health service codes, one or more modifiers are assigned to indicate the presence or absence of each variable, or to indicate other aspects of the variable. . Service codes and their modifiers are as follows:

| **Variable** | **Service Code** | **Definition/ Application** |
|---|---|---|
| History of Self-Harm | SHx | None indicated. |
| | SHp | There is a documented or self-reported suicide gesture or suicide attempt. |
| | SHs | A suicide gesture, suicide attempt, or self-injurious act is suspected, but not confirmed (e.g. an offender overdosed on medications, but denied that the intent was suicide or self-harm).* |
| | SHi | Indicates a history of suicide ideation.** |
| | *Indicate date of last act of self-harm: _____  **Indicate date of last suicide watch: _____ | |
| Intellectual Disability | IDx | None indicated. |
| | IDp | The offender's IQ is approximately 70 and below, **AND** he lacks functional skills and abilities necessary to adjust adequately to the corrections setting. |

**Health Care Policy No. HCP27**
**15 December 2017**
**Page Five**

| | IDs | The offender's IQ is approximately 70 and below, **AND** it is suspected, but not confirmed, that he lacks functional skills and abilities necessary to adjust adequately to the corrections setting. |
|---|---|---|
| Substance Use | SUx | None indicated. |
| | SUp | The offender meets the DSM-5 criteria for Substance Use Disorder. |
| | SUo | The offender meets the DSM-5 criteria for Opioid Use Disorder. |
| Sex Offense | SXx | None indicated. |
| | SXa | Adjudicated Sex Offender. |
| | SXc | Sex Offender who has been ordered by a court to participate in Sex Offender Treatment. |
| Diagnostic Impression | DIx | None indicated. |
| | DIp | The offender meets the criteria for a DSM-5 Disorder. **DO NOT INCLUDE** disorders already addressed in other service code categories (e.g. Pedophilia-coded SX, Substance Use Sup). |
| | DIs | A diagnosable DSM-5 condition is suspected, but not confirmed. **DO NOT INCLUDE** disorders already addressed in other service code categories (e.g. Pedophilia-coded SX, Substance Use Sup). |
| Psychotropic Medication | PMx | None indicated. |
| | PMp | The offender is on the psychotropic medication is defined in this regulation. |

000180

**Health Care Policy No. HCP27**
**15 December 2017**
**Page Six**

| | PMr | A psychiatric referral is recommended to evaluate the need for psychotropic medication. |
|---|---|---|

9.    **MENTAL HEALTH LEVEL OF CARE (LOC):**

A.    Mental health LOCs range from 1 to 5, with LOC 1 requiring the highest frequency/ intensity of treatment and LOC 5 requiring the lowest frequency/ intensity of treatment.

B.    Upon completion of the mental health appraisal during intake, all offenders shall be assigned a mental health LOC by the mental health care practitioner/ provider/ professional.

C.    Mental Health Level of Care and Institutional Placement

1)    To ensure the provision of the mental health resources required by an offender, each offender's mental health LOC shall determine at what facility he or she is placed:

| MH LOC: | Facility: |
|---|---|
| LOC 1 | EHCC, LCIW, LSP |
| LOC 2 | All Department of Public Safety and Corrections facilities |
| LOC 3 | All Department of Public Safety and Corrections facilities |
| LOC 4 | All Department of Public Safety and Corrections facilities |
| LOC 5 | All Department of Public Safety and Corrections facilities |

2)    Housing assignments within each facility shall be individualized, based on the resources required by the offender, and shall be in the least restrictive method possible. Housing assignments shall be included in each offender's treatment plan (See Section 9.F. of this regulation for more information on treatment plans).

D.    Mental health LOC designations are as follows:

1)    **Mental Health Level of Care 1:**

a.    LOC 1 shall be assigned to offenders who have significant disability primarily due to their mental health condition. These

000181

**Health Care Policy No. HCP27**
**15 December 2017**
**Page Seven**

offenders require ongoing, intensive intervention/ supervision and benefit from assistance with activities of daily living. These offenders are housed in the special mental health housing units with a 24 hour medical and/or mental health presence (e.g. Hunt Specialty Unit at Elayn Hunt Correctional Center). At any other facility (e.g. LCIW and LSP), these offenders shall be admitted to the infirmary.

b.     Mental health staff shall provide individualized contact at a minimum of every 15 days.

c.     Walking rounds within the housing unit shall occur daily.

2)     **Mental Health Level of Care 2**:

a.     LOC 2 shall be assigned to offenders who have (1) a diagnosis of SMI and who have been in remission for less than six months, or (2) have displayed a pattern of instability.   Medication adherence and program participation are considered.  Offenders should be capable of performing activities of daily living satisfactorily. These offenders may be housed in the special mental health housing units/ infirmaries or in general housing areas, at the discretion of the mental health care practitioner/ provider/ professional.

b.     Mental health staff shall provide individualized contact at a minimum of every 30 days.

c.     Walking rounds within the housing unit shall occur at a minimum of 3 times per week.

