UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>   Plaintiff,<br><br>   v.<br><br>Louisiana Attorney General Jeff Landry, *et al.*,<br><br>   Defendants. | Civ. Case No. 23-cv-01289-SDD-RLB |

**[PROPOSED] ORDER**

Considering the foregoing *Motion to Partially Exclude Testimony of Dr. Joseph Penn*, and for good cause shown,

  **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.


  **SIGNED** in Baton Rouge, Louisiana, this ____ day of _____, 2025.


                _____
                JUDGE
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF LOUISIANA