UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Louisiana Attorney Gen. Jeff Landry, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 23-cv-01289-SDD-RLB |

### DECLARATION OF ELIZABETH A. EDMONDSON IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Elizabeth A. Edmondson, declare as follows:

1. I am a partner at the law firm Jenner & Block LLP. I represent Plaintiff Joshua Folks in this action. I am admitted to practice *pro hac vice* in the above-captioned case. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. The facts set forth below are based on my own personal knowledge or information provided to me by other personnel working under my supervision on this case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the deposition of Joshua Folks dated November 6, 2024.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Joshua Folks's Master Prison File produced by Defendants in the course of this litigation.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the deposition of William Rosso dated March 12, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Louisiana Department of Public Safety and Corrections ("LDPSC") Health Care Policy No. HCP27 produced by Defendants in the course of this litigation.

1

6. Attached hereto as **Exhibit 5** are true and correct copies of email correspondence by officers and employees of Defendant LDPSC produced by Defendants in the course of this litigation.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Joshua Folks's medical records maintained by the University Medical Center ("UMC") New Orleans produced by Defendants in the course of this litigation.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Joshua Folks's medical records maintained by the Louisiana State Penitentiary ("LSP") produced by Defendants in the course of this litigation.

9. Attached hereto as **Exhibit 8** is a true and correct copy of LDPSC Health Care Policy No. HCP34 produced by Defendants in the course of this litigation.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of the deposition of Sharita Spears dated December 10, 2024.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a disciplinary investigation report dated June 14, 2021 produced by Defendants in the course of this litigation.

12. Attached hereto as **Exhibit 11** is a true and correct copy of LDPSC Regulation No. OP-C-1 entitled, "Disciplinary Rules and Procedures for Adult Offenders," produced by Defendants in the course of this litigation.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the transcript of the deposition of Maghen L. Shipley dated December 11, 2024.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the transcript of the deposition of Dr. Joseph Penn dated June 11, 2025.

15. Attached hereto as **Exhibit 14** is a true and correct copy of LDPSC Health Care Policy No. HCP37 produced by Defendants in the course of this litigation.

16. Attached hereto as **Exhibit 15** is a true and correct copy of LDPSC Regulation No. OP-C-13 entitled, "Administrative Remedy Procedure/Disciplinary Process," produced by Defendants in the course of this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2025.

*/s/ Elizabeth A. Edmondson*
Elizabeth A. Edmondson