# EXHIBIT 2

Form AM-E-2-b
16 December 2009

## CUSTODIAN OF RECORDS AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

### A F F I D A V I T

BEFORE ME, the undersigned Notary Public, personally came and appeared
**Jaine Babel** , who after first being duly sworn did depose and

say that as the Custodian of Records for the Louisiana Department of Public Safety and

Corrections, Corrections Services, at _Louisiana State Penitentiary Records Office_ ,

does hereby certify that the attached documents are true copies of the records of the

Louisiana Department of Pubic Safety and Corrections regarding _____

**Joshua Folks, DOC 361917**

_____

_____

_____


_____
Custodian of Records

Sworn to and subscribed before me this _26_ day of _January_ , 20_24_ .


CM McCann #77912
Ex-Officio NOTARY

Hand-delivered to
Legal Programs 1/26/24
JB

001248

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT

NAME: Joshua Folks

DOC: 361917



DATE:

| REPORT | | | | BOARD ACTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol. | Loss of G.T. | Rec. Change (Job, Qtrs, Inst.) | Loss of Privileges/ Incentive Wages | Room Conf. | Rest |  |
| 1 | 6-13-21 | 19 | 6-23-21 |  |  |  |  | 20 days disp. Seg. |  |  |  | Pu |
| 2 | 7-6-21 | 19 | 8-2-21 |  |  |  |  |  |  | 15 days |  | P |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

1. Contraband
1A. Unarthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)

7. Disrespect (A)
8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)

13. Deleted
14. Intoxication
15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)

19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Offense (B)
22. Theft (B)
24. Unauth. Area (A)
25. Deleted

26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense (B)
29. Disturbance (B)
30. Gen. Prohibited Behavior (B)

001270



JOHN BEL EDWARDS
Governor

**RECEIVED**

SEP 0 6 2022

## State of Louisiana

Board of Pardons and Parole

**PRECLASS**

09/02/2022

Joshua J. Folks
DOC #361917
New Iberia District

Dear Joshua J. Folks:

The Parole Board is in receipt of your waiver of the final revocation hearing, wherein you pled guilty to violating the conditions of your parole as outlined in the Preliminary Hearing.

The Parole Board has reviewed your file and has accepted your guilty plea to violating the conditions of your parole.

The record will reflect that you waived your final revocation hearing and your parole was thereby revoked effective 08/10/2022

Under La.R.S. 15:574.9, "the parolee shall be given credit for time served prior to the revocation hearing whether such time is served in a local detention facility, state institution, or out of state institution. The parolee shall not receive credit for such time served prior to the revocation hearing where the revocation is based on the subsequent conviction of a crime, in which case the parolee will receive credit for time served for the subsequent conviction pursuant to Code of Criminal Procedure Article 880."

Respectfully,

Bonnie Jackson

Parole Board

Cc:     Sheriff's Office
        PreClass Records

        Date Made Available:

Post Office Box 94304 • Baton Rouge, Louisiana 70804-9304 • www.doc.la.gov
**Pardon** — (225) 342-5421 • Fax (225) 342-2289  **Parole** — (225) 342-6622 • Fax (225) 342-3701
An Equal Opportunity Employer



**JOHN BEL EDWARDS**
Governor

**JAMES M. Le BLANC**
Secretary

**State of Louisiana**
**Department of Public Safety and Corrections**
**Division of Probation and Parole**

**New Iberia**
**ACTIVITY REPORT**

NAME: Joshua J. Folks
DOC #: 361917
Specialized Case: Yes

DATE: 08/31/2022
Case Type: Good Time
Offender Class: fourth

Where Detained: Louisiana
State Penitentiary

Date of Parole Warrant:
03/31/2021

When Detained: 03/27/2021

1. PRESENT OFFENSE: Theft Over $500, Theft, Simple Escape

   Prior Sex Offense: ☐ Yes ☒ No

   Date Paroled: 02/06/2020      Compliance Date 01/08/2022 Expiration Date: 10/13/2023

2. VIOLATIONS CHARGED:

| CONDITION | PLEA | PROBABLE CAUSE FOUND |
|-----------|------|----------------------|
| #4 and #10 | Guilty | Yes |

3.
   Offender waived preliminary hearing on 08/10/2022, and pled guilty to all violations. DF-6 attached.
   Pled guilty and waived final revocation hearing on 08/10/2022. Waived because of Pending Charge. DF-6 and 6C attached.

4. RECOMMENDATION: (Certification is made that all recommendation options have been carefully evaluated in accordance with established criteria.)

   ✓Revocation of parole.
   Recall Warrant.

