EXHIBIT 3

William Rosso – March 12, 2025

```
1              IN THE UNITED STATES DISTRICT COURT
               THE MIDDLE DISTRICT OF LOUISIANA
2

3     _____ )
                               )
4     JOSHUA FOLKS,            )
                               )
5          Plaintiff,          )
                               )
6        vs.                   )   Case No.
                               )   23-cv-01289-SDD-
7     LOUISIANA ATTORNEY       )   RLB
      GENERAL JEFF LANDRY,     )
8     et al.,                  )
                               )
9          Defendants.         )
      _____ )
10

11

12

13

14

15

16          The virtual video-recorded deposition of

17    WILLIAM ROSSO, called by the Plaintiff for

18    examination, pursuant to Notice, and pursuant to the

19    Rules of Civil Procedure for the United States

20    District Courts, taken stenographically by Sandra L.

21    Rocca, CSR, RMR, RDR, CRR, via Zoom, on the 12th of

22    March, 2025, at the hour of 9:32 a.m.

23

24    Certification No. 084-003435, 1245

25    5104-4011-7213-5936
```

William Rosso – March 12, 2025

```
 1     APPEARANCES: (All parties appeared remotely)

 2

 3            JENNER & BLOCK LLP
              By: ELIZABETH A. EDMONDSON
 4            1155 Avenue of the Americas
              New York NY 10036-2711
 5            212.891.1606
              eedmondson@jenner.com
 6
                       -and-
 7
              JENNER & BLOCK LLP
 8            By: REBECCA DIAMOND
                  GEORGE ALLAN, JR.
 9            353 N. Clark Street
              Chicago IL 60654-3456
10            312.840.7415
              rdiamond@jenner.com
11            gallan@jenner.com

12                appeared on behalf of the
                  Plaintiff;
13

14
              KEOGH, COX & WILSON, LTD
15            By: CHELSEA PAYNE
              701 Main Street
16            Baton Rouge LA 70802
              225.383.3796
17            cpayne@keoghcox.com

18                appeared on behalf of the Defendants.

19

20         Also Present:

21            Gus Phillips, Videographer

22                     * * * * *

23

24

25
```

William Rosso - March 12, 2025

```
1                        I N D E X

2    WITNESS                                      PAGE

3    WILLIAM ROSSO

4    EXAMINED BY

5       Ms. Edmondson                             5

6                       * * * * *

7                      E X H I B I T S

8    NUMBER                            MARKED FOR ID
     Rosso
9
     Exhibit 1   000507 to 716, 3/1/21
10               LSP org chart                    16

11   Exhibit 2   000717 to 922, 12/1/22
                 LSP org chart                    16
12
     Exhibit 3   000001 to 000019,
13               ARP LSP 2019-2100                36

14   Exhibit 4   000020 to 000040
                 ARP LSP 2021-285                 37
15
     Exhibit 5   000041 to 000053
16               ARP LSP 2021-2851                39

17   Exhibit 6   000054 to 000057
                 ARP LSP 2022-0859                41
18
     Exhibit 7   000058 to 000062
19               ARP LSP 2022-1428                43

20   Exhibit 8   Defendants' Initial Disclosures  47

21   Exhibit 9   001248 to 001537
                 J. Folks master prison file      49
22
                        * * * * *
23

24

25
```

William Rosso - March 12, 2025

Page 4

| | | |
|---|---|---|
| 02:46:32 | 1 | VIDEOGRAPHER:  We are now on the record for |
| 09:32:09 | 2 | the video deposition of William Rosso.  The time is |
| 09:32:12 | 3 | 9:32 a.m., March 12th, 2025 in the matter of Joshua |
| 09:32:18 | 4 | Folks versus Louisiana Attorney General Jeff Landry, |
| 09:32:24 | 5 | et al., case number 23-cv-01289-SDD-RLB, being held |
| 09:32:33 | 6 | in the United States District Court for the Middle |
| 09:32:37 | 7 | District of Louisiana. |
| 09:32:37 | 8 | The court reporter is Sandra Rocca.  The |
| 09:32:39 | 9 | videographer is Gus Phillips and both are |
| 09:32:41 | 10 | representatives of GregoryEdwards LLC. |
| 09:32:43 | 11 | Will counsel please state their appearances |
| 09:32:45 | 12 | for the record beginning with the plaintiff. |
| 09:32:48 | 13 | MS. EDMONDSON:  Elizabeth Edmondson of |
| 09:32:51 | 14 | Jenner & Block for Plaintiff Joshua Folks. |
| 09:32:57 | 15 | MS. DIAMOND:  Rebecca Diamond from Jenner & |
| 09:33:00 | 16 | Block for Plaintiff Joshua Folks. |
| 09:33:01 | 17 | MR. ALLAN:  George Allan, Jenner & Block for |
| 09:33:04 | 18 | Plaintiff Joshua Folks. |
| 09:33:04 | 19 | MS. PAYNE:  Chelsea Payne from Keogh Cox |
| 09:33:09 | 20 | representing all defendants. |
| | 21 | WILLIAM ROSSO, |
| | 22 | having been first duly sworn, was examined and |
| | 23 | testified as follows: |
| | 24 | /// |
| | 25 | /// |

William Rosso – March 12, 2025

|  |  |
|---|---|
|  | 1 |
CROSS EXAMINATION

2   BY MS. EDMONDSON:

09:33:32   3       Q   Good morning, Mr. Rosso.   Would you please

09:33:36   4   state your full name for the record?

09:33:36   5       A   Yes, ma'am.   My name is William,

09:33:39   6   w-i-l-l-i-a-m, Rosso, r-o-s-s-o.

09:33:43   7       Q   And where are you employed, Mr. Rosso?

09:33:47   8       A   I'm employed at Louisiana State Penitentiary

09:33:51   9   in Angola, Louisiana.

09:33:53   10       Q   What's your current title there?

09:33:55   11       A   My current title is I'm an Assistant

09:34:00   12   Warden 3.

09:34:00   13       Q   Mr. Rosso, have you ever been deposed

09:34:05   14   before?

09:34:05   15       A   Yes, ma'am.

09:34:05   16       Q   Approximately how many times?

09:34:08   17       A   Oh, I'm not real sure.   Through the years

09:34:13   18   and stuff maybe a handful of times.

09:34:15   19       Q   And were those all in your professional

09:34:18   20   capacity?

09:34:18   21       A   Yes, ma'am.

09:34:20   22       Q   And so since you've done this several times,

09:34:25   23   I'm going to give a short version of the ground

09:34:28   24   rules here, but if you have any questions, please of

09:34:30   25   course feel free to ask.

William Rosso - March 12, 2025

Page 6

| | | |
|---|---|---|
| 09:34:31 | 1 | So you understand that you are under oath |
| 09:34:33 | 2 | today and obligated to tell the truth, correct? |
| 09:34:36 | 3 | A  Yes. |
| 09:34:37 | 4 | Q  And you understand that your testimony today |
| 09:34:39 | 5 | is the same as if you were testifying in front of a |
| 09:34:41 | 6 | judge or a jury? |
| 09:34:42 | 7 | A  Yes. |
| 09:34:43 | 8 | Q  Is there any reason that you can't give |
| 09:34:50 | 9 | honest or accurate testimony, for example, because |
| 09:34:54 | 10 | you took medications or something else that might |
| 09:34:56 | 11 | impair your ability to testify accurately? |
| 09:34:59 | 12 | A  No, I'm fine. |
| 09:35:00 | 13 | Q  Okay.  Some of these are just formalities |
| 09:35:05 | 14 | but we have to ask them.  It's important for the |
| 09:35:08 | 15 | court reporter to have a clear record, so I'll ask |
| 09:35:12 | 16 | if you can make sure to answer all of my questions |
| 09:35:14 | 17 | out loud.  Understood? |
| 09:35:17 | 18 | A  Okay.  Understood. |
| 09:35:19 | 19 | Q  And please wait for me to finish the |
| 09:35:22 | 20 | question before you answer and please give Ms. Payne |
| 09:35:25 | 21 | a chance to object if she sees fit. |
| 09:35:28 | 22 | A  Okay. |
| 09:35:29 | 23 | Q  And finally, if at any point you need a |
| 09:35:36 | 24 | break, please just let us know.  We'll want to make |
| 09:35:39 | 25 | sure that you answer the question that's pending, |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:35:42 | 1 | but then happy to take a break as soon as possible |
| 09:35:46 | 2 | after that. |
| 09:35:46 | 3 | A  Okay. |
| 09:35:46 | 4 | Q  Great.  Mr. Rosso, did you prepare in any |
| 09:35:57 | 5 | way for your deposition today? |
| 09:35:58 | 6 | A  Not really because I don't really know what |
| 09:36:00 | 7 | it's pertaining to. |
| 09:36:01 | 8 | Q  Okay.  Do you know the litigation that this |
| 09:36:07 | 9 | is pertaining to? |
| 09:36:08 | 10 | A  Not really.  I know it's about Joshua Folks |
| 09:36:14 | 11 | and, you know, where it's gone from there, I don't |
| 09:36:17 | 12 | really know. |
| 09:36:17 | 13 | Q  Okay.  Have you ever reviewed a copy of the |
| 09:36:19 | 14 | Complaint in this case to your recollection? |
| 09:36:22 | 15 | A  Not to my recollection. |
| 09:36:23 | 16 | Q  Did you meet with counsel prior to today's |
| 09:36:30 | 17 | deposition?  And I just want to know yes or no, not |
| 09:36:33 | 18 | the -- not any content you might have discussed with |
| 09:36:36 | 19 | counsel. |
| 09:36:36 | 20 | A  Yes. |
| 09:36:37 | 21 | Q  And did you review any documents or records |
| 09:36:41 | 22 | to prepare today? |
| 09:36:43 | 23 | A  No. |
| 09:36:44 | 24 | Q  Besides counsel, did you speak to anyone |
| 09:36:49 | 25 | else to prepare for your deposition? |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:36:50 | 1 | A  No. |
| 09:36:51 | 2 | Q  And I should clarify.  Is there anyone else |
| 09:36:57 | 3 | in the room with you where you are since this is a |
| 09:37:00 | 4 | remote deposition and I'm not in the same place? |
| 09:37:02 | 5 | A  No, ma'am. |
| 09:37:03 | 6 | Q  Okay, thank you.  Mr. Rosso, I'd just like |
| 09:37:09 | 7 | to ask you a few background questions about your |
| 09:37:11 | 8 | background. |
| 09:37:12 | 9 | What's the highest level of education you've |
| 09:37:14 | 10 | obtained? |
| 09:37:15 | 11 | A  Some technical college. |
| 09:37:18 | 12 | Q  And do you have any medical training, |
| 09:37:26 | 13 | certifications, anything like that? |
| 09:37:27 | 14 | A  Just first aid, CPR, you know, our basic. |
| 09:37:33 | 15 | Q  Do you have -- have you received any |
| 09:37:39 | 16 | training under -- relating to the Americans with |
| 09:37:43 | 17 | Disability Act, the ADA? |
| 09:37:44 | 18 | A  Have I received training for it, no, not to |
| 09:37:49 | 19 | my knowledge, but you know, I do kind of deal with |
| 09:37:52 | 20 | it daily because of where I work at and stuff like |
| 09:37:56 | 21 | that.  So I'm familiar with a lot of it. |
| 09:37:58 | 22 | Q  Okay.  I'm going to circle back to that |
| 09:38:01 | 23 | later. |
| 09:38:04 | 24 | When did you begin working at Louisiana |
| 09:38:09 | 25 | State Penitentiary in Angola? |

