# EXHIBIT 5

**To:**      Jacob Johnson[Jacob.Johnson4@la.gov]
**Cc:**      Blake LeBlanc (DOC)[Blake.LeBlanc3@LA.GOV]
**From:**    Katie Ard (DOC)
**Sent:**    Fri 10/15/2021 3:47:16 PM
**Subject:** TU Timeout Cell Accessibility

I wanted to bring this up again as it continues to impact our ability to best handle acute cases. Specifically, a recent case in which Dr. Gamble was forced to place an acutely psychotic offender in our last available TU Program bed. This caused another offender who was waiting to go into that cell to be displaced. This could have been avoided if our TU timeout cells were more accessible to mental health. Our TU timeout cells are still occupied by offenders placed there for security reasons. Currently the 4 TU timeout cells are occupied by ████████████████, Joshua Folks (parish), ████████████████, and ████████████ Out of all of these offenders, we can justify keeping Folks there given his extensive self-harm history and he has been relatively quiet for quite some time. However, the others are occupying valuable space that could be utilized for those offenders who are dealing with issues related to their mental illness and require immediate placement in a protected area with camera visibility. If TU is going to be our designated area in housing/treating our mentally ill who require such placement, we need to have the ability to use these timeout cells for offenders and purposes that mental health deems appropriate. Any help with this matter would be greatly appreciated.


Thank you

Katie R. Ard, Ph.D.
Psychologist
Louisiana State Penitentiary
Angola, LA 70712
(225) 655-2323

**To:**      Katie Ard (DOC)[Katie.Ard2@la.gov]; Jacob Johnson[Jacob.Johnson4@la.gov]; Gina
Todd[Gina.Todd@la.gov]; Matthew Gamble[Matthew.Gamble@LA.GOV]
**From:**    Randy Lavespere
**Sent:**    Thur 6/3/2021 7:01:50 PM
**Subject:**  RE: Locked Room Patients

Yes, he is a DOC inmate.......#361917

-----Original Message-----
From: Katie Ard (DOC)
Sent: Thursday, June 3, 2021 2:00 PM
To: Randy Lavespere <Randy.Lavespere@la.gov>; Jacob Johnson <Jacob.Johnson4@la.gov>; Gina Todd
<Gina.Todd@la.gov>; Matthew Gamble <Matthew.Gamble@LA.GOV>
Subject: RE: Locked Room Patients

Is he considered a DOC inmate; can he be housed around other DOC inmates (like on a TU tier)? Or would we
have to keep him in the timeout cell at TU?

-----Original Message-----
From: Randy Lavespere <Randy.Lavespere@la.gov>
Sent: Thursday, June 3, 2021 1:39 PM
To: Jacob Johnson <Jacob.Johnson4@la.gov>; Katie Ard (DOC) <Katie.Ard2@la.gov>; Gina Todd
<Gina.Todd@la.gov>; Matthew Gamble <Matthew.Gamble@LA.GOV>
Subject: RE: Locked Room Patients

I am unable to find a current court date for Offender Folks. He is in a locked room on NU 1 and has been there
since coming to LSP on 4/6/21. Could you ask Dr. Gamble is he would consider placement on TU. We
understand what will happen as a result of this move given his threats, but we cannot continue to house him on
the nursing unit in light of the fact that there are sick patients coming to LSP and hospital discharges that are in
need of those rooms. Please consider and advise.

-----Original Message-----
From: Jacob Johnson
Sent: Thursday, June 3, 2021 8:06 AM
To: Katie Ard (DOC) <Katie.Ard2@la.gov>; Gina Todd <Gina.Todd@la.gov>; Matthew Gamble
<Matthew.Gamble@LA.GOV>
Cc: Randy Lavespere <Randy.Lavespere@la.gov>
Subject: Locked Room Patients

Hello All,

Where are we with moving ▮▮▮▮▮▮▮▮ in locker room 1 to TU?

Also, Dr. Lavespere wants to explore moving Joshua Folks in locker room 2 to TU on Monday or Tuesday?

Thx,

JCJ

Sent from my iPhone

**To:** Faith Dufour[Faith.Dufour@LA.GOV]; Blake LeBlanc (DOC)[Blake.LeBlanc3@LA.GOV]; Tracy Falgout[Tracy.Falgout@LA.GOV]; Jacob Johnson[Jacob.Johnson4@la.gov]; Marcia Booker[Marcia.Booker2@la.gov]
**Cc:** Stacye Falgout[Stacye.Falgout@LA.GOV]; Randy Lavespere[Randy.Lavespere@la.gov]; Seth Smith[Seth.Smith@la.gov]; James Wesley[James.Wesley@LA.GOV]; Amanda Ratcliff (DOC)[Amanda.Ratcliff2@LA.GOV]; Darrel Vannoy[Darrel.Vannoy@la.gov]; Derek Ellis[Derek.Ellis@LA.GOV]; Angela Griffin[Angela.Griffin@LA.GOV]; Elizabeth "Libby" Tigner[Libby.Tigner@la.gov]; _DOC-HQ LSP Tran[DOC-HQ_LSP_Tran@LA.GOV]
**From:**     Lillie Brown
**Sent:**     Wed 3/31/2021 4:30:33 PM
**Subject:**     RE: Emergent Transfer  Joshua Folks #361917

Order has been completed effective today.

---

**From:** Faith Dufour
**Sent:** Wednesday, March 31, 2021 11:27 AM
**To:** Blake LeBlanc (DOC) <Blake.LeBlanc3@LA.GOV>; Tracy Falgout <Tracy.Falgout@LA.GOV>; Jacob Johnson <Jacob.Johnson4@la.gov>; Marcia Booker <Marcia.Booker2@la.gov>
**Cc:** Stacye Falgout <Stacye.Falgout@LA.GOV>; Randy Lavespere <Randy.Lavespere@la.gov>; Seth Smith <Seth.Smith@la.gov>; Lillie Brown <Lillie.Brown@LA.GOV>; James Wesley <James.Wesley@LA.GOV>; Amanda Ratcliff (DOC) <Amanda.Ratcliff2@LA.GOV>; Darrel Vannoy <Darrel.Vannoy@la.gov>; Derek Ellis <Derek.Ellis@LA.GOV>; Angela Griffin <Angela.Griffin@LA.GOV>; Elizabeth "Libby" Tigner <Libby.Tigner@la.gov>
**Subject:** RE: Emergent Transfer Joshua Folks #361917

Lillie,

Please transfer Joshua Folks #361917 (parole violator) to LSP today, 3/31/2021.  St. Mary in route.


Thank you.

Faith Dufour
Office of the Chief of Operations
LA Department of Corrections
P.O. Box 94304
Baton Rouge, LA 70804
225.342.1330

---

**From:** Blake LeBlanc (DOC)
**Sent:** Wednesday, March 31, 2021 11:10 AM
**To:** Tracy Falgout <Tracy.Falgout@LA.GOV>; Jacob Johnson <Jacob.Johnson4@la.gov>; Marcia Booker <Marcia.Booker2@la.gov>
**Cc:** Stacye Falgout <Stacye.Falgout@LA.GOV>; Randy Lavespere <Randy.Lavespere@la.gov>; Seth Smith <Seth.Smith@la.gov>; Faith Dufour <Faith.Dufour@LA.GOV>
**Subject:** RE: Emergent Transfer

This request went through preclass to P&P then to the Parole Board for and Emergent Return.  The process was complicated and involved lots of folks. I's completed now and St Mary is ready to transport.  They say they can get the inmate there in 3 hours. That's about 2:30pm.   Let me know if you want him today or tomorrow and I'll get the approval and have the transfer orders cut.  I don't know if 2:30 leaves you enough time in the day.

