# EXHIBIT 6

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**

# Medical Records Transmittal

Date:                     1/22/2025
Request Number:    93395589
Page Count:            7117

**Your requested medical records are attached.**

Patient Name:        Joshua Folks
Medical Facility:     University Medical Center
Requester:             Andrew Blanchfield, Esq.
Organization:        Keogh, Cox & Wilson, Attorneys At Law/PORTAL

Your reference number:   73.2432595

Thank you,

*MRO*
*MROcorp.com*

UMC000001

| | | | | | |
|---|---|---|---|---|---|
| **LCMC Health** | | UNIVERSITY MEDICAL CENTER - NO<br>2000 Canal St<br>New Orleans LA 70112-3018 | | Folks, Joshua<br>MRN: 1002078084, DOB: 1/17/1978, Legal Sex: M | |

## Patient

**Visit List**

| Date | Type | Location | Department | Specialty | Provider |
|---|---|---|---|---|---|
| 07/21/2021 - 07/31/2021 | ED to Hosp-Admission (Discharged) | UNIVERSITY MEDICAL CENTER - NO | UMCNO CONTROLLED ACCESS UNIT | Med Surg | Smith, Alison Annette, MD |
| Description: S/P exploratory laparotomy (Primary Dx);<br>Abdominal pain;<br>Abdominal pain, unspecified abdominal location;<br>Perforation of colon;<br>Penetrating foreign body of skin of abdominal wall, initial encounter;<br>Foreign body in digestive tract, subsequent encounter;<br>Small bowel perforation;<br>Penetrating foreign body of skin of abdominal wall, subsequent encounter;<br>Anxiety | | | | | |
| 02/05/2020 | XRAY OUTSIDE IMAGES | UNIVERSITY MEDICAL CENTER - NO | University Medical Center Radiology Department | Radiology | Zzzprovider, Umcno, MD |
| 02/05/2020 - 02/07/2020 | ED to Hosp-Admission (Discharged) | UNIVERSITY MEDICAL CENTER - NO | University Medical Center | Trauma Surgery | Greiffenstein, Patrick, MD |
| Description: Foreign body ingestion (Primary Dx);<br>Swallowed foreign body, initial encounter;<br>Foreign body, swallowed, initial encounter;<br>Laceration of neck with foreign body, initial encounter;<br>Gastric foreign body | | | | | |
| 07/08/2019 | ED | UNIVERSITY MEDICAL CENTER - NO | UMCNO EMERGENCY DEPT | Emergency Medicine | Ancelet, Jacques Francois, MD |
| Description: Open wound of neck, initial encounter (Primary Dx);<br>Laceration of abdominal wall, initial encounter;<br>Self-mutilation | | | | | |
| 06/08/2019 - 06/11/2019 | ED to Hosp-Admission (Discharged) | UNIVERSITY MEDICAL CENTER - NO | UMCNO CONTROLLED ACCESS UNIT | Med Surg | Schroll, Rebecca Warner, MD |
| Description: Swallowed foreign body, initial encounter (Primary Dx);<br>Foreign body in digestive tract, subsequent encounter | | | | | |
| 05/31/2019 - 06/07/2019 | ED to Hosp-Admission (Discharged) | UNIVERSITY MEDICAL CENTER - NO | UMCNO CONTROLLED ACCESS UNIT | Med Surg | Moore, Margaret Marie, MD |
| Description: Swallowed foreign body (Primary Dx);<br>Foreign body in digestive tract, subsequent encounter | | | | | |
| 05/29/2019 | ED | UNIVERSITY MEDICAL CENTER - NO | UMCNO EMERGENCY DEPT | Emergency Medicine | Affronti, John Paul, MD |
| Description: Foreign body ingestion (Primary Dx);<br>Foreign body in digestive tract, initial encounter;<br>Foreign body of stomach | | | | | |
| 05/28/2019 - 05/29/2019 | ED | UNIVERSITY MEDICAL CENTER - NO | UMCNO EMERGENCY DEPT | Emergency Medicine | Elder, Jeffrey Michael, MD |
| Description: Swallowed foreign body (Primary Dx);<br>Foreign body in digestive tract, initial encounter;<br>Abdominal pain, unspecified abdominal location;<br>Suicide attempt;<br>Foreign body in stomach, initial encounter;<br>Other diseases of stomach and duodenum | | | | | |
| 05/16/2019 - 05/21/2019 | ED to Hosp-Admission (Discharged) | UNIVERSITY MEDICAL CENTER - NO | UMCNO CONTROLLED ACCESS UNIT | Med Surg | Guidry, Chrissy, DO |
| Description: Foreign body, swallowed, initial encounter (Primary Dx);<br>Foreign body in digestive tract, initial encounter;<br>Gastroptosis; | | | | | |

