# EXHIBIT 7

## DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
### STATE OF LOUISIANA



**JEFF M. LANDRY**
GOVERNOR

**JAMES M. LE BLANC**
SECRETARY

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Joshua Folks | DOC# | 00361917 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☐ **Medical only** <br> ☐ **Mental Health only** <br> ☐ **Medical and Mental Health** <br> ☐ **Other** | April 2021 – November 2022 |

| Copies made for: | Briona Whitehead <br> AG's Office <br> Baton Rouge LA | | |
|---|---|---|---|
| Signature: | *Jamie L. Sharp* <br> **Jamie L. Sharp** <br> **Ex-Officio Notary Public, #92150** <br> **Department of Public Safety and Corrections/LSP** | Date: | 03/12/24 |

GENERAL DELIVERY ✦ ANGOLA, LOUISIANA 70712 ✦ (225) 655-4411 ✦ FAX (225) 655-2319 ✦ WWW.DOC.LOUISIANA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

000978

Form HC-01-A    779468
20 March 2019    Request for Medical Treatment  Institution: **LSP**

| Joshua Folks | 361917 | 43 y/m | TU | |
|---|---|---|---|---|
| Name | DOC# | Age | Housing | Job Assignment |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**    CE30

E/W @ 4pt.

Health Care Personnel Screening:  Date: 06/25/21   Time: 0458   Location Seen: TUJTB

(Circle One) Emergency / Routine Sick Call / Work   *Per Policy*   Related Allergies: _____

B/P  Refused   Pulse _____   Resp 14   Temp _____   Other _____

Assessment/Comment: Pt A&Ox4 on 4pt E/W. Denies any c/o refusing full PE. Restraints are restricting c ⊘ signs of constriction (⊘ edema ⊘ discoloration). NAD. Remaining PE unremarkable.

**Disposition:**

S/C PRN

**Health Care Practitioner Notes:**

F/u per Protocol
GR

**New Medications Ordered:**

_____
_____
_____
Total #: ⊘

Screener's Signature: Capt R Cashew RN

HCP's Signature: [signature]   Date: 7/14/21

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription   Fee: $ ⊘   Total: $ ⊘

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

UTO - 2° to restraints    06/25/21    SRC 521
Offender's Signature    DOC#    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001119

Form HC-01-A  
20 March 2019  
Request for Medical Treatment    Institution: LSP 80084

| Name | DOC# | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Joshua Folks | 361917 | 43 | TU | — |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

4-point Extreme Watch

Health Care Personnel Screening: Date: 06/26/21   Time: 0455   Location Seen: TU

(Circle One) **Emergency** / Routine Sick Call / Work Related   Allergies: NKDA

B/P 124/64   Pulse 77   Resp 10   Temp WNL   Other 99%

Assessment/Comment: Per Dr. Gamble; Pt is awake + oriented. Speaks clear, full sentences, MAEW, PMS intact. 2 fingers' width space in all restraints. Pt has not showered, cell smells of urine. Pt has been eating + drinking.

HC cream, Chlorpromazine, Trihexyphenidyl, Wellbutrin

**Disposition:** S/C PRN

**Health Care Practitioner Notes:** F/u per policy

Jordan 7/13/21

2/13/21

**New Medications Ordered:** Ø   Total #: Ø

Screener's Signature: Cpt Chile   HCP's Signature: ___   Date: ___

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription Fee: $ ____  Total: $ 0.00

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Offender's Signature: [signature]   DOC# 361917   Date 06/26/21   Witness Signature: Cpt Chile #515

Original - Offender's Medical Record   Yellow - Business Office   Pink - Offender's Copy

001120

Form HC-01-A
20 March 2019

779452

Request for Medical Treatment    Institution: LSP

| Name | DOC# | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Joshua Folse | 36191 | 43 | TU | No dut |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

4 pt /c/w

Health Care Personnel Screening: Date: 6/24/21  Time: 1044  Location Seen: TU

(Circle One) Emergency / **Routine Sick Call** / Work Related    Allergies: NKDA

B/P: WNL  Pulse: WNL  Resp: 20  Temp: WNL  Other: WNL

Assessment/Comment: pt on 4 point c/w pt at ux 3 restraint ch proprly pulses present pt will no verbal c/o pt drink water pt he write on his hands Blk he turned on the bell

