# EXHIBIT 8



**STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES**

**Health Care Policy
No. HCP34**

**28 April 2024**

**INSTITUTIONAL SERVICES / HEALTH CARE POLICIES
Health Care Policy – Special Services and Accommodations
Chronic Care/Special Needs**

1. **AUTHORITY:** The Secretary of the Department of Public Safety and Corrections, La. R.S. 36:404.

2. **REFERENCES:** La. R.S. 15:831; 5-ACI-6A-07 "Treatment Plan," 5-ACI-6A-18 "Chronic Care," 5-ACI-6C-06 "Special Needs,"," "Glossary" (ACI 5th ed. 2019) (Adult Correctional Institutions); and Department Regulation Nos. AM-D-5 "Offender Medical Records," HCP2 "Health Authority," HCP7 "Pharmaceuticals," HCP13 "Access to Care and Clinical Services," HCP15 "Continuity of Care," HCP19 "Emergency Care," HCP20 "Infirmary Care," HCP27 "Mental Health Program," HCP29 "Transfer of Severely Mentally Ill and/or Severely Developmentally Delayed Offenders."

3. **PURPOSE:** This regulation is to ensure the provision of health care to, and the monitoring of, inmates with chronic illness(es) and/or special needs.

4. **APPLICABILITY:** Deputy Secretary, Chief of Operations, Chief Medical Officer, Chief Nursing Officer, Regional Wardens, Wardens, Facility Health Authorities, Health Care Professionals, and Health Care Personnel. Each Warden is responsible for ensuring appropriate facility written policies and procedures are in place to comply with the provisions of this regulation.

5. **POLICY:** The Secretary's policy is each facility shall have a coordinated plan of care for inmates diagnosed with chronic illness(es) and/or special needs.

6. **DEFINITIONS:**

    A. **Chronic Care:** Health care services provided to inmates with long-term health conditions or illnesses or chronic illnesses. Care usually includes an initial assessment, treatment, and periodic monitoring to manage the inmate's condition.

    B. **Chronic Illness:** A disease process or condition which persists over an extended period of time. Chronic illnesses include but are not limited to:

000219

**Health Care Policy No. HCP34**
**28 April 2024**
**Page Two**

      Diabetes, hypertension, asthma, HIV, seizures, a mental illness diagnosis, <u>etc</u>.

- **C.** **Facility:** A place, institution, building (or part thereof), set of buildings, or area (whether or not enclosing a building or set of buildings) which is used for the lawful custody and/or treatment of individuals and includes staff and services, as well as the building and grounds.

- **D.** **Health Authority:** The health administrator responsible for the provision of health care services at a facility or system of facilities. The responsible physician may be the health authority.

- **E.** **Health Care Practitioners/Providers:** Clinicians trained to diagnose and to treat patients, such as physicians, dentists, psychologists, licensed professional counselors, licensed social workers, podiatrists, optometrists, nurse practitioners, and physician assistants.

- **F.** **Health Care Professionals:** Staff who perform clinical duties such as health care practitioners/providers, nurses, licensed professional counselors, social workers, and emergency medical technicians, in accordance with each health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

- **G.** **Health Care/Health Care Services:** A system of preventative and therapeutic services that provide for the physical and/or mental well-being of a population. Includes, but is not limited to: Medical services, dental services, behavioral health services, nursing services, pharmaceutical services, personal hygiene, dietary services, and environmental conditions.

- **H.** **Health Care Supervision**: Health care services provided to an individual who needs health care treatment.

- **I.** **Responsible Physician:** An individual licensed to practice medicine and provide health services to the inmate population of the facility and/or the physician at the facility with final responsibility for decisions related to medical judgments.

- **J**. **Special Needs:** For the purposes of this regulation, a mental and/or physical condition that requires accommodations or arrangements differing from those a general population inmate normally would receive. Inmates with special needs may include, but are not limited to, the chronically ill, physically disabled, geriatric, seriously mentally ill, or developmentally disabled inmates.

000220

**Health Care Policy No. HCP34**
**28 April 2024**
**Page Three**

**7. PROCEDURES:**

A. Chronic care clinics are a means for inmates with ongoing medical needs to be tracked and treated by a health care practitioner/provider at clinically appropriate intervals.

B. Each facility's medical director, health authority, and Warden shall collaborate and together shall develop a plan, establish protocols, and conduct chronic care clinics for the management of inmates with chronic illnesses.

C. Chronic care clinics shall be conducted following the guidelines delineated by Attachment A, "Chronic Care Guidelines."

D. Each facility's chronic care plan and protocols shall provide for the following:

   1) Medication monitoring and administration;

   2) Laboratory testing;

   3) Frequency of follow-up in the chronic care clinic;

   4) Health record forms;

   5) Frequency of specialist consultation and review.

E. Health care practitioners/providers shall develop an individual treatment plan for inmates requiring health care supervision, including chronic and convalescent care. This plan shall include directions to health care personnel and other personnel regarding their roles in the care and supervision of the inmate. Health care practitioners/providers shall utilize a Subjective and Objective Assessment Plan ("SOAP") format for documentation.

F. A consultation shall be initiated between the facility, the appropriate program administrators or designees, and the health care practitioner/provider or designee prior to taking action regarding inmates with special needs. This shall include housing assignments, program assignments, disciplinary measures, or transfers to other facilities.

G. When immediate action is required, consultation to review the appropriateness of the action shall occur as soon as possible, but no later than 72 hours.

000221

**Health Care Policy No. HCP34**
**28 April 2024**
**Page Four**


s/James M. Le Blanc
Secretary

Attachment A          Chronic Care Guidelines

This policy supersedes HC Policy No. HCP34 dated 20 June 2020.

000222