# EXHIBIT 10

# Department of Public Safety & Corrections
## State of Louisiana
### Louisiana State Penitentiary



**JEFF LANDRY**
GOVERNOR

**JAMES M. LE BLANC**
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Investigation Report AIS-21-F-1054 dated June 14, 2021

_____
Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 3-8-2024

Joshua Folks 361917 Case

GENERAL DELIVERY ✦ ANGOLA, LOUISIANA 70712 ✦ (225) 655-4411 ✦ FAX (225) 655-2319 ✦ WWW.DOC.LA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

001245



### Department of Public Safety & Corrections
### State of Louisiana
### Louisiana State Penitentiary

JOHN BEL EDWARDS

GOVERNOR

JAMES M.

SECRETARY

**INVESTIGATIVE SERVICES:**     **CASE TO FILE**     Case #AIS-21-F-1054

**DATE OF INCIDENT:** JUNE 13, 2021

**DATE OF REPORT:** JUNE 14, 2021

**NATURE OF INVESTIGATION:** SELF MUTILATION OFFENDER RULE 19

**INVESTIGATIVE WORK PERFORMED: (Check one or more)** UOR's collected (X), Interviews conducted (), Mail watch ( ), Inmate phones monitored ( X ), **Medical Reports (X), Photos** (), **Evidence collected** (), **Other Documents collected** (), **Statement** (). **Letter** () ,**Investigation Report** () **Body Camera** ( )

**PERSONS INVOLVED:** OFFENDER JOSHUA FOLKS #361917

**CONCLUSION:** ON 06/13/21 AT APPROXIMATELY 5:25 P.M. MASTER SERGEANT RANDALL K. HOLDEN WITH THE OFFICE OF INVESTIGATIVE SERVICE WAS NOTIFIED BY THE REBTC IN REFERENCE TO OFFENDER FOLKS IMPELLING A SHARPENED TOOTHBRUSH INTO HIS NECK AND THAT OFFENDER FOLKS WAS REFUSING TO RECEIVE MEDICAL TREATMENT. MASTER SERGEANT HOLDEN ARRIVED AT THE REBTC SHORTLY AFTER. PHOTOGRAPHS WERE TAKEN OF THE INJURIES TO OFFENDER FOLKS NECK. MASTER SERGENT HOLDEN WAS INFORMED THAT OFFENDER FOLKS WILL BE TAKEN BACK TO WARD 1 AND SEDATED, MEDICAL WOULD THEN REMOVE THE SHARPENED TOOTHBRUSH FROM HIS NECK. MEDICAL REPORTS INDICATED THAT THE INJURIES WERE SERIOUS BUT NOT LIFE THREATENING. OFFENDER FOLKS IS KNOWN TO SELF MUTILATE AND CONTINUES TO SHOW THIS TYPE OF BEHAVIOR. THIS IS FOR YOUR INFORMATION AND FURTHER HANDLING.

RESPECTFULLY,

_____
MASTER SERGEANT RANDALL K. HOLDEN
INVESTIGATIVE SERVICES

GENERAL DELIVERY ✦ ANGOLA, LOUISIANA 70712 ✦ (225) 655-4411 ✦ FAX (225) 655-2319 ✦ WWW.DOC.LA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

001246






001247