3)     **Mental Health Level of Care 3:**

a.     LOC 3 shall be assigned to offenders who have a SMI and who have been in remission or have been stable for at least six months. A SMI diagnosis is typically chronic in nature and the offender will most likely remain diagnosed with a SMI for the remainder of his or her life.  If an offender with a SMI is stable, functional and has no major problems with compliance, he or she may be designated as LOC 3.  These offenders may live in the general housing areas.

b.     Mental health staff shall provide individualized contact at a minimum of every 90 days.

NOTE: In general, a mental health diagnosis does not necessarily disqualify these offenders from being considered for placement in a

**Health Care Policy No. HCP27**
**15 December 2017**
**Page Eight**

transitional work program (TWP). Mental health is only one of several factors reviewed prior to a Warden's recommendation for TWP placement. The Warden shall notify the Department's Medical/ Mental Health Director of an offender with a mental health LOC 1, 2, or 3 who was denied placement in a TWP for mental health reasons.

4) **Mental Health Level of Care 4:**

    a.    Level of Care 4 shall be assigned to offenders with any diagnostic impression, excluding SMI, addiction disorder diagnosis, or those requiring mental health interventions within the previous 12 months. These offenders may live in the general housing areas.

    b.    Mental health staff shall provide individualized contact at a minimum of every 180 days.

5) **Mental Health Level of Care 5:**

    a.    Level of Care 5 shall be assigned to offenders who are not prescribed any psychotropic medication <u>and</u> who have had no mental health interventions for more than one year. These offenders may live in the general housing areas.

    b.    Mental health staff shall provide individualized contact on an as-needed basis.

E.    Modifiers for Mental Health Level of Care

1)    Modifier F ("Frequent") shall be assigned to offenders who have frequent and significant mental health interventions for conditions like self-harm, suicide attempts, hunger strikes during the previous six months, etc. Modifier F may be added to any mental health LOC.

2)    Modifier H ("History") shall be assigned to offenders who currently have no apparent need for mental health services, but who have a history of prior treatment with psychotropic medication, historical significant self-harm gestures or suicide attempts, or previous mental health disorder or treatment. Modifier F may only be added to mental health LOC 5.

F.    Treatment Plans Based on Mental Health Level of Care

1)    All offenders with a mental health LOC of 1, 2, 3 or 4 shall be provided a written individualized mental health treatment plan. A treatment plan is not required for an offender who is assigned a LOC 5, although one may be provided if deemed appropriate by the mental health care practitioner/ provider/ professional.

**Health Care Policy No. HCP27**
**15 December 2017**
**Page Nine**

2)　The treatment plan shall be developed and signed by the mental health care practitioner/ provider/ professional and shall include, but is not limited to, the following:

a.　Long-term goals;
b.　Short-term objectives;
c.　Methods of treatment;
d.　Housing assignments; and
e.　Directions to mental health staff and other personnel regarding their roles in the care and supervision of the offender.

3)　Individual contacts with offenders with a mental health LOC 1, 2, 3 and 4 shall be documented on Mental Health Individual Progress Notes (Form HCP27-b).

4)　At a minimum, treatment plans shall be reviewed annually. Treatment plans may be reviewed more frequently if clinically indicated.

## 10. MAINTENANCE OF MENTAL HEALTH LEVEL OF CARE, SERVICE CODES, AND MODIFIERS

A.　Mental health LOC designation and service codes shall be maintained throughout the offender's incarceration.  However, some variables reflected by the service codes and the level of care required are dynamic rather than static factors (e.g. the needs of the individual may change during the course of incarceration).  Therefore, the mental health LOC assignments and service code modifiers may be changed to reflect the current needs of the individual, at the discretion of the mental health care practitioner/ provider/ professional.

B.　Additionally at the discretion of the mental health care practitioner/ provider/ professional, mental health LOCs may be assigned outside of their outlined criteria and/or an offender may receive more mental health staff contact than their mental health LOC requires, if the offender requires it.

C.　When a mental health LOC is changed to indicate that less frequent or less intense treatment is appropriate, the LOC must be down-graded in a step-wise fashion.  (E.g., an offender assigned a LOC 1 must be assigned a LOC 2 for a reasonable period of time in order to determine if the offender can function at that level prior to being assigned a LOC 3 or lower.)

D.　The Unit Mental Health Director or the responsible Health Authority, or their respective designee, shall annually review the mental health LOC and service codes of all offenders housed within the institution utilizing the Mental Health Service Codes and Level of Care Review (Form HCP27-a).

000184

**Health Care Policy No. HCP27**
**15 December 2017**
**Page Ten**

    E.    Documentation of a change in mental health LOC and/or service codes shall be placed in the offender's medical record. (See Department Regulation No. AM-D-5 "Offender Medical Records" for more information.)

**11.    CONFIDENTIALITY**

    A.    Communication between an offender and mental health staff is confidential and shall not be disclosed.  However, there are limits to confidentiality as regulated by law and departmental regulations.  Prior to the initiation of treatment, the limits to confidentiality shall be explained to the offender and documented in the offender's medical record.  (Refer to Health Care Policy No. HCP9 "Confidentiality" for exceptions to confidential information).