5. JUSTIFICATION

On or about March 26th, 2021, the offender was arrested by St. Mary Parish Sheriff's Office on an FTA warrant for criminal activity that occurred May 25, 2020, expired motor vehicle inspection, operating a vehicle while license suspended/revoked/canceled and displaying/possessing an invalid registration certificate or registration number plate, criminal activity that occurred February 20, 2021, aggravated flight from an officer and resisting an officer, criminal activity that occurred August 3, 2020, simple burglary. Subsequently, on March 26th, 2021, the offender was arrested by the St. Mary Sheriff's Office and charged with Expired Motor Vehicle Inspection, Operating a Vehicle while License Suspended/Revoked/Canceled and Displaying/Possessing an Invalid Registration Certificate or Registration Number Plate, Aggravated Flight from an Officer and Resisting an Officer, Simple

001313

Burglary. These charges are pending in the 16th Judicial District Court.

The offender was served his Notice of Preliminary Hearing on August 10, 2022. After reviewing the Notice with the offender, he admitted guilt to all violations. The offender then initialed that he waives his final Parol Revocation hearing and that he does not want a Preliminary Hearing and pleads guilty to all violations. Our recommendation is for full revocation.

Signed: _____   8 - 31 - 2022

Jory Plotts
Probation & Parole Officer

Approved: _____

Patin , Joshua
Probation & Parole Supervisor

Page 2

Re: Joshua J. Folks   361917                                                    New Iberia

6. BOARD ACTION REGARDING PREVIOUS VIOLATIONS:

| Date<br>04/09/2021 | Action<br>Deferred | Conditions<br>#4 and #10 |
|---|---|---|
| If revoked under Technical Revocation during current period of supervision:<br>   Date of Warrant that resulted in Technical Revocation:<br>   Date Detained that resulted in Technical Revocation: | | |

## ** FOR HDQ USE ONLY **

HQ APPROVAL

NOTES:

### Recommendation by Probation & Parole

☐ ISSUE WARRANT                                      ☐ RETURN TO SUPV
  ☐ Flash

☐ RETURN FOR HEARING                            ☐ WAIVE FEES/FORGIVE ARREARAGES

☐ CONTINUE ON SUPERVISION                  ☐ CLOSE CASE/OFFENDER DECEASED

☐ PRELIMINARY HEARING DEFERRED         ☐ RECALL WARRANT DATED:

☐ ALLOW BOND                                          ☐ TERMINATE
                                                                      ☐ UNSAT
                                                                      ☐ SAT

☐ REPRIMAND                                            ☐ SUSPEND SUPV per policy

☐ RESCIND                                                ☐ REINSTATE ACTIVE SUPERVISION

☐ Inactive Parole

001315

Page 3

Re: Joshua J. Folks   361917                                                    New Iberia

☐ TECHNICAL REVOCATION (CFTS)              CUSTODIAL TREATMENT:
   ☐ 15 days          ☐ 90 days            ☐ SHISAP
   ☐ 30 days          ☐ Until Expiration   ☐ LTCW
   ☐ 45 days                               ☐ CONCORDIA
   ☐ Other                                 ☐ Other:

*TS*
9/1/22
   ☒ Revocation                         ☐ IN LIEU OF REVOCATION
   ☒ FINAL HEARING WAIVED                 ☐ TWP         ☐ CONCORDIA
   ☐ NEW FELONY CONVICTION - AUTOMATIC    ☐ DOC SAP     ☐ SHISAP
     Sentencing Date:
     ☐ DORMAN CASE

☐ ADD /☐ REMOVE /☐ MODIFY                  ☐ DELAY REVOCATION HEARING
CONDITIONS                                   ☐ PENDING CHARGES
                               ☐ ATTORNEY REQUEST

DocuSign Envelope ID: 0AD17225-DXAC-4483-    5074C-187C43



**JOHN BEL EDWARDS**
Governor

**JAMES M. Le BLANC**
Secretary

**State of Louisiana**
**Department of Public Safety and Corrections**
**Division of Probation and Parole**

### NOTICE OF PRELIMINARY HEARING or WAIVER

TO: Joshua J. Folks
DATE: 08/01/2022

DOC #: 361917
Docket Number(s): EVN [74359FA1]; SMY 14 192283,
SMY 14192408

#### SECTION I

#### RIGHTS OF THE PAROLEE

An alleged violator shall be afforded a preliminary hearing conducted by an independent hearing officer, to determine if there is probable cause to believe there has been a violation of the conditions of his parole.

The alleged violator shall be given written notice as to the time and place of the preliminary hearing and the specific violation(s) he/she is alleged to have committed.

The alleged violator shall have the right to be represented by retained counsel, to speak in his/her own behalf, and/or bring documents or individuals who can give relevant information to the hearing officer.

The offender shall have the right to cross-examine adverse witnesses unless the hearing officer determines that this would subject them to risk or harm.

If an alleged parole violator is indigent and unable to employ counsel, he/she has the right to request appointed counsel to represent him/her at the preliminary hearing. If such a request is made, the offender's eligibility for appointed counsel shall be made in compliance with the Supreme Court's guidelines.

The preliminary hearing will be held as soon as possible after the arrest and detention of an alleged violator. The preliminary hearing is for the resolution of factual, not legal issues. Legal issues may, of course, be dealt with in other forums.