William Rosso - March 12, 2025

| 09:38:10 | 1 | A  I started October 6, 2007 and I left briefly |
| 09:38:17 | 2 | and came back and started in 2008 and been here ever |
| 09:38:23 | 3 | since. |
| 09:38:23 | 4 | Q  What was your role when you first started? |
| 09:38:26 | 5 | A  I started as a cadet. |
| 09:38:29 | 6 | Q  And then were you promoted? |
| 09:38:34 | 7 | A  Absolutely. |
| 09:38:34 | 8 | Q  And what was your next role? |
| 09:38:39 | 9 | A  So I went all the way through the ranks.  I |
| 09:38:42 | 10 | began as a cadet working at death row.  I made |
| 09:38:46 | 11 | sergeant.  I went to Camp F, made lieutenant.  I |
| 09:38:53 | 12 | went to Camp C.  You know, at Angola we got several |
| 09:38:57 | 13 | different camps all over the place.  I made |
| 09:39:00 | 14 | lieutenant, went to Camp C.  I made captain.  I went |
| 09:39:04 | 15 | to Camp D.  I made major, stayed at Camp D for a |
| 09:39:09 | 16 | little while.  And then I got moved to main prison |
| 09:39:13 | 17 | west yard.  I did that for some years.  And then I |
| 09:39:17 | 18 | made a move to the main prison cell blocks as a |
| 09:39:22 | 19 | major, administrative major.  And then I made |
| 09:39:26 | 20 | lieutenant colonel and went back to the west yard. |
| 09:39:30 | 21 | Then I made colonel and I went to the |
| 09:39:36 | 22 | compound, something where we have a bunch of |
| 09:39:38 | 23 | schooling and rodeos and all that kind of stuff. |
| 09:39:41 | 24 | And then from there, I made Assistant Warden 2 and I |
| 09:39:45 | 25 | came to the main prison cell blocks, TU, and the |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:39:48 | 1 | treatment center.  And from there, I got moved to |
| 09:39:53 | 2 | the main prison east yard after a couple years and |
| 09:39:58 | 3 | then we got a bump up in rank.  So we all -- all our |
| 09:40:04 | 4 | assistant wardens that was 2s, we all got promoted |
| 09:40:07 | 5 | to Assistant Warden 3s.  And now I'm back over the |
| 09:40:12 | 6 | main prison cell blocks, TU, and the treatment |
| 09:40:17 | 7 | center. |
| 09:40:17 | 8 | Q  Okay.  Thank you.  That was a very complete |
| 09:40:21 | 9 | summary.  Focusing in on your time as colonel, do |
| 09:40:29 | 10 | you recall approximately when you first became a |
| 09:40:31 | 11 | colonel, a full colonel, not a lieutenant colonel? |
| 09:40:35 | 12 | A  A full colonel, I would have to go back and |
| 09:40:38 | 13 | look at my UHA.  I'm not real good with dates.  I've |
| 09:40:42 | 14 | been a warden for approximately about three years |
| 09:40:44 | 15 | now.  So you know, probably anywhere in that '21-ish |
| 09:40:50 | 16 | mark. |
| 09:40:50 | 17 | Q  Okay.  The events in this case relate to -- |
| 09:41:04 | 18 | or at least as pertain to Angola relate to |
| 09:41:07 | 19 | approximately from April 2021 to November 2022 when |
| 09:41:13 | 20 | Mr. Folks was incarcerated there, so that's the time |
| 09:41:17 | 21 | I'm going to focus on for the moment. |
| 09:41:21 | 22 | So in April 2021, is it your recollection |
| 09:41:26 | 23 | that you were a colonel? |
| 09:41:28 | 24 | A  I'm bad with dates.  I'd have to look and |
| 09:41:32 | 25 | see where I was then. |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:41:33 | 1 | Q  Okay.  Let me see if we can use a document |
| 09:41:38 | 2 | to see if we can refresh your recollection. |
| 09:41:41 | 3 | Ms. Diamond, would you please bring up the |
| 09:41:46 | 4 | March 1st, 2021 org chart that is Bates |
| 09:41:51 | 5 | number 000586.  Well, the page is 586, but we can |
| 09:41:56 | 6 | look through the document as a whole. |
| 09:42:01 | 7 | MS. DIAMOND:  Yes, can you all see my |
| 09:42:03 | 8 | screen? |
| 09:42:06 | 9 | MS. EDMONDSON:  And can you shrink it a |
| 09:42:08 | 10 | little bit, Ms. Diamond, so we can see the Bates |
| 09:42:11 | 11 | number as well? |
| 09:42:15 | 12 | MS. DIAMOND:  What page are we going on? |
| 09:42:18 | 13 | MS. EDMONDSON:  Let's just wait on that for |
| 09:42:19 | 14 | a moment. |
| 09:42:21 | 15 | THE WITNESS:  I can't see it.  It's all |
| 09:42:22 | 16 | blurry. |
| 09:42:23 | 17 | BY MS. EDMONDSON: |
| 09:42:23 | 18 | Q  Sure.  We can zoom in.  I just want to |
| 09:42:26 | 19 | describe the document for a moment.  So Mr. Rosso, |
| 09:42:30 | 20 | I'll represent to you that this is an organizational |
| 09:42:32 | 21 | chart produced by the State of Louisiana and it's |
| 09:42:38 | 22 | marked as being dated March 1st, 2021 in terms of |
| 09:42:43 | 23 | the time of the organization, as I understand it. |
| 09:42:47 | 24 | Okay.  If we can turn to page 586. |
| 09:43:04 | 25 | MS. DIAMOND:  Forgive the scrolling, please. |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:43:08 | 1 | MS. EDMONDSON:  That's okay.  We're all in |
| 09:43:10 | 2 | this remote world. |
| 09:43:12 | 3 | MS. DIAMOND:  Here we go. |
| 09:43:16 | 4 | BY MS. EDMONDSON: |
| 09:43:16 | 5 | Q  Okay.  Mr. Rosso, is that too small to read? |
| 09:43:22 | 6 | A  No. |
| 09:43:24 | 7 | Q  You can zoom in. |
| 09:43:26 | 8 | A  I see it. |
| 09:43:27 | 9 | Q  Okay.  In the blue box in the bottom right, |
| 09:43:32 | 10 | is that -- where it says William Rosso, is that you? |
| 09:43:36 | 11 | A  That is me. |
| 09:43:36 | 12 | Q  Okay.  And does that refresh your |
| 09:43:39 | 13 | recollection that at least in approximately |
| 09:43:41 | 14 | March 2021, you were a colonel? |
| 09:43:44 | 15 | A  Right. |
| 09:43:45 | 16 | Q  Okay.  The description here is east |
| 09:43:53 | 17 | yard/eight hour? |
| 09:43:55 | 18 | A  Right. |
| 09:43:56 | 19 | Q  Can you describe what that means in terms of |
| 09:44:01 | 20 | both location and your responsibilities? |
| 09:44:05 | 21 | A  So they had two -- excuse me.  If you see, |
| 09:44:10 | 22 | you see Carl Smith right there, they had two full |
| 09:44:14 | 23 | bird colonels, not light colonels, full bird.  I was |
| 09:44:18 | 24 | one of them.  Carl Smith was the other one.  I was |
| 09:44:21 | 25 | responsible for the main prison compound is the area |

William Rosso - March 12, 2025

| 09:44:24 | 1 | at main prison where we focus on a lot of the |
| 09:44:29 | 2 | projects that we have at Louisiana State |
| 09:44:32 | 3 | Penitentiary, like we have a re-entry program, we |
| 09:44:35 | 4 | have an auto body, mechanics, HVAC, all that type of |
| 09:44:39 | 5 | stuff.  And then you also have all the warehouses |
| 09:44:43 | 6 | where we supply all of our things that we use on a |
| 09:44:46 | 7 | daily basis.  We also have prison enterprise out |
| 09:44:50 | 8 | there where we make all the license plates in |
| 09:44:53 | 9 | Louisiana.  We make all the mattresses, locker |
| 09:44:56 | 10 | boxes, all that kind of stuff.  And then if you |
| 09:44:59 | 11 | hadn't never heard of it, we have our Angola prison |
| 09:45:02 | 12 | rodeo and you're responsible for that as well, |
| 09:45:05 | 13 | keeping up the grounds and, you know, the |
| 09:45:07 | 14 | maintenance and all that kind of stuff. |
| 09:45:09 | 15 | Q  Okay.  Thank you.  And as a colonel, can you |
| 09:45:14 | 16 | describe what your responsibilities were as the full |
| 09:45:18 | 17 | bird colonel or one of two full bird colonels with |
| 09:45:22 | 18 | responsibility for that area? |
| 09:45:23 | 19 | A  So over that area you mainly, as a full bird |
| 09:45:27 | 20 | colonel, you're supervising, you know.  You have |
| 09:45:29 | 21 | approximately about -- I would probably say about 15 |
| 09:45:31 | 22 | employees out there.  So it's kind of a small |
| 09:45:37 | 23 | employee, but we have approximately about 500 |
| 09:45:40 | 24 | inmates out there in those different areas, you |
| 09:45:44 | 25 | know, either in school or working or working on |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:45:47 | 1 | projects, et cetera, you know. |
| 09:45:49 | 2 | So it was just overseeing the daily |
| 09:45:53 | 3 | operations, taking care of projects, getting things |
| 09:45:57 | 4 | done, you know, taking care of the grounds and all |
| 09:46:00 | 5 | that kind of stuff, then of course, you know, |
| 09:46:03 | 6 | paperwork and keeping up with employees' time and |
| 09:46:07 | 7 | all that kind of things. |
| 09:46:08 | 8 | Q  Okay.  Just so I understand the geography |
| 09:46:15 | 9 | here, the east yard, that does not include the TU |
| 09:46:22 | 10 | treatment unit, is that correct? |
| 09:46:24 | 11 | A  No, ma'am.  Your main prison cell blocks, |
| 09:46:28 | 12 | treatment center, and TU is all kind of -- we're all |
| 09:46:33 | 13 | in the same big fence, but then they're their own |
| 09:46:39 | 14 | entity.  And then you've got the main prison east |
| 09:46:41 | 15 | yard and we used to have the main prison west yard, |
| 09:46:44 | 16 | but the east yard and west yard kind of go together |
| 09:46:47 | 17 | with the main prison compound. |
| 09:46:48 | 18 | Q  And just to clarify then, your |
| 09:46:51 | 19 | responsibility as a colonel at the time you were |
| 09:46:53 | 20 | stationed in the east yard did not include |
| 09:46:57 | 21 | supervision or other responsibilities related to the |
| 09:47:01 | 22 | TU, is that correct? |
| 09:47:02 | 23 | A  That is correct. |
| 09:47:02 | 24 | Q  Okay.  At this time, Mr. Rosso, did your |
| 09:47:13 | 25 | responsibilities include reviewing or responding to |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:47:18 | 1 | ARPs in any way? |
| 09:47:21 | 2 | A   Yes.   I mean, throughout your whole career |
| 09:47:25 | 3 | no matter where you work at, if you was involved in |
| 09:47:31 | 4 | a situation or dealt with that offender in any kind |
| 09:47:34 | 5 | of way, you could possibly be involved in an ARP, |
| 09:47:39 | 6 | you know, format, you know, as to what your role was |
| 09:47:42 | 7 | in that situation. |
| 09:47:44 | 8 | Q   And are there -- so I understand if you had |
| 09:47:50 | 9 | personal involvement in an event you might be |
| 09:47:53 | 10 | involved in responding to an ARP.   As a colonel, do |
| 09:47:57 | 11 | you have responsibility for reviewing the first step |
| 09:48:03 | 12 | review done by others of ARPs? |
| 09:48:05 | 13 | A   As a colonel, you're more hands-on with the |
| 09:48:12 | 14 | incident as far as reviewing it.   You look at it. |
| 09:48:14 | 15 | You -- most of the time you'll go talk to the |
| 09:48:18 | 16 | offender and see if you all can come to some type of |
| 09:48:21 | 17 | -- you know, fix the problem.   Or if it's something |
| 09:48:25 | 18 | that you can't fix, you know, if you're involved in |
| 09:48:27 | 19 | the incident, then you will respond to it, right. |
| 09:48:32 | 20 | And then it will go to the unit warden and then he |
| 09:48:36 | 21 | prepares a first level response and then it goes up |
| 09:48:38 | 22 | the chain from there. |
| 09:48:41 | 23 | MS. EDMONDSON:   Okay.   So you can take that |
| 09:48:51 | 24 | down, Ms. Diamond.   I'm sorry.   We should have |
| 09:48:54 | 25 | marked this.   I apologize.   I don't think, |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:49:00 | 1 | Ms. Rocca, we marked this as Exhibit 1, did we? |
| 09:49:05 | 2 | CERTIFIED STENOGRAPHER:  Not yet. |
| 09:49:18 | 3 | MS. EDMONDSON:  Ms. Rocca, can we mark this |
| 09:49:19 | 4 | Exhibit 1? |
| 09:49:23 | 5 | (Stenographer interruption.) |
| 09:49:23 | 6 | (Rosso Exhibit 1 marked for |
| 09:49:27 | 7 | identification.) |
| 09:49:27 | 8 | MS. EDMONDSON:  Ms. Diamond, can I ask you |
| 09:49:29 | 9 | to bring up a different document, the 12/1/2022 org |
| 09:49:37 | 10 | chart. |
| 09:49:38 | 11 | MS. DIAMOND:  Yes, I will share that now. |
| 09:49:56 | 12 | BY MS. EDMONDSON: |
| 09:49:57 | 13 | Q  Mr. Rosso, this is a document Bates stamped |
| 09:49:59 | 14 | 000717 and like the last one, I'll represent to you |
| 09:50:02 | 15 | that this was produced by the State of Louisiana and |
| 09:50:07 | 16 | is marked 12/1/2022.  And I will ask the court |
| 09:50:15 | 17 | reporter to mark this at some point as Exhibit 2. |
| 09:50:15 | 18 | (Rosso Exhibit 2 marked for |
| 09:50:19 | 19 | identification.) |
| 09:50:22 | 20 | MS. EDMONDSON:  Ms. Diamond, I'm going to |
| 09:50:23 | 21 | ask you to scroll to Bates page 798. |
| 09:50:23 | 22 | BY MS. EDMONDSON: |
| 09:50:39 | 23 | Q  And Mr. Rosso, can you see that or would you |
| 09:50:42 | 24 | like Ms. Diamond -- |
| 09:50:43 | 25 | A  I see it. |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:50:44 | 1 | Q  Okay, great.  Mr. Rosso, on the blue box on |
| 09:50:50 | 2 | the left, do you see -- |
| 09:50:53 | 3 | A  Yes, ma'am. |
| 09:50:54 | 4 | Q  -- your name, William Rosso? |
| 09:50:56 | 5 | A  Yes, ma'am. |
| 09:50:56 | 6 | Q  And that is indeed you? |
| 09:50:58 | 7 | A  Yes, ma'am, that's me. |
| 09:51:00 | 8 | Q  And the title here, Corrections Assistant |
| 09:51:08 | 9 | Warden 2, this reflects your promotion to Assistant |
| 09:51:11 | 10 | Warden 2, correct? |
| 09:51:11 | 11 | A  Correct. |
| 09:51:12 | 12 | Q  Okay.  And can you tell us -- above that, |
| 09:51:17 | 13 | there are some numbers and letters about, you know, |
| 09:51:21 | 14 | MP CB/TU/REBTC.  Can you explain what those acronyms |
| 09:51:28 | 15 | mean? |
| 09:51:29 | 16 | A  Yes, that will be main prison cell blocks, |
| 09:51:32 | 17 | that would be TU, which is meant for transitional |
| 09:51:36 | 18 | unit and REBTC is our treatment center.  It's called |
| 09:51:40 | 19 | Robert E. Barrow Treatment Center. |
| 09:51:42 | 20 | Q  Okay.  And Mr. Rosso, to the best of your |
| 09:51:49 | 21 | recollection, did you -- did your promotion to |
| 09:51:53 | 22 | Assistant Warden come with the transfer to this area |
| 09:51:56 | 23 | or -- |
| 09:51:56 | 24 | A  Yes. |
| 09:51:57 | 25 | Q  Okay. |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:51:58 | 1 | A  Yes. |
| 09:51:58 | 2 | Q  And how did your responsibilities as |
| 09:52:01 | 3 | Assistant Warden 2 differ from your responsibilities |
| 09:52:05 | 4 | as a colonel? |
| 09:52:06 | 5 | A  So your responsibility, it all depends on |
| 09:52:13 | 6 | what area that you're assigned to.  You know, of |
| 09:52:17 | 7 | course different areas of the prison house different |
| 09:52:19 | 8 | types of offenders and stuff like that.  So me as a |
| 09:52:23 | 9 | full bird colonel on the main prison east yard, |
| 09:52:26 | 10 | you're around a lot of good inmates, you know, the |
| 09:52:30 | 11 | ones that's trying to better themselves and do the |
| 09:52:32 | 12 | right thing, so forth and so on. |
| 09:52:34 | 13 | Now, whenever I got promoted to Assistant |
| 09:52:38 | 14 | Warden, I came to the main prison cell blocks, |
| 09:52:40 | 15 | treatment center, and TU where you're dealing with |
| 09:52:43 | 16 | offenders with mental health, disciplinary problems. |
| 09:52:47 | 17 | You got a lot of different parts, you know, going on |
| 09:52:51 | 18 | within the cell blocks. |
| 09:52:54 | 19 | Obviously, you know, in my role as far as |
| 09:52:57 | 20 | supervising employees jumped up.  Probably had |
| 09:53:01 | 21 | about -- you know, with this area, you have 12 |
| 09:53:04 | 22 | different shifts.  I probably got around about 150 |
| 09:53:09 | 23 | employees, you know, give or take.  You know, you're |
| 09:53:14 | 24 | dealing with the daily needs of the main prison cell |
| 09:53:16 | 25 | blocks, TU, and the treatment center. |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:53:19 | 1 | Q  Okay.  And approximately -- if you didn't |
| 09:53:23 | 2 | say this already, approximately how many prisoners |
| 09:53:27 | 3 | would have been in these different areas that you |
| 09:53:30 | 4 | named? |
| 09:53:30 | 5 | A  So TU holds roughly close to 190 depending |
| 09:53:37 | 6 | on if we have everything filled up, it's around |
| 09:53:41 | 7 | there.  Main prison cell blocks, we're normally |
| 09:53:46 | 8 | around 3 to 400.  It depends on what custody levels |
| 09:53:52 | 9 | we have at that time and whether we have two people |
| 09:53:55 | 10 | in a cell or one.  You know, so it depends on that. |
| 09:53:58 | 11 | And then the treatment center differs.  Usually we |
| 09:54:02 | 12 | got about 40 patients in each area of Ward 1 and |
| 09:54:06 | 13 | Ward 2. |
| 09:54:07 | 14 | Q  And can you distinguish for me the purpose |
| 09:54:12 | 15 | that the transition unit, the TU, serves versus the |
| 09:54:16 | 16 | treatment center?  How are the inmates who are |
| 09:54:20 | 17 | housed in each place different? |
| 09:54:21 | 18 | A  So TU is where we house -- downstairs we |
| 09:54:28 | 19 | have all of our mental health patients where mental |
| 09:54:32 | 20 | health deems that they're part of the mental health |
| 09:54:34 | 21 | program.  That's six tiers; six, you know, different |
| 09:54:39 | 22 | tiers of 15-man cells where you'll have one person |
| 09:54:43 | 23 | in each cell.  So downstairs is all TU mental |
| 09:54:48 | 24 | health.  Upstairs has changed here and there |
| 09:54:52 | 25 | throughout the years and stuff, but for the most |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:54:54 | 1 | part, it is all extended lockdown or P1 is what we |
| 09:54:59 | 2 | call it now.  And that is generally offenders that's |
| 09:55:04 | 3 | either on protection or they got bad disciplinary |
| 09:55:07 | 4 | problems, things of that nature. |
| 09:55:10 | 5 | And then we also have timeout cells at TU |
| 09:55:14 | 6 | where we house offenders to either protect them from |
| 09:55:20 | 7 | somebody else or themselves to where we can watch |
| 09:55:23 | 8 | them, monitor them closely, so forth and so on. |
| 09:55:28 | 9 | Q  Okay.  Thank you.  And then the treatment |
| 09:55:32 | 10 | center, how does that differ? |
| 09:55:33 | 11 | A  The treatment center's totally different. |
| 09:55:37 | 12 | We do have locked rooms inside the treatment center |
| 09:55:41 | 13 | to where we can take care of our cell block |
| 09:55:45 | 14 | population, our maximum security offenders where we |
| 09:55:48 | 15 | can take care of them, you know, medically if need |
| 09:55:51 | 16 | be or mental health sometimes uses them to observe |
| 09:55:54 | 17 | patients that are causing harm to theirself and |
| 09:55:57 | 18 | stuff. |
| 09:55:57 | 19 | And then obviously we got the general |
| 09:56:01 | 20 | population offenders that's in the board -- excuse |
| 09:56:05 | 21 | me -- in the beds kind of just like a nursing |
| 09:56:08 | 22 | home-type setting, you know.  That's usually our |
| 09:56:13 | 23 | older, sicker population that needs care constantly. |
| 09:56:19 | 24 | Q  And when prisoners -- if prisoners are taken |
| 09:56:25 | 25 | to a hospital offsite, are they returned to a |