Thanks
Blake

**From:** Derek Ellis <Derek.Ellis@LA.GOV>
**Sent:** Tuesday, March 30, 2021 4:08 PM
**To:** Angela Griffin <Angela.Griffin@LA.GOV>; Blake LeBlanc (DOC) <Blake.LeBlanc3@LA.GOV>; Seth Smith <Seth.Smith@la.gov>; Faith Dufour <Faith.Dufour@LA.GOV>; Renee Delouche <Renee.Delouche@la.gov>
**Cc:** Randy Lavespere <Randy.Lavespere@la.gov>; Jacob Johnson <Jacob.Johnson4@la.gov>; Tracy Falgout <Tracy.Falgout@LA.GOV>; Marcia Booker <Marcia.Booker2@la.gov>; Stacye Falgout <Stacye.Falgout@LA.GOV>; James Wesley <James.Wesley@LA.GOV>; Jennifer Bush <Jennifer.Bush2@LA.GOV>
**Subject:** RE: Emergent Transfer

He is on GTPS with deferred prelim hearing and pending felony charges. We will need to do an emergency return order and have it signed by the Parole Board. Once signed we can submit for a transfer order. Our group will start on the emergency return order process and should be able to get it completed tomorrow. Thanks

Derek Ellis
Deputy Director
Division of Probation and Parole
La Dept of Public Safety and Corrections
Email: derek.ellis@LA.gov / office: 225-342-6616 / cell: 225-270-8265

**From:** Angela Griffin <Angela.Griffin@LA.GOV>
**Sent:** Tuesday, March 30, 2021 3:22 PM
**To:** Blake LeBlanc (DOC) <Blake.LeBlanc3@LA.GOV>; Seth Smith <Seth.Smith@la.gov>; Faith Dufour <Faith.Dufour@LA.GOV>; Derek Ellis <Derek.Ellis@LA.GOV>; Renee Delouche <Renee.Delouche@la.gov>
**Cc:** Randy Lavespere <Randy.Lavespere@la.gov>; Jacob Johnson <Jacob.Johnson4@la.gov>; Tracy Falgout <Tracy.Falgout@LA.GOV>; Marcia Booker <Marcia.Booker2@la.gov>; Stacye Falgout <Stacye.Falgout@LA.GOV>; James Wesley <James.Wesley@LA.GOV>
**Subject:** RE: Emergent Transfer

Derek/Rene, please see below email. He is on supervision with New Iberia District. CAJUN shows he was arrested on 3/26/2021. Libby looked in the database and she does not see where he has been revoked. Can you please check on the status of this offender.

**From:** Blake LeBlanc (DOC)
**Sent:** Tuesday, March 30, 2021 3:08 PM
**To:** Angela Griffin <Angela.Griffin@LA.GOV>; Seth Smith <Seth.Smith@la.gov>; Faith Dufour <Faith.Dufour@LA.GOV>
**Cc:** Randy Lavespere <Randy.Lavespere@la.gov>; Jacob Johnson <Jacob.Johnson4@la.gov>; Tracy Falgout <Tracy.Falgout@LA.GOV>; Marcia Booker <Marcia.Booker2@la.gov>; Stacye Falgout <Stacye.Falgout@LA.GOV>; James Wesley <James.Wesley@LA.GOV>
**Subject:** Emergent Transfer
**Importance:** High

Joshua Folks 361917 is well known to us and was release not long ago. Now he's back in St. Mary Parish and has self injured twice along with tearing up the place. The parish wants him moved ASAP. Medical is involved

due to the self injury.  I've discussed this with Dr. Lavespere and DW Falgout at LSP.  LSP would like to receive tomorrow.  He's in E status.

Angela, Can he be made ready or transferred in his current status?

Faith/Chief can I have permission to move him tomorrow?

I'll call the facility when I get the word.

Thanks


# Blake LeBlanc, LCSW-BACS

Director of Mental Health
Louisiana DPS&C
225-202-8079 Work Cell

Form C-05-004-B
15 December 2017

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Medical/Mental Health Transfer Request for DOC Offenders at Local Facilities
Fax to the Elayn Hunt Correctional Center's Medical Department at (225) 319-4253/ Phone (225) 319-4249

Date of Request: 03/29/2021    Requesting Facility: St. Mary Parish Law Enforcement Center

Address: 9311 Hwy 90W South Frontage Road    Phone #: (337 )836-5520

Contact Person/Title: Lori Borne, RN    Fax #: (337 ) 836-1224

Reason for Priority Request:

Intentional self harm by sharp object 03/26/2021 & 03/28/2021. Currently in soft 4 point restraints and 1:1 WATCH

Offender Name: Joshua Folks    DOC#: 361917    DOB/Age: 01/20/1973    Sex: x M  F

Offender's Current Physical Location (i.e. hospital): St. Mary Parish Law Enforcement Center

Diet: Regular    Allergies (Drug & Food): NKA

Current Vital Signs: Date 03/29/2021 : B/P 120/76    P 82    R 18    T 97.5    Wt. 178

PPD History:  Negative on ___/___/____ or Positive on ___/___/___.  If treated, list treatment date, duration, and location: ___

Last CXR: _____ RPR: _____ HIV _____
                (Date and results)                    (Date: treatment, if any)

Restrictions/Special Instructions (i.e., CPAP, abscesses/wounds/wound care, isolation or dialysis needs, etc):
1:1  suicide watch    *** ER med records from 03/26/2021 & 03/28/2021 are included**
***Medical records from PCP  have been requested and will follow****

Current Medical Diagnosis:
Intentional self harm by sharp object        Bipolar
Anxiety reaction

List Current Medications to include Dosage and Frequency, Date of Last Dose, and Compliance:
Thorazine 200mg by mouth every am                    Wellbutrin XR 150mg by mouth every day
Thorazine 400mg by mouth every pm
Trihexphenidyl 5 mg by mouth threee times a day
Naltrexone 50mg by mouth every day                    (Please also attach MAR)

Pending Appointments (List Date, Time, and Location):

Recent Hospitalizations or Surgeries (Reason, Date, Location):

Recent Labs and Results:

_Lori Borne RN_  3/29/2021  1:04pm
Staff Signature, Date, and Time

*Note * If offender is transferred within 72hrs additional transfer summary is not required

Transfer Disposition: HRDC Staff only

(   ) Next routine intake: _____

(   ) Urgent Transfer with Date: _____

HRDC Provider Signature: _____ Date _____

Folks Emails-00107

Folks Emails-00108

## Joshua Folks

#### #LEC0020210401

Sex: Male
DOB: 01/17/1978 (Age 43)
Location: H-137
JMS ID: aut10181
Allergies:
NKMA

CHRONIC CARE CLINIC, SUICIDE OBSERVATION, RESTRAINT

Flow Sheets
Vital Signs

# Vital Signs

Viewing 1-6 of 6 Flow Records

| User | Record Date | Pos | BP Sys | BP Dia | Pulse | Resp. | Temp. | Weight | Height | BMI | S$_p$0$_2$ | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LPN Bonnette, Kathryn | 03/29/2021 1108 | Sitting | 120 | 76 | 82 | 18 | 97.5 °F | | | | 97.0% | |
| LPN Bonnette, Kathryn | 03/29/2021 0742 | Sitting | 130 | 84 | 76 | 18 | 97.3 °F | | | | 99.0% | |
| LPN Bonnette, Kathryn | 03/29/2021 0557 | Sitting | 128 | 86 | 78 | 18 | 97.2 °F | | | | 99.0% | |
| LPN StJulian, Nicole C | 03/28/2021 2156 | Sitting | 132 | 84 | 86 | 16 | 97.3 °F | | | | 99.0% | |
| LPN Bonnette, Kathryn | 03/27/2021 1656 | Sitting | 128 | 88 | 80 | 18 | 97.3 °F | | | | 99.0% | |
| LPN StJulian, Nicole C | 03/26/2021 2213 | Sitting | 134 | 88 | 84 | 18 | 97.5 °F | | | | 99.0% | |