Printed on 1/6/25 11:18 AM    UMC000038    Page 1

Case 3:23-cv-01289-SDD-RLB    Document 70-8    08/15/25    Page 4 of 11

**LCMC Health**

UNIVERSITY MEDICAL CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Folks, Joshua
MRN: 1002078084, DOB: 1/17/1978, Legal Sex: M
Adm: 7/21/2021, D/C: 7/31/2021

**07/21/2021 - ED to Hosp-Admission (Discharged) in UMCNO CONTROLLED ACCESS UNIT (continued)**

ED Care Timeline (continued)

| Time | Category | Details | Provider |
|---|---|---|---|
| 10:00 | Custom Formula Data | **Vitals Assessment**<br>  Automatic Restart Vitals Timer: Yes<br>**Relevant Labs and Vitals**<br>  Temp (in Celsius): 36.7 | Bambi Landry, RN |
| 10:00 | Daily Cares/Safety | **Safe Environment**<br>  Arm Bands On: ID<br>  Call Light Within Reach: Yes<br>  Overbed Table Within Reach: Yes<br>  Bed In Lowest Position: Yes<br>  Bed Wheels Locked: Yes<br>  Side Rails/Bed Safety: 1/2<br>  Cuff Type: Shackle<br>  Cuff Secured: Bed Frame<br>**Hester Davis Fall Risk Assessment**<br>  Last Known Fall: No Falls<br>  Mobility: No limitations<br>  Medications: Cardiovascular or central nervous system meds<br>  Mental Status/LOC/Awareness: Awake, alert, and oriented to date, place, and person<br>  Toileting Needs: No needs<br>  Volume/Electrolyte Status: No problems<br>  Communication/Sensory: No deficits<br>  Behavior: Depression/anxiety<br>  Hester Davis Fall Risk Total: 4<br>**Hester Davis Fall Risk Interventions**<br>  Hester Davis Fall Risk Total: 4<br>**Mobility**<br>  Activity Performed: Bedrest<br>  Transport Method: Ambulatory<br>  Anti-Embolism Devices: Sequential compression devices, below knee<br>  Anti-Embolism Device Location: Bilateral<br>**Hygiene**<br>  Hygiene Care Performed: Shower<br>  Oral Care Performed: Teeth brushed<br>**Nutrition**<br>  Diet Type: NPO<br>**Safety Equipment at Bedside**<br>  Safety Equipment at Bedside: Suction; Ambu Bag<br>**Uniformed Officer**<br>  Uniformed Officer Present: Yes<br>  Cuff Extremity: Left Leg; Right Leg<br>**Other flowsheet entries**<br>  Nasal Antiseptic Given: Yes | Bambi Landry, RN |
| 10:00 | Sepsis Shock Index | **Other flowsheet entries**<br>  Shock Index (HR/SBP): 0.51 | Bambi Landry, RN |
| 10:00 | LACE+ Score | **Other flowsheet entries**<br>  LACE+ Score: 32 | Ip, Background User |
| 10:01 | MEWS SCORE | **MEWS SCORE**<br>  MEWS SCORE: 1 | Ip, Background User |
| 10:01 | Deterioration Index | **Other flowsheet entries**<br>  Deterioration Index Score: 24.6 | Ip, Background User |
| 10:01 | Early Detection of Sepsis | **Other flowsheet entries**<br>  Early Sepsis Detection Score: 0.7 | Ip, Background User |
| 10:01 | Workload Acuity | **Clinical Scoring Systems**<br>  Workload Acuity Scores - Automatic Filing: 35.2 | Ip, Background User |

**LCMC Health**

| | | |
|---|---|---|
| | UNIVERSITY MEDICAL CENTER - NO<br>2000 Canal St<br>New Orleans LA 70112-3018 | Folks, Joshua<br>MRN: 1002078084, DOB: 1/17/1978, Legal Sex: M<br>Adm: 7/21/2021, D/C: 7/31/2021 |