Disposition: SIC

New Medications Ordered:

Total #: 6

Screener's Signature: J Galhom

Health Care Practitioner Notes:

f/u per Policy
Djordan 7/13/21
7/13/21

HCP's Signature:    Date:

☒ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription Fee: $ —  Total: $ —

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Offender's Signature: /s/ due to injury hand    DOC#: 36191    Date: 6/24/21    Witness Signature: JGulu 574

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001121

Case 3:23-cv-01289-SDD-RLB   Document 70-9   08/15/25   Page 6 of 17

Form HC-01-A
20 March 2019

Request for Medical Treatment   Institution: _LSP_

779388

| | | | | |
|---|---|---|---|---|
| Joshua Folks | 361917 | 43 | TU | |
| Name | DOC# | Age | Housing | Job Assignment |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

EXTREME WATCH

Health Care Personnel Screening: Date: 6-26-21  Time: 1702  Location Seen: TU

(Circle One) Emergency / Routine Sick Call / Work Related   Allergies: _____

B/P ___  Pulse 80  Resp 16  Temp 98.0  Other SpO2 97%

Assessment/Comment: Pt. Aloxy, Pt. Able to lift head, restraints non constrictive, ∅ ligature marks, Pt. speaking in full clear sentances, Pt. appears to be in NAD, cell clean, Pt. clean

**Disposition:**

S/C PRN

**New Medications Ordered:**

Total #: ∅

Screener's Signature: MSgt. Frank [signature]

**Health Care Practitioner Notes:**

[illegible handwriting] per Policy

[signature] 7/13/21

HCP's Signature:   Date:

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription Fee: $ ∅   Total: $ ∅

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

unable to sign
Offender's Signature       DOC#       Date: 6-26-21       Witness Signature: MSgt. Frank [signature]

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001122

Form HC-01-A
20 March 2019                Request for Medical Treatment    Institution: LSP

| Name | DOC# | Age | Housing | Job Assignment |
|------|------|-----|---------|----------------|
| Joshua Folks | 361917 | 43 W | TU | Prev. 1 Seg |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

E/W

Health Care Personnel Screening:  Date: 6-27-21  Time: 1723  Location Seen: TU

(Circle One) **Emergency** / Routine Sick Call / Work Related    Allergies: ___

B/P ___  Pulse 78  Resp 16  Temp 98.3  Other SaO2 96% RA

Assessment/Comment: 43 y/o WM being seen for E/W. Pt A&Ox4. Pt speaks in complete unbroken sentences. Pt restraints are restrictive but not constrictive. No bruising or swelling @ restraint sites. PMS present x4. Pt voices no medical complaints at this time.

Thorazine  Ativan  Wellbutrin

Disposition: SL PRN

Health Care Practitioner Notes: Follow BP Policy

New Medications Ordered:

Total #: 0

Screener's Signature: ___    HCP's Signature: ___  Date: 7/13/21

☒ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $0  Total: $0

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Offender's Signature: UTO (pt on 4pt)   DOC# 361917   Date 6-27-21   Witness Signature: ___

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001123

Form HC-01-A
20 March 2019                Request for Medical Treatment   Institution: __LSP__

| Name | DOC# | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Joshua Folks | 361917 | 43 w | TUT | Prev. 1 Seg |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

E/W

Health Care Personnel Screening: Date: 6-25-21  Time: 1650  Location Seen: TUVT/0

(Circle One) **Emergency** / Routine Sick Call / Work Related   Allergies: NKDA

B/P ___  Pulse 86  Resp 16  Temp 98.6  Other SpO2 96% RA

Assessment/Comment: 43 y/o w/m being seen for E/W. Pt. A+Ox4. Pt speaks in complete unbroken sentences. Pt. restraints are restrictive but not constrictive. Ø bruising Ø swelling @ restraint sites. PMS present X 4. Ø voices Ø no medical complaints @ this time