    B.    Appropriate medical and mental health information shall be released to probation and parole staff, in accordance with the provisions of Department Regulation No. PS-C-1 "Louisiana Prisoner Reentry."

**12.    MONITORING REQUIREMENTS/ REPORTS:**

The Unit Mental Health Director shall ensure that data relative to mental health is submitted electronically no later than the 10th day of the month following the reporting period. Facilities that do not have Lotus Notes/electronic capabilities should send monthly reports to the Chief of Operations via U. S. Mail. (See Department Regulation No. AM-I-4 "Activity Reports/ Unusual Occurrence Reports Operational Units" for more information.)

**13.    DPS&C OFFENDERS HOUSED IN NON-DPS&C FACILITIES:**

    A.    Transfer of DPS&C offenders housed in non-DPS&C facilities for mental health reasons shall be at the discretion of the Medical/ Mental Health Director or designee.

    B.    Pursuant to Department Regulation No. JO-1 "Basic Jail Guidelines," local facilities may request a mental health transfer by submitting a Medical/ Mental Health Transfer Request for DOC Offenders at Local Facilities (Form JO-1-b) to a DPS&C reception and diagnostic center.

/James M. Le Blanc
Secretary
Forms:    HCP27-a    Mental Health Service Codes and Level of Care Review
            HCP27-b    Mental Health Individual Progress Notes
            JO-1-b      Medical/ Mental Health Transfer Request for DOC Offenders at Local Facilities
This policy supersedes Health Care Policy No. HC-36 dated 01 December 2012.

**Reviewed as of:  October 1, 2019**

**STATE OF LOUISIANA**
**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

**Health Care Policy**
**No. HCP29**



**12 March 2023**

**FACILITY SERVICES / HEALTH CARE POLICIES**
**Health Care Policy – Mental Health and Substance Use Services**
**Transfer of Severely Mentally Ill and/or Severe**
**Developmental Disability Inmates**

1.  **AUTHORITY:**  The Secretary of the Department of Public Safety & Corrections; La. R.S. 36:404.

2.  **REFERENCES:**  La. R.S. 15:828, La. R.S. 15:830, La. R.S. 15:830.1, La. R.S. 15:830.2, La. R.S. 15:831, and La. R.S. 28:59;  ACA Expected Practices 2-CO-4E-01 "Health Care" (Administration of Correctional Agencies 2nd ed. Nov. 2016), 5-ACI-6A-04, "Continuity of Care," 5-ACI-6A-05 "Referrals," 5-ACI-6A-18 "Chronic Care," 5-ACI-6A-31, "Mental Health Screen," 5-ACI-6A-32 "Mental Health Appraisal," 5-ACI-6A-33 "Mental Health Evaluations," 5-ACI-6A-37 "Mental Illness & Developmental Disability," 5-ACI-6C-06 "Special Needs," and 5-ACI-6C-12 "Transfer" (ACI 5th ed. Jan. 2021);  and Department Regulation Nos. HCP15 "Continuity of Care," HCP16 "Health Screens and Health Appraisals," HCP20 "Infirmary Care," HCP27 "Mental Health Program," HCP28 "Mental Health Screens, Appraisals, and Evaluations," HCP34 "Chronic Care/Special Needs," HCP39 "Segregation," IS-B-1 "Assignment and Transfer," IS-B-2 "Initial Classification Plan and Reclassification Plans," and IS-B-4 "Custody Levels and Segregation."

3.  **PURPOSE:**  This Department Regulation governs the identification and provision of specialized care and treatment for inmates who may be a danger to themselves or others as a result of being severely mentally ill or having a severe developmental disability.

4.  **APPLICABILITY:**  Deputy Secretary, Chief of Operations, Chief Medical Director, Chief Mental Health Director, Chief Nursing Officer, Regional Wardens, and Wardens.  Each Warden shall ensure appropriate unit written policies and procedures are in place to comply with this regulation.

5.  **POLICY:**  Each unit shall have procedures in place to identify severely mentally ill or severe developmental disability inmates.  Inmates who are severely mentally ill or severely developmentally disabled shall receive a mental health evaluation and, when appropriate, shall be transferred to a state correctional facility specifically

designated for managing and treating severely mentally ill or severely developmentally delayed inmates (i.e., Hunt Special Unit). After evaluation, if indicated, inmates may be referred for placement in a non-correctional facility or an inpatient mental health departmental facility for further management.

6.   **DEFINITIONS:**

   A.   **Non-Correctional Facility:** A licensed mental health facility for continuation of care (i.e., Eastern Louisiana Health System's Feliciana Forensic Facility.)

   B.   **Mental Health Evaluation:** A comprehensive assessment of an inmate's presenting problem or referral question which formulates a diagnostic impression and identifies treatment/intervention needs which are formulated in the development of an individualized treatment plan. The evaluation includes documentation of historical information, such as mental health treatment and psychosocial background, a diagnostic interview which should include a current mental status exam, and an assessment of self-harm risk. Psychometric testing may be conducted to assess personality, intellectual, and coping abilities.