Based on the information before him, the hearing officer should determine if there is probable cause to hold the offender for the final decision of the Parole Board on a revocation. The hearing officer shall make a summary, or digest indicating the reasons for his decision and the evidence on which it was based.

The alleged violator shall be given a written copy of the hearing officer's decision and a summary of the proceedings.

If held more than sixty (60) days on a violation detainer, the alleged violator has a right to a revocation hearing before the Parole Board on his written request.

If an alleged parole violator is not detained, he/she has the right to request revocation of his/her supervision by admitting to the alleged violation(s) contained in the Bill of Particulars and waiving a final parole violation hearing.

## SECTION II

### BILL OF PARTICULARS

It is alleged that you have violated the conditions of your parole in the following manner:

**4.  I will not engage in any criminal activity, nor will I associate with people who are known to be involved in criminal activity.  I will avoid bars and casinos.  I will refrain from the illegal use of drugs or alcohol.**

On or about March 26th, 2021, you were arrested by St. Mary Parish Sheriff's Office on an FTA warrant for criminal activity that occurred May 25, 2020, expired motor vehicle inspection, operating a vehicle while license suspended/revoked/canceled and displaying/possessing an invalid registration certificate or registration number plate, criminal activity that occurred February 20, 2021, aggravated flight from an officer and resisting an officer, criminal activity that occurred August 3, 2020, simple burglary. Subsequently, on March 26th, 2021, you were arrested by the St. Mary Parish Sheriff's Office and charged with Expired Motor Vehicle Inspection, Operating a Vehicle while License Suspended/Revoked/Canceled and Displaying/Possessing an Invalid Registration Certificate or Registration Number Plate, Aggravated Flight from an Officer and Resisting an Officer, Simple Burglary.  These charges are pending in the 16th Judicial District Court.

**10.  I will pay supervision fees in an amount set by the Louisiana Department of Corrections pursuant to the Louisiana Revised Statutes.  Payments are due the first day of each month.**

Since being placed on parole, you have failed to make a single payment to this account, resulting in an arrearage in the amount of $1,764.00

I hereby acknowledge receipt of notification of my rights and the alleged violation(s).

[ ] I do not want a Preliminary Hearing and plead guilty to all violations

[ ] WAIVER OF FINAL PAROLE REVOCATION HEARING (Formerly DF-8C)

I admit that I am in violation of the conditions of my parole in the manner outlined by my Parole Officer in the Notice of Preliminary Hearing.  In signing this waiver, I fully understand that I waive my rights and privileges to a final parole violation hearing before the Board of Parole, and that the Board, in all probability, will REVOKE my parole pursuant to La.R.S. 15:574.9A.

[ ] As an alternative to revocation, however, I understand, that without any promise or guarantee, the Board may:

(1)  Continue my parole under the same or modified conditions of parole, and/or issue a formal reprimand if the violation is a misdemeanor or a technical violation of Parole conditions.
OR
(2)  As an alternative to revocation proceedings, I voluntarily agree to be placed into a custodial  program operated by, or under contract with the Department of Public Safety & Corrections for a period not to exceed six months.  I understand that by signing this form admitting violation of my parole, I am waiving any and

all rights to a preliminary and final revocation hearing. I further understand that should I fail to successfully complete this program, my parole may be revoked.

[_____] I want a Preliminary Hearing and request appointed counsel.

[_____] I want a Preliminary Hearing and do not request appointed counsel.

[_____] DEFER PRELIMINARY HEARING (formerly DF-6D)

I hereby defer my preliminary hearing and agree to remain in custody (jail) until the felony charge(s) pending against me are disposed of. I further agree to postpone my final parole revocation hearing before the Parole Board until the felony charge(s) pending against me are disposed of.

[_____] As a technical violator, I understand my parole/GTPS could be revoked. If revoked, I could receive a sentence up to  days. I hereby waive my hearing before the Parole Board and admit my guilt as a technical violator. As a result of my revocation, I will be required to serve a sentence of up to  days.

[_____] As a technical violator, I understand my parole/GTPS could be revoked. If revoked, I could receive a sentence up to ninety days. I hereby waive my hearing before the Parole Board and admit my guilt as a technical violator. As a result of my revocation, I want to serve my sentence up to ninety (90) days at a custodial treatment facility.

My rights have been fully explained to me and I understand them.

x _____          8 . 10 . 2022
        Joshua J. Folks                         Date Served
        Defendant

In view of the foregoing, a Preliminary Hearing has been scheduled for _____ at . The hearing will be conducted at .