William Rosso - March 12, 2025

Page 21

| | | |
|---|---|---|
| 09:56:28 | 1 | treatment center or elsewhere? |
| 09:56:29 | 2 | A  It depends on their level of need.  So |
| 09:56:31 | 3 | sometimes depending on the severity of the |
| 09:56:34 | 4 | situation, they could come back and have to spend |
| 09:56:38 | 5 | some time on the hospital ward so medical can keep a |
| 09:56:44 | 6 | close eye on their situation.  And then sometimes |
| 09:56:47 | 7 | I've seen them when they go out, they come back, |
| 09:56:50 | 8 | they're good, they're healthy, and then they go back |
| 09:56:53 | 9 | to their regular living quarters.  Just depends on |
| 09:56:56 | 10 | the situation with the medical and the surgeries and |
| 09:56:58 | 11 | this and that. |
| 09:57:00 | 12 | Q  When you were an Assistant Warden 2 in this |
| 09:57:09 | 13 | area as reflected on Exhibit 2, did you have |
| 09:57:15 | 14 | responsibility for reviewing ARPs? |
| 09:57:20 | 15 | A  Yes. |
| 09:57:20 | 16 | Q  And did that responsibility differ from what |
| 09:57:26 | 17 | your responsibility had been as a colonel before? |
| 09:57:28 | 18 | A  Yes, because I actually kind of prepared the |
| 09:57:31 | 19 | responses and stuff towards the ARPs and -- you |
| 09:57:37 | 20 | know, if we couldn't resolve them. |
| 09:57:38 | 21 | Q  Okay.  And can you -- I guess a point of |
| 09:57:44 | 22 | clarification.  When I use the term "ARP," I'm |
| 09:57:47 | 23 | referring to the Administrative Remedy Procedure. |
| 09:57:50 | 24 | You be understand that? |
| 09:57:51 | 25 | A  Yes, ma'am. |

William Rosso - March 12, 2025

Page 22

| | | |
|---|---|---|
| 09:57:52 | 1 | Q  And can you define for me the term "first |
| 09:57:58 | 2 | step review" as you understand it? |
| 09:58:00 | 3 | A  As I understand it, the first step review is |
| 09:58:04 | 4 | part of my duties as an Assistant Warden is whenever |
| 09:58:09 | 5 | he files an ARP and it goes through legal programs, |
| 09:58:12 | 6 | they will send it out to the unit heads, which would |
| 09:58:15 | 7 | be the assistant wardens.  And we review them, we |
| 09:58:18 | 8 | look at them.  If we cannot resolve the issue that |
| 09:58:23 | 9 | the offender has, you know, by either communicating |
| 09:58:26 | 10 | or taking care of whatever he needs, you know, or is |
| 09:58:29 | 11 | trying to get, you know -- of course if we're you |
| 09:58:32 | 12 | know having a problem or anything like that, if we |
| 09:58:35 | 13 | can't resolve the matter, then I'll prepare the |
| 09:58:38 | 14 | first response by basically investigating the ARP, |
| 09:58:42 | 15 | seeing what the facts are in it, talking to any |
| 09:58:46 | 16 | employees that are involved in it, getting |
| 09:58:48 | 17 | statements from them, and then basically turning it |
| 09:58:51 | 18 | into a summary of, you know, facts of the -- of the |
| 09:58:55 | 19 | situation. |
| 09:58:56 | 20 | And then from there it goes back up to legal |
| 09:58:59 | 21 | programs.  And whatever deputy warden is assigned to |
| 09:59:04 | 22 | that area at that time up there, then they'll review |
| 09:59:07 | 23 | it and usually sign off on the second level where |
| 09:59:10 | 24 | there's a deputy warden or chief of security or |
| 09:59:13 | 25 | anything like that. |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 09:59:14 | 1 | Q  I want to break that down.  That was very |
| 09:59:19 | 2 | helpful, but I want to break down some of the pieces |
| 09:59:24 | 3 | of that. |
| 09:59:24 | 4 | So when you're investigating the ARP, is |
| 09:59:28 | 5 | part of your process to speak to the complaining |
| 09:59:31 | 6 | inmate? |
| 09:59:33 | 7 | A  Yes. |
| 09:59:34 | 8 | Q  Okay.  And do you do that in all cases? |
| 09:59:38 | 9 | A  99 percent of the time I do. |
| 09:59:40 | 10 | Q  And as part of that, I think you mentioned |
| 09:59:48 | 11 | that you might talk to the employee involved as |
| 09:59:50 | 12 | well? |
| 09:59:51 | 13 | A  Yes. |
| 09:59:51 | 14 | Q  Okay.  And to the extent that the issue |
| 10:00:03 | 15 | complained of involves something that's medical or |
| 10:00:08 | 16 | perhaps medical in nature, would your investigation |
| 10:00:11 | 17 | include review of any medical records? |
| 10:00:12 | 18 | A  No, I would not review medical because I'm |
| 10:00:15 | 19 | not medical.  I'm security.  So somebody from the |
| 10:00:20 | 20 | medical field, medical department, you know, their |
| 10:00:22 | 21 | role would take part in that. |
| 10:00:24 | 22 | Q  So would you refer the ARP to someone in the |
| 10:00:28 | 23 | medical department to look at it? |
| 10:00:30 | 24 | A  We just kind of answer and prepare what is |
| 10:00:35 | 25 | pertaining to us as security, if it's any security |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:00:37 | 1 | issues or with a security officer, myself |
| 10:00:42 | 2 | personally, then we respond to that.  Anything |
| 10:00:45 | 3 | medical, you know, legal programs and get that |
| 10:00:47 | 4 | information from medical and then they'll put it |
| 10:00:50 | 5 | together and stuff. |
| 10:00:51 | 6 | Q  Okay.  So if I understand correctly just to |
| 10:00:54 | 7 | clarify, legal programs is responsible to the extent |
| 10:00:57 | 8 | that there's anything medical and making sure that |
| 10:01:00 | 9 | gets to medical?  That's not your job as security? |
| 10:01:03 | 10 | A  Right.  We kind of determine what the ARP is |
| 10:01:05 | 11 | and what it's about, you know.  If it's about |
| 10:01:08 | 12 | medical, then medical gets the ARP and then they |
| 10:01:11 | 13 | take care of it.  If it's about security, then |
| 10:01:14 | 14 | security will get the ARP and we'll take care of it, |
| 10:01:18 | 15 | if that makes sense. |
| 10:01:19 | 16 | Q  Okay.  Yes.  Who decides whether an ARP is |
| 10:01:25 | 17 | timely, is filed within the right time period? |
| 10:01:28 | 18 | A  So well, there's policy and procedures and |
| 10:01:32 | 19 | stuff and whenever they file the ARP, legal programs |
| 10:01:35 | 20 | will look at it and see when it was submitted and so |
| 10:01:38 | 21 | forth and so on. |
| 10:01:39 | 22 | Q  And do you know if legal programs determines |
| 10:01:43 | 23 | that an ARP is not timely, does it still come to you |
| 10:01:47 | 24 | as security or do you never see it then? |
| 10:01:50 | 25 | A  Yeah, we'll see it.  So it will -- a lot of |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:01:54 | 1 | them come in late due to a lot of them have multiple |
| 10:01:57 | 2 | ARPs in the system.  You have some offenders that |
| 10:02:02 | 3 | never write ARPs and you got some offenders that |
| 10:02:05 | 4 | write on every little thing that they can just |
| 10:02:07 | 5 | because that's their right and they can do it. |
| 10:02:09 | 6 | And with those guys there, you know, |
| 10:02:13 | 7 | typically, you know, they have so many in the system |
| 10:02:16 | 8 | that usually you'll see one that's backlogged, you |
| 10:02:19 | 9 | know, that's been in the system for a while and it's |
| 10:02:22 | 10 | just now getting around because you can only have so |
| 10:02:25 | 11 | many in the system at a time, so forth and so on. |
| 10:02:28 | 12 | Q  Okay.  But it still comes to you even if |
| 10:02:31 | 13 | it's late, is that accurate? |
| 10:02:33 | 14 | A  Yeah, yeah. |
| 10:02:34 | 15 | Q  Okay.  And are -- we mentioned the Americans |
| 10:02:43 | 16 | with Disabilities Act, the ADA, earlier.  Do inmates |
| 10:02:48 | 17 | ever made ADA requests for accommodation through the |
| 10:02:51 | 18 | ARP process? |
| 10:02:52 | 19 | A  Yes, they can. |
| 10:02:53 | 20 | Q  Okay.  Is that the primary way they're |
| 10:02:56 | 21 | supposed to make them -- make such complaints to |
| 10:03:00 | 22 | your knowledge? |
| 10:03:00 | 23 | A  To my knowledge, yes. |
| 10:03:02 | 24 | Q  Okay.  And do you know if ARPs that include |
| 10:03:10 | 25 | a request for accommodation, are those routed to |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:03:14 | 1 | medical, do you know? |
| 10:03:15 | 2 | A  I'm unsure, but I would really think so.  I |
| 10:03:21 | 3 | don't -- it would probably be routed to our ADA |
| 10:03:24 | 4 | coordinator which is usually the deputy warden, |
| 10:03:27 | 5 | whoever it was at that time in that area. |
| 10:03:29 | 6 | Q  And would you -- if there was an ARP with an |
| 10:03:38 | 7 | ADA complaint or request for accommodation, as the |
| 10:03:43 | 8 | Assistant Warden for that area, is that something |
| 10:03:46 | 9 | you would see? |
| 10:03:48 | 10 | A  I'm not going to say that I wouldn't see it, |
| 10:03:52 | 11 | but I'm not going to say that I would answer it or |
| 10:03:55 | 12 | not.  You know, we get ARPs sometimes and we read |
| 10:03:57 | 13 | and it's like, okay, this doesn't have anything to |
| 10:04:00 | 14 | do with us.  We need to reroute it to this person so |
| 10:04:03 | 15 | they can answer it, so forth and so on. |
| 10:04:05 | 16 | Q  Okay.  Thanks.  So switching gears, |
| 10:04:13 | 17 | Mr. Rosso, I'm going to speak about the Plaintiff in |
| 10:04:18 | 18 | this case, Joshua Folks.  Do you recall that name, |
| 10:04:22 | 19 | Joshua Folks? |
| 10:04:23 | 20 | A  Yes, ma'am, I remember him. |
| 10:04:25 | 21 | Q  And do you remember Mr. Folks as a person? |
| 10:04:29 | 22 | Can you summon his face to mind? |
| 10:04:31 | 23 | A  Can I do what? |
| 10:04:33 | 24 | Q  Can you summon his face to your mind, not |
| 10:04:36 | 25 | just the name, you remember him personally? |