Viewing 1-6 of 6 Flow Records

Folks Emails-00109

# Joshua Folks

### #LEC0020210401

Sex: Male
DOB: 01/17/1978 (Age 43)
Location: H-137
JMS ID: aut10181
Allergies:
NKMA

CHRONIC CARE CLINIC, SUICIDE OBSERVATION, RESTRAINT

Flow Sheets
Neuro Checks

## Neuro Checks

Viewing 1-1 of 1 Flow Record

| User | Record Date | Position | BP Sys | BP Dia | Pulse | Resp. | Temp. | Weight | Height | BMI | $S_pO_2$ | Notes | Additional |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LPN StJulian, Nicole C | 03/28/2021 2156 | Sitting | 132 | 84 | 86 | 16 | 97.3 °F | | | | 99.0% | | Alert, Oriented x3, Vomiting: None, Extremities: No Deficit, Left Pupil Size: 3, Left Pupil Reaction: Brisk, Right Pupil Size: 3, Right Pupil Reaction: Brisk |

Viewing 1-1 of 1 Flow Record

Folks Emails-00110

## Joshua Folks

### #LEC0020210401

Sex: Male
DOB: 01/17/1978 (Age 43)
Location: H-137
JMS ID: aut10181
Allergies:
NKMA

CHRONIC CARE CLINIC, SUICIDE OBSERVATION, RESTRAINT

Flow Sheets
Medical Observation

## Medical Observation

Viewing 1-20 of 20 Flow Records

| User | Record Date | | Assessment/Observation: |
|---|---|---|---|
| LPN Bonnette, Kathryn | 03/29/2021 1218 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Late Entry 3-29-21 @ 0800 Offender remains in soft restraints and 1 on 1 SW. Refused Mental Health Clinic. |
| LPN StJulian, Nicole C | 03/29/2021 0549 | Restraints: Assess every 2 hours. Documentation must include circulation checks to all extremities restrained. | Soft restraints remain in place. Capillary refill brisk less than 3 seconds and radial/pedal pulses strong and palpable. Skin temp and color is WNL. |
| LPN StJulian, Nicole C | 03/29/2021 0306 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Asleep at this time, resp even and unlabored. No Concerns or complaints noted at present time, remains one on one observation with deputy staff in attendance. NADN will cont to monitor. |
| LPN StJulian, Nicole C | 03/29/2021 0306 | Restraints: Assess every 2 hours. Documentation must include circulation checks to all extremities restrained. | Soft restraints remain in place. Capillary refill brisk less than 3 seconds and radial/pedal pulses strong and palpable. Skin temp and color is WNL. |
| LPN StJulian, Nicole C | 03/29/2021 0204 | Restraints: Assess every 2 hours. Documentation must include circulation checks to all extremities restrained. | Soft restraints remain in place. Capillary refill brisk less than 3 seconds and radial/pedal pulses strong and palpable. Skin temp and color is WNL. |
| LPN StJulian, Nicole C | 03/28/2021 2357 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Asleep at this time, resp even and unlabored. No Concerns or complaints noted at present time, remains one on one observation with deputy staff in attendance. NADN will cont to monitor. |
| LPN StJulian, Nicole C | 03/28/2021 2356 | Restraints: Assess every 2 hours. Documentation must include circulation checks to all extremities restrained. | Soft restraints remain in place. Capillary refill brisk less than 3 seconds and radial/pedal pulses strong and palpable. Skin temp and color is WNL. |
| LPN StJulian, Nicole C | 03/28/2021 2151 | Restraints: Assess every 2 hours. Documentation must include circulation checks to all extremities restrained. | Soft restraints remain in place to bilat wrists and bilat ankles. AAOx4, no confusion, n/v, or otherwise noted. BBS CTA bilat A&P, BS + x 4 quads no tenderness or distention noted. Apical pulse strong and WNL. Capillary refill brisk less than 3 seconds and radial/pedal pulses strong and palpable. Skin temp and color is WNL. No change from base line assessment noted at this time. Full set of v/s in flow sheets, see neuro check assessment also for further details. |
| LPN StJulian, Nicole C | 03/28/2021 1935 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | 1 on 1 watch remains in effect, soft restraints on at this time. will cont to monitor. |
| LPN StJulian, Nicole C | 03/28/2021 1935 | Restraints: Assess every 2 hours. Documentation must include circulation checks to all extremities restrained. | Soft restraints applied to Bilat ankles and bilat wrists. Capillary refill brisk less than 3 seconds and radial/pedal pulses strong and palpable. Skin temp and color is WNL. |
| LPN Bonnette, Kathryn | 03/28/2021 1231 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | 100% lunch tray consumed, Offender appears in some distress when awake, continues on 1 on 1 SW. |

Folks Emails-00111

| User | Record Date | | Assessment/Observation: |
|------|-------------|---|-------------------------|
| LPN Bonnette, Kathryn | 03/28/2021 1227 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Late entry 0800 3-28-21, Offender sleeping soundly at this time. !00% breakfast consumed. |
| LPN StJulian, Nicole C | 03/28/2021 0348 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Asleep at this time, resp even and unlabored. No Concerns or complaints noted at present time, remains one on one observation with deputy staff in attendance. NADN will cont to monitor. |
| LPN StJulian, Nicole C | 03/28/2021 0001 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Asleep at this time, resp even and unlabored. No Concerns or complaints noted at present time, remains one on one observation with deputy staff in attendance. NADN will cont to monitor. |
| LPN StJulian, Nicole C | 03/27/2021 1958 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | 1-on-1 SW continues. Inmate verbal relaxed at present time, remains uncooperative with signing intake ppw at present. Denied SI at this time. WC done to neck. NADN will cont to monitor. |
| LPN Bonnette, Kathryn | 03/27/2021 1650 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Inmate waking up crying, attempted to talk to offender, he started crying harder. Remains on 1 on 1 SW. |
| LPN Bonnette, Kathryn | 03/27/2021 1249 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Inmate consumed 100% of lunch tray. Inmate continues with 1 on 1 SW at this time. |
| LPN Bonnette, Kathryn | 03/27/2021 0824 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | 1-on-1 SW continues. Inmate sleeping soundly at this time, no SI noted. |
| LPN StJulian, Nicole C | 03/27/2021 0353 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Asleep at this time, resp even and unlabored. No Concerns or complaints noted at present time, remains one on one observation with deputy staff in attendance. NADN will cont to monitor. |
| LPN StJulian, Nicole C | 03/27/2021 0022 | Suicide Watch 0 assess every 4 hours. Asssessment should include activity, appearance, mood and if suicidal ideation present / absent. | Asleep at this time, resp even and unlabored. No Concerns or complaints noted at present time, remains one on one observation with deputy staff in attendance. NADN will cont to monitor. |

Viewing 1-20 of 20 Flow Records

Folks Emails-00112

**Joshua Folks**

**#LEC0020210401**

Sex: Male
DOB: 01/17/1978 (Age 43)
Location: H-137
JMS ID: aut10181
Allergies:
NKMA