### 07/21/2021 - ED to Hosp-Admission (Discharged) in UMCNO CONTROLLED ACCESS UNIT (continued)

**Consult Notes (continued)**

**Diagnosis:**
1. **Penetrating foreign body of skin of abdominal wall, initial encounter**
2. Foreign body in digestive tract, subsequent encounter

| | |
|---|---|
| **Order:** | O.T. Eval & Treat |
| **Referring Practitioner:** | Naser Ibrahim |
| **Referral Date:** | 7/22/21 |
| **Admit Date:** | 7/21/2021 |
| **HPI:** | Ingested foreign object vs push objects into abdomen in self harm attempt; hx of this; ex-lap last month for same situation; now s/p ex-lap and SB Resection |

**PMHx/Comorbidities:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Bipolar disorder | |
| • History of self mutilation | |
| • Schizophrenia | |

;
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY | | |

| | |
|---|---|
| **Medications:** | Refer to chart for list of meds |
| **Patient/Family Goals:** | Congruent with therapy goals |
| **Prior Level of Function:** | (I) PTA |
| **Psychosocial/Home Situation:** | incarcerated |
| **Education/Vocation**: | n/a |
| **Precautions/Weight Bearing**: | Fall, standard |

### SUBJECTIVE:
- "Help me!"

- **Pain Scale Rating**: Did not quantify
- **Pain Location:** abdomen

### OBJECTIVE FINDINGS:

### MEDICAL EQUIPMENT/LINES:
- PIV access; SCDs; NG tube; shackles

### VITAL SIGNS:
- VSS

### MENTAL STATUS/COGNITION:

| | |
|---|---|
| **Orientation** | Alert; oriented |
| **Attention/concentration/focus** | Attentive to task; follows commands |
| **Memory** | Intact |
| **Initiation/sequencing/termination skills** | Intact |

### VISUAL PERCEPTUAL:
- intact



| UNIVERSITY MEDICAL CENTER - NO | Folks, Joshua |
|---|---|
| 2000 Canal St | MRN: 1002078084, DOB: 1/17/1978, Legal Sex: M |
| New Orleans LA 70112-3018 | Adm: 7/21/2021, D/C: 7/31/2021 |

## 07/21/2021 - ED to Hosp-Admission (Discharged) in UMCNO CONTROLLED ACCESS UNIT (continued)

**Additional Notes (group 1 of 2) (continued)**

Patient has orders for 1:1 sitter at bedside. Patient is incarcerated and has guard at bedside. Inquired if 1:1 orders were needed as patient is not under legal status. MD ok'd to discontinue sitter.

Electronically signed by Senedra F Stevenson, RN at 7/22/2021 6:26 PM

### Kela Berry, RN at 7/22/2021 1858

| Author: Kela Berry, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/22/2021 7:01 PM | Date of Service: 7/22/2021 6:58 PM | Creation Time: 7/22/2021 6:58 PM |
| Status: Signed | Editor: Kela Berry, RN (Registered Nurse) | |

Patient arrived to the floor at 1845. Mepilex dressing to abd clean, dry, and intact. 20g IV to R AC- unable to flush. Patient in bed resting with both eyes closed. Shackles to R ankle. NG tube to intermittent suction

Electronically signed by Kela Berry, RN at 7/22/2021 7:01 PM

### Senedra F Stevenson, RN at 7/22/2021 1935

| Author: Senedra F Stevenson, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/22/2021 7:44 PM | Date of Service: 7/22/2021 7:35 PM | Creation Time: 7/22/2021 7:42 PM |
| Status: Signed | Editor: Senedra F Stevenson, RN (Registered Nurse) | |

Patient needs sitter at bedside per house supervisor Terri, RN due to suicidal behavior. Spoke with Dr. D. Gelvez, informed of above. MD ok with placing sitter at bedside, and ok to use NGT.

Electronically signed by Senedra F Stevenson, RN at 7/22/2021 7:44 PM

### Kourtney Rogers, RN at 7/22/2021 2331

| Author: Kourtney Rogers, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/22/2021 11:31 PM | Date of Service: 7/22/2021 11:31 PM | Creation Time: 7/22/2021 11:31 PM |
| Status: Signed | Editor: Kourtney Rogers, RN (Registered Nurse) | |

Pt transferred to CAU. Report given and all questioned answered. Pt in no acute distress.