Thorazine Wellbutrin Artane

Disposition:
S/C PRN

Health Care Practitioner Notes:
Fupee Policy

New Medications Ordered:

Total #: Ø

Screener's Signature: _____  HCP's Signature: _____  Date: 7/13/21

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ Ø  Total: $ Ø

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

UTO (pt on 4 pt.)   361917   6-25-21
Offender's Signature   DOC#   Date   Witness Signature

Original - Offender's Medical Record   Yellow - Business Office   Pink - Offender's Copy

001124

# Folks, Joshua

MRN: 1329854

| | | |
|---|---|---|
| Laborde, Mark, MD<br>Resident<br>Surgery | Discharge Summary ⚠ 💟<br>Signed | Date of Service: 7/11/2021  2:54 PM |

**Signed**

## ADMISSION INFORMATION

**Admit Date:** 7/6/2021
**Admitting Physician:** Karalyn R Bentley, MD
**Primary Care Physician:** Pcp, Not Known
**Primary Care Phone:** None
**Consulting Provider(s):**

## DISCHARGE INFORMATION

**Discharge Date:** 7/11/2021

**Discharge Physician:** Leblanc, Karl A, MD

**Primary Discharge Diagnosis:** Foreign body in intestine and colon
**Secondary Discharge Diagnosis:** Principal Problem:
  Foreign body in intestine and colon POA: Unknown
Resolved Problems:
  * No resolved hospital problems. *

**Discharge Condition:** good

**Discharge Disposition:** Prison/Incarceration

## DETAILS OF HOSPITAL STAY

**Presenting Problem:** Foreign body of abdominal wall [S30.851A]

**Hospital Course:**
Patient 40-year-old male past medical history of bipolar disease (ingestions of foreign bodies in the form.  He presented 7/6 after forcing metal wires through his previously healed lower midline incision in his abdomen.  He had left lower quadrant abdominal pain.  Ultimately ex lap was performed 7/6 5 start metallic foreign bodies were removed additional adhesions were lysed.  Skin was closed with staples sterile dressing was applied patient tolerated procedure.

Patient's diet was advanced as tolerated ultimately return of bowel function patient stabilized for discharge to prison.

**Significant Diagnostic Studies/Procedures:**

**Complications:** None

## DISCHARGE PLAN

**Activity Instructions**
  Normal activity as tolerated

**Diet Instructions**
   **Discharge Diet**
   Patient Type: Adult - Diet
   Diet-Adult Home Diet Type: Return to previous diet

**Medication List**

**CONTINUE taking these medications**
**buPROPion XL** 150 mg 24 hr tablet
Commonly known as: WELLBUTRIN XL

**\* chlorproMAZINE** 200 MG tablet
Commonly known as: THORAZINE

**\* chlorproMAZINE** 200 MG tablet
Commonly known as: THORAZINE

**trihexyphenidyL** 5 mg tablet
Commonly known as: ARTANE

⊕ **\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

**Other Instructions**
   **Call MD for Worsening Symptoms**
   **Discharge Condition: Stabilized**
   **Discharge wound care instructions**
   Okay to shower, minimal weightbearing left lower lobe pounds for 1 week, okay to leave Steri-Strips after 10 days or once a fall.
   **Follow-up with surgeon (specify):**

**Things you need to do**
   Follow up with Whitaker, John M, MD in 2 week(s)
     call to make appt
     Phone: 225-768-5770
     Where: 9032 Perkins Road, Baton Rouge LA 70810

No future appointments.

Time spent for discharge: greater than 30 minutes.
Cosigned by: Johnson, Christopher D, MD at 7/11/2021 3:00 PM

Form HC-01A
20 March 2019

Request for Medical Treatment   Institution: LSP

79552

| Name: J. Folks | DOC#: 361917 | Age: 43 | Housing: TU | Job Assignment: N/Js |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

Extr. Watch

Health Care Personnel Screening: Date: 06/30/21   Time: 0534   Location Seen: TU

(Circle One) Emergency / Routine / Sick Call / Work Related    Per Policy   Allergies: NKA

B/P WNL   Pulse 76   Resp 29   Temp 97.6   Other 99%

Assessment/Comment: pt in 4 point restrnt resting. UA prvsly put in pre pt a&o3 just finished chow. pt voices no medical c/o at this time.