   C.   **Mental Health Practitioner/Provider/Professional:** Mental health staff who are qualified to diagnose and treat patients with a mental illness, (for example, physicians, physician extenders, psychologists, licensed professional counselors, and social workers) in accordance with each health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

   D.   **Mental Health Staff:** Individuals whose primary duty is to provide mental health services to inmates in keeping with their respective levels of education, experience, training, and credentials.

   E.   **Severe Developmental Disability (SDD):** An inmate with an intellectual disability that impairs the ability to provide self-care or maintain their safety. In addition, this type of impairment may render this inmate vulnerable to victimization by others.

   F.   **Severely Mentally Ill (SMI):** Serious Mental Illness (SMI): For the purpose of this regulation, SMI is defined as a confirmed diagnosis of at least one of the following:

   1)   Major Depressive Disorder (MDD);
   2)   Schizophrenia;
   3)   Schizoaffective Disorder;

000194

      4)      Bipolar Disorder;
      5)      Unspecified Schizophrenia Spectrum; or
      6)      Severe Anxiety Disorder.

<u>Note</u>:  An SMI diagnosis shall be made only by a mental health care practitioner/provider/professional.

7.    **PROCEDURES:**

A.    Upon intake at all state correctional facilities, new inmates shall be screened for SMI and SDD.

B.    At any point during incarceration, inmates suspected of having SMI or SDD shall receive a comprehensive mental health evaluation conducted by appropriately-qualified mental health staff within 14 days.  If this cannot be done for any reason, then the Chief Medical Officer shall be contacted to ensure the inmate's transfer to another facility that is able to conduct the comprehensive mental health evaluation.

C.    All evaluations of inmates suspected of having SMI or SDD shall be designed to address whether or not the inmate's impairment is so severe that it compromises the safety of the inmate and others.

D.    Facility Mental Health Directors may consult with the Chief Medical Officer to discuss treatment options, management, and potential transfer to another facility.

E.    Once a determination is made that an inmate is in need of placement in a state correctional facility specifically designated for managing and treating inmates with SMI or SDD, the Mental Health Director or designee of the facility requesting the transfer shall forward a "Mental Health Transfer Information" (Form HCP29-a) request to the Chief Medical Officer regarding disposition of the inmate's transfer.  If the Chief Medical Officer approves the transfer, the Facility Mental Health Director of the facility requesting the transfer shall contact the Mental Health Director or designee at the state correctional facility's special unit and convey the reason for the requested transfer.

F.    Transfers other than those of an emergent nature shall take place on regularly-scheduled transfer dates.

G.    An inmate admitted to a special unit (i.e., Hunt Special Unit) due to being either severely mentally ill or severe developmental disability shall not be returned to the referring facility until an appropriate level of functioning in a

**Department Regulation No. HCP29**
**12 March 2023**
**Page Four**

less restrictive environment has been demonstrated. To request a return to the receiving facility, the special unit shall complete the "Mental Health Transfer Information" (Form HCP29-a) and submit it to the Chief Medical Officer for consideration. The Chief Medical Officer may:

1) Concur with the request and approve the return of the inmate to the referring facility;

2) Seek additional information from the facility prior to rendering a decision; or

3) Deny the request.

H. For purposes of admission to a non-correctional facility or an inpatient mental health departmental facility, the inmate shall be notified of the proposed transfer utilizing the "Notification of Transfer" (Form HCP29-b) and "Notification of Hearing" (Form HCP29-c.)

I. Procedures for transfer to non-correctional facilities shall adhere to La. R.S. 15:830 and shall be coordinated in conjunction with the Chief Medical Officer.


s/James M. Le Blanc
Secretary

This regulation supersedes Department Regulation No. HCP29 "Transfer of Severely Mentally Ill and/or Severely Developmentally Delayed Offenders" dated 09 May 2011.

Forms:    HCP29-a    Mental Health Transfer Information
          HCP29-b    Notification of Transfer
          HCP29-c    Notification of Hearing

| Directive No. 13.052  LOUISIANA STATE PENITENTIARY November 29, 2023 | CHAPTER: HEALTH CARE SERVICES |
|---|---|
| | SUBJECT: TRANSFER OF SEVERELY MENTALLY ILL AND/OR SEVERELY DEVELOPMENTALLY DELAYED INMATES |
| | REFERENCE: Department Regulation No. HCP29 Penitentiary Directive No. 13.082 La. R.S. 15:830; |
| | ACA STANDARD: 5-ACI-5B-11, 5-ACI-6A-37, 5-ACI-6C-06, 5-ACI-6C-12 |

PURPOSE:  To identify and provide specialized care and treatment for inmates who may be a danger to themselves or others as a result of being severely mentally ill or having a severely developmentally delayed disability.

APPLICABILITY:  To the Louisiana State Penitentiary Long Term Care Hospital Administrator, Medical Director, Mental Health Director and Mental Health Staff.