_____
Jory Plotts
Probation and Parole Officer

001319



# ST. MARY PARISH SHERIFF'S OFFICE

## FAX COVER SHEET

TO _Ashn Gaddy_

FROM _Dep. Symira Daniels SMPLEC_

DATE _11/01/2022_

NUMBER OF PAGES INCLUDING COVER SHEET

_Joshua Folks (DOB: 1/17/1978) has NO_
_open charges for St. Mary Sheriff's Office_
_All detainers can be lifted._

St. Mary Parish Law Enforcement Center
Post Office Box 579  Centerville, Louisiana 70522-0579
Telephone: 337-836-5520 - Fax: 337-836-9803
Booking Fax: 337-836-9876
Medical Fax: 337-836-1224 - Kitchen Fax: 337-836-0170

Revised 12/2016

SMPSO LEC-7ES

SCANNED

001349

## OFFENDER LOCATION SHEET

NAME: Joshua Folks          DOC#: 36917

| DATE POSTED | LOCATION | WORK ASSIGNMENT & CUSTODY | AUTHORITY |
|---|---|---|---|
| 9-16-21 PW | TU u/B | Prev. 1 Seg. | Anderson |
| 10-8-21 RB | TU u/A | Prev. 1 Seg. | TC Young |
| 10-9-21 RB | TU u/E | Prev. 1 Seg | TC Beams |
| 10-11-21 RB | TU u/B | Prev 1 Seg | TC Veals |
| 10-23-21 RB | TU u/D | Prev. 1 Seg. | TC Lollis |
| 11-3-21 RB | TU u/B | Prev. 1 Seg. | Tier Change Veals |
| 11-3-21 RB | TU u/D | Prev. 1 Seg. | TC Veals |
| 12-27-21 RB | TU u/B | Prev. 1 Seg. | TC Young |
| 1-3-22 RB | TU u/D | Prev. 1 Seg. | TC Veals |
| 1-18-22 RB | TU u/A | Prev. 1 Seg | TC Anderson |
| 1-26-22 RB | TU u/B | Prev. 1 Seg. | TC Wright |
| 3-1-22 RB | TU u/C | Prev. 1 Seg. | Jackson |
| 3-11-22 RB | TU u/E | Prev 1 Seg. | Young |
| 3-27-22 RB | TU u/E | Inv. Seg. | MHSW Hollins |
| 5-4-22 RB | TU u/A | Prev. 1 Seg. | TC Jackson |
| 5-27-22 PW | TU u/E | DO not + or − Prevent. 1 Seg. | Veals |
| 6-15-22 8 | TU u/F | Prevent 1 Seg do not for − | Veals |
| 6-16-22 RB | DO NOT (+−) TU u/A | Prev 1 Seg. | Veals |
| 9-13-22 RB | DO NOT (+−) TU u/D | prev. 1 seg. | TC Jackson |
| 9-13-22 RB | DO NOT (+−) TU u/A | prev. 1 seg. | TC Veals |
| 9-16-22 RB | DR Ext F | prev. 3 seg. CCR | CBRB Veals |
| 11-14-22 RB | TCAU | idle | Scott |
| 11-14-22 RB | Release | Release/GTPS | Lamus |
| | | | |
| | | | |

001415

## OFFENDER LOCATION SHEET

NAME: Joshua Folks                    DOC#: 361919

| DATE POSTED | LOCATION | WORK ASSIGNMENT & CUSTODY | AUTHORITY |
|---|---|---|---|
| 3·31·21 | Au | Idle | |
| 3·31·21 | CBE/L | Quarantine | Martin |
| 4·5·21 UB | OLOL | Intransit | Davis |
| 4·6·21 UB | TCW1 | 4/R Pat | Dunn |
| 4·11·21 UB | TCW1 | Inv Seg | Martin |
| 4·14·21 UB | TU 4/D | Prev 1 Seg   MAX | Martin |
| 4·14·21 UB | TCW1 | Inv Seg | Martin |
| 4·15·21 UB | TU 4/F | DO NOT + or −   Prev 1 Seg | Beaumon |
| 4·22·21 UB | TU 4/F | DO NOT + or −   Prev 1 Seg | Jackson |
| 5·6·21 PW | TCW1 | 4/R Patient | MH Fountain |
| 5·6·21 PW | TU 4/D | Do not + or −   Prev 1 Seg | Bellamy |
| 5·17·21 On | TU 4/F | Do Not + or −   Prev 1 Seg | Young |
| 5·21·21 PW | TU 4/F | Do not + or −   Prev 1 Seg. | Matthews |
| 5·22·21 PW | TU 4/B | Do not + or −   Prev 1 Seg. | Young |
| 5·25·21 PW | TU 4/e | Do not + or −   Prev 1 Seg | Peoples |
| 6·18·21 PW | TU 4/F | Do not + or −   Prev Seg | Anderson |
| 6·24·21 PW | TU 4/e | Inv. Seg. | MHSW Young |
| 6·25·21 PW | TU 4/F | Prev 1 Seg. | Anderson |
| 6·25·21PW | TU 4/e | Prev. 1 Seg | Anderson |
| 7·7·21 PW | OLOL | Intransit | Brown |
| 7·13·21 PW | TCW1 | Inv. Seg. | Martin |
| 7·23·21 PW | UMCNO | Intransit | Dunn |
| 7·31·21 PW | TCW1 | Inv. Seg. | MHSW Martin |
| 9·10·21 SB | TU 1/E | Prev Seg | Martin |
| 8·29·21 PW | TU 4/F | Prev. 1 Seg | Anderson |