William Rosso - March 12, 2025

Page 27

| | | |
|---|---|---|
| 10:04:38 | 1 | A  Yeah, I can see him. |
| 10:04:40 | 2 | Q  And do you recall any incidents with |
| 10:04:48 | 3 | Mr. Folks engaging in self-harming behavior? |
| 10:04:54 | 4 | A  I'll tell you what, it's probably too many |
| 10:04:57 | 5 | to recall all of them.  He's always hurt hisself and |
| 10:05:02 | 6 | do all kinds of things. |
| 10:05:04 | 7 | Q  Did Mr. Folks have a reputation for engaging |
| 10:05:09 | 8 | in self-harm?  Was that generally well-known? |
| 10:05:11 | 9 | A  Yes. |
| 10:05:12 | 10 | Q  And are there specific incidents that you do |
| 10:05:23 | 11 | remember of Mr. Folks engaging in self-harm? |
| 10:05:27 | 12 | A  I'm going to be honest with you, you know, |
| 10:05:32 | 13 | when you deal with these cell blocks all day long |
| 10:05:35 | 14 | your whole life, you kind -- you've had so many |
| 10:05:38 | 15 | incidents to where, you know, you don't really |
| 10:05:42 | 16 | remember specific ones.  But I mean, I remember |
| 10:05:46 | 17 | Joshua Folks whenever he used to cut hisself, he |
| 10:05:49 | 18 | wasn't like the average one that just barely nicks |
| 10:05:52 | 19 | hisself.  I know he cut hisself and he cut hisself |
| 10:05:56 | 20 | bad.  So whenever he cut hisself, you -- pretty much |
| 10:06:00 | 21 | you're on the quickness to get medical and stuff |
| 10:06:04 | 22 | involved because he usually bled a lot. |
| 10:06:08 | 23 | I remember one incident I think he shoved a |
| 10:06:10 | 24 | pencil in his neck or something like that.  He |
| 10:06:14 | 25 | shoved a pencil somewhere, poked it all the way |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:06:18 | 1 | through.  And I remember one time, he almost bled |
| 10:06:21 | 2 | out, but I can't remember exactly where he cut |
| 10:06:24 | 3 | hisself on that one.  But I think that scared him |
| 10:06:28 | 4 | enough to make him kind of slow down on how he was |
| 10:06:31 | 5 | doing things. |
| 10:06:34 | 6 | Q  And so I understand from -- withdrawn.  Let |
| 10:06:43 | 7 | me ask differently. |
| 10:06:44 | 8 | Was Mr. Folks the only inmate you |
| 10:06:47 | 9 | encountered who engaged in self-harm? |
| 10:06:51 | 10 | A  Oh, no. |
| 10:06:51 | 11 | MS. PAYNE:  Object to form.  You can answer. |
| 10:06:54 | 12 | A  I said we encounter that daily, if not daily |
| 10:07:00 | 13 | every other day.  You know, in the cell block |
| 10:07:03 | 14 | settings, you're generally, especially dealing with |
| 10:07:06 | 15 | the mental health population and stuff like that, |
| 10:07:09 | 16 | some are severe, some are not severe obviously.  But |
| 10:07:13 | 17 | we deal with that all the time. |
| 10:07:15 | 18 | Q  And in your experience, on the scale from |
| 10:07:21 | 19 | not severe to severe, where did Mr. Folks' self-harm |
| 10:07:25 | 20 | fall? |
| 10:07:26 | 21 | MS. PAYNE:  Object to form. |
| 10:07:27 | 22 | A  Excuse me. |
| 10:07:30 | 23 | MS. PAYNE:  You can answer. |
| 10:07:31 | 24 | A  He was pretty severe most of the time. |
| 10:07:34 | 25 | Q  Do you recall where Mr. Folks was housed for |

William Rosso - March 12, 2025

| 10:07:56 | 1 | the principal part of his time at Louisiana State |
| 10:08:01 | 2 | Penitentiary between April and -- between 2021 and |
| 10:08:05 | 3 | 2022? |
| 10:08:06 | 4 | A  Yes, he was at TU in the timeout cells. |
| 10:08:10 | 5 | Q  And can you describe what a timeout cell is? |
| 10:08:19 | 6 | A  A timeout cell is nothing more than a |
| 10:08:23 | 7 | regular cell that's on the tier.  It's actually |
| 10:08:27 | 8 | maybe just a little bit bigger.  It's separated from |
| 10:08:34 | 9 | the tier.  They're by theirselves, but they're |
| 10:08:38 | 10 | closely monitored.  They're right there in the lobby |
| 10:08:42 | 11 | where the security officer is.  They also have a |
| 10:08:45 | 12 | security camera in there.  I'm not sure if we had |
| 10:08:48 | 13 | them in 2021, but I think we did. |
| 10:08:53 | 14 | They're where we put our people that are |
| 10:08:56 | 15 | either severely problematic to where they are |
| 10:09:01 | 16 | constantly, you know, harming security.  Or we put |
| 10:09:05 | 17 | people in there for their own safety to where we can |
| 10:09:09 | 18 | monitor them more closely than just having them on a |
| 10:09:13 | 19 | tier down there at the end and nobody, you know, is |
| 10:09:16 | 20 | watching them other than when they make their |
| 10:09:18 | 21 | rounds, you know, and see them. |
| 10:09:20 | 22 | Q  Are there special procedures undertaken for |
| 10:09:35 | 23 | prisoners in the timeout cells who have a history of |
| 10:09:39 | 24 | self-harm in terms of removing possibly dangerous |
| 10:09:44 | 25 | material from the cell? |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:09:46 | 1 | A  Yes.  I mean, we perform regular shakedowns |
| 10:09:50 | 2 | on offenders, especially in those timeout cell |
| 10:09:54 | 3 | settings.  But I will say it's been through my |
| 10:09:58 | 4 | experience, you know, if somebody wants to hurt |
| 10:10:00 | 5 | theirselves, there's some kind of way they going to |
| 10:10:03 | 6 | try and figure out a way to do it, you know. |
| 10:10:06 | 7 | So when we shake them down, we do the best |
| 10:10:10 | 8 | job we can.  But I mean, if you got a little bitty |
| 10:10:13 | 9 | razor blade at the roof of your mouth or in the back |
| 10:10:16 | 10 | of your jaws or something like that, you know, |
| 10:10:20 | 11 | concealed or hidden somewhere in a crack, you know, |
| 10:10:22 | 12 | that could be overlooked and they know where it's |
| 10:10:25 | 13 | at, they can get it and, you know, they can do |
| 10:10:26 | 14 | self-harm.  I've seen inmates with their fingernails |
| 10:10:30 | 15 | cut things wide open, you know, especially whenever |
| 10:10:32 | 16 | you're dealing with people that's scarred up, you |
| 10:10:35 | 17 | know where there's scars everywhere, I mean they can |
| 10:10:38 | 18 | easily tear them scars apart. |
| 10:10:40 | 19 | Q  Okay.  What about restraints, were |
| 10:10:45 | 20 | restraints used in the timeout cells? |
| 10:10:48 | 21 | A  They can be. |
| 10:10:50 | 22 | Q  Okay.  And to your recollection, was |
| 10:10:56 | 23 | Mr. Folks in restraints? |
| 10:10:57 | 24 | A  To my recollection, no, but I'm not saying |
| 10:11:00 | 25 | that he wasn't ever placed on either a mental health |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:11:05 | 1 | extreme watch, which is generally where we'll use |
| 10:11:08 | 2 | restraints to have them lay on the bed to keep them |
| 10:11:11 | 3 | from harming theirselves, or if he was on a security |
| 10:11:15 | 4 | four-point which is where, you know, we follow our |
| 10:11:18 | 5 | policies and such and if there's anything that he's |
| 10:11:21 | 6 | doing that, you know, is detrimental to himself or |
| 10:11:25 | 7 | security and it doesn't fall in line with mental |
| 10:11:28 | 8 | health, you know, specifically, then we can place |
| 10:11:30 | 9 | him on a security four-point and then we follow our |
| 10:11:33 | 10 | procedures and stuff from there. |
| 10:11:35 | 11 | Q  Did there come a time when Mr. Folks was |
| 10:11:49 | 12 | transferred out of the TU, to your knowledge? |
| 10:11:52 | 13 | A  If I remember right and if I recall it |
| 10:11:55 | 14 | right, I remember Josh had calmed down from cutting |
| 10:12:01 | 15 | himself, like I said, from that incident where I |
| 10:12:04 | 16 | think he just about -- he just about succeeded.  And |
| 10:12:09 | 17 | his behavior got better.  And we had room at death |
| 10:12:15 | 18 | row CCR, which is closed cell restriction, but we |
| 10:12:21 | 19 | made room back there with -- for pretrials, you |
| 10:12:26 | 20 | know, just so happened.  And I believe that's where |
| 10:12:29 | 21 | he went home from was death row. |
| 10:12:32 | 22 | Q  And when he was on death row, was that |
| 10:12:37 | 23 | within your area of supervision? |
| 10:12:39 | 24 | A  No, ma'am. |
| 10:12:40 | 25 | Q  Just a moment.  Mr. Rosso, were you |

William Rosso - March 12, 2025

Page 32

10:12:58  1      physically present for any of the incidents where

10:13:01  2      Mr. Folks engaged in self-harm?

10:13:06  3          A  I don't believe I ever watched him cut

10:13:09  4      himself, you know, present.

10:13:12  5          Q  Were you present for the aftermath?  For

10:13:16  6      example, you know, not there for when he put a

10:13:18  7      pencil in his neck, but immediately after?

10:13:20  8          A  I remember seeing him after several

10:13:25  9      situations.