CHRONIC CARE CLINIC, SUICIDE OBSERVATION, RESTRAINT

Chart Notes

# Chart Notes

| Type: Medical Note<br>Access: Medical Staff | Date: 03/29/2021 12:22 | Author: RN Borne, Lori | Related Problems |
|---|---|---|---|
| | Discussion with Warden Roger of inmates self injury behavior from Friday 03/26/2021 and again 03/28/2021. Both incidents were related to inmate going to bathroom. Areas was thoroughly searched without finding any object to be used. Possible that inmate may foreign object in rectum. D. Guillotte, NP notified. Orders to send inmate to ER for evaluation for possible foreign object hidden in rectum. FFH ER called report given to Janice nurse. Louis Ashley Assist Warden notified LBorne,RN | | |

| Type: Medical Note<br>Access: Medical Staff | Date: 03/29/2021 11:16 | Author: LPN Bonnette, Kathryn | Related Problems |
|---|---|---|---|
| | Medications verified:<br>Thorazine 200 mg q am, 400 mg q pm.<br>Trihexyphenidyl 5 mg 3xd.<br>Naltrexone 50 mg 1 qd.<br>Wellbutrin XR 150 mg qd. | | |

| Type: Medical Note<br>Access: Medical Staff | Date: 03/29/2021 11:00 | Author: LPN Bonnette, Kathryn | Related Problems |
|---|---|---|---|
| | Late Entry 3/28/21 @1740 Offender returned from FFH ER in stable condition, 10 staples to right laceration and 9 staples to left. Offender to continue with one on one SW. Task for wound care in place, appt to be seen by medical provider set, inmate refused Mental Health clinic. | | |

| Type: Medical Note<br>Access: Medical Staff | Date: 03/29/2021 10:54 | Author: RN Borne, Lori | Related Problems |
|---|---|---|---|
| | Medical Records requested from FFH. LBorneRN | | |

| Type: Medical Note<br>Access: Medical Staff | Date: 03/29/2021 07:38 | Author: LPN Bonnette, Kathryn | Related Problems |
|---|---|---|---|
| | Inmate is asleep at present time, resp even and unlabored. Remains one on one Suicide Observation. Bilat soft restraints remain in place.<br>NADN will cont to monitor. | | |

| Type: Medical Note<br>Access: Medical Staff | Date: 03/29/2021 03:06 | Author: LPN StJulian, Nicole C | Related Problems |
|---|---|---|---|
| | Inmate is asleep at present time, resp even and unlabored. Remains one on one Suicide Observation. Bilat soft restraints remain in place.<br>NADN will cont to monitor. | | |

| Type: Medical Note<br>Access: Medical Staff | Date: 03/28/2021 19:35 | Author: LPN StJulian, Nicole C | Related Problems |
|---|---|---|---|
| | Soft restraints applied to Bilat ankles and bilat wrists. Capillary refill brisk less than 3 seconds and radial/pedal pulses strong and palpable. Skin temp and color is WNL. | | |

| Type: Medical Note<br>Access: Medical Staff | Date: 03/28/2021 15:29 | Author: LPN Bonnette, Kathryn | Related Problems |
|---|---|---|---|
| | Bi lateral knees wrapped with gauze and taped to apply pressure. Stayed with offender until transported to ER. | | |

| Type: Medical Note | Date: 03/28/2021 15:26 | Author: LPN Bonnette, Kathryn | Related Problems |
|---|---|---|---|
| Access: Medical Staff | Called to booking, offender cut himself above bi-lateral knees while on one on one SW while sitting on toilet. Deputies unsure of what offender cut himself with at this time. Transported to FFH ER, report called in to ER nurse at this time. | | |

| Type: Medical Note | Date: 03/28/2021 01:45 | Author: LPN StJulian, Nicole C | Related Problems |
|---|---|---|---|
| Access: Medical Staff | Inmate is asleep at present time, resp even and unlabored. Remains one on one Suicide Observation. NADN will cont to monitor. | | |

| Type: Medical Note | Date: 03/27/2021 03:52 | Author: LPN StJulian, Nicole C | Related Problems |
|---|---|---|---|
| Access: Medical Staff | Inmate is asleep at present time, resp even and unlabored. Remains one on one Suicide Observation. NADN will cont to monitor. | | |

| Type: Medical Note | Date: 03/27/2021 00:18 | Author: LPN StJulian, Nicole C | Related Problems |
|---|---|---|---|
| Access: Medical Staff | Late Entry: At 1850 this writer was called to booking to see about inmate in holding area. Upon entering booking area inmate was noted standing at door of cell verbal and relaxed. Large amounts of blood noted to window of cell as well as floor and walls as well as feces on window of door in cell. Inmate informed staff he had taken a metal object and cut his left wrist/FA area and then stuck in his neck, inmate also c/o headache secondary to "banging head against wall". Inmate noted with superficial abrasion to back of head, laceration to Left FA/Left wrist and puncture wound to neck with object in situ. Denied LOC, no confusion, LTM/STM defecits, speech clear and relaxed. AAOx4. @ 1852 NON per D.Guillotte NP send to FFH ER for eval @ 1857 AASI and FFH ER notified. @ 1920 inmate left with AASI in stable condition. At 2156 received call from Bill RN to give report to this writer @ 2241 inmate RTF in stable condition with 7 sutures to Lt wrist/FA. @2245 NON per R Weatherspoon MHNP One on one suicide observation until further notice. NON per D. Guillotte NP remove sutures in 7-10 days, wound care to neck cleans QD with NS pat dry apply TAO until healed. Tasks generated. Med Records placed in NP folder for signature and copy left for HSA. Special Com Form completed and copy given to Biyibi and kitchen staff. Alert generated, booking made aware. NADN will cont to monitor. | | |

Folks Emails-00114

## Joshua Folks

### #LEC0020210401

Sex: Male
DOB: 01/17/1978 (Age 43)
Location: H-137
JMS ID: aut10181
Allergies:
NKMA

CHRONIC CARE CLINIC, SUICIDE OBSERVATION, RESTRAINT

Flow Sheets
Wound Care Flow Sheet

# Wound Care Flow Sheet

Viewing 1-2 of 2 Flow Records

| User | Record Date | Location of wound (describe anatomically) | Type of wound | Size of wound in cm - legnth | Size of wound in cm - width | Size of wound in cm - depth | Undermining or tunneling present | Type of drainage | Odor present? | Signs of Infection | Pain present | If yes, rate pain on scale 0-10 and describe in comments box. | Pain caused by dressing change? | Does the pain radiate? If yes, indicate where it radiates to. | Wound healing status | Additional Comments: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LPN Bonnette, Kathryn | 03/29/2021 1041 | bilateral lacerations above knee caps | | 15 | 1 | 0.5 | No | None | None | Other (specify) | No | 0 | No | No | Progressing well, as expected | No signs or symptoms of infection noted |
| LPN StJulian, Nicole C | 03/28/2021 0003 | neck anterior | Other (specify) | | | | No | None | None | | Yes | 2 | No | No | Stable, wound bed maintained | puncture wound unable to truly measure, done at 1958 |

Viewing 1-2 of 2 Flow Records

# 2. Intake History & Physical Assessment

| | |
|---|---|
| **SSN:** | - |
| **DOB:** | 01/17/1978 |
| **Age:** | 43 |
| **Approval:** | ⊙ Pending |

| | |
|---|---|
| **Location:** | H-137 |
| **Ethnicity:** | - |
| **Race:** | - |
| **Interviewer:** | LPN StJulian, Nicole C (03/26/2021 2213) |

**Joshua Folks**
**#LEC0020210401**

| | |  |
|---|---|---|
| Do you have Medicaid? | ○ Yes <br> ⊙ **No** | |
| Do you have Medicare? | ○ Yes <br> ⊙ **No** | |
| Do you have private insurance? <br> If so, list name of insurance. | ○ Yes <br> ⊙ **No** | |
| Emergency contact: with phone number: | | |
| Allergies: | NKMA | |
| Previous incarcerations: (Facility & date) | SMPLEC 2014 | |
| **History: Has a physician ever diagnosed you as having any of the following:** | | |
| Heart Disease | ○ Yes (explain) <br> ⊙ **No** | |
| Lung Disease | ○ Yes (explain) <br> ⊙ **No** | |
| Kidney Disease | ○ Yes (explain) <br> ⊙ **No** | |
| Liver Disease | ○ Yes (explain) <br> ⊙ **No** | |
| Seizure Disorder | ○ Yes (explain) <br> ⊙ **No** | |
| Diabetes | ⊙ **No** <br> ○ Type I (IDDM) <br> ○ Type II (NIDDM) | |
| Hepatitis | ○ Yes (explain) <br> ⊙ **No** | |
| STD's | ○ Yes (explain) <br> ⊙ **No** | |
| Sickle Cell | ○ Yes <br> ⊙ **No** | |
| Arthritis | ○ Yes <br> ⊙ **No** | |
| Eye Disease | ○ Yes <br> ⊙ **No** | |
| Hypertension | ⊙ **Yes** <br> ○ No | |
| Cancer | ○ Yes (explain) <br> ⊙ **No** | |
| Rectal Bleeding | ○ Yes (explain) <br> ⊙ **No** | |