Electronically signed by Kourtney Rogers, RN at 7/22/2021 11:31 PM

### Latoya Whitlow, RN at 7/23/2021 1435

| Author: Latoya Whitlow, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/23/2021 2:36 PM | Date of Service: 7/23/2021 2:35 PM | Creation Time: 7/23/2021 2:35 PM |
| Status: Signed | Editor: Latoya Whitlow, RN (Registered Nurse) | |

Team Provider paged at 504-423-2572 with return to all Nurse back at 702-4115.

Electronically signed by Latoya Whitlow, RN at 7/23/2021 2:36 PM

### Latoya Whitlow, RN at 7/23/2021 1645

| Author: Latoya Whitlow, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/23/2021 7:32 PM | Date of Service: 7/23/2021 4:45 PM | Creation Time: 7/23/2021 4:13 PM |
| Status: Addendum | Editor: Latoya Whitlow, RN (Registered Nurse) | |

Called 412-607-3047 and left message for provider to return call to Nurse at 702-4115.

Team Provider return; new order was given to give Robaxin 500mg IV instead of giving PO medication.



| UNIVERSITY MEDICAL CENTER - NO<br>2000 Canal St<br>New Orleans LA 70112-3018 | Folks, Joshua<br>MRN: 1002078084, DOB: 1/17/1978, Legal Sex: M<br>Adm: 7/21/2021, D/C: 7/31/2021 |
|---|---|

## 07/21/2021 - ED to Hosp-Admission (Discharged) in UMCNO CONTROLLED ACCESS UNIT (continued)

**Additional Notes (group 2 of 2) (continued)**

69.3 kg (152 lb 11.2 oz)
Ideal body weight: 70.7 kg (155 lb 13.8 oz)
Body mass index is 22.55 kg/m².

### ADMISSION:
**Present on Admission:**
- Foreign body (FB) in soft tissue

### HISTORY:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Bipolar disorder | |
| • History of self mutilation | |
| • Schizophrenia | |

### LABORATORY VALUES:
**Recent Results (from the past 24 hour(s))**
**Basic metabolic panel**
  Collection Time: 07/27/21  4:40 AM

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 131 (L) | 135 - 146 mmol/L |
| Potassium | 3.3 (L) | 3.6 - 5.2 mmol/L |
| Chloride | 100 | 96 - 110 mmol/L |
| Carbon Dioxide | 25 | 24 - 32 mmol/L |
| Glucose | 98 | 65 - 99 mg/dL |
| Calcium | 8.0 (L) | 8.4 - 10.3 mg/dL |
| BUN | 7.0 | 7.0 - 25.0 mg/dL |
| Creatinine | 0.69 (L) | 0.70 - 1.40 mg/dL |
| EGFR, African American | >105 | >89 mL/min |
| EGFR, Non African American | >105 | >=89 mL/min |

**Phosphorus**
  Collection Time: 07/27/21  4:40 AM

| Result | Value | Ref Range |
|---|---|---|
| Phosphorus | 2.7 | 2.5 - 4.7 mg/dL |

**Magnesium**
  Collection Time: 07/27/21  4:40 AM

| Result | Value | Ref Range |
|---|---|---|
| Magnesium | 2.0 | 1.5 - 2.6 mg/dL |

**CBC with Differential**

Case 3:23-cv-01289-SDD-RLB    Document 70-8    08/15/25    Page 8 of 11

![LCMC Health]

| | | |
|---|---|---|
| | UNIVERSITY MEDICAL CENTER - NO<br>2000 Canal St<br>New Orleans LA 70112-3018 | Folks, Joshua<br>MRN: 1002078084, DOB: 1/17/1978, Legal Sex: M<br>Adm: 2/5/2020, D/C: 2/7/2020 |

## 02/05/2020 - ED to Hosp-Admission (Discharged) in University Medical Center (continued)

### ED Care Timeline (continued)

| Time | Event | Details | Staff |
|---|---|---|---|
| 01:01:57 | **Charting Complete** | | Danielle Louise Cobb, MD |
| 01:01:57 | **Charting Complete** | | Patrick Greiffenstein, MD |
| 01:01:57 | **Charting Complete** | | Quan Ngoc Paul Nguyen, MD |
| 01:02:22 | **Charting Complete** | | Mona McMahon, RN |
| 08:56 | **Timeout: Before Rolling To Room** | Verified by Brovon Evans, RN at 02/06/2020 0902 | Brovon Evans, RN |
| 09:03:18 | **Timeout: Pre-incision** | Verified by Brovon Evans, RN at 02/06/2020 0903 | Brovon Evans, RN |