Disposition: sl.pn

Health Care Practitioner Notes: F/u per Boggy Policy   06/30/21

New Medications Ordered:

Total #:

Screener's Signature: [signature]   HCP's Signature: [signature]   Date:

☐ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ 0   Total: $ 0

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Offender's Signature: UTU won't has   DOC#: 361917   Date: 6-30-21   Witness Signature: [signature]

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001138

Form HC-01-A
20 March 2019
Request for Medical Treatment Institution: **LSP**

LSP 79479

| Name | DOC# | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Joshua Folks | 361917 | 43 | TU | PREV 1 Seg |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

Health Care Personnel Screening: Date: 06/29/21  Time: 0540  Location Seen: TU

(Circle One) **Emergency** / Routine Sick Call / Work Related  Allergies: _pollen_

B/P ___  Pulse 79  Resp 16  Temp ___  Other 98% RA SpO2

Assessment/Comment: Pt lying supine on bed, A&Ox3 pt speaks in full, unbroken sentences. Pt voices Ø medical complaints at this time. Pt in 4 point restraints. Restraints are restrictive but not constrictive. PMS ⊕ x4 Ø swelling or discoloration noted to extremities. NAD noted @ present

Meds: Thorazine, Artane, Wellbutrin

**Disposition:** S/C PRN

**New Medications Ordered:** none

Screener's Signature: Captrunal NP

**Health Care Practitioner Notes:**
FU PRN
Cynthia Park ACNP
FU per Protocol
6/29/21

HCP's Signature: _____  Date: _____

☒ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ ___  Total: $ ✓

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Offender's Signature: UTD 2° to restraints   DOC# 361917   Date 06/29/21   Witness Signature: ___

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001139

Form HC-01-A
20 March 2019

Request for Medical Treatment   Institution: __LSP__

No. 779506

| Name | DOC# | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Joshua Folkes | 361917 | 43 | TU | Tx Scy |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

E/W

Health Care Personnel Screening: Date: 6/29/21  Time: 1750  Location Seen: TU

(Circle One) **Emergency** / Routine Sick Call / Work Related   Allergies: NKDA

B/P _Refused_  Pulse _refused_  Resp _19_  Temp _refused_  Other _AOx3_

Assessment/Comment: Seen for E/W. Refused vital signs. Restraints. Restriction and constriction of flights noted. NO medical complaints. WAD. Breathing even/unlabored.

Disposition: - S/C PRN

New Medications Ordered: Ø

Total #: Ø

Screener's Signature: [signature]

Health Care Practitioner Notes: Fu per Police [signature] 6/30/21

HCP's Signature: [signature]   Date:

☒ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription Fee: $ Ø  Total: $ Ø

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Offender's Signature: VTS due to restraints  DOC#: 361917  Date: 6/29/21  Witness Signature: [signature]

Original - Offender's Medical Record   Yellow - Business Office   Pink - Offender's Copy

001140

Form HC-01-A
20 March 2019
Request for Medical Treatment Institution: __LSP__  779526

| Joshua Folks | 361917 | 43 | TU | Prev 1 Seg |
|---|---|---|---|---|
| Name | DOC# | Age | Housing | Job Assignment |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

extreme watch

Health Care Personnel Screening: Date: 06/28/21  Time: 0442  Location Seen: TU

(Circle One) (Emergency) / Routine Sick Call / Work Related Allergies: _____

B/P ___  Pulse 76  Resp 18  Temp ___  Other 98% SpO2

Assessment/Comment: Pt lying supine on bed. AAOx3. Pt speaks in full, unbroken sentences & voices Ø medical complaints at this time. Pt in 4 pt restraints. Restraints are restrictive but not constrictive. PMS ⊕ x 4. Ø discoloration or swelling noted to extremities. NAD noted @ this time. Captopril present