POLICY:  It is the policy of Louisiana State Penitentiary to have procedures in place to identify severely mentally ill or severely developmentally delayed inmates. Inmates who are severely mentally ill or severely developmentally delayed shall receive a mental health evaluation and, when appropriate, be transferred to a state correctional facility specifically designated for managing and treating severely mentally ill or severely developmentally delayed inmates (i.e. Hunt Special Unit.) After evaluation, if indicated, inmates may be referred for placement in a non-correctional facility or an inpatient mental health departmental facility. [6A-37, 6C-12]

DEFINITIONS:

Mental Health Evaluation:  A comprehensive assessment of an inmate's presenting problem or referral question which formulates a diagnostic impression and identifies treatment/intervention needs which are formulated in the development of an individualized treatment plan. The evaluation includes documentation of historical information, such as mental health treatment and psychosocial background, a diagnostic interview which should include a current mental status exam, and an assessment of self-harm risk. Psychometric testing may be conducted to assess personality, intellectual, and coping abilities.

Non-Correctional Facility:  A licensed mental health facility for continuation of care (i.e. Eastern Louisiana Health System's Feliciana Forensic Facility.)

Mental Health Practitioner/Provider/Professional:  Mental health staff who are qualified to diagnose and treat patients with a mental illness, (for example, physicians, physician extenders, psychologists, licensed professional counselors, and social workers) in accordance with each

000128

Penitentiary Directive No.
November 29, 2023
Page 2 of 4

health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

<u>Mental Health Staff</u>: Individuals whose primary duty is to provide mental health services to inmates in keeping with their respective levels of education, experience, training, and credentials.

<u>Severely Developmentally Delayed (SDD)</u>:  An inmate with an intellectual disability that impairs the ability to provide self-care or maintain their safety. In addition, this type of impairment may render this inmate vulnerable to victimization by others. [6C-12]

<u>Severely Mentally Ill (SMI)</u>:  An inmate with chronic or acute mental illness that impairs the ability to maintain safety of self and others and maintain activities of daily functioning. [6C-12] For the purpose of this directive, SMI is defined as a confirmed diagnosis of at least one of the following:

- Major Depressive Disorder (MDD);
- Schizophrenia
- Schizoaffective Disorder;
- Bipolar Disorder;
- Unspecified Schizophrenia Spectrum; or
- Severe Anxiety Disorder

<u>Note</u>: an SMI diagnosis shall be made only by a mental health care practitioner/provider/professional

PROCEDURE:

A.    IDENTIFICATION

1.    Upon intake at LSP, new inmates shall be screened for SMI and SDD.[5B-11. 6A-37]

2.    At any point during incarceration, inmates suspected of having SMI or SDD shall receive a comprehensive mental health evaluation conducted by appropriately qualified mental health staff within 14 days. [5B-11, 6A-37, 6C-06, 6C-12] If this cannot be done for any reason, the Department's Medical/Mental Health Director shall be contacted to ensure the inmate's transfer to another facility that is able to conduct the comprehensive mental health evaluation.

3.    All evaluations of inmates suspected of having SMI or SDD shall be designed to address whether or not the inmate's impairment is so severe that it compromises the safety of the inmate and others.

4.    Once a determination is made that an inmate is in need of placement in a state correctional facility specifically designated for managing and treating inmates with

000129

SMI or SDD, the Mental Health Director or designee of the institution requesting the transfer shall forward a Mental Health Transfer Information (Form HCP29-a) request to the Department's Medical/Mental Health Director regarding disposition of the inmate's transfer. If the transfer is approved by the Department's Medical/Mental Health Director, the Mental Health Director of the facility requesting the transfer shall contact the Mental Health Director or designee at the state correctional facility's special unit and convey the reason for the requested transfer.[6A-37, 6C-06, 6C-12]

5.    Transfers other than those of an emergent nature shall take place on regularly scheduled transfer dates.

6.    An inmate who has been admitted to a special unit (i.e. Hunt Special Unit) due to being either severely mentally ill or severely developmentally delayed shall not be returned to the referring institution until an appropriate level of functioning in a less restrictive environment has been demonstrated. To request a return to LSP, the special unit shall complete the Mental Health Transfer Information (Form HCP29-a) and submit it to the Department's Medical/Mental Health Director for consideration. The Department's Medical/Mental Health Director may:

    a.    Concur with the request and approve the return of the inmate to the referring institution;

    b.    Seek additional information from the facility prior to rendering a decision; or

    c.    Deny the request.

7.    For the purpose of admission to a non-correctional facility or an inpatient mental health department facility, the inmate shall be notified of the proposed transfer utilizing the "Notification of Transfer" (Form HCP29-b) and "Notification of Hearing (Form HCP29-c.) [6C-12]

8.    Procedures for transfer to non-correctional facilities shall adhere to La. R.S. 15:830 and shall be coordinated in conjunction with the Chief Medical Officer. [6A-37]

B.    ASSIGNMENT OF SMI AND SDD INMATES WITHIN LSP [6A-37, 6C-06]

Upon identification of an inmate being severely mentally ill or having a severely developmentally delayed disability:

1.    The psychiatrist will request that the inmate be transferred to appropriate housing.[6C-06]

Penitentiary Directive No.
November 29, 2023
Page 4 of 4

2.    The assigned Mental Health Clinician will document and assign an appropriate Mental Health Service Code and Level of Care designation using the appropriate form.