001416

**Form AM-I-4-w-1**
**16 March 2020**



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: LSP

| NAME<br>Joshua Folks | NUMBER<br>361917 | DORM OR CELLBLOCK<br>TU/CCR/EXT | DATE OF INCIDENT<br>07/06/2021 | TIME OF INCIDENT<br>8:50 am |
|---|---|---|---|---|

| LOCATION OF INCIDENT<br>Lower Timeout Cell B | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☒ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents
- ☐ Naloxone Administration (Staff)
- ☐ Naloxone Administration (Offender)

RECEIVED

JUL 13 2021

LSP/RECORDS

Form AM-I-4-w-1
16 March 2020
Page Two

---

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain Micheal Howard, was informed by Sergeant Lekenya Franklin that while she was taking offender Joshua Folks #361917 a clean jumpsuit and undergarments after being taken off standard watch, he informed her that he had shoved a thin piece of metal into his lower stomach area. I immediately went to the lower timeout cell B and observed offender Folks with a thin piece of metal hanging from his lower stomach. I notified SSW A. Atkins of the incident and she came over to assist the situation. I immediately notified Medical 3 via telephone and escorted the offender to the Treatment Center to be assessed for his injuries. The offender cell was then shook down and cleaned out to ensure no other objects that could assist him in self harm were in the cell. This is for your information and further handling.

_Micheal Howard_ CaPT,                      7-6-2021                      10:00 Am
REPORTING OFFICER                            DATE COMPLETED                TIME COMPLETED

RECEIVED
JUL 13 2021
LSP/RECORDS

**Form AM-I-4-w-1**
**16 March 2020**



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: LSP

| NAME Joshua Folks | NUMBER 361917 | DORM OR CELLBLOCK TU/CCR/EXT | DATE OF INCIDENT 07-06-2021 | TIME OF INCIDENT approx. 8:50am |
|---|---|---|---|---|
| LOCATION OF INCIDENT Lower Time Out Cell B | | WITNESSES N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☒ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents
- ☐ Naloxone Administration (Staff)
- ☐ Naloxone Administration (Offender)

RECEIVED
JUL 13 2021
LSP/RECORDS

Form AM-I-4-w-1
16 March 2020
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Sergeant Lekenya Franklin was taking offender Joshua Folks #361917 a clean jumpsuit and undergarments after being discontinued from standard watch by SSW A. Atkins. Upon entering the cell, offender Folks informed me that he had shoved a thin piece of metal into his lower stomach area. I then told offender Folks to stand up and he showed me where there was a thin piece of metal hanging out of the skin on his lower stomach. I immediately notified Captain Micheal Howard who was standing in TU Lower Lobby. He immediately came over and took control of the situation. This is for your information and further handling.

_Lekenya Franklin, sgt._
REPORTING OFFICER

_7/6/21_
DATE COMPLETED

_9:20 am_
TIME COMPLETED

RECEIVED

JUL 13 2021

LSP/RECORDS

001482

Form AM-I-4-w-1
16 March 2020



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: LSP

| NAME Joshua Folks | NUMBER 361917 | DORM OR CELLBLOCK TU/CCR/EXT | DATE OF INCIDENT 07/06/2021 | TIME OF INCIDENT 8:50 am |
|---|---|---|---|---|
| LOCATION OF INCIDENT Lower Timeout Cell B | | WITNESSES N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☒ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents
- ☐ Naloxone Administration (Staff)
- ☐ Naloxone Administration (Offender)

001483

Form AM-I-4-w-1
16 March 2020
Page Two

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate, I, Sergeant LeKenya Franklin was taking offender Joshua folks #361917 a clean jumpsuit and undergarments after being discontinued from standard watch by SSW A. Atkins. Upon entering the cell, offender folks informed me that he had shoved a thin piece of metal into his lower stomach area. I then told offender Folks to stand up and he showed me where there was a thin piece of metal hanging out of the skin on his lower stomach. I immediately notified Captain Micheal Howard who was standing in TU Lower Lobby. He immediately came over and took control of the situation. This is for your information and further handling.

LiKenya Franklin, Sgt.
REPORTING OFFICER

07/06/21
DATE COMPLETED

9:20am
TIME COMPLETED

RECEIVED
JUL 13 2021
LSP/RECORDS

001484



# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

INSTITUTION: <u>LSP</u>

| NAME<br>JOSHUA FOLKS | NUMBER<br>361917 | DORM OR CELLBLOCK<br>TU UPPER E | DATE OF INCIDENT<br>07/06/2021 | TIME OF INCIDENT<br>9:20 A.M. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>REBTC ATU | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- ☐ Accidents
    - ☐ Employee Accident
    - ☐ Offender Accident
    - ☐ Vehicle Accident
- ☐ Contraband
    - ☐ Inside Facility
    - ☐ Outside Facility
- ☐ Drug Screen
- ☐ Maintenance
- ☐ Use of Body Camera or other RMD
- ☐ Request to Remove Service Dog

- ☒ Medical
- ☐ Mental Health
- ☐ Protection Request
- ☐ Security Inspections
- ☐ Shakedowns
    - ☐ Routine
        - ☐ Staff    ☐ Visitor    ☐ Offender
    - ☐ Target
        - ☐ Staff    ☐ Visitor    ☐ Offender
- ☐ Use of Tact Team and Chase Team as outside assistance

☒ Other: Emergency Trip

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time the above name and numbered offender was sent on an Emergency Trip to Our University Medical Center, New Orleans LA, per orders of Nurse Practitioner Cindy Parks. This is for your information and further handling.