10:13:27  10         Q  Okay.  And would that have been in the

10:13:34  11     clinic or treatment center or on the cell block?

10:13:36  12         A  So on the cell blocks and stuff we make

10:13:39  13     rounds throughout the units and stuff and checking

10:13:41  14     on guys and stuff.  And I specifically -- I try to

10:13:45  15     go see my guys in the timeout cells as much as

10:13:48  16     possible because they're generally the ones that

10:13:50  17     need the most attention as far as, you know, how you

10:13:53  18     doing today, you good, or all right, what's wrong.

10:13:56  19     You know, and you try to help those guys out and

10:14:00  20     making sure they got what they need and stuff like

10:14:02  21     that.

10:14:03  22             So I would have seen him both because I

10:14:06  23     supervise the hospital as well as far as security.

10:14:09  24     So if we had an incident go on over there where it

10:14:12  25     was severe, I might have got called to the ATU and

William Rosso - March 12, 2025

Page 33

| | | |
|---|---|---|
| 10:14:15 | 1 | go over there and talk to him and, you know, I |
| 10:14:20 | 2 | definitely see him over here on the cell block |
| 10:14:22 | 3 | setting too.  So I'll see him at both. |
| 10:14:25 | 4 |    Q  And in your conversations with Mr. Folks, |
| 10:14:31 | 5 | did you ever ask him why he was self-harming? |
| 10:14:34 | 6 |    A  Yeah, I actually did.  One time I do |
| 10:14:36 | 7 | remember Josh, whenever he was over here and he kind |
| 10:14:40 | 8 | of settled down and, you know, once you're around |
| 10:14:43 | 9 | somebody for a little while, you kind of get to know |
| 10:14:47 | 10 | them and learn them.  I asked him I said, Josh, why |
| 10:14:49 | 11 | you keep cutting yourself?  He said well, Warden |
| 10:14:54 | 12 | Rosso, he said I've always done it and he said, |
| 10:14:56 | 13 | whenever I went to -- whenever he went to his parish |
| 10:15:00 | 14 | prison, he said he didn't like it there and he knew |
| 10:15:03 | 15 | that they didn't care for him or something.  He said |
| 10:15:06 | 16 | so I know how to make them work basically.  And |
| 10:15:09 | 17 | that's whenever he started cutting himself all the |
| 10:15:12 | 18 | time. |
| 10:15:12 | 19 |    And you know, of course our smaller prisons |
| 10:15:14 | 20 | and parish prisons and stuff like that, they have a |
| 10:15:18 | 21 | little bit harder time with treating those kind of |
| 10:15:21 | 22 | people and taking care of them due to having to |
| 10:15:24 | 23 | constantly getting them in the ambulance and go to |
| 10:15:26 | 24 | medical, whatever it is.  So a lot of times they'll |
| 10:15:28 | 25 | transfer those type guys up here.  And then that's |

William Rosso - March 12, 2025

Page 34

| | | |
|---|---|---|
| 10:15:32 | 1 | where he landed at, you know, whenever he came to |
| 10:15:35 | 2 | TU.  And you know, that's about really all I |
| 10:15:39 | 3 | remember him, you know, saying that he was basically |
| 10:15:42 | 4 | doing it to get away from his place of business, you |
| 10:15:46 | 5 | know, place of where he was originally locked up at. |
| 10:15:49 | 6 | Q  Did he ever offer you any explanation for |
| 10:15:53 | 7 | why he kept engaging in self-harm even after he'd |
| 10:15:57 | 8 | gotten to Angola? |
| 10:15:59 | 9 | A  If he did, I don't recall it.  We have |
| 10:16:03 | 10 | conversations all the time with these guys. |
| 10:16:06 | 11 | Q  Do you recall ever -- Mr. Folks ever |
| 10:16:15 | 12 | describing any changes in his circumstances, any |
| 10:16:18 | 13 | accommodations that might make him less likely to |
| 10:16:22 | 14 | self-harm? |
| 10:16:24 | 15 | A  No, other than him not doing it, you know, |
| 10:16:28 | 16 | for a period of time.  You know, a lot of these guys |
| 10:16:32 | 17 | say one thing but do another.  So usually time will |
| 10:16:35 | 18 | tell whether you are sincere about what you're |
| 10:16:39 | 19 | saying or not.  But I don't remember any specific |
| 10:16:42 | 20 | conversation that we had. |
| 10:16:44 | 21 | Q  Do you recall whether you ever asked him if |
| 10:16:47 | 22 | there were changes to his circumstances that would |
| 10:16:53 | 23 | prevent him from self-harming or lessen the |
| 10:16:56 | 24 | likelihood he might self-harm? |
| 10:16:59 | 25 | MS. PAYNE:  Object to form. |

William Rosso - March 12, 2025

Page 35

| | | |
|---|---|---|
| 10:17:00 | 1 | A  I can't recall. |
| 10:17:01 | 2 | Q  Do you recall ever communicating with the |
| 10:17:18 | 3 | medical staff about not a particular incident of |
| 10:17:24 | 4 | self-harm, but Mr. Folks' persistent habit of |
| 10:17:30 | 5 | self-harming? |
| 10:17:32 | 6 | A  No.  Medical knows him just like we do.  So |
| 10:17:36 | 7 | I mean, they're the ones that's always attending to |
| 10:17:38 | 8 | him and taking care of him and sewing him up and, |
| 10:17:42 | 9 | you know, triaging him and stuff.  So I mean, they |
| 10:17:47 | 10 | know him just as well as -- they know him better |
| 10:17:51 | 11 | probably because they're dealing with him all the |
| 10:17:53 | 12 | time.  I'm here 18 and 12 hours a day.  They're here |
| 10:17:57 | 13 | 24/7. |
| 10:17:58 | 14 | Q  Do you recall if you ever discussed |
| 10:18:01 | 15 | Mr. Folks' case with the ADA coordinator? |
| 10:18:06 | 16 | A  I don't believe. |
| 10:18:12 | 17 | Q  Okay.  Mr. Rosso, we've been going for about |
| 10:18:18 | 18 | 45 minutes.  I'm happy to keep going, but if anybody |
| 10:18:21 | 19 | would like to take a break, I'm also happy to take a |
| 10:18:24 | 20 | break if now is a good time.  That includes |
| 10:18:26 | 21 | Ms. Rocca if you'd like to take a break? |
| 10:18:31 | 22 | A  I'm good.  I'm ready to go. |
| 10:18:33 | 23 | Q  Ms. Payne, you're fine? |
| 10:18:36 | 24 | MS. PAYNE:  Yes. |
| 10:18:37 | 25 | MS. EDMONDSON:  We can continue on.  I just |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:18:39 | 1 | want to make sure our court reporter is doing okay. |
| 10:18:42 | 2 | So Ms. Diamond if you could take that down.  And |
| 10:18:45 | 3 | then I'm going to ask you to show another document. |
| 10:18:49 | 4 | If you can show in the ARPs folder, the document |
| 10:18:54 | 5 | Bates stamped 0001. |
| 10:18:54 | 6 | (Rosso Exhibit 3 marked for |
| 10:19:04 | 7 | identification.) |
| 10:19:04 | 8 | MS. DIAMOND:  Make sure they're organized in |
| 10:19:09 | 9 | a way where you can see that. |
| 10:19:10 | 10 | BY MS. EDMONDSON: |
| 10:19:10 | 11 | Q  And I'll ask Ms. Rocca to mark this as |
| 10:19:14 | 12 | Exhibit 3 once she receives it. |
| 10:19:22 | 13 | So Mr. Rosso, this Exhibit 3 is a document |
| 10:19:29 | 14 | produced by the State of Louisiana of copies of an |
| 10:19:37 | 15 | ARP and associated documents.  And Mr. Rosso, I |
| 10:19:42 | 16 | think what would be easiest, if it works for you, |
| 10:19:45 | 17 | are you able to utilize the -- if we put it in the |
| 10:19:49 | 18 | chat, are you able to download it?  Or Ms. Diamond |
| 10:19:52 | 19 | -- actually let's go off the record for a moment and |
| 10:19:54 | 20 | let me handle these logistics for a second if you |
| 10:19:56 | 21 | don't mind? |
| 10:19:56 | 22 | VIDEOGRAPHER:  We are off the record.  The |
| 10:19:58 | 23 | time is 10:20 a.m. |
| 10:19:59 | 24 | (Short recess.) |
| 10:22:15 | 25 | VIDEOGRAPHER:  We are back on the record. |

William Rosso - March 12, 2025

Page 37

| | | |
|---|---|---|
| 10:22:55 | 1 | The time is 10:23 a.m. |
| 10:22:58 | 2 | BY MS. EDMONDSON: |
| 10:22:59 | 3 | Q  Great.  Thank you for your patience, |
| 10:23:03 | 4 | Mr. Rosso. |
| 10:23:03 | 5 | So you've now, as I understand it, been able |
| 10:23:07 | 6 | to download the document that starts with Bates |
| 10:23:14 | 7 | Stamp 00001 and goes to Bates Stamp 000019? |
| 10:23:20 | 8 | A  Yes. |
| 10:23:22 | 9 | Q  And Mr. Rosso, this is a document, if you go |
| 10:23:31 | 10 | to the second page Bates stamped 2, that relates to |
| 10:23:39 | 11 | an incident in 2019 which, just to be clear, is |
| 10:23:44 | 12 | outside the time range of this Complaint.  But my |
| 10:23:47 | 13 | question is just very simple for you.  If you |
| 10:23:50 | 14 | wouldn't mind paging through this document and |
| 10:23:53 | 15 | letting me know if you recall if you've seen this |
| 10:23:55 | 16 | before and if your signature is on it anywhere? |
| 10:24:48 | 17 | A  I just scrolled through everything.  I don't |
| 10:24:50 | 18 | recall this ARP and I have not seen my signature on |
| 10:24:55 | 19 | it anywhere. |
| 10:24:56 | 20 | Q  Okay.  Thank you.  You can close that one. |
| 10:25:01 | 21 | I'm going to put another document into the chat. |
| 10:25:01 | 22 | (Rosso Exhibit 4 marked for |
| 10:25:12 | 23 | identification.) |
| 10:25:12 | 24 | BY MS. EDMONDSON: |
| 10:25:12 | 25 | Q  I'm going to try to anyway.  Okay, there |

William Rosso — March 12, 2025

Page 38

| | | |
|---|---|---|
| 10:25:17 | 1 | should be another document showing up in the chat. |
| 10:25:24 | 2 | If you can try to download that.  And I'll ask |
| 10:25:27 | 3 | Ms. Rocca to mark that as Exhibit 4. |
| 10:25:44 | 4 | For the record, this is a document Bates |
| 10:25:45 | 5 | stamped 00020 through 00040 and is an ARP and |
| 10:25:55 | 6 | related documents relating to Mr. Joshua Folks. |
| 10:26:02 | 7 | Mr. Rosso, if you can go to the second page |
| 10:26:05 | 8 | of this document. |
| 10:26:10 | 9 | A  Okay. |
| 10:26:12 | 10 | Q  You'll see that this is November 9th, 2021, |
| 10:26:18 | 11 | the date of the incident.  Do you see that? |
| 10:26:20 | 12 | A  Right. |
| 10:26:21 | 13 | Q  Do you recall whether at that time you were |
| 10:26:26 | 14 | already in your Assistant Warden position or whether |
| 10:26:29 | 15 | you were still at that time in the east yard, I |
| 10:26:35 | 16 | believe? |
| 10:26:35 | 17 | A  I'm not real sure.  I'd have to look back |
| 10:26:39 | 18 | and see whenever I got assigned on that org chart, |
| 10:26:43 | 19 | you know, the date that I was actually assigned over |
| 10:26:46 | 20 | here. |
| 10:26:46 | 21 | Q  I'll represent to you this date is between |
| 10:26:48 | 22 | the two org charts we have.  So but that's fine for |
| 10:26:52 | 23 | this purpose. |
| 10:26:54 | 24 | Would you mind looking through this document |
| 10:26:58 | 25 | and identifying if you recall seeing it before and |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:27:04 | 1 | if -- well, why don't we just start there, if you |
| 10:27:09 | 2 | recall seeing it before? |
| 10:27:10 | 3 | A  I'm going through it right now. |
| 10:27:11 | 4 | Q  Thank you. |
| 10:28:05 | 5 | A  So I don't recall this ARP.  And I'm not |
| 10:28:09 | 6 | seeing my signature on any of it. |
| 10:28:14 | 7 | Q  Okay.  And so just to clarify, on page |
| 10:28:17 | 8 | 000023, there's a mark for unit head.  But that's |
| 10:28:22 | 9 | not your signature, correct? |
| 10:28:25 | 10 | A  23 you said? |
| 10:28:27 | 11 | Q  Yep.  Under Dr. Johnson's signature it says |
| 10:28:35 | 12 | 1/4/22 and then there's some kind of illegible |
| 10:28:39 | 13 | initials? |
| 10:28:39 | 14 | A  Right.  So that is not me.  That is -- looks |
| 10:28:43 | 15 | like Deputy Warden Tracy Falgout. |
| 10:28:47 | 16 | Q  Okay.  Thank you.  One moment, please. |
| 10:29:07 | 17 | Okay.  We can put that one aside.  I'm going to move |
| 10:29:22 | 18 | another ARP into the chat.  It should be there now. |
| 10:29:22 | 19 | (Rosso Exhibit 5 marked for |
| 10:29:26 | 20 | identification.) |
| 10:29:26 | 21 | BY MS. EDMONDSON: |
| 10:29:26 | 22 | Q  If you can download it.  Are you able to |
| 10:29:47 | 23 | download it, Mr. Rosso? |
| 10:29:48 | 24 | A  Yes, ma'am.  I downloaded it.  I'm going |
| 10:29:51 | 25 | through it right now. |