| | | |
|---|---|---|
| HIV / AIDS | ○ Yes<br>◉ **No** | |
| Other (Specify) | ◉ **Yes**<br>○ No | manic depressive disorder, schizophrenia |
| Do you have any other medical history we have not covered?<br>(Explain) | ○ Yes<br>◉ **No** | |
| Have you had any recent physical injury to your body resulting to damage to ANY part of your body?<br>(Explain) | ◉ **Yes**<br>○ No | left arm 7 sutures, abrasion to back of head, metal object in neck see **NN** |
| Surgical History:<br>(Include type, date, facility and physician) | ◉ **Yes**<br>○ No | |
| Medications | ◉ **Yes, (See List below)**<br>○ No Current | |
| Medications as Reported by Patient- Name of Medication; Dosage; Route; Frequency | thorazine 100mg TID<br>Artane 5mg BID<br>Wellbutrin 150mg TID | |
| Medications Verified<br><br>Include: Name of Pharmacy Contacted as well as Name of medication, Frequency, and Last Fill Date of each medication<br><br>Example: CVS, Depakote 500mg po bid, last filled 10/23/201 | unsure | |

**Mental Health Evaluation**

| | | |
|---|---|---|
| History of psychiatric treatment? | ○ No<br>◉ **Yes** | |
| Current psychotropic medication? Prescribed by: | ◉ **Yes**<br>○ No | |
| Sex offenses? | ○ Yes<br>◉ **No** | |
| Violent behavior? | ◉ **Yes**<br>○ No | |
| Victim of criminal behavior? | ○ Yes<br>◉ **No** | |
| Special education placement? | ○ Yes<br>◉ **No** | |
| Head injury? | ◉ **Yes**<br>○ No | |

**Current symptoms:**

| | | |
|---|---|---|
| Depressed | ◉ **Yes**<br>○ No | |
| Suicidal | ◉ **Yes**<br>○ No | |
| Agitated | ◉ **Yes**<br>○ No | |
| Paranoid | ○ Yes<br>◉ **No** | |
| Disoriented | ○ Yes<br>◉ **No** | |

| Hallucinations | ○ Yes |
| | ◉ **No** |

| Delusional | ○ Yes |
| | ◉ **No** |

| Withdrawal | ○ Yes |
| | ◉ **No** |

| Drug Use:<br>Type, Amount, Frequency, Last use: | ◉ **Yes** |
| | ○ No |

| Alcohol Use:<br>Type, Amount, Frequency, Last use: | ○ Yes |
| | ◉ **No** |

| Substance use related hospitalization? | ○ Yes |
| | ◉ **No** |

| Detox and Outpatient Treatment? | ○ Yes |
| | ◉ **No** |

| Tobacco use:<br>Type, Amount, Frequency: | ◉ **Yes** |
| | ○ No |

**Columbia Suicide Severity Rating - Scale**

**Ask Questions 1 and 2**

| 1. Wish to be Dead: | |
| In the past month, have you wished to be dead or wished you could go to sleep and not wake up?<br><br>Person endorses thoughts about a wish to be dead or not alive anymore, or wish to fall asleep and not wake up? | ○ Yes<br>◉ **No** |
| 2. Suicide Thoughts: | |
| In the past month, have you had any actual thoughts of killing yourself?<br><br>General non-specific thoughts of wanting to end one's life/commit suicide, "I've thought about killing myself" without general thoughts of ways to kill oneself/associated methods, intent, or plan." | ◉ **Yes**<br>○ No |

**If YES to 2, ask questions 3, 4, 5, and 6. If NO go directly to question 6.**

| 3. Suicide Thoughts with Method (without Specific Plan or Intent to Act): | |
| In the past month, have you been thinking about how you might do this?<br><br>Person endorses thoughts of suicide and has thought of at least one method during the assessment period. This is different than a specific plan with time, place or method details worked out "I thought about taking and overdose but I never made a specific plan as to when, where or how I would actually do it.....and I would never go through with it." | ◉ **Yes**<br>○ No |
| 4. Suicide Intent (without Specific Plan): | |
| In the past month, have you had these thoughts and had some intention of acting on them?<br><br>Active suicidal thoughts of killing oneself and patient reports having some intent to act on such thoughts, as oppose to "I have the thoughts but I definitely will not do anything about them" | ◉ **Yes**<br>○ No |
| 5. Suicide Intent with Specific Plan: | |
| In the past month, have you started to work out or worked out the details of how to kill yourself?<br><br>(Thoughts of killing oneself with details of plan fully or partially worked out and person has some intent to carry it out) | ◉ **Yes**<br>○ No |

| | |
|---|---|
| Do you intend to carry out this plan? | |

**6. Suicide Behavior Question**

| | |
|---|---|
| Have you ever done anything, started to do anything, or prepared to do anything to end your life?<br><br>Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc. | ○ Over 1 year ago<br>○ 3 Months to 1 year ago<br>◉ **Within the last 3 months**<br>○ NO |

| | | |
|---|---|---|
| Response Protocol to C-SSRS Screening (Linked to any item marked "YES")<br><br>Yes to item 1 - have patient complete Safety Plan and provide patient a copy.<br><br>Yes to Items 2 - 5 - Patient is placed on suicide watch and this referred to mental health staff or practitioner<br><br>Yes to item 6 - Over 1 year ago - Have patient complete Safety Plan and provide patient a copy of plan.<br><br>Yes to item 6 - Between 3 Months and 1 Year ago - Have patient complete Safety plan and provide patient a copy ofp plan.<br><br>Yes to Item 6 - Within Last 3 Months - Patient is placed on suicide watch.<br><br>In addition to the above criteria, ANY "YES" answer trigger immediate referral to mental health staff or provider. | ☐ General Population recommended<br>☐ Safety Plan completed<br>☑ **Inmate placed on Suicide Watch**<br>☑ **Referred to practitioner**<br>☑ **Other (Specify)** | one on one constant observation |

**Dental Screening**

| | | |
|---|---|---|
| Dental Caries | ○ Yes<br>◉ **No** | |
| Dentures | ◉ **None**<br>○ Partial<br>○ Full | |
| Inflammation | ○ Yes<br>◉ **No** | |
| Oral Lesions | ○ Yes<br>◉ **No** | |
| Comments: | | |
| Oral education:<br><br>1. Be sure to brush your teeth twice a day for 2-3 minutes each time.<br>2. Rinse your mouth with water between meals.<br>3. Drink plenty of water each day. | ☑ **Patient has been provided oral education.** | |

**Physical Assessment: Document detail for anything marked as abnormal**

| | | |
|---|---|---|
| Neuro | ○ Alert<br>○ Oriented x's 1<br>○ Oriented x's 2<br>◉ **Oriented x's 3**<br>○ Alert Mental Status (Explain) | |
| Head / Neck | ○ Full Range og Motion<br>○ Limited Range of Motion<br>○ Tender<br>○ Pain<br>◉ **Visible Trauma**<br>○ Other (Explain) | |