### H&P Notes

**H&P by Brian Thomas Carr, MD at 2/5/2020 2319**

Author: Brian Thomas Carr, MD  
Filed: 2/6/2020  2:07 AM  
Status: Attested Addendum  
Cosigner: Chrissy Guidry, DO at 2/6/2020  4:15 PM  

Service: Trauma  
Date of Service: 2/5/2020 11:19 PM  
Editor: Brian Thomas Carr, MD (Resident)  

Author Type: Resident  
Creation Time: 2/5/2020 11:19 PM  

**Attestation signed by Chrissy Guidry, DO at 2/6/2020  4:15 PM**

#### Trauma Attending Note
I saw and examined the patient with the resident on 2/5/20. I personally reviewed the patient's chart including images and results. I agree with the resident's assessment and plan. I discussed with the patient the plan of care and answered all questions during encounter. Will manage conservatively for now.


### LSU Surgery Black Service - H&P

### CC: abdominal pain after swallowing razor blades and several nails and self inflicted lacerations requiring sutures/staples

### Subjective
**Joshua Folks** is a 42 y.o. male w/ hx of bipolar, schizophrenia, self mutilation and foreign body ingestion requiring multiple EGDs and two exploratory laparotomy's in the past.  Presents to the ED from prison with abdominal pain after he reported swallowing razor blades and several nails after self inflicting several lacerations to the anterior neck, posterior head, bilateral knees, and bilateral LLE which were sutured prior to arrival.

Denies chest pain or SOB  
Complains of mild tenderness to RUQ but tolerable  
No nausea or vomiting  
No fever or chills  
No melena or hematochezia  
Denies SI or HI  

### Past Medical History:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| - Bipolar disorder | |
| - History of self mutilation | |
| - Schizophrenia | |

**LCMC Health**

UNIVERSITY MEDICAL CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Folks, Joshua
MRN: 1002078084, DOB: 1/17/1978, Legal Sex: M
Adm: 2/5/2020, D/C: 2/7/2020

**02/05/2020 - ED to Hosp-Admission (Discharged) in University Medical Center (continued)**

Anesthesia on 02/06/20 (continued)

Electronically signed by Lee Alan Lambert, MD at 2/6/2020 11:08 AM

**Anesthesia Preprocedure Evaluation**

**Mallory Rochon Simmons, CRNA at 2/6/2020 0811**

| | | |
|---|---|---|
| Author: Mallory Rochon Simmons, CRNA | Service: — | Author Type: Nurse Anesthetist |
| Filed: 2/6/2020 8:56 AM | Date of Service: 2/6/2020 8:11 AM | Creation Time: 2/6/2020 8:11 AM |
| Status: Addendum | Editor: Mallory Rochon Simmons, CRNA (Nurse Anesthetist) | |

# Anesthesia Evaluation

**Patient identifiers:** Name and DOB

No history of anesthetic complications

| Airway | Dental |
|---|---|
| Mallampati: II<br>TM distance: >3 FB<br>Neck ROM: full | |
| **LOC**<br>alert and awake | **Cardiovascular**<br>- **negative ROS** and **normal exam** |
| **Pulmonary**<br>- **negative ROS** and **normal exam** | **GI/Hepatic**<br><br>Comment: Sp ex lap<br>abd pain<br>Foreign body ingestion |
| **Neuro/Psych**<br><br>(+) psychiatric history (bipolar disorder and schizophrenia)<br><br>Comment: Suicidal ideation | **Abdominal**<br>- **normal exam** |
| **Endo/Other**<br>- **negative ROS** | **Female** |
| **Renal**<br>- negative renal ROS | **Neoplastic Disorders**<br>- Neoplastic Disorders Neg Sys Review |

LCMC Health

| | | |
|---|---|---|
| UNIVERSITY MEDICAL CENTER - NO<br>2000 Canal St<br>New Orleans LA 70112-3018 | Folks, Joshua<br>MRN: 1002078084, DOB: 1/17/1978, Legal Sex: M<br>Adm: 2/5/2020, D/C: 2/7/2020 | |