Meds: Thorazine. Artane. Wellbutrin

**Disposition:**

SIC PRN

**New Medications Ordered:**

Total #: ___

Screener's Signature: Cpt Acuman NP

**Health Care Practitioner Notes:**

F/U per policy

DP 6/30/21

6/29/21

HCP's Signature: ___  Date:

☒ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ 0  Total: $ 0

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

UTO 2° to restraints    361917    6/28/21
Offender's Signature    DOC#    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001151

Request for Medical Treatment Institution: **LSP** 79481

| Name | DOC# | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Joshua Folks | 361917 | | TU | UD |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

extreme watch

Health Care Personnel Screening: Date: 06.27.21 Time: 0437 Location Seen: TU

(Circle One) **Emergency** / Routine Sick Call / Work Related — delay — Allergies: _____

B/P _____ Pulse 73 Resp 16 Temp — Other 98% RA SpO2

Assessment/Comment: Pt lying supine on bed, AAOx3. Pt speaks in full, unbroken sentences. Pt denies having any medical complaints at this time. Pt in 4 pt restraints which are restrictive but not constrictive. PMS (+)x4. Ø swelling or discoloration noted to extremities. Pt appears to be in NAD @ this time.

Capt. Orr & Lt. Seals present

Meds: H. Cream, Thorazine, Wellbutrin, Artane

**Disposition:** S/C PRN

**Health Care Practitioner Notes:** Super Protocol [signature] 6/28/21

**New Medications Ordered:** _____

Total #: _____

Screener's Signature: Capt Auman 84

HCP's Signature: [signature] Date: 6/28/21

☒ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ Ø Total: $ Ø

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

UTO 2° to restraints | 361917 | 06.27.21 | [signature]
Offender's Signature | DOC# | Date | Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001152

Form HC-01-A
20 March 2019
779523

Request for Medical Treatment   Institution: __LSP__

| Name | DOC# | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Joshua Folks | 361917 | 43 | TU | Prev. 1 Seg. |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

E/W

Health Care Personnel Screening: Date: 6/28/21  Time: 1658  Location Seen: TU

(Circle One) **Emergency** / Routine Sick Call / Work Related   Allergies: ___

B/P ___  Pulse 86  Resp 18  Temp —  Other 99%

Assessment/Comment: At pt contact pt had no medical complaint pt restraints at a position of comfort pt showed no signs of pain or discomfort left pt in stable condition.

**Disposition:**

S/C PRN

**Health Care Practitioner Notes:**

Fuper Policy

**New Medications Ordered:**

∅

Total #: ___

Screener's Signature: Sgt Moore 601    HCP's Signature: [signature] 6/28/21    Date:

☐ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ ___  Total: $ ∅

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Offender's Signature: UTO pt shackled   DOC# 361917   Date 6/28/21   Witness Signature: Sgt Moore / Maj. [illegible]

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001153

Form HC-01-A
20 March 2019
Request for Medical Treatment Institution: __LSP__   779414

| Name | DOC# | Age | Housing | Job Assignment |
|---|---|---|---|---|
| J. Folks | 361917 | TU | E/W | |

OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST: 22:14

E/W

Health Care Personnel Screening: Date: 6/24/21   Time: 1705   Location Seen: TU

(Circle One) **Emergency** / Routine Sick Call / Work Related   Allergies: NKDA

B/P _Refused_   Pulse _Refused_   Resp 18   Temp _Refused_   Other A/O4

Assessment/Comment: A/O4 scene for Extrm match. Answers questions appropriately. Breathing even and unlabored. Refused vitals/skin assessment. Restraints restricting. Pt. not constricting A/O x4 all extremities. Notes no medical complaint.

NAD

Disposition:
S/C PMN

Health Care Practitioner Notes:
TU per protocol
S/O BTL
6/25/21 [signature] DBN

New Medications Ordered:
Total #: 0

Screener's Signature: [signature]
HCP's Signature: [signature]   Date:

☒ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription Fee: $ 0   Total: $ 0

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Offender's Signature: UTS Due to restraints   DOC#: 361 917   Date: 6/24/21   Witness Signature: [signature]

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

001154