3.    The assigned Mental Health Clinician will contact the Mental Health Director or designee to arrange for the inmate to be re-classified to the appropriate housing assignment.

4.    If appropriate, the Mental Health Clinician should institute protective watch procedures to prevent self-harm.

Tim Hooper
Warden

Forms:      HCP29-a     Mental Health Transfer Information
            HCP29-b     Notification of Transfer
            HCP29-c     Notification of Hearing

This policy supersedes Penitentiary Directive No. 13.052 dated April 8, 2019.

000131

| Directive No. 13.073 <br><br>LOUISIANA STATE PENITENTIARY<br><br>January 29, 2019 | CHAPTER:<br>HEALTH CARE SERVICES |
|---|---|
| | SUBJECT:<br>OFFENDER IDENTIFICATION AND TRACKING |
| | REFERENCE:<br>Department Regulation No. B-06-001 HC-36 (IS-D-2-HCP27)<br>Penitentiary Directive No. 13.024, 13.051, 13.052 |
| | ACA STANDARD:<br>5-6A-4368, 5-6A-4350 |

PURPOSE:   To provide guidelines for the structure of the Department's mental health program, including mental health service codes and modifiers and a standardized mental health level of care (LOC) system.

APPLICABILITY:    LSP Mental Health Staff

POLICY:    It is the Warden's policy that Louisiana State Penitentiary shall have a comprehensive approach for identifying offenders who have mental health needs and providing mental health services to those offenders requiring mental health care. Louisiana State Penitentiary's mental health program shall include standardized mental health service codes and modifiers and a mental health level of care (LOC) system for all offenders.  The goals of a mental health program shall be aligned to Louisiana State Penitentiary's mission.

DEFINITIONS:

Mental Health Care Practitioner / Provider / Professional: Mental health staff who are qualified to diagnose and treat patients with a mental illness (i.e. physicians, psychologists, licensed professional counselors and social workers) in accordance with each professional's scope of training and applicable licensing, registration, certification and regulatory requirements.

Mental Health Level of Care (LOC):   A designation that ensures an offender's appropriate placement at an institution that provides the mental health resources required by the offender. This designation identifies the minimum frequency or intensity of treatment required to address the needs of the offender.

Mental Health Staff:   Individuals whose primary duty is to provide mental health services to offenders commensurate with their respective levels of education, experience, training and credentials.

Non-Correctional Facility:  A licensed mental health facility for continuation of care (i.e. Eastern LA Health Systems Feliciana Forensic Facility).

Penitentiary Directive No. 13.073
January 29, 2019
Page 2 of 8

<u>Opioid Use Disorder:</u>  A mental health diagnosis characterized by a problematic pattern of opioid use leading to clinically significant impairment or distress.  See the DSM-5 for more information).

<u>Psychotropic Medication:</u> Medications that are used to treat diagnosed mental disorders.

<u>Serious Mental Illness (SMI):</u> For the purpose of this directive, SMI is defined as a confirmed diagnosis of at least one of the following: **NOTE:  An SMI diagnosis shall be made only by a mental health care practitioner/provider/ professional.**

1. Bipolar Disorder
2. Major Depressive Disorder (MDD)
3. Schizo Affective Disorder
4. Schizophrenia
5. Severe Anxiety Disorder
6. Unspecified Schizophrenia Spectrum

<u>Treatment Plan:</u> A written assessment of individualized needs, required services and interventions, including short-term and long-term goals, measurable outcomes, and the roles of healthcare and non-healthcare personnel for the purpose of providing necessary treatment and services in accordance with a patients identified needs and problem areas.

PROCEDURE:

A. MENTAL HEALTH PROGRAM

1. The LSP Mental Health Program shall include, at a minimum, the following:

a. Mental health screening, appraisal and, if necessary, evaluation upon intake (See Penitentiary Directive No. 13.051, "Mental Health Screening, Appraisal and Evaluation" for more information);

b. Procedures for non-mental health staff to refer an offender for mental health services at any point during an offender's incarceration;

c. Outpatient services for the detection, diagnosis and treatment of mental illness;

d. Crisis intervention and management of acute psychiatric episodes;

e. Stabilization of the mentally ill and the prevention of psychiatric deterioration in the correctional setting;

f. Elective therapy services and preventative treatment, where resources permit;

g.     Provision for referral and admission to non-correctional facilities for offenders whose psychiatric needs exceed the treatment capability of LSP (See Penitentiary Directive No. 13.052, "Transfer of Severely Mentally Ill and/or Severely Developmentally Delayed Offenders" for more information);

h.     Procedures for obtaining and documenting informed consent (See Penitentiary Directive 13.024, "Informed Consent:   Voluntary and Involuntary Treatment" for more information);

i.     Assignment of mental health service codes (See Section D of this directive for more information); and

j.     Assignment of mental health level of care (LOC) (See Section E of this directive for more information.