RECEIVED
JUL 19 2021
LSP/IR RECORDS

REPORTING OFFICER
**ANGELA WEBB LT/ REBTC-B**

DATE COMPLETED

TIME COMPLETED

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Miscellaneous)

INSTITUTION: LSP

| NAME Joshua Folks | NUMBER 361917 | DORM OR CELLBLOCK TU- UPPER-E | DATE OF INCIDENT 07-06-2021 | TIME OF INCIDENT 9:20 AM |
|---|---|---|---|---|
| LOCATION OF INCIDENT DFBL - TU | | WITNESSES N/A | | |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- [ ] Accidents
  - [ ] Employee Accident
  - [ ] Offender Accident
  - [ ] Vehicle Accident
- [ ] Contraband
  - [ ] Inside Facility
  - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [ ] Use of Body Camera or other RMD
- [ ] Request to Remove Service Dog

- [x] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [ ] Shakedowns
  - [ ] Routine
    - [ ] Staff  [ ] Visitor  [ ] Offender
  - [ ] Target
    - [ ] Staff  [ ] Visitor  [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

- [x] Other: Emergency Trip

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time the above name and numbered Offender was sent on an Emergency Trip to our University Medical Center, New Orleans LA, per order of Nurse Practitioner Cindy Peaks. This is for your information.

REPORTING OFFICER
Angie Webb 07 REG7CB3

DATE COMPLETED
July 6, 2021

TIME COMPLETED
9:40 AM

LOCKDOWN REVIEW SUMMARY                    DATE: 7/7/2021

DOC# 361917      NAME: JOSHUA  FOLKS
LOCATION: TU UPPER E    ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3-31-21

REASON FOR ORIGINAL LOCKDOWN

DISCIPLINARY BOARD ACTION                OWN REQUEST
RULE VIOLATION                           INVESTIGATION
INCIDENT REPORT                        ✓ INITIAL CLASSIFICATION
=========================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____        WHY: _____
_____                                          _____

_x__  NOT RELEASED    REASONS:

_____  Nature of Commitment Offense _____ Escape Risk

_____  Inmate's Request
                                  _____ New Rule Infractions Since Last Review
_____  Pending Felony Charges

  x_  Nature of Original Reason for Lockdown

_____  Inmate`s Protection:(explain)_____
                                      _____

 X___  Physically Dangerous to Himself or Others as Evidence by:

       X    Psychiatric Evaluations      X  Self-Mutilation
      _____ Serious Rule Infractions    ____ Other_____
      _____ Pattern of Violence                _____

_____  Continuing Investigation.  By Whom:_____
       For:_____
=========================================================================
REVIEWED BY: Jarvis Callihan_____          Major_____
             NAME                              TITLE

             _LaKeshia Jackson_____          ARDC Supervisor_____
=========================================================================
COMMENTS:

SCANNED

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

RECEIVED
JUL 03 2021
LSP/RECORDS

001487

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
**DISCIPLINARY REPORT**

INSTITUTION: | **LSP**

| 1. Name Of Inmate | 2. Number | 3. Date of Incident | 4. Time Of Incident |
|---|---|---|---|
| Joshua Folks | 361917 | 07-06-2021 | 8:50am |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| T.U. Lower Time Out Cell B | Extended Lockdown | T.U. Lower Time Out Cell B |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Self-Mutilation | 19 |

10. Description Of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

**On the above date and approximate time, I, Sergeant Lekenya Franklin, was taking offender Joshua Folks #361917 a clean jumpsuit and undergarments after being taken off standard watch. He then notified me that he shoved a thin piece of metal into his lower stomach area. I then notified Captain Micheal Howard who was standing in the lower lobby. This is for your information and further handling.**

11. Inmate Placed in Adm. Seg.    Yes ☐    No ☒

12. Signature of reporting employee: *Lekenya Franklin, Sgt.*

13. Name, Title, Assignment (Print)
Lekenya Franklin, Sergeant, Lower E & F

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above inmate by: LF | 17. Inmate's Signature |
|---|---|---|---|
| 07-06-2021 | 9:20am | | Refused to Sign
Not present to Sign |

18. Plea by Inmate: Not Guilty ✓    Guilty ☐    19. Verdict: Not Guilty    Guilty ☐

20. Date of Hearing: 7-8-21 / 7-12-21 / 7-14-21 / 7-19-21 / 7-26-21    21. Counsel Substitute: 419642
DOC#: 419642, 419642