William Rosso — March 12, 2025

Page 40

| | | |
|---|---|---|
| 10:29:51 | 1 | Q  Okay, great.  So for the record, this is a |
| 10:29:54 | 2 | document marked Bates Stamp 000041 and goes to Bates |
| 10:30:05 | 3 | Stamp 00053 -- excuse me -- four zeros, 53.  And is |
| 10:30:09 | 4 | an ARP and related documents relating to Joshua |
| 10:30:15 | 5 | Folks.  And I'm not sure if I said this for the |
| 10:30:35 | 6 | record, Ms. Rocca, if you can mark this as |
| 10:30:37 | 7 | Exhibit 5. |
| 10:30:40 | 8 | Mr. Rosso, just let me know when you're |
| 10:30:42 | 9 | finished looking through it. |
| 10:30:43 | 10 | A  I'm going through it now. |
| 10:30:46 | 11 | Q  Okay, take your time.  I'm not trying to |
| 10:30:49 | 12 | rush you. |
| 10:30:49 | 13 | A  You're good.  So I don't recall anything in |
| 10:30:52 | 14 | this and I don't see my signature anywhere. |
| 10:30:54 | 15 | Q  On page 00043, there's a reference to the |
| 10:31:14 | 16 | backlogging procedure.  Do you see that? |
| 10:31:17 | 17 | A  Yes, ma'am. |
| 10:31:17 | 18 | Q  Is that what you were referring to earlier |
| 10:31:21 | 19 | when an inmate might file multiple ARPs? |
| 10:31:24 | 20 | A  Right. |
| 10:31:26 | 21 | Q  One moment, please.  Apologies.  I have my |
| 10:31:39 | 22 | arm in a cast so I'm doing everything a little slow. |
| 10:31:48 | 23 | Okay.  Let me -- you can put that one down.  Thank |
| 10:31:53 | 24 | you.  I'm going to put another one into the chat. |
| 10:31:59 | 25 | /// |

William Rosso — March 12, 2025

Page 41

| | | |
|---|---|---|
| 10:31:59 | 1 | (Rosso Exhibit 6 marked for |
| 10:31:59 | 2 | identification.) |
| 10:31:59 | 3 | BY MS. EDMONDSON: |
| 10:32:09 | 4 | Q And for the record, this is a document |
| 10:32:13 | 5 | marked 000054 to 57 and is an ARP and related |
| 10:32:25 | 6 | documents for Joshua Folks. |
| 10:32:28 | 7 | And Mr. Rosso, let me know when you've |
| 10:32:31 | 8 | reviewed what's to be marked as Exhibit 6. |
| 10:32:33 | 9 | A This is 2022-0859? |
| 10:32:39 | 10 | Q Yes. And just let me know when you're |
| 10:32:52 | 11 | finished taking a look at it. |
| 10:33:06 | 12 | A I don't recall that one and I see that he |
| 10:33:09 | 13 | withdrew the ARP. Lieutenant Brian Nettles and |
| 10:33:14 | 14 | Major Ricky Jackson witnessed it. |
| 10:33:17 | 15 | Q Okay. If you can go to the document marked |
| 10:33:20 | 16 | -- the page marked 56, the handwritten page from |
| 10:33:25 | 17 | Mr. Folks. |
| 10:33:26 | 18 | A Uh-huh. |
| 10:33:27 | 19 | Q Do you see there at the top right there's |
| 10:33:32 | 20 | some numbers, which I think may be in Mr. Folks' |
| 10:33:39 | 21 | handwriting, but that's a question to you that says |
| 10:33:40 | 22 | 2022 -- actually probably not. Where it says |
| 10:33:42 | 23 | 2022-0859 1000/TU warden, do you see that? |
| 10:33:48 | 24 | A Yes, ma'am. |
| 10:33:48 | 25 | Q Do you have an understanding of whether that |

William Rosso - March 12, 2025

Page 42

| | | |
|---|---|---|
| 10:33:51 | 1 | was something that would be added to the ARP? |
| 10:33:54 | 2 | A  No, that's probably just handwriting. |
| 10:33:58 | 3 | Q  Okay.  And it would have the number of the |
| 10:34:06 | 4 | -- oh, it's the case number.  I see. |
| 10:34:09 | 5 | A  Right. |
| 10:34:09 | 6 | Q  And where it says "TU warden," would that be |
| 10:34:14 | 7 | you or would there someone else who would be known |
| 10:34:18 | 8 | as that title? |
| 10:34:18 | 9 | A  No, that should have been me at that time. |
| 10:34:20 | 10 | Q  Okay.  And then there's what appears to be |
| 10:34:23 | 11 | different handwriting right above that.  Do you see |
| 10:34:26 | 12 | that? |
| 10:34:26 | 13 | A  Yeah, I'm not sure who that is. |
| 10:34:31 | 14 | Q  Okay.  Do you know what the purpose of that |
| 10:34:35 | 15 | mark would be even if you don't know the individual |
| 10:34:37 | 16 | person who did it? |
| 10:34:38 | 17 | A  So it looks like Joshua Folks and then it's |
| 10:34:43 | 18 | got his DOC number.  And I can't -- I see two and -- |
| 10:34:47 | 19 | it looks like he just rewrote the number. |
| 10:34:50 | 20 | Q  Okay. |
| 10:34:52 | 21 | A  I see AW1, so maybe at Ward 1.  I'm not |
| 10:34:59 | 22 | sure. |
| 10:34:59 | 23 | Q  Okay.  Thank you.  And I think you said this |
| 10:35:03 | 24 | earlier, but just to clarify, you didn't see your |
| 10:35:07 | 25 | signature on here anywhere, correct? |

William Rosso - March 12, 2025

Page 43

| | | |
|---|---|---|
| 10:35:08 | 1 | A  No. |
| 10:35:09 | 2 | Q  And you don't recall this? |
| 10:35:11 | 3 | A  I don't recall it. |
| 10:35:12 | 4 | Q  Okay.  You can put that down. |
| 10:35:12 | 5 | (Rosso Exhibit 7 marked for |
| 10:35:27 | 6 | identification.) |
| 10:35:27 | 7 | BY MS. EDMONDSON: |
| 10:35:28 | 8 | Q  There should be another document in the |
| 10:35:30 | 9 | chat.  That's Bates stamped 000058 to 00062.  It's |
| 10:35:40 | 10 | ARP and related documents relating to Joshua Folks. |
| 10:35:47 | 11 | And I'm going to ask Ms. Rocca to mark it as |
| 10:35:51 | 12 | Exhibit 7. |
| 10:35:53 | 13 | A  All right, I'm going through it now. |
| 10:35:56 | 14 | Q  Same deal with this one, Mr. Rosso, if you |
| 10:36:01 | 15 | can take a look through it and see if you recall it |
| 10:36:03 | 16 | and see if your signature on it? |
| 10:36:04 | 17 | A  So I see my signature isn't on it.  And I |
| 10:36:17 | 18 | don't recall. |
| 10:36:17 | 19 | Q  Okay.  I'm sorry.  Just to clarify, your |
| 10:36:19 | 20 | signature is not on it? |
| 10:36:21 | 21 | A  Unh-unh.  All the way from -- your top page |
| 10:36:33 | 22 | is 0059 all the way to 00062? |
| 10:36:42 | 23 | Q  Correct. |
| 10:36:43 | 24 | A  Yeah. |
| 10:36:53 | 25 | MS. DIAMOND:  Sorry, that's just me joining |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:36:55 | 1 | from my personal laptop.  I think I can take over |
| 10:36:57 | 2 | sending files now so you can have your free hand, |
| 10:37:01 | 3 | Elizabeth. |
| 10:37:02 | 4 | BY MS. EDMONDSON: |
| 10:37:03 | 5 | Q  Thank you. |
| 10:37:04 | 6 | Mr. Rosso, do you recall, even if not in the |
| 10:37:06 | 7 | form of this ARP, Mr. Folks complaining about being |
| 10:37:13 | 8 | restrained on the bed on multiple occasions? |
| 10:37:19 | 9 | MS. PAYNE:  Objection to form. |
| 10:37:20 | 10 | A  I don't recall, but that wouldn't be |
| 10:37:22 | 11 | surprising. |
| 10:37:22 | 12 | Q  If you turn to page 59 of the document, |
| 10:37:39 | 13 | you'll see that it is marked as -- with an X next to |
| 10:37:42 | 14 | rejected.  Do you see that? |
| 10:37:44 | 15 | A  Uh-huh. |
| 10:37:45 | 16 | Q  And it says, "The date of" this incident -- |
| 10:37:49 | 17 | or "The date of incident is more than 90 days past |
| 10:37:52 | 18 | due, so therefore, your ARP is being rejected due to |
| 10:37:56 | 19 | it being untimely filed.  ARPs must be filed within |
| 10:37:59 | 20 | 90 days of the incident." |
| 10:38:02 | 21 | Do you see that? |
| 10:38:03 | 22 | A  I do. |
| 10:38:03 | 23 | Q  Okay.  Do you have an understanding as to |
| 10:38:10 | 24 | whether when a circumstance like this happened where |
| 10:38:13 | 25 | an ARP was rejected for being more than 90 days past |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:38:18 | 1 | the incident, it would nonetheless have been |
| 10:38:22 | 2 | directed to you as the Assistant Warden? |
| 10:38:25 | 3 | A  It wouldn't have been directed to me if it |
| 10:38:29 | 4 | was rejected up there.  Generally we just get them |
| 10:38:31 | 5 | from legal programs, whatever they -- because of |
| 10:38:35 | 6 | course, some people write ARPs that, you know, may |
| 10:38:38 | 7 | be rejected for multiple reasons, you know, because |
| 10:38:44 | 8 | that's the way the legal programs reviews on -- you |
| 10:38:46 | 9 | know, cycles through them.  You know, so if he got |
| 10:38:50 | 10 | denied because it was over 90 days, then I would |
| 10:38:53 | 11 | have never saw it. |
| 10:38:56 | 12 | Q  And do you have an understanding if it was |
| 10:39:00 | 13 | denied for being more than 90 days whether anyone |
| 10:39:04 | 14 | other than -- |
| 10:39:10 | 15 | (Technical difficulties.) |
| 10:39:10 | 16 | BY MS. EDMONDSON: |
| 10:39:10 | 17 | Q  Do you have an understanding of whether for |
| 10:39:16 | 18 | an ARP that was rejected like this for being past |
| 10:39:19 | 19 | due, anyone other than legal programs would have |
| 10:39:23 | 20 | seen it? |
| 10:39:24 | 21 | MS. PAYNE:  Object to form. |
| 10:39:26 | 22 | A  I can't answer that because I don't deal |
| 10:39:29 | 23 | with that up there.  So I'm not real sure of who |
| 10:39:33 | 24 | that goes to, the rejected ones or anything like |
| 10:39:36 | 25 | that.  And I might have been unclear like earlier |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 10:39:39 | 1 | whenever I said we get late ones all the time, I'm |
| 10:39:43 | 2 | meaning like on our end it may be late as far as the |
| 10:39:49 | 3 | incident might have took place, but that's because |
| 10:39:53 | 4 | they had multiple ARPs.  Does that make sense? |
| 10:39:56 | 5 | Q  Well, let me see if I can clarify.  So if |
| 10:40:01 | 6 | the inmate files multiple ARPs, they may be |
| 10:40:06 | 7 | backlogged and only one can be considered at a time, |
| 10:40:09 | 8 | is that correct? |
| 10:40:10 | 9 | A  Correct.  But he has to file them in a |
| 10:40:14 | 10 | timely manner. |
| 10:40:17 | 11 | Q  Okay. |
| 10:40:18 | 12 | A  Because they're denied more than 90 days |
| 10:40:22 | 13 | past due. |
| 10:40:22 | 14 | Q  So just to clarify, you might see ARPs that |
| 10:40:30 | 15 | are long after the event in question, but they would |
| 10:40:32 | 16 | still be timely because they had been backlogged in |
| 10:40:36 | 17 | the system, is that accurate? |
| 10:40:38 | 18 | A  Right, they would be timely because they |
| 10:40:40 | 19 | filed them in time.  They filed a complaint in time. |
| 10:40:43 | 20 | But we may have not gotten it until several months |
| 10:40:47 | 21 | or even some of them I get from years. |
| 10:40:52 | 22 | Q  Okay.  But for those ARPs that legal |
| 10:41:00 | 23 | services programs rejects as untimely, it's your |
| 10:41:06 | 24 | understanding that those are not sent on to you |
| 10:41:09 | 25 | later, correct? |