Folks Emails-00118

| | | |
|---|---|---|
| Eyes | ⦿ **PERRL**<br>○ Unequal<br>○ Sluggish<br>○ Nonreactive<br>○ Cloudy<br>○ Drainage<br>○ Redness<br>○ Jaundice<br>○ Other (Explain) | |
| Ears | ⦿ **WNL**<br>○ Visible Trauma<br>○ Drainage<br>○ Inflammation<br>○ Pain<br>○ Reports Tinnitus<br>○ Other (Explain) | |
| Nose | ⦿ **WNL**<br>○ Drainage<br>○ Pain<br>○ Visible Trauma<br>○ Other (Explain) | |
| Throat | ⦿ **WNL**<br>○ Redness<br>○ Swollen<br>○ Pain<br>○ Swollen Lymph Nodes<br>○ Other (Explain) | |
| Cardiac | ⦿ **HRR**<br>○ Murmur<br>○ Irregular Rate<br>○ Peripheral Edema<br>○ J.V.D.<br>○ Other (Explain) | |
| Lungs | ☑ **Clear**<br>☐ Diminished<br>☐ Wheezes<br>☐ Rales (crackles)<br>☐ Rhonchi<br>☐ Other (Explain) | |
| Skin | ○ Warm<br>○ Dry<br>○ Cool<br>○ Clammy<br>○ Jaundice<br>○ Open Wounds<br>○ Lesions<br>⦿ **Visible Trauma (explain)**<br>○ Other (Explain) | see nn |

| | | |
|---|---|---|
| GI<br><br>Document last BM in notes | ☐ Soft<br>☑ **Active Bowel Sounds**<br>☐ Abnormal Bowel Sounds<br>☐ Firm<br>☐ Tender<br>☐ Incontinent of Bowel<br>☐ colostomy<br>☐ Other: explain | lbm 3-26-21 |
| GU | ☑ **Continent**<br>☐ Incontinent<br>☐ Ostomy<br>☐ Dysuria<br>☐ Low or No urine output<br>☐ Other: explain | |
| Extremities | ☑ **Full Range of Motion**<br>☐ Limited Range of Motion<br>☐ Prosthesis (explain) | |
| Gait | ☑ **Steady**<br>☐ Unsteady<br>☐ Requires Assistance of Device<br>☐ Other (Explain) | |

| | | | |
|---|---|---|---|
| **Blood Pressure** | 134 | sys | 88 | dia |
| **Pulse** | 84 | beats per min | |
| **Respirations** | 18 | breaths per min | |
| **Temperature** | 97.5 | °F | |
| **Weight** | | lbs | |
| **Height** | - - - ˅ | | |
| **SPO2** | 99.0 | % | |

| Diabetic: Random FSBS: | |
|---|---|
| Asthmatic: Peak Flow: List 3 readings | |
| Urine Drug Screen: Document under flow sheet- UDS | |

| | |
|---|---|
| Refer To: | ☑ **MH**<br>☐ Dental<br>☑ **MD/NP Clinic**<br>☑ **New inmate assessment task x 72 hours** |
| Educated On | ☑ **Access to care**<br>☑ **Sick Call**<br>☑ **Co-Pay**<br>☐ Personal Medications<br>☐ Other: explain |
| Chronic Care Clinic: | ☐ Diabetes<br>☐ Liver / HCV<br>☐ TB<br>☐ Seizures<br>☐ HIV<br>☐ General<br>☐ Pulmonary/Asthma/COPD<br>☑ **Cardiac/Hypertension** |

| | | |
|---|---|---|
| | ☐ Thyroid | |
| | ☑ **Mental Health** | |
| | ☐ None | |
| Disposition | ☐ General Population | |
| | ☐ Medical Observation | |
| | ☑ **Suicide Watch** | |
| | ☐ Isolation (explain) | |
| | ☐ Bottom Bunk | |
| | ☐ Detox Watch | |
| | ☐ Other: explain | |

# Special Needs
# Communications

**JMS ID:**
**DOB:** 01/17/1978
**Age:** 43

aut10181  **Location:** holding
**Interviewer:** LPN StJulian, Nicole C (03/26/2021 2222)

**Joshua Folks**
**#03262021**

| Current Classification Status | ☑ General Population | |
|---|---|---|
| Change to | ☑ Start Suicide (Constant) | |
| Bed Assignment:(Note in Comments the Duration (X____ Days)) | | Holding Cell |
| Housing (Note in Comments the Duration (X____Days)) | ☑ Other | Holding cell |
| Medical Staff Signature | NStJulian, LPN | 03/26/2021 2224 |



## Addenda
### Franklin Foundation Hospital
### Emergency Department
1097 Northwest Boulevard, Franklin, LA 70538 (337) 355-1212

---

**Patient: FOLKS, JOSHUA J**
**MRN: 147909      Acct#: 877977**
**Sex: M      DOB: 01/17/1978      Age: 43y**
**Arrival:** 03/28/2021 15:34    **Departure:** 03/28/2021 16:54    **Disposition:** Home

**Weight:**75.4 kg. **Height/Length:**69 inches. **BMI:**24.6

Time Seen: 15:42 03/28/2021.
Arrived- Came from jail.   Historian- patient.

### HISTORY OF PRESENT ILLNESS
Chief Complaint: Injury to right and left leg.   The injury happened just prior to arrival.   (Jail).

The patient sustained a laceration.

Patient is not experiencing pain.   No other injury.

(The patient is in jail, under 1-to-1 suicide watch, and the patient managed to get a sharp piece of metal, a cut himself on both legs.   No weakness, numbness, or loss of function distally.   His last Td was in 2019. He has a long h/o of self-injury.).

### REVIEW OF SYSTEMS
The patient sustained a laceration.   No weakness or numbness.   All other systems reviewed and are negative.

### PAST HISTORY
See nurses notes.   Tetanus immunization status is up-to-date.

**Medications:**
ARTANE 5 MG 3 X A DAY.
 THORAZINE 100 MG 3 X A DAY.
 Wellbutrin Oral 150 mg,   2x a day.
**Allergies:**
None.

### SOCIAL HISTORY
Never smoker.

### FAMILY HISTORY
(N/A).

### ADDITIONAL NOTES
The nursing notes have been reviewed.

### PHYSICAL EXAM

Page 1 of 3

**Vital Signs:** Have been reviewed.
**Appearance:** Alert.   Oriented X3.   No acute distress.
**Head:** Head atraumatic.
**Eyes:** Eyes normal inspection.
**ENT:** Nose normal.
**Neck:** Normal inspection.   Neck supple.
**CVS:** Normal heart rate and rhythm.   Heart sounds normal.   Pulses normal.
**Respiratory:** No respiratory distress.   Breath sounds normal.
**Abdomen:** No visible injury.   Soft and nontender.
**Back:** Normal inspection.   No tenderness.   ROM normal.
**Skin:** Skin intact.   Skin warm and dry.   Normal skin color.
**Extremities:** Lower extremity soft-tissue tenderness present.   No signs of infection involving the lower
extremities.   No bony tenderness in the lower extremities.   Right thigh: mild tenderness and
subcutaneous laceration with active bleeding greater than 5.0 cm located in the anterior aspect of lower
thigh. SEE LACERATION PROCEDURE NOTE #1. Neurovascular intact distally. No erythema, swelling,
abrasion, ecchymosis or puncture wound. No foreign body or deformity.   Left thigh: mild tenderness and
subcutaneous laceration with active bleeding greater than 5.0 cm located in the anterior aspect of lower
thigh. SEE LACERATION PROCEDURE NOTE #2. Neurovascular intact distally. No erythema, swelling,
abrasion, ecchymosis or puncture wound. No foreign body or deformity.   Extremities otherwise negative.
**Neuro, Vascular and Tendons:** Vascular status intact.   Sensation intact.   Motor intact.   Tendon function
intact.
**Gait:** Normal gait.
**Neuro:** Oriented X 3.   No motor deficit.   No sensory deficit.