## 02/05/2020 - ED to Hosp-Admission (Discharged) in University Medical Center (continued)

### Consult Notes (continued)

**Author:** Jacob Louis Dubuc, MD         **Service:** Gastroenterology         **Author Type:** Resident
**Filed:** 2/6/2020  8:20 AM                    **Date of Service:** 2/6/2020  7:59 AM         **Creation Time:** 2/6/2020  7:59 AM
**Status:** Attested Addendum             **Editor:** Jacob Louis Dubuc, MD (Resident)
**Cosigner:** Melissa Ann Spera, MD at 2/6/2020  8:38 AM

Consult Orders
1. Inpatient consult to GI [150488672] ordered by Brian Thomas Carr, MD at 02/05/20 2332

**Attestation signed by Melissa Ann Spera, MD at 2/6/2020  8:38 AM**

LSU Gastroenterology Staff Addendum

Agree.  Presentation with recurrent, painful, intentional foreign body ingestion with associated thoughts of self harm.  The patient reports he swallowed 10 razors and 3 nails.  Abdomen soft but TTP over the right abdomen.

Plan:
-Emergent EGD today for attempt at foreign body removal.

Melissa Spera, MD


### *LSU Gastroenterology*

**CC:**  Foreign body ingestion

**HPI** 42 y.o. male with hx of self harmful behaviors who admits to acute foreign body ingestion of razor blades and metal nails wrapped in tissue paper in an attempt to harm himself and associated with RUQ pain, excessive flatulence, abdominal bloating.  Began swallowing objects during breakfast on 2/5, continued to swallow additional objects during lunch and dinner.  After dinner he alerted prison staff and was brought to the ED.  He has swallowed foreign bodies in the past and has required laparotomy for perforated viscus.  Currently denies fever, chills, recent illness, suicidal ideation, hallucinations.  Also cut his knee and his neck in an attempt to harm himself.

*I have performed a comprehensive chart review including outside records.*

### Past Medical History
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Bipolar disorder | |
| • History of self mutilation | |
| • Schizophrenia | |

### Past Surgical History
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY | | |

### Social History
**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |



| UNIVERSITY MEDICAL CENTER - NO | Folks, Joshua |
|---|---|
| 2000 Canal St | MRN: 1002078084, DOB: 1/17/1978, Legal Sex: M |
| New Orleans LA 70112-3018 | Adm: 7/8/2019, D/C: 7/8/2019 |

## 07/08/2019 - ED in UMCNO EMERGENCY DEPT (continued)

### Patient as-of Visit (continued)

**Allergies** as of 7/8/2019

Allergies last reviewed by Kristen E Gurtner, RN on 6/8/2019 1013 - Review Complete
No Known Allergies

**Immunizations as-of Visit** as of 7/8/2019

Immunizations last reviewed by Rita M Brooks, LPN on 4/9/2018 0913

**Tdap**

| | | |
|---|---|---|
| Given by: Minnie Henry, RN | Date: 5/16/2019 1843 | Dose: 0.5 mL |
| Site: Left deltoid | Route: Intramuscular | NDC: 49281-400-10 |
| CVX code: 115 | VIS Publish Date: 02/24/2015 | |
| Product: ADACEL | Manufacturer: Sanofi Pasteur | Lot number: C5601AA |
| Expiration date: 3/12/2021 | | |

**Questionnaire**

| Question | Answer |
|---|---|
| Have you ever had a serious reaction to eggs? | NO |
| Been tx'd w/gamma globulin or IV immune globulin in last 3 months? | NO |
| Have you ever had a serious reaction to any vaccine in the past? | NO |
| Are you sick today with a moderate to severe illness (e.g. fever) | NO |
| Did patient receive counseling? | YES |

**History** as of 7/8/2019

**Medical History** as of 7/8/2019

Medical last reviewed by Mia M Chavanell, RN on 6/7/2019

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Bipolar disorder [F31.9] | — | — | Provider |
| History of self mutilation [Z86.59] | — | — | Provider |
| Schizophrenia [F20.9] | — | — | Provider |

**Surgical History** as of 7/8/2019

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ABDOMINAL SURGERY [SHX537] | — | — | — | Provider |

**Substance & Sexuality History** as of 7/8/2019

**Tobacco Use as of 7/8/2019**

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | — | |
| **Smokeless Status** | **Smokeless Type** | **Smokeless Quit Date** | | |
| Never | — | — | | |
| **Source** | | | | |
| Provider | | | | |