2.     The LSP Mental Health Director shall be responsible for identifying offenders who have mental health needs and providing mental health services to those offenders requiring care.

3.     Upon an offender's release, relevant mental health information shall be provided to the Division of Probation and Parole, Office of Behavioral Health (OBH) or any other after care provider as may be necessary and in compliance with applicable Department Regulations and state and federal laws.

B.     MENTAL HEALTH SERVICE CODES AND MODIFIERS

1.     Upon completion of the mental health appraisal upon intake, all offenders shall receive six mental health service codes to identify essential mental health variables. These codes shall be entered into CAJUN by mental health staff and/or their clerical staff.  When present, these variables reflect the treatment needs of the individual and also provide a means of tracking individuals who may require close monitoring, further assessment or a referral.

2.     For each of the six mental health service codes, one or more modifiers are assigned to indicate the presence or absence of each variable, or to indicate other aspects of the variable.  Service codes and their modifiers are as follows:

Variable, Service Code and Definition/Application

**History of Self-Harm**
- SHx     None indicated.
- SHp     There is a documented or self-reported suicide gesture or suicide attempt.
- SHs     A suicide gesture, suicide attempt, or self-injurious act is

suspected, but not confirmed (e.g. an offender overdosed on medications, but denied that the intent was suicide or self harm)*

- Shi       Indicates a history of suicide ideation.**

*Indicate date of last act of self-harm _____

**Indicate date of last suicide watch _____

### Intellectual Disability

- IDx      None indicated.
- IDp      The offender's IQ is approximately 70 and below, AND he lacks functional skills and abilities necessary to adjust adequately to the corrections setting.
- IDs      The offender's IQ is approximately 70 and below, AND it is suspected, but not confirmed, that he lacks functional skills and abilities necessary to adjust adequately to the corrections setting.

### Substance Use

- SUx     None indicated.
- SUp     The offender meets the DSM-5 criteria for Substance Use Disorder.
- SUo     The offender meets the DSM-5 criteria for Opioid Use Disorder.

### Sex Offense

- SXx     None indicated.
- SXa     Adjudicated Sex Offender.
- SXc     Sex Offender who has been ordered by a court to participate in Sex Offender Treatment.

### Diagnostic Impression

- Dix     None indicated.
- Dip     The offender meets the criteria for DSM-5. DO NOT INCLUDE disorders already addressed in other service code categories (e.g. Pedophilia-coded SX, Substance Use Sup)
- Dis     A diagnosable DSM-5 condition is suspected, but not confirmed. DO NOT INCLUDE disorders already address in other service code categories (e.g. Pedophilia-coded SX, Substance Use Sup)

### Psychotropic Medication

- PMx    None indicated
- PMp    The offender is on the psychotropic medication as defined in this directive.
- PMr    A psychiatric referral is recommended to evaluate the need for psychotropic medication.

C.    MENTAL HEALTH LEVEL OF CARE (LOC)

Penitentiary Directive No. 13.073
January 29, 2019
Page 5 of 8

1.      Mental health LOCs range from 1 to 5, with LOC 1 requiring the highest frequency / intensity of treatment and LOC 5 requiring the lowest.

2.      Upon completion of the mental health appraisal during intake, all offenders shall be assigned a mental health LOC by the mental health care practitioner / provider / professional.

3.      Those offenders assigned a LOC 1 may only be housed at LSP, EHCC and LCIW. Offenders with a LOC 2 through 5 may be housed at any DPS&C facility.

4.      Mental health LOC designations are as follows:

a.      **Level of Care 1**: shall be assigned to offenders who have significant disability primarily due to their mental health condition.

   1.      These offenders require ongoing, intensive intervention/supervision and benefit from assistance with activities of daily living. These offenders are housed in the special mental health housing units with a 24-hour medical and/or mental health presence (i.e. HSU at EHCC). Anywhere else (LCIW and LSP), these offenders shall be admitted to the infirmary.

   2.      Mental health staff shall provide individualized contact at a minimum of every 15 days.

   3.      Walking rounds within the housing unit shall occur daily.

b.      **Level of Care 2:** shall be assigned to offenders with a diagnosis of SMI and who have been in remission for less than six months, OR have displayed a pattern of instability.

   1.      Medication adherence and program participation are considered. Offenders should be capable of performing activities of daily living satisfactorily. These offenders may be housed in special mental health housing units, the infirmary or in general housing areas, at the discretion of the mental health care practitioner / provider / professional.

   2.      Mental health staff shall provide individualized contact at a minimum of every 30 days.

   3.      Walking rounds within the housing unit shall occur at a minimum of three times per week.

c.   **Level of Care 3:** shall be assigned to offenders with SMI and who have been in remission or have been stable for at least six months.

   1.   A SMI diagnosis is typically chronic in nature and the offender will most likely remain diagnosed with SMI for the remainder of the offender's life.  If they are stable, functional and have no major problem with compliance then they should be designated as LOC 3 and may live in the general housing area.