22. Motions: *Defer due to outside hospital trip; Defer due to outside.* 419642
*Defer due to outside hospital trip (7-14-21)*

23. Reasons for Disposition: *Defer ON four point    Defer offender on outside hospital trip 419642 mo. motion*

☑ Report is clear and precise.    ☐ Lack of a credible defense/little or no defense.    ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the inmate's.    ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.    ☐ The inmate presented no evidence to refute the charges.
☐ The investigative officer's testimony was deemed more truthful and accurate than the inmate's.    ☐ Plea bargain.
☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☑ Seriousness of offense.    ☑ The need to protect the institution, employees, or other.
☑ Poor Conduct record. A total of _____ rule violations(s). A total of _____ Schedule B violations since _____.
A total of _____ # _____ rule violations since _____.
☐ Other *Cell Confinement*

25. Sentence: ~~10 days disciplinary seg CTS~~    Suspended ☐ _____ Days
~~Defer due to outside hospital trip~~    Imposed ☑

26. Sentence:    Suspended ☐ _____ Days
Imposed ☐

27. **DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

RECEIVED
AUG 03 2021
LSP/RECORDS

★★★ TO BE USED AS ADDITIONAL PAGE FOR DISCIPLINARY REPORTS ONLY WHEN NEEDED ★★★



SCANNED

001488

HC
KW

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: ISP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Joshua Folks | 369177 | 6.13.2021 | 5:00 PM |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| TC Ward-1 4R-2 | Preventive | TC Ward-1 Left room 2 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Self Mutilation | 19 |

10. Description of Incident (Include all relevant information - "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time L.H. Angela Webb was notified of a beeper activation in Ward 1, upon arrival L observed offender Joshua Folks #369177 laying on his mattress with deep cuts to both of knees and legs and stomach. He also has a sharpen tooth brush poked in his right side of his neck. Medical responded and offender Joshua was transported to the MU for observation and possible treatment. Lt. Jessie Bellamy was notified.

| 11. Offender Placed in Adm. Seg. | ☐ Yes | ☑ No |
|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Angela Webb | Angela Webb Lt. |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by | 17. Offender's Signature: |
|---|---|---|---|
| 6.13.2021 | 6:39 PM | | Not present Sign |

| 18. Plea by Offender: ☑ Not Guilty ☐ Guilty | 19. Verdict: ☐ Not Guilty ☑ Guilty |
|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 6-15-21 / 6-21-21 / 6-23-21 | DOC# 419642 / 419642 / 419642 |

22. Motions: Defer for Mental Health Evaluation, offender is on 4pt watch on this date.
Defer offender on 4pt extreme watch

23. Reasons for Disposition:
- ☑ Report is clear and precise.
- ☐ Lack of a credible defense/little or no defense.
- ☐ Based on his statement.
- ☐ The officer's version is determined to be more credible than the Offender's.
- ☐ Pled guilty/accepted guilty plea.
- ☐ Only defense is denying contents of report.
- ☐ The Offender presented no evidence to refute the charges.
- ☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.
- ☐ Plea bargain.
- ☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
- ☐ Other

24. Reasons for Sentence:
- ☑ Seriousness of offense.
- ☑ The need to protect the institution, employees, or other.
- ☑ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
- A total of _____ # _____ rule violations since _____
- ☐ Other

25. Sentence:
20 days disciplinary seg    | Suspended ☐ _____ Days |
| Imposed ☑ |

26. Sentence:    | Suspended ☐ _____ Days |
| Imposed ☐ |

SCANNED

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN, (DISCIPLINARY OFFICER)

MEMBER    Jakobia Jackson

001500

R. 9-17-08

Department Regulation No. B-05-001

# LOUISIANA STATE PENITENTIARY
# OFFENDER APPEARANCE BEFORE THE DISCIPLINARY BOARD

| Offender Name: | DOC# | Date Of Hearing: |
|---|---|---|
| Joshua Folks | 361917 | 6-23-21 |

INSTRUCTIONS: Offenders who choose not to be present can sign a waiver, which shall be read in to the tape. Counsel substitute shall represent him. The same applies to disruptive offenders who refuse to cooperate. If the offender refuses to sign a waiver, one shall be prepared and his refusal noted with two witnesses. In either case the Disciplinary Chairman should also sign the waiver.

## WAIVER OF APPEARANCE

☐     I hereby waive my appearance before the Disciplinary Board on this
      date.

OFFENDERS SIGNATURE:

## REFUSAL TO SIGN WAIVER OF APPEARANCE

☐     The above offender was given an opportunity to appear before the
      Disciplinary Board on the above date and refused to do so. He refused
      to sign a waiver of his appearance before the Board.

## DISRUPTIVE/REFUSED TO COOPERATE

☑     The above offender became disruptive/refused to cooperate during
      the Disciplinary Board hearing on the above date. The offender was
      removed from the hearing.