William Rosso - March 12, 2025

Page 47

| | | |
|---|---|---|
| 10:41:10 | 1 | A  Yes, if they're rejected, they don't come to |
| 10:41:13 | 2 | me.  If they're rejected at that level and then they |
| 10:41:16 | 3 | send it back saying it's been rejected just like |
| 10:41:19 | 4 | that, you know, they'll say, you know, the reason |
| 10:41:21 | 5 | why and stuff like that. |
| 10:41:23 | 6 | Q  Okay.  Mr. Rosso, you can put that document |
| 10:41:28 | 7 | down.  One moment, please.  I'm going to put another |
| 10:41:56 | 8 | document into the chat. |
| 10:41:56 | 9 | (Rosso Exhibit 8 marked for |
| 10:41:59 | 10 | identification.) |
| 10:41:59 | 11 | BY MS. EDMONDSON: |
| 10:42:08 | 12 | Q  So Mr. Rosso, if you can go ahead and |
| 10:42:10 | 13 | download that document, which is named Folks |
| 10:42:16 | 14 | Defendants' Initial Disclosures. |
| 10:42:17 | 15 | A  All right.  I got it. |
| 10:42:20 | 16 | Q  Ms. Rocca, I'm going to ask you to mark that |
| 10:42:22 | 17 | as Exhibit 8.  And Mr. Rosso, I'm going to represent |
| 10:42:34 | 18 | to you that this is a document filed by the |
| 10:42:37 | 19 | Louisiana Department of Public Safety and Correction |
| 10:42:41 | 20 | through counsel with disclosures about individuals |
| 10:42:46 | 21 | who may have information about Mr. Folks' case. |
| 10:42:52 | 22 | If you can go down to page 2, number 7, |
| 10:43:00 | 23 | you'll see where it says William Rosso, Assistant |
| 10:43:04 | 24 | Warden.  Do you see that? |
| 10:43:05 | 25 | A  Yes, ma'am. |

William Rosso - March 12, 2025

Page 48

| | | |
|---|---|---|
| 10:43:05 | 1 | Q  It says, "Mr. Rosso may possess information |
| 10:43:10 | 2 | regarding the facts and circumstances of the alleged |
| 10:43:12 | 3 | incident as he issued the First Step Response to |
| 10:43:15 | 4 | Plaintiff's ARP." |
| 10:43:18 | 5 |      Do you see that? |
| 10:43:19 | 6 | A  Yes, ma'am. |
| 10:43:19 | 7 | Q  Do you have an understanding of what this |
| 10:43:24 | 8 | refers to? |
| 10:43:25 | 9 | A  So not necessarily because I mean, just |
| 10:43:32 | 10 | because I'm the Assistant Warden over that area, I |
| 10:43:35 | 11 | may or may not have read the ARP that he had in |
| 10:43:40 | 12 | question that he's actually going through this |
| 10:43:42 | 13 | process with because like I saw one of the ARPs that |
| 10:43:48 | 14 | got dropped, you know, so I wouldn't even have read |
| 10:43:53 | 15 | that one because my supervisors took care of |
| 10:43:56 | 16 | whatever his issue was.  And then I didn't see any |
| 10:43:58 | 17 | of the other ones where I responded to it.  So I'm |
| 10:44:02 | 18 | not real sure which ARP we're talking about that I |
| 10:44:06 | 19 | would have knowledge of. |
| 10:44:07 | 20 | Q  Okay.  And do you recall if you issued any |
| 10:44:12 | 21 | First Step Responses to any ARPs filed by Joshua |
| 10:44:17 | 22 | Folks? |
| 10:44:17 | 23 | A  Oh, I'd be -- I'd be lying if I told you.  I |
| 10:44:20 | 24 | got about 150 over here on my desk that I got to |
| 10:44:23 | 25 | answer.  I do them all the time. |

William Rosso - March 12, 2025

Page 49

| | | |
|---|---|---|
| 10:44:25 | 1 | Q  Okay.  If you had issued a First Step |
| 10:44:31 | 2 | Response to a particular ARP, would that mean your |
| 10:44:34 | 3 | signature or name would be on it somewhere? |
| 10:44:36 | 4 | A  Yes. |
| 10:44:38 | 5 | Q  Okay. |
| 10:44:41 | 6 | MS. PAYNE:  For the record, I'm sorry, I |
| 10:44:44 | 7 | just want to point out for the record that these |
| 10:44:47 | 8 | initial disclosures were issued -- when was this -- |
| 10:44:49 | 9 | back in March by prior counsel, just for the record. |
| 10:44:55 | 10 | MS. EDMONDSON:  Okay.  Understood. |
| 10:44:58 | 11 | Mr. Rosso, you can put that document down.  I think |
| 10:45:07 | 12 | let's take a short break if we can and then I think |
| 10:45:10 | 13 | we're mostly finished.  But I'd like to take a short |
| 10:45:13 | 14 | break to look over my notes. |
| 10:45:15 | 15 | VIDEOGRAPHER:  We are off the record.  The |
| 10:45:17 | 16 | time is 10:46 a.m. |
| 10:45:19 | 17 | (Short recess.) |
| 10:59:56 | 18 | VIDEOGRAPHER:  We are back on the record. |
| 11:00:21 | 19 | The time is 11:01 a.m. |
| 11:00:21 | 20 | (Rosso Exhibit 9 marked for |
| 11:00:21 | 21 | identification.) |
| 11:00:27 | 22 | THE WITNESS:  All right, I have it. |
| 11:00:28 | 23 | BY MS. EDMONDSON: |
| 11:00:29 | 24 | Q  Okay.  Mr. Rosso is responding to my request |
| 11:00:33 | 25 | that he download an exhibit put into the chat that |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 11:00:38 | 1 | I'm going to ask Ms. Rocca to mark as Exhibit 9. |
| 11:00:45 | 2 | This is what's been identified as Mr. Folks' master |
| 11:00:51 | 3 | prison file.  And it's the whole thing.  So it's a |
| 11:00:53 | 4 | collection of many different documents going from |
| 11:00:57 | 5 | approximately Bates number 1248 to 1580 or |
| 11:01:05 | 6 | something. |
| 11:01:05 | 7 | And Mr. Rosso, you'll be relieved to know |
| 11:01:07 | 8 | I'm not going to ask you to review the whole thing |
| 11:01:11 | 9 | to see if you see your signature on it. |
| 11:01:12 | 10 | A  Okay. |
| 11:01:14 | 11 | Q  I'm just going to direct your attention to |
| 11:01:16 | 12 | specific individual documents that are contained in |
| 11:01:18 | 13 | this master prison file.  Okay? |
| 11:01:21 | 14 | A  Uh-huh. |
| 11:01:22 | 15 | Q  Have you been able to download it? |
| 11:01:25 | 16 | A  Yes, I'm on it. |
| 11:01:26 | 17 | Q  Okay.  If you can turn to page 269 of the |
| 11:01:35 | 18 | file if that works for you which should be Bates |
| 11:01:40 | 19 | number 1516 at the bottom.  Same one that I think |
| 11:01:45 | 20 | Mr. Phillips has up on the screen.  Do you see that? |
| 11:01:49 | 21 | A  Hold on.  I'm still on 13. |
| 11:02:07 | 22 | Q  Pardon me? |
| 11:02:08 | 23 | A  I said I'm still on 13. |
| 11:02:12 | 24 | Q  Where you see 001516 at the bottom? |
| 11:02:16 | 25 | A  Yeah, I'm getting there. |

William Rosso - March 12, 2025

Page 51

| | | |
|---|---|---|
| 11:02:18 | 1 | Q  Okay.  Take your time. |
| 11:02:42 | 2 | A  All right.  I'm there, looking at a UOR. |
| 11:02:46 | 3 | Q  Yes.  It should be an Unusual Occurrence |
| 11:02:51 | 4 | Report, UOR, from April 11th, 2021. |
| 11:02:58 | 5 | A  Yep. |
| 11:02:59 | 6 | Q  At 1:10 p.m.  Do you see that? |
| 11:03:03 | 7 | A  Yes, ma'am. |
| 11:03:03 | 8 | Q  So before we look at this specific UOR, can |
| 11:03:09 | 9 | you tell me at a high level, when does a UOR need to |
| 11:03:13 | 10 | be filled out in your experience? |
| 11:03:14 | 11 | A  We usually do it just as soon as possible. |
| 11:03:17 | 12 | So as soon as you get the situation taken care of |
| 11:03:20 | 13 | and you get a free moment to sit down at your |
| 11:03:23 | 14 | computer or table and handwrite it or type it and |
| 11:03:28 | 15 | such, that's when we take care of it. |
| 11:03:30 | 16 | Q  Okay.  And are the people who fill it out in |
| 11:03:39 | 17 | the first instance the witnesses to the event in |
| 11:03:42 | 18 | terms of employees? |
| 11:03:43 | 19 | A  Yes. |
| 11:03:45 | 20 | Q  Okay.  As Assistant Warden, did you review |
| 11:03:54 | 21 | these Unusual Occurrence Reports? |
| 11:03:56 | 22 | A  I review them all the time.  So but this one |
| 11:04:02 | 23 | here was in -- that was in 2021, so I wouldn't have |
| 11:04:07 | 24 | been up there. |
| 11:04:09 | 25 | Q  Okay.  We'll just keep this one on the |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 11:04:15 | 1 | screen for a moment, but I want to ask you a |
| 11:04:18 | 2 | question about them generally. |
| 11:04:19 | 3 | When you reviewed -- when you were an |
| 11:04:22 | 4 | Assistant Warden and you reviewed Unusual Occurrence |
| 11:04:26 | 5 | Reports, did you check to make sure that the proper |
| 11:04:32 | 6 | boxes were checked off?  Was that part of the |
| 11:04:35 | 7 | review? |
| 11:04:35 | 8 | A  Right.  So we do it differently than we used |
| 11:04:39 | 9 | to do.  Whenever it was 2021, we used to review it |
| 11:04:45 | 10 | just as you see it right there.  We would get the |
| 11:04:48 | 11 | typed versions with the handwritten and we'll read |
| 11:04:50 | 12 | them and make sure they're correct.  And usually, |
| 11:04:52 | 13 | you know, if I reviewed it or anything like that, I |
| 11:04:55 | 14 | would initial off on it, you know, representing that |
| 11:04:58 | 15 | it was good to go and complete and accurate, you |
| 11:05:02 | 16 | know. |
| 11:05:02 | 17 | Now we do it differently.  We actually |
| 11:05:04 | 18 | review it in a computer system.  And we approve them |
| 11:05:07 | 19 | or, you know, give it to the officer to make changes |
| 11:05:13 | 20 | or anything that we need, something that isn't right |
| 11:05:16 | 21 | or something like that.  So we still review them |
| 11:05:20 | 22 | everyday. |
| 11:05:20 | 23 | Q  And do you recall when the process switched |
| 11:05:23 | 24 | over from being a paper process to being a |
| 11:05:28 | 25 | computerized process? |

William Rosso - March 12, 2025

Page 53

| | | |
|---|---|---|
| 11:05:29 | 1 | A  So it was whenever Warden Hooper came, Tim |
| 11:05:33 | 2 | Hooper, he was the head warden; probably in like |
| 11:05:38 | 3 | 2023, maybe '24. |
| 11:05:41 | 4 | Q  Okay.  And if you can look at this page and |
| 11:05:47 | 5 | the next page, I think you mentioned you might |
| 11:05:51 | 6 | initial it.  I understand you weren't in the role at |
| 11:05:55 | 7 | this time.  Is there a particular place on the form |
| 11:05:57 | 8 | where you would initial it? |
| 11:05:58 | 9 | A  I usually do -- everybody's different, but I |
| 11:06:01 | 10 | usually just do the front page like on -- if you |
| 11:06:05 | 11 | look at 1518, I normally just initial in that top |
| 11:06:10 | 12 | right corner.  I usually put "WR" or "okay WR." |
| 11:06:15 | 13 | Anything like that. |
| 11:06:16 | 14 | Q  Okay.  And so when you're referring to 1518, |
| 11:06:18 | 15 | you're referring to the pagination at the bottom, |
| 11:06:21 | 16 | 001518? |
| 11:06:23 | 17 | A  Yes. |
| 11:06:24 | 18 | Q  Okay.  If you can go back up to page 270 of |
| 11:06:39 | 19 | the file, which is 1517, although it's a little hard |
| 11:06:44 | 20 | to see with the stamp.  Do you see that?  If you'll |
| 11:06:56 | 21 | see in the description here, there's a reference to |
| 11:07:01 | 22 | Mr. Folks having deep cuts to both of his knees and |
| 11:07:05 | 23 | a cut to the front of his throat and a cut on the |
| 11:07:08 | 24 | back of his head.  Do you see that? |
| 11:07:09 | 25 | A  Yes, ma'am. |