## PROGRESS AND PROCEDURES

**Laceration Repair:** Location: right thigh.   Length: 9 cm.   Complexity: simple (local anesthesia used and
stapled).
Wound depth/shape- subcutaneous and linear. Wound is clean. No foreign body present.   Distal
neuro/vascular/tendon status normal. No sensory deficit, motor deficit or vascular deficit distally. No
ligament or tendon injury or tendon deficit or laceration.   Anesthesia provided using 1% lidocaine with epi.
Prepped with chlorhexidine.   Wound explored, cleansed, irrigated and examined to the base in bloodless
field extensively with normal saline. Wound not debrided. No foreign material removed.   Closure of skin:
(10 staples).   Post-procedure: he is stable and there are no complications. Bleeding is controlled and
neuro-vascular status is intact distal to the wound.   Dressing applied.   Tetanus immunization up-to-date.
**Laceration Repair #2:** Location: left thigh.   Length: 9 cm.   Complexity: simple (local anesthesia used and
stapled).
Wound depth/shape- subcutaneous and linear. Wound is clean. No contamination or foreign body present.
Distal neuro/vascular/tendon status normal. No sensory deficit, motor deficit or vascular deficit distally. No
ligament or tendon injury or tendon deficit or laceration.   Anesthesia provided using 1% lidocaine with epi.
Prepped with chlorhexidine.   Wound explored, cleansed, irrigated and examined to the base in bloodless
field extensively with normal saline.   Closure of skin: (9 staples).   Post-procedure: he is stable and there
are no complications. Bleeding is controlled and neuro-vascular status is intact distal to the wound.
Dressing applied.   Tetanus immunization up-to-date.

**Disposition:** Discharged.   Condition: stable.

## CLINICAL IMPRESSION

Multiple deep lacerations to the right thigh and left thigh. No foreign body present or cellulitis. Treatment of
laceration not delayed.

**Franklin Foundation Hospital**
**Addenda**
**Patient:** FOLKS, JOSHUA J        **DOB:** 01/17/1978        **Acct#:**        **MRN:** 147909

Folks Emails-00124

## INSTRUCTIONS

Protect wound and keep wound area clean. Change dressing twice daily. Keep wounds dry. You may wash wounds briefly, then dry. Soak in warm soapy water. Clean wounds with hydrogen peroxide twice daily. Apply neosporin twice daily. Staples should be removed in ten days.
(Have the staples removed in 10 days.   Return here for any sign of infection, or any other concerns.).

**Warnings:** COMPLICATIONS: Complications from this condition include: possible infection, possible foreign body remaining in the wound, possible injury to a nerve and possible injury to a tendon. Future problems may include infection, scarring, loss of function, pain and deformity.
INFECTION: Watch for signs of infection (increasing heat and redness, pus-like drainage, swelling, or increased pain). Return or see your doctor if these signs occur.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

### Follow-up:

Follow up with your healthcare provider Jail Clinic Tuesday in two days for wound check. Reason for referral: evaluation, treatment and Have the staples removed in 10 days.

(Electronically signed by Overton, Clayton, M.D. 03/28/2021 18:15)

**3/28/2021 17:14**
1640: Police captain at bedside interviewing patient. Patient under continuous observation throughout ER stay. Room located in front of nurse's station
(Electronically signed by Christopher Williams R.N. - 3/28/2021 17:14)

**Franklin Foundation Hospital**
**Addenda**
**Patient:** FOLKS, JOSHUA J          **DOB:** 01/17/1978          **Acct#:**          **MRN:** 147909

Page 3 of 3

Folks Emails-00125

Addenda for FOLKS, JOSHUA J   MRN: 147909   VisitID:   877977   Date:   03/28/2021

**3/28/2021 17:14**
1640: Police captain at bedside interviewing patient. Patient under continuous observation throughout ER stay. Room located in front of nurse's station
(Electronically signed by Christopher Williams R.N. - 3/28/2021 17:14)

Folks Emails-00126

**Franklin Foundation Hospital**
**Emergency Department**
1097 Northwest Boulevard, Franklin, LA 70538 (337) 355-1212

**Patient: FOLKS, JOSHUA J**
**MRN: 147909    Acct#: 877977**
**Sex: M    DOB: 01/17/1978    Age: 43y**
**Arrival: 03/28/2021 15:34    Departure:        Disposition: Home**

Thank you for visiting the Franklin Foundation Hospital-Emergency Department.
You have been evaluated today by Overton, Clayton, M.D. for the following condition(s):

Multiple deep lacerations to the right thigh and left thigh. No foreign body present or cellulitis. Treatment of laceration not delayed.

### INSTRUCTIONS

Protect wound and keep wound area clean. Change dressing twice daily. Keep wounds dry. You may wash wounds briefly, then dry. Soak in warm soapy water. Clean wounds with hydrogen peroxide twice daily. Apply neosporin twice daily. Staples should be removed in ten days.
(Have the staples removed in 10 days. Return here for any sign of infection, or any other concerns.).

**Warnings:** COMPLICATIONS: Complications from this condition include: possible infection, possible foreign body remaining in the wound, possible injury to a nerve and possible injury to a tendon. Future problems may include infection, scarring, loss of function, pain and deformity.
INFECTION: Watch for signs of infection (increasing heat and redness, pus-like drainage, swelling, or increased pain). Return or see your doctor if these signs occur.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Follow-up:**
Follow up with your healthcare provider Jail Clinic Tuesday in two days for wound check. Reason for referral: evaluation, treatment and Have the staples removed in 10 days.

**You have been given the following additional information:**
Laceration: All Closures
Wound Care

98% R/A
86
16
120/85

Patient Signature

FOLKS, JOSHUA    DOB: 01/17/1978    03/28/2021 15:34    MR# 147909    Visit# 877977    1 of 2

Folks Emails-00127

FOLKS, JOSHUA    03/28/2021 15:34    MR# 147909    Visit# 877977    2 of 2

Hospital Representative    03/28/2021

Time

877971   RM- TRG04 147909    P/T-E/A
FOLKS JOSHUA J    M   43
203 LACY STREET    FRANKLIN    , LA
OVERTON
      03/28/21   B/D 01/17/78

Folks Emails-00128

# Clinical Report - Physicians/Mid Levels
## Franklin Foundation Hospital
### Emergency Department
1097 Northwest Boulevard, Franklin, LA 70538 (337) 355-1212

---

**Patient: FOLKS, JOSHUA J**
**MRN: 147909     Acct#: 877930**
**Sex: M     DOB: 01/17/1978     Age: 43y**
**Arrival:** 03/26/2021 19:45     **Departure:** 03/26/2021 22:03     **Disposition:** Home

**Weight:**72.5 kg (S). **Height/Length:**69 inches (S). **BMI:**23.6

*12:09*

*Joner*

Time Seen: 20:34 03/26/2021.
Arrived- In custody.   Came in police custody.   Historian- patient and office nurse.

Referred by jail.

## HISTORY OF PRESENT ILLNESS
Chief Complaint: SELF INJURY and AGITATED.   This started just prior to arrival.   (After he was at the jail to be booked for a traffic violation).

The patient has experienced situational problems (arrested).   He has not exhibited a behavior change, was not found wandering and is compliant with medication.   (He threatened suicide. Attempted to stab his throat with a piece of metal found in the cell, Cut his left wrist with unknown object.).   No recent drug use or alcohol consumption.   Has exhibited unusual behavior observed by police but been eating or sleeping or not been depressed.   No anxiety, anger, paranoia, delusions or hallucinations.   Has had suicidal thoughts ("I'm okay now").   Has briefly considered suicide. Has low lethality plan for suicide. The method is unavailable.   The patient inflicted self-injury: incision to the head, left wrist (metal object stabbed in neck, Hit the back of his head on wall).

The symptoms are described as mild.   An injury is present.   Location- neck and left wrist.

Additional history - He has had previous admits to psyche unit.

Similar symptoms previously. None.

Recent medical care: Not recently seen/assessed.

## REVIEW OF SYSTEMS
No headache, dizziness, weakness, chest pain or palpitations.   No abdominal pain, vomiting, diarrhea, black stools or numbness.   All other systems reviewed and are negative.