   2.   Mental health professional contact shall occur at a minimum of every 90 days.

        NOTE:  In general, a mental health diagnosis does not necessarily disqualify these offenders from being considered for placement in a transitional work program (TWP).  Mental health is only one of several factors reviewed prior to the Warden's recommendation for TWP placement. The Warden or designee shall notify the Department's Medical/Mental Health Director of an offender with a mental health LOC 1, 2, or 3 who was denied placement in a TWP for mental health reasons.

d.   **Level of Care 4**: shall be assigned to offenders with any diagnostic impression, excluding severe mental illness (SMI), addiction disorder diagnosis or those requiring mental health interventions within the previous 12 months.

   1.   These offenders may live in general housing areas.

   2.   Mental health contact shall occur at a minimum of every 180 days.

e.   **Level of Care 5:** shall be assigned to offenders not prescribed any psychotropic medication and who have had no mental health intervention for more than one year.

   1.   These offenders may live in the general housing areas.

   2.   Mental health staff shall provide individualized contact on an as-needed basis.

5.   Modifier F for <u>frequent</u> and significant mental health interventions for conditions like self-harm, suicide attempts, hunger strikes during the previous six months, etc. can be added to any mental health level of care.

6.   Modifier H for LOC 5 only shall be assigned to offenders who currently have no apparent need for mental health services, but who have a history of prior treatment

Case 3:23-cv-01289-SDD-RLB    Document 56-4    07/18/25    Page 26 of 27

with psychotropic medication, historical significant self-harm gestures or suicide attempts, or previous mental health disorder or treatment.

D.    TREATMENT PLANS

1.    All offenders with a mental health LOC 1, 2, 3, or 4 shall be provided a written individualized mental health treatment plan.  A treatment plan is not required for those offenders assigned a LOC 5, although one may be provided if deemed appropriate by the mental health care practitioner / provider / professional.

2.    Treatment plans shall be developed and assigned by the mental health care practitioner / provider / professional and shall include, but is not limited to the following:

   a.    Long term goals;
   b.    Short term objectives;
   c.    Methods of treatment;
   d.    Housing assignments; and
   e.    Directions to mental health staff and other personnel regarding their roles in the care and supervision of the offender

3.    Individual contacts with offenders with mental health LOC 1 through 4 shall be documented on the Mental Health Individual Progress Notes (Form HC-36-B)

4.    At a minimum, treatment plans shall be reviewed annually. Treatment plans may be reviewed more frequently, if clinically indicated.

E.    MAINTENANCE OF LOC, SERVICE CODES & MODIFIERS

1.    Mental health LOC designation and service codes shall be maintained throughout the offender's incarceration.  However, some variables reflected by the service codes, and the level of care required, are dynamic rather than static factors (i.e. the needs of the individual may change during the course of incarceration). Therefore, the mental health LOC assignments and service code modifiers may be changed to reflect the current needs of the individual, at the discretion of the mental health care practitioner / provider / professional.

   a.    Additionally, at the discretion of the mental health care practitioner / provider / professional, mental health LOC's may be assigned outside of their outlined criteria and/or an offender may receive more mental health staff contact than their LOC requires if they require such.

2.    When the mental health LOC is changed to indicate that less frequent or less intense treatment is appropriate, the LOC must be downgraded in a step-wise fashion.  That is, an offender assigned a LOC of 1 must be assigned a LOC 2 for

Penitentiary Directive No. 13.073
January 29, 2019
Page 8 of 8

a reasonable period of time in order to determine if the offender can function at that level prior to being assigned a LOC of 3 or lower.

3.  LSP's mental health director or the responsible Health Authority, or their respective designee, shall annually review the mental health LOC and service codes of all offenders housed within the institution utilizing the Mental Health Service Codes and Level of Care Review (Form HC-36-A).

4.  Documentation of a change in mental health LOC and/or service codes, shall be placed in the offender's medical record. (See Department Regulation No. HC-33, "Offender Medical Records" for more information.)

F.  CONFIDENTIALITY

1.  Communication between an offender and mental health staff is confidential and shall not be disclosed.  However, there are limits to confidentiality as regulated by law and departmental regulations.  Prior to the initiation of treatment, the limits to confidentiality shall be explained to the offender and documented in the medical record.  (Refer to Health Care Policy No. HC-25 "Confidentiality" for exceptions to confidential information).

2.  Appropriate medical and mental health information shall be released to probation and parole staff in accordance with the provisions of Penitentiary Directive No. 25.001 "Offender Reentry Program and Louisiana Risk Needs Assessments".

G.  MONITORING REQUIREMENTS/REPORTS

LSP Mental Health Director shall ensure that the date relative to mental health is submitted electronically no later than the 10th day of the month following the reporting period.

s/Darrel Vannoy
Warden

Forms:    HC-36-A    Mental Health Service Codes & Level of Care Review
          HC-36-B    Mental Health Individual Progress Notes

This policy supersedes Penitentiary Directive No. 13.073 dated March 9, 2018.