Offender counsel substitute _Ricky Bennett #419642_ stood in
for the accused offenders rights and the hearing proceeded without the
offender's presence.

UNIT OFFICER

DISCIPLINARY BOARD MEMBER

DISCIPLINARY BOARD CHAIRMAN

SCANNED

RECEIVED
JUN 25 2021
LSP/RECORDS

001501

LSP-13.084-A
March 29, 2010

LOUISIANA STATE PENITENTIARY
## RESPONSE TO DISCIPLINARY BOARD
## REGARDING OFFENDER'S ABILITY TO
## PARTICIPATE IN DISCIPLINARY PROCESS

TO:    DISCIPLINARY BOARD

FROM:  MENTAL HEALTH DEPARTMENT

RE:

| OFFENDER'S NAME: | DOC # |
| --- | --- |
| Joshua Folks | 361917 |
| RULE VIOLATION #: | REPORT DATE: |
| 19 | 6/13/2021 |

Is the offender competent at the present time to participate in the disciplinary process?

☒ Yes    ☐ No

Does the offender have a mental disorder that should be considered from a mitigating circumstances perspective?

☐ Yes    ☒ No

Are there mental health considerations that should be considered from a sentencing perspective?

☐ Yes    ☒ No

If yes, describe: _____

_____

_____

_____        6/17/2021
Mental Health Clinician            Date

Original:    Disciplinary Board
cc:          Medical Record
             File

SCANNED

001502

JOHN BEL EDWARDS
Governor

JAMES M. LE BLANC
Secretary

## State of Louisiana
Department of Public Safety and Corrections

To:      Tim Delaney
         Assistant Warden/Security

From:    Melissa Whitaker
         Control Center/Supervisor

*OK.*
*for to Why m*
*4.23-2-021*

Date:    April 01, 2021
RE:      Escape Risk Inmate

Joshua Folks  DOC #361917  CBE/L
Arrived at LSP on March 31, 2021 with aggravated escape, simple escape, aggravated flight from an officer, and flight from an officer in his record.

(Please see attached paperwork).

Do you want to put him Escape Risk?


This is for your information and further handling.

*Melissa Whitaker, Lt*
Melissa Whitaker, Lieutenant
Control Center/Supervisor

SCANNED

RECEIVED
APR 2 7 2021
LSP/RECORDS

Post Office Box 94304  •  Baton Rouge, Louisiana 70804-9304  •  (225) 342-6740  •  Fax (225) 342-3095
www.doc.la.gov
An Equal Opportunity Employer

001509

```
CHARGE 10                                           COUNTS 1
    R.S. 14:56(MISD) SIMPLE CRIMINAL DAMAGE TO PROPERTY
CHARGE 11                                           COUNTS 1
    R.S. 14:404 SELF MUTILATION BY A PRISONER


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARREST DATE: 03/26/2021                             LID:
AGENCY: ST MARY, LA SO (LA0510000)                  AFIS ATN: 510012100324
    NAME: FOLKS, JOSHUA J


CHARGE 1                                            COUNTS 1
    R.S. 32:104 TURNING MOVEMENTS AND REQUIRED SIGNALS
CHARGE 2                                            COUNTS 1
    R.S. 14:108.1(FELONY) FLIGHT FROM AN OFFICER: AGGRAVATED FLIGHT FROM AN
        OFFICER
CHARGE 3                                            COUNTS 1
    R.S. 14:108 RESISTING AN OFFICER
CHARGE 4                                            COUNTS 1
    R.S. 14:130.1 OBSTRUCTION OF JUSTICE
CHARGE 5                                            COUNTS 1
    R.S. 14:62 SIMPLE BURGLARY
CHARGE 6                                            COUNTS 1
    CCRP 202 INSTANTER ATTACHMENT ON SMY#2020-206725 FOR FAILURE TO APPEAR FOR
        ARRAIGNMENT ON AUGUST 21, 2020 FOR THE CHARGES EXPIRED MOTOR VEHICLE
        INSPECTION, OPERATING A VEHICLE WHILE LICENSE SUSPENDED,
        DISPLAYIN/POSSESSING AN INVALID REGISTRATION CERTIFICATE OR REG


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARREST DATE: 03/29/2021                             LID:
AGENCY: ST MARY, LA SO (LA0510000)                  AFIS ATN: 510012100343
    NAME: FOLKS, JOSHUA J


CHARGE 1                                            COUNTS 1
    R.S. 14:54.1 COMMUNICATING OF FALSE INFORMATION OF PLANNED ARSON
CHARGE 2                                            COUNTS 1
    R.S. 14:122.2 THREATENING A PUBLIC OFFICIAL
CHARGE 3                                            COUNTS 1
    R.S. 14:404 SELF MUTILATION BY A PRISONER

** TO BE CONTINUED **
03/31/2021, 13:13:53
- MKE: C5
- Source: LEMS
- ISN: 05ZL004020
- REF: CTL/
```

RECEIVED

APR 2 7 2021

SCANNED RECORDS

001513