William Rosso — March 12, 2025

Page 54

| | | |
|---|---|---|
| 11:07:10 | 1 | Q  Given that this is April 2021, before you |
| 11:07:18 | 2 | became the Assistant Warden for this area, do you |
| 11:07:23 | 3 | think this is the same incident you were referring |
| 11:07:26 | 4 | to before where Mr. Folks put an object in his neck |
| 11:07:28 | 5 | or is it your understanding this may have been a |
| 11:07:30 | 6 | different incident? |
| 11:07:31 | 7 | A  To my understanding, this is probably a |
| 11:07:34 | 8 | different incident.  And like I said, I think I |
| 11:07:40 | 9 | remember him putting a pencil or something stabbed |
| 11:07:43 | 10 | through his neck or his chest or something. |
| 11:07:49 | 11 | Q  Okay.  Just a moment, please.  Okay. |
| 11:08:11 | 12 | Mr. Rosso, if you could go to page 230 of the file, |
| 11:08:14 | 13 | which is Bates stamped 1477.  You'll see that this |
| 11:08:27 | 14 | describes an incident on July 6, 2021.  Do you see |
| 11:08:31 | 15 | that? |
| 11:08:35 | 16 | A  1477? |
| 11:08:36 | 17 | Q  Yes. |
| 11:08:38 | 18 | A  Yes. |
| 11:08:39 | 19 | Q  Okay.  And if I didn't mention this, this is |
| 11:08:48 | 20 | an incident on July 6, 2021.  Do you see that? |
| 11:08:50 | 21 | A  Yes, ma'am. |
| 11:08:50 | 22 | Q  Do you recognize -- there's sort of initials |
| 11:08:57 | 23 | with a circle around it in the upper left-hand |
| 11:08:59 | 24 | corner.  Are those your initials? |
| 11:09:01 | 25 | A  That's not my initials.  I'm trying to see |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 11:09:07 | 1 | -- I'm not sure who that is.  It's not mine. |
| 11:09:12 | 2 | Q  Okay.  Do you recall if by July 6, 2021, you |
| 11:09:16 | 3 | were already the Assistant Warden in this area of |
| 11:09:20 | 4 | the penitentiary? |
| 11:09:22 | 5 | A  I don't believe I was. |
| 11:09:23 | 6 | Q  Okay.  One moment.  Mr. Rosso, if you can go |
| 11:09:55 | 7 | to page 238 of the document, which is Bates stamped |
| 11:10:03 | 8 | 1485. |
| 11:10:12 | 9 | A  All right. |
| 11:10:13 | 10 | Q  Let me know when you're there. |
| 11:10:14 | 11 | A  I'm there. |
| 11:10:15 | 12 | Q  Okay.  This appears to be a slightly |
| 11:10:20 | 13 | different form of Unusual Occurrence Report, the |
| 11:10:23 | 14 | template here, than the one we saw earlier? |
| 11:10:26 | 15 | A  Right.  I said we got different categories |
| 11:10:30 | 16 | of UORs.  You got categories of As, Bs and Cs and |
| 11:10:35 | 17 | this is a miscellaneous UOR.  It's just implying |
| 11:10:39 | 18 | that it was a medical and it was an emergency trip |
| 11:10:41 | 19 | and that he was sent to UMCNO per orders of nurse |
| 11:10:46 | 20 | practitioner Cindy Parks.  Generally that would be |
| 11:10:50 | 21 | for something that either he self-inflicted or |
| 11:10:53 | 22 | obviously is having problems with that we cannot |
| 11:10:57 | 23 | take care of here at our hospital, so we'll send him |
| 11:11:02 | 24 | out for other evaluation. |
| 11:11:05 | 25 | The category As, Bs, and Cs has to deal with |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 11:11:10 | 1 | the incident and what type of incident it was.  So |
| 11:11:14 | 2 | different UORs are different for different |
| 11:11:17 | 3 | situations. |
| 11:11:18 | 4 | Q  Okay.  And this form has a box for mental |
| 11:11:26 | 5 | health in addition to medical which isn't checked |
| 11:11:28 | 6 | here.  Do you know if there's any guidance given to |
| 11:11:34 | 7 | officers as to when to check off mental health on |
| 11:11:41 | 8 | this kind of form? |
| 11:11:42 | 9 | A  Normally your mental health would be checked |
| 11:11:44 | 10 | off if it was a mental health incident which this |
| 11:11:47 | 11 | officer right here, the supervisor Angela Webb at |
| 11:11:50 | 12 | the treatment center, she's just reporting that this |
| 11:11:54 | 13 | offender is going out on an emergency trip.  She |
| 11:11:57 | 14 | really isn't reporting anything that took place, you |
| 11:12:01 | 15 | know, that caused the incident.  Because if you go |
| 11:12:04 | 16 | up -- all right, so here it is right here.  If you |
| 11:12:06 | 17 | look at July 6, 2021, up above that where he did a |
| 11:12:11 | 18 | suicide gesture, and it was -- I mean, that falls |
| 11:12:16 | 19 | underneath mental health automatically because of |
| 11:12:19 | 20 | suicide gesture. |
| 11:12:21 | 21 | Q  So you're looking at page 1483, is that |
| 11:12:24 | 22 | correct? |
| 11:12:24 | 23 | A  1483 and 1484 being discontinued from |
| 11:12:29 | 24 | standard watch, cell -- shoved a bent piece of metal |
| 11:12:33 | 25 | into his lower stomach area.  So that's the incident |

William Rosso - March 12, 2025

| | | |
|---|---|---|
| 11:12:37 | 1 | that was mental health, a suicide gesture and that |
| 11:12:41 | 2 | was placed on a category C.  And then you can see |
| 11:12:46 | 3 | shortly after he goes to the hospital, which he went |
| 11:12:49 | 4 | to the hospital then, but then shortly after going |
| 11:12:51 | 5 | to the hospital, he was sent out on an emergency |
| 11:12:55 | 6 | trip probably due to that incident that he -- |
| 11:13:02 | 7 | because of that metal into his stomach or whatever |
| 11:13:05 | 8 | it was. |
| 11:13:06 | 9 | Q  And would checking off suicide gesture on |
| 11:13:11 | 10 | this Unusual Incident Report, would that trigger any |
| 11:13:16 | 11 | referral to mental health or bring it to your |
| 11:13:20 | 12 | personal attention? |
| 11:13:20 | 13 | A  Yes, it will trigger immediate mental |
| 11:13:25 | 14 | health, right.  And also most of the time, the |
| 11:13:31 | 15 | supervisors will call us and notify us, hey look, |
| 11:13:35 | 16 | this is what happened, this is what we did, this is |
| 11:13:37 | 17 | what we done and so forth and so on. |
| 11:13:42 | 18 | Q  Okay.  One moment.  One moment, please. |
| 11:14:38 | 19 | Apologies, these aren't in chronological order so |
| 11:14:41 | 20 | I'm jumping around a little bit. |
| 11:14:43 | 21 | A  That's fine. |
| 11:14:45 | 22 | Q  Mr. Rosso, I think I'm finished.  If we can |
| 11:15:21 | 23 | go off the record, I'll take five more minutes and |
| 11:15:25 | 24 | make sure I'm done.  Okay? |
| 11:15:26 | 25 | A  Okay. |

William Rosso - March 12, 2025

Page 58

| | | |
|---|---|---|
| 11:15:27 | 1 | VIDEOGRAPHER:  We are off the record.  The |
| 11:15:28 | 2 | time is 11:16 a.m. |
| 11:15:30 | 3 | (Short recess.) |
| 11:17:44 | 4 | VIDEOGRAPHER:  We are back on the record. |
| 11:18:26 | 5 | The time is 11:19 a.m. |
| 11:18:29 | 6 | BY MS. EDMONDSON: |
| 11:18:31 | 7 | Q  Mr. Rosso, if you can turn to page 225 of |
| 11:18:35 | 8 | the Exhibit 9, which is Bates marked 001472.  And if |
| 11:18:50 | 9 | you'll see, this is an Unusual Occurrence Report |
| 11:18:53 | 10 | from July 20th, 2021? |
| 11:18:56 | 11 | A  Uh-huh.  I see it. |
| 11:19:00 | 12 | Q  Okay.  And are either of the two initials or |
| 11:19:06 | 13 | signatures in the top left yours? |
| 11:19:08 | 14 | A  No. |
| 11:19:10 | 15 | Q  Okay.  Do you know -- I think we saw the one |
| 11:19:15 | 16 | in the circle before.  Do you recognize the one in |
| 11:19:20 | 17 | the very top left if it's initials? |
| 11:19:22 | 18 | A  No, that's all blurry and stuff and I can't |
| 11:19:26 | 19 | see that one. |
| 11:19:27 | 20 | Q  Do you recall -- if you can read the |
| 11:19:34 | 21 | description of the incident and let me know if you |
| 11:19:40 | 22 | recall this particular incident with Mr. Folks? |
| 11:19:50 | 23 | A  I do not. |
| 11:19:51 | 24 | Q  Okay.  And do you know one way or another |
| 11:19:56 | 25 | whether you were the Assistant Warden in this area |

William Rosso - March 12, 2025

Page 59

| | | |
|---|---|---|
| 11:19:59 | 1 | on July 20th, 2021, which is the date of this |
| 11:20:02 | 2 | report? |
| 11:20:02 | 3 | A  I don't believe I was. |
| 11:20:05 | 4 | MS. EDMONDSON:  Okay.  Mr. Rosso, that's all |
| 11:20:10 | 5 | the questions I have for you today.  Thank you so |
| 11:20:13 | 6 | much for your time. |
| 11:20:14 | 7 | THE WITNESS:  All right, I appreciate it. |
| 11:20:20 | 8 | MS. EDMONDSON:  It's okay to go off the |
| 11:20:20 | 9 | record. |
| 11:20:21 | 10 | VIDEOGRAPHER:  We are off the record.  The |
| 11:20:22 | 11 | time is 11:21 a.m. |
| | 12 | |
| | 13 | (Time Noted:  11:21 a.m.) |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

William Rosso - March 12, 2025

1                    C E R T I F I C A T E

2

3          I, Sandra L. Rocca, CSR, RMR, RDR, CRR, a

4    Certified Court Reporter within and for the States

5    of Illinois, Florida, Washington and Georgia, do

6    hereby certify:

7          That WILLIAM ROSSO, the witness whose

8    deposition is hereinbefore set forth, was duly sworn

9    by me and that such deposition is a true record of

10   the testimony given by such witness.

11         I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage; and that I am in no way interested in the

14   outcome of this matter.

15         IN WITNESS WHEREOF, I have hereunto set my

16   hand this 15th of March, 2025.

17

18

19   _____

20         Sandra L. Rocca, CSR, RMR, RDR, CRR

21

22   IL License 084-003435

23   Washington St.: 22001337  Florida 1245

24   Georgia License: 5104-4011-7213-5936

25   Illinois, D.C. and Florida Notary

William Rosso - March 12, 2025

1                           LAWYER'S NOTES

2        PAGE  LINE

3        ____  ____        _____

4        ____  ____        _____

5        ____  ____        _____

6        ____  ____        _____

7        ____  ____        _____

8        ____  ____        _____

9        ____  ____        _____

10       ____  ____        _____

11       ____  ____        _____

12       ____  ____        _____

13       ____  ____        _____

14       ____  ____        _____

15       ____  ____        _____

16       ____  ____        _____

17       ____  ____        _____

18       ____  ____        _____

19       ____  ____        _____

20       ____  ____        _____

21       ____  ____        _____

22       ____  ____        _____

23       ____  ____        _____

24       ____  ____        _____

25       ____  ____        _____

William Rosso - March 12, 2025

Page 62

1                  CERTIFICATE OF DEPONENT

2

3          I hereby certify that I have read the

4    foregoing pages of my deposition testimony in

5    this proceeding, and with the exception of

6    changes and/or corrections, if any, find them to

7    be a true and correct transcription thereof.

8

9        _____

10                      Deponent

11

12       _____

13                        Date

14

15                   NOTARY PUBLIC

16          Subscribed and sworn to before me this

17    _____ day of _____, 20___.

18    _____

19                   Notary Republic

20   My Commission Expires:_____

21

22

23

24

25

William Rosso - March 12, 2025

1              INSTRUCTIONS TO WITNESS

2

3        Please read your deposition over carefully

4    and make any necessary corrections.   You

5    should state the reason in the appropriate

6    space on the errata sheet for any corrections

7    that are made.

8        After doing so, please sign the errata

9    sheet and date it.

10       You are signing same subject to the changes

11    you have noted on the errata sheet, which

12    will be attached to your deposition.

13       It is imperative that you return the

14    original errata sheet to the deposing

15    attorney within thirty (30) days of

16    receipt of the deposition transcript by

17    you. If you fail to do so, the deposition

18    transcript may be deemed to be accurate

19    and may be used in court.

20

21

22

23

24

25

```
1                    ERRATA SHEET
2
3    PAGE -- LINE -- CORRECTION/REASON
4    ____    ____    _____
5    ____    ____    _____
6    ____    ____    _____
7    ____    ____    _____
8    ____    ____    _____
9    ____    ____    _____
10   ____    ____    _____
11   ____    ____    _____
12   ____    ____    _____
13   ____    ____    _____
14   ____    ____    _____
15   ____    ____    _____
16   ____    ____    _____
17   ____    ____    _____
18   ____    ____    _____
19   ____    ____    _____
20   ____    ____    _____
21   ____    ____    _____
22   ____    ____    _____
23   ____    ____    _____
24   ____    ____    _____
25   ____    ____    _____
```

William Rosso - March 12, 2025

1                          ERRATA SHEET

2

3      PAGE -- LINE -- CORRECTION/REASON

4      _____    _____    _____

5      _____    _____    _____

6      _____    _____    _____

7      _____    _____    _____

8      _____    _____    _____

9      _____    _____    _____

10     _____    _____    _____

11     _____    _____    _____

12     _____    _____    _____

13     _____    _____    _____

14     _____    _____    _____

15     _____    _____    _____

16     _____    _____    _____

17     _____    _____    _____

18     _____    _____    _____

19     _____    _____    _____

20     _____    _____    _____

21     _____    _____    _____

22     _____    _____    _____

23     _____    _____    _____

24     _____    _____    _____

25     _____    _____    _____