## PAST HISTORY
See nurses notes.

**Problems:**
Mental Illness.
Abdominal Pain.
Anxiety Reaction.
Bipolar Disorder.

Page 1 of 3

Additional Surgeries:
ABDOMINAL SURGERY .

**Medications:**
ARTANE 5 MG 3 X A DAY.
 Wellbutrin Oral 150 mg, 2x a day.
 THORAZINE 100 MG 3 X A DAY.
**Allergies:**
None.

## SOCIAL HISTORY
Never smoker.   No alcohol use or drug use.   Has place to stay (jail).

## ADDITIONAL NOTES
The nursing notes have been reviewed and agreed upon.

## PHYSICAL EXAM
**Vital Signs:** 03/26/2021 19:46 BP: 138/88. MAP: 104. HR: 100. RR: 20. O2 saturation: 99%. Temp: 97.7
F. Pain level now: 3/10.   Have been reviewed as abnormal.   Blood pressure normal.   Tachycardic.
Respiratory rate normal.   Temperature normal.   Oxygen saturation normal.
**Appearance:** Alert.   No acute distress.
**HEENT:** (1 cm laceration on vertex of scalp).
**Eyes:** Pupils equal, round and reactive to light.
**Neck:** Neck supple.   (piece of metal just lateral to the larynx right).
**CVS:** Tachycardia.   Normal heart rhythm.   Heart sounds normal.
**Respiratory:** Breath sounds normal.   Chest nontender.
**Abdomen:** Soft and nontender.
**Back:** No tenderness.
**Skin:** Skin warm and dry.   Normal skin color.   Normal skin turgor.
**Extremities:** Left wrist: superficial 4.0 cm laceration located in the volar aspect of the wrist. SEE
LACERATION PROCEDURE NOTE #1. Neurovascular intact distally. (multiple). No deformity. No joint
effusion or limitation in ROM.   (multiple superficial laceration. Only one requiring sutures).
**Psych / Neuro:** Oriented X 3.   Mood and affect normal.   Speech normal.   Cognition normal.   Thought
process and content normal.   Denies suicidal thoughts.   Insight and judgement normal.   Cranial nerves
normal (as tested).   No cerebellar findings.   No motor deficit.   No sensory deficit.

## PROGRESS AND PROCEDURES
**Removal of Soft Tissue Foreign Body:** Time: 20:59 03/26/2021.   The foreign body was metal.   Located
in the neck anterior.   Prior to the procedure the risks, benefits and alternatives to the procedure were
explained and consent was obtained.   Anesthesia provided using 0.50% Marcaine with epinephrine.
Wound prepped with Betadine and sterile field employed. Incision made with a #11 blade. Foreign body
pushed through skin and removed using hemostat. Wound irrigated extensively.   The foreign body
removed was subcutaneous.   Dressing applied.   Tetanus immunization up-to-date.
**Laceration Repair:** Time: 21:30 03/26/2021.   Location: left wrist.   Length: 4.5cm.   Complexity: simple
(local anesthesia used and sutured).
Wound depth/shape- subcutaneous and linear. Wound is clean.   Distal neuro/vascular/tendon status
normal.   Anesthesia provided using 0.50% Marcaine with epi.   Prepped with Betadine.   Wound explored,
cleansed, irrigated and examined to the base in bloodless field extensively with normal saline.   Closure of
skin: interrupted 4-0 Prolene (7 sutures).   Post-procedure: he is stable and there are no complications.
Bleeding is controlled and neuro-vascular status is intact distal to the wound.   Dressing applied.   Tetanus
immunization up-to-date.   Estimated blood loss: 3 mL.

**Franklin Foundation Hospital**
**Clinical Report - Physicians/Mid Levels**
**Patient:** FOLKS, JOSHUA J    **DOB:** 01/17/1978    **Acct#:**    **MRN:** 147909

Page 2 of 3

Folks Emails-00130

**Course of Care:** 21:32 03/26/21. Discussed wound care with the guard, patient. No sutures needed in the scalp or neck. Only the left wrist. Only puncture marks where the metal was stabbed into the neck, entry and exit marks.

**Disposition:** Discharged.   Condition: good.

## CLINICAL IMPRESSION

Adjustment disorder with disturbance of conduct.
Multiple superficial lacerations to the left wrist. No foreign body present.
Removal of superficial metal soft tissue foreign body to the anterior neck. Puncture wound present.

## INSTRUCTIONS

Protect wound and keep wound area clean. Clean wounds with hydrogen peroxide twice daily. Apply neosporin.
(CLEARED FOR INCARCERATION).

**Warnings:** Further evaluation is necessary.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Your Current Medications:** Your current home medications have been reviewed.
**CONTINUE TAKING THE FOLLOWING MEDICATIONS:**
ARTANE 5 MG 3 X A DAY*.
THORAZINE 100 MG 3 X A DAY*.
Wellbutrin Oral : 150 mg 2x a day.

**OTC Medications:**
Acetaminophen (available over the counter): take according to label instructions.

Motrin (available over the counter): take according to label instructions.

**Follow-up:**
Follow up with your healthcare provider in ten for suture removal.    Follow up with your doctor in two days for wound check.

Understanding of the discharge instructions verbalized by patient.

(Electronically signed by John McCain, M.D. 03/27/2021 00:00)

Franklin Foundation Hospital
Clinical Report - Physicians/Mid Levels
Patient: FOLKS, JOSHUA J    DOB: 01/17/1978     Acct#:     MRN: 147909

Folks Emails-00131

**Franklin Foundation Hospital**
**Emergency Department**
1097 Northwest Boulevard, Franklin, LA 70538 (337) 355-1212

---

**Patient: FOLKS, JOSHUA J**
**MRN: 147909   Acct#: 877930**
**Sex: M   DOB: 01/17/1978   Age: 43y**
**Arrival: 03/26/2021 19:45   Departure:   Disposition: Home**

Thank you for visiting the Franklin Foundation Hospital-Emergency Department.
You have been evaluated today by John McCain, M.D. for the following condition(s):

Adjustment disorder with disturbance of conduct.
Multiple superficial lacerations to the left wrist. No foreign body present.
Removal of superficial metal soft tissue foreign body to the anterior neck. Puncture wound present.

**INSTRUCTIONS**
Protect wound and keep wound area clean. Clean wounds with hydrogen peroxide twice daily. Apply neosporin.
(CLEARED FOR INCARCERATION).

**Warnings:** Further evaluation is necessary.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Your Current Medications:** Your current home medications have been reviewed.
CONTINUE TAKING THE FOLLOWING MEDICATIONS:
ARTANE 5 MG 3 X A DAY*.
THORAZINE 100 MG 3 X A DAY*.
Wellbutrin Oral : 150 mg 2x a day.

**OTC Medications:**
Acetaminophen (available over the counter): take according to label instructions.

Motrin (available over the counter): take according to label instructions.

**Follow-up:**
Follow up with your healthcare provider in ten for suture removal. Follow up with your doctor in two days for wound check.

Understanding of the discharge instructions verbalized by patient.

**You have been given the following additional information:**
Adjustment Disorder

FOLKS, JOSHUA   DOB: 01/17/1978   03/26/2021 19:45   MR# 147909      Visit# 877930                    1 of 2

Folks Emails-00132

FOLKS: JOSHUA    03/26/2021 19:45    MR# 147909    Visit# 877930    2 of 2

Laceration, Extremity: Stitches, Staple, or Tape
Foreign Body, Soft Tissue (Removed)

877930    EM- ERG04 147909    P/T-E/R
FOLKS JOSHUA J    M   43
203 LACY STREET    FRANKLIN    , LA
MCCAIN JON    MISCELLANE
MISCELLANE    03/26/21  B/D 01/17/78

Patient Signature

Hospital Representative    03/26/2021

Time

Folks Emails-00133