# EXHIBIT 12



```
 1          UNITED STATES DISTRICT COURT

 2        THE MIDDLE DISTRICT OF LOUISIANA

 3
      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 4

 5
   JOSHUA FOLKS
 6

 7

 8   versus                        23-CV-01289-SDD-RLB

 9

10
   LOUISIANA ATTORNEY GENERAL JEFF LANDRY, ET AL.
11

12
   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
13

14
         VIDEOTAPED 30(b)(6) DEPOSITION OF
15              MAGHEN L. SHIPLEY

16
              APPEARING REMOTELY FROM
17

18        WEST FELICIANA PARISH, LOUISIANA

19
                 December 11, 2024
20            12:03 p.m. to 1:08 p.m.

21

22   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

23

24     REPORTED BY ANNICK M. JAQUET, RMR, CRR
   (Appearing remotely from Waukesha County, Wisconsin)
25
```

```
 1      R E M O T E     A P P E A R A N C E S:

 2

        JENNER & BLOCK, LLP, by
 3      Mr. Julius J. Mitchell
        Ms. Sarah A. Purtill
 4      Mr. Luke C. Platzer
        1155 Avenue of the Americas
 5      New York, New York  10036-2711
        (212) 891-1600
 6      julius.mitchell@jenner.com
        spurtill@jenner.com
 7      lplatzer@jenner.com
        Appearing on behalf of the Plaintiff.

 8

 9      KEOGH COX, by
        Mr. Andrew Blanchfield
10      701 Main Street
        Baton Rouge, Louisiana  70802-5527
11      (225) 383-3796
        ablanchfield@keoghcox.com
12      Appearing on behalf of the Defendants.

13

        ALSO PRESENT:  Rob Girkin, videographer;
14                     Jonathan Vining;
                       Roz Moore
15

16

17
                        I N D E X
18

19      Examination by:                      Page:

20
        Mr. Mitchell ............................. 4
21

22

23

24

25
```

E X H I B I T S


Exhibit                Description                Page


Exhibit 1 ... Responses to Rule 30(b)(6)
              Deposition Notice of DPS&C .... 6


(The exhibit was electronically marked and
attached to all transcripts.)


(The original transcript was delivered to
Attorney Mitchell.)

```
 1                    TRANSCRIPT OF PROCEEDINGS

 2                    THE VIDEOGRAPHER:  We are now on the

 3          record.  The time is 12:03 p.m. Central, 18:03

 4          UTC, and the date is December 11, 2024.  This

 5          is the remote video-recorded deposition of

 6          Maghen Shipley as corporate representative for

 7          Louisiana Department of Public Safety and

 8          Corrections.  And this is being taken in the

 9          matter of Joshua Folks versus Louisiana

10          Attorney General Jeff Landry, et al.  At this

11          time will counsel state their appearances for

12          the record, after which the court reporter will

13          swear in the witness.

14                    MR. MITCHELL:  My name is Julius

15          Mitchell from the law firm Jenner & Block, and

16          I am here with my colleagues, Luke Platzer and

17          Sarah Purtill.

18                    MR. BLANCHFIELD:  Andrew Blanchfield

19          on behalf of the defendants.

20                    MAGHEN L. SHIPLEY, called as a

21          witness herein, having been first duly sworn on

22          oath, was examined and testified as follows:

23                    E X A M I N A T I O N

24          BY MR. MITCHELL:

25     Q    Good morning, Maghen.  As I said when we were
```

```
 1          off the record, my name is Julius Mitchell, and

 2          I'm an attorney in New York at a law firm

 3          called Jenner & Block, LLP.  Nice to meet you.

 4     A    Nice to meet you.

 5     Q    Yes.  Nice to meet you as well.

 6               Could you please state and spell your name

 7          for -- full name for the record.

 8     A    Maghen Leann Shipley.  M-A-G-H-E-N, L-E-A-N-N,

 9          S-H-I-P-L-E-Y.

10     Q    Where are you currently employed?

11     A    Louisiana State Penitentiary.

12     Q    What is your current position?

13     A    Assistant warden over Camp F and death row.

14     Q    Have you ever been deposed before?

15     A    Yes.

16     Q    How many times?

17     A    Three.

18     Q    Have you previously been deposed as a witness

19          on behalf of the LSP, of the Louisiana State

20          Penitentiary?

21     A    The Department of Corrections.

22     Q    So you have previously been deposed as a

23          witness on behalf of the Department of

24          Corrections?

25     A    Yes.
```

```
 1   Q   How many times have you testified on their
 2       behalf?
 3   A   This will be my second, second time.
 4   Q   Were those cases involving prison conditions?
 5   A   Yes.
 6   Q   You are represented by counsel today, correct?
 7   A   Yes.
 8   Q   Did counsel explain how a deposition works to
 9       you?
10   A   Yes.
11   Q   So I know you've had depositions before and you
12       also talked to counsel about how depositions
13       work, so I'll quickly just run through some
14       ground rules to refresh you, if that's okay.
15   A   Perfect.
16   Q   You understand that you are under oath and
17       obligated to tell the truth?
18   A   Yes.
19   Q   You understand that your testimony today is the
20       same as if you were testifying in court in
21       front of a judge or jury?
22   A   Yes.
23   Q   Is there any reason you cannot give honest and
24       accurate testimony today?
25   A   No.
```

```
 1   Q   Are you taking any medications that will

 2       prevent you from giving full, complete, and

 3       truthful answers today?

 4   A   No.

 5   Q   So I'll be asking you several questions today.

 6       The court reporter is preparing a transcript

 7       record of today's deposition, so please try

 8       your best to provide audible responses.  This

 9       means responding verbally rather than

10       responding with gestures such as a head nod or

11       finger point.  I will also only be

12       communicating verbally.  So I will do the same.

13       Do you understand that?

14   A   I do.

15   Q   We also in everyday conversation tend to say

16       "uh-huh" and "uh-uh."  I am guilty of that as

17       well.  But for a formal deposition, as I

18       mentioned, we'll need an audible response to

19       help out our court reporter.  So if you do say

20       "uh-huh" or "uh-uh," I may ask you to give a

21       verbal "yes" or "no" so we have a clear record.

22       Is that okay?

23   A   Okay.  Yes.

24   Q   In addition, another way that we can help have

25       a clear record is I will ask you a question.
```

 1       Please wait for me to finish the question

 2       before answering.  And then I'll also allow you

 3       to finish your answer before asking the next

 4       question.  Does that work?

 5  A    Yes.

 6  Q    If my question is not clear to you, please let

 7       me know so I may attempt to rephrase or clarify

 8       the question.  Sound good?

 9  A    Yes.

10  Q    Your counsel may object to some of my

11       questions, but please go ahead and answer those

12       questions unless they instruct you not to do

13       so.  Finally, if you ever need a break, please

14       let me know.  I will ask you to just complete

15       your answer if there is an open question first

16       and then we can -- we can take a pause.

17  A    Okay.

18  Q    So today I'll refer to the Louisiana Department

19       of Public Safety and Corrections as the "DOC,"

20       and I'll refer to the Louisiana State

21       Penitentiary as "LSP" or "Angola."  Is that all

22       right?

23  A    I would prefer "Angola."

24  Q    Angola?  Okay.

25  A    Uh-huh.

```
 1   Q    Happy to do.  So I want to start with a

 2        document I'd like to share with you.  I'm going

 3        to mark this as Exhibit 1.

 4        (Exhibit No. 1 marked for identification.)

 5        BY MR. MITCHELL:

 6   Q    I'm putting this in the Zoom chat.  You should

 7        be able to open it.  Just let me know if you

 8        have any issues with that.

 9   A    Okay.

10   Q    Do you have the document open?

11   A    Yes.

12   Q    Do you recognize this document?

13   A    Yes.

14   Q    Have you seen it before?

15   A    Yes.

16   Q    Do you understand that you've been designated

17        to testify on two topics today?

18   A    Yes.

19   Q    And so do you see number 1, the topic is "The

20        collection, documentation, retention, and

21        storage of medical records of incarcerated

22        persons."  Are you designated to speak on that

23        today?

24   A    Yes.

25   Q    Are you prepared to testify about that topic?
```

1   A    Yes.

2   Q    The second topic is on the next page, 2(I),

3        "The policies, practices, rules, and

4        regulations related to or concerning internal

5        grievances and complaints."  Do you see that?

6   A    Yes.

7   Q    Are you prepared to testify about that topic

8        today?

9   A    Yes.

10  Q    What did you do to prepare for today's

11       deposition?

12  A    Spoke with counsel and also reviewed

13       departmental regulations and penitentiary

14       directives as it relates to these two matters.

15  Q    And my apologies.  We're actually done with

16       that document.  So you can take it down.

17  A    Okay.  I'm ready.

18  Q    And which DOC regulations did you review?

19  A    It's going to be for the administrative remedy

20       procedures, which would be internal grievances,

21       OPC13, and in regards to record retention I

22       believe it is AMD1 and AMD5.

23  Q    And those are both policies regarding the DOC's

24       records management?

25  A    One of them is the records management program

```
 1          and one of them as it relates to medical

 2          records specifically.

 3    Q     So one is general records management and the

 4          other is medical records management?

 5    A     Well, one of them is records management.  The

 6          other one is strictly about the confidentiality

 7          of medical records.

 8    Q     I understand.  Thanks.  And which penitentiary

 9          directives did you review?

10    A     The associate -- I don't have the numbers, but

11          it would be the penitentiary directives as they

12          directly relate to AMD1, AMD5, and then the

13          OPC13.  I can pull those numbers if you need

14          them.

15    Q     No need to pull the numbers.

16    A     Okay.

17    Q     Did you meet with counsel in preparation for

18          the deposition?

19    A     Yes.

20    Q     How many times?

21    A     Once.

22    Q     For how long?

23    A     15 minutes.

24    Q     Aside from counsel, did you speak to anyone

25          else to prepare for your deposition?
```

1    A    No.

2    Q    What is your understanding of what this

3         litigation is about?

4    A    My understanding is that Joshua Folks was a

5         hold for a probation and parole here at

6         Louisiana State Penitentiary, and there are

7         questions as it relates to his medical and

8         mental health treatment while he was here.

9    Q    How long have you been employed with the DOC?

10   A    15 years.

11   Q    And how long have you been employed at Angola?

12   A    Altogether, probably nine or ten of those

13        years.

14   Q    Do your day-to-day responsibilities involve the

15        ARP?

16   A    No.

17   Q    Do your day-to-day responsibilities involve

18        records management?

19   A    No, not day-to-day.

20   Q    What do your duties involve?

21   A    I am here to provide security, prevent escapes,

22        and ensure that staff and inmates are taken

23        care of while they're here.

24   Q    So I wanted to start with talking about the ARP

25        process.

```
 1    A    Okay.

 2    Q    Does the DOC or Angola employ grievance

 3         officers?

 4    A    By that title, no, but we have a department

 5         that is designated for internal grievances or

 6         administrative remedy procedures.

 7    Q    What is that department called?

 8    A    Legal programs.

 9    Q    Are there any other departments that are

10         responsible for internal grievances?

11    A    So how it works at Louisiana State Penitentiary

12         is the inmate files an internal grievance or an

13         administrative remedy procedure.  It is sent to

14         the legal programs department for a screening

15         officer to categorize and accept or reject the

16         administrative remedy procedure.  And then it

17         is sent to the respective department to answer.

18    Q    That's helpful.  I want to walk through some of

19         those steps that you just mentioned.

20    A    Okay.

21    Q    Can you describe how an inmate would submit a

22         grievance for formal review?

23    A    We have -- they can submit it through farm

24         mail.  They can have their attorneys file the

25         grievance for them if they submit in writing a
```

```
 1        consent for the attorney to do so.  It is sent

 2        to the legal programs department and it is

 3        screened through farm mail or by USPS, however

 4        the attorney, outside counsel, will send it.

 5   Q    Are there any informal ways in which an inmate

 6        can file a grievance?

 7   A    The same way, I mean, there's one way.  I mean,

 8        if he has an emergency complaint that would be

 9        different than an internal grievance.

10   Q    And how would that process work with an

11        emergency complaint?

12   A    An emergency complaint would be handled with an

13        unusual occurrence report.

14   Q    And can you describe what is involved in the

15        screening of a submitted grievance?

16   A    It's categorized based on the nature of the

17        complaint.

18   Q    It's categorized --

19   A    So, for example --

20   Q    What do you mean by "categorized"?

21   A    So we have different categories such as abuse;

22        threats; health care; the records department,

23        which would be like their time computation; if

24        it's an ADA complaint; if it's a PREA

25        complaint.
```

 1  Q   So --

 2  A   Property, quality of life, rules, healthcare,

 3      finances, disciplinary.

 4  Q   Is there any other information gathered about

 5      the grievance at the screening process?

 6  A   No.  The screening officer is only provided

 7      with the information -- is only screening the

 8      information that is provided by the inmate.

 9  Q   And what is the result of the screening

10      process?

11  A   So the ARP, or the administrative remedy

12      procedure, is either accepted or rejected.

13  Q   And what are some reasons that an ARP might be

14      rejected?

15  A   So if it is a duplicate complaint, if it is a

16      decision of the board of pardon and parole, if

17      it is for the sex offender assessment panel,

18      they cannot file an ARP on a lockdown review

19      board.  Disciplinary, lost property, because

20      those are handled -- disciplinary and lost

21      property are handled with lost property claims,

22      and disciplinary is handled through DB appeals,

23      so they would have to go through the

24      disciplinary board appeals process.  If it's a

25      duplicate request or if something that may

1        happen, so if they file an ARP that they may be

2        moved to another location, then we would reject

3        that because it is not a valid complaint

4        because the inmate has not, in fact, been

5        moved.

6             You can't -- if -- we would reject it if

7        an inmate files an administrative remedy

8        procedure in regards to another inmate unless

9        it is a PREA, a Prison Rape Elimination Act,

10       and then that would be handled differently than

11       the administrative remedy procedure because it

12       would be a speedier process.

13   Q   If a grievance involved self-harm or the risk

14       of self-harm, could it be rejected?

15   A   It should not, but I would have to read the

16       complaint to make -- ensure that it is not --

17       does not fall into a different category, but it

18       would be categorized under healthcare at that

19       time if it was accepted.

20   Q   Do you know, in fact, if grievances involving

21       self-harm have been rejected at the screening

22       stage?

23   A   No, I do not know.

24   Q   And I want to take one step back to before

25       submitting a grievance, a question I forgot to

```
 1        ask, who's responsible for ensuring that

 2        inmates have access to grievance forms?

 3    A   So it is in our departmental regulation that an

 4        inmate does not have to have access to a

 5        grievance form.  It can be sent in the form of

 6        a letter.  So therefore they just have to have

 7        access to pen and paper.

 8    Q   And who's responsible for ensuring that an

 9        inmate has access to pen and paper for

10        submitting a letter version of a grievance?

11    A   They -- I guess I'm not sure who would be

12        responsible for ensuring that they have access

13        to pen and paper, because all of our inmates

14        have access to pen and paper unless they are on

15        suicide watch.  Then they would not have access

16        to pen and paper at the risk of being able to

17        cause self-harm.

18    Q   And is it a practice of Angola to not provide

19        writing utensils or other materials to file a

20        grievance for inmates in suicide watch?

21    A   Yes.  But there are other avenues.  The inmate

22        may file a grievance while on suicide watch.

23        For the safety of the inmate we do not allow

24        them to have any property.

25    Q   How would they file a grievance -- how would an
```

```
 1        inmate that's in suicide watch file a

 2        grievance?

 3   A    So we have inmate counsels, and they would

 4        actually type or write the grievance on behalf

 5        of the inmate and then the inmate would be

 6        allowed to sign it.

 7   Q    And how often do inmates in suicide watch

 8        interact with inmate counsel?

 9   A    That would be a question for the schedule of

10        the inmate counsels in that area.

11   Q    What happens after a grievance is accepted

12        during the screening process?

13   A    If it is not a PREA grievance, which would be

14        prison rape, then it has -- it is 45 days the

15        first level has to answer or respond to the

16        grievance.

17   Q    And as a matter of practice, does Angola have a

18        practice of meeting those time limits that you

19        just mentioned?

20   A    We should.

21   Q    You should, but in -- as a matter of -- in your

22        experience have grievances that are accepted

23        been responded to within the 45-day time limit

24        you mentioned?

25   A    Yes.
```

```
 1   Q    In every case?

 2   A    No.

 3   Q    Can you tell me the circumstances of the cases

 4        where there -- where they do not meet the time

 5        limit?

 6   A    No, I cannot.

 7   Q    Who reviews the substance of prisoner

 8        grievances?

 9   A    The warden's designee, which would be the legal

10        programs ARP screening officer.

11   Q    Can a prisoner withdraw a grievance after it's

12        submitted?

13   A    Yes.

14   Q    What's that process like?

15   A    The inmate can send a letter saying if they

16        would like to drop the administrative remedy

17        procedure, and if that letter is received by

18        security or the legal programs department then

19        a ARP drop form is brought to the inmate and it

20        must be signed and thumbprinted by the inmate

21        to ensure that the inmate does want to drop it.

22   Q    Are you aware of any allegations that Angola

23        staff pressure prisoners to withdraw

24        grievances?

25   A    No.
```

```
 1   Q   Is there a policy prohibiting Angola employees

 2       from pressuring prisoners to withdraw

 3       grievances?

 4   A   I don't want to say yes and I don't want to say

 5       no.

 6   Q   Even if there is not a specific policy on that

 7       issue, is there one that you think would

 8       address it?

 9   A   Yes.

10   Q   Which policy?

11   A   I don't know off the top of my head.

12   Q   Are you aware of allegations of Angola staff

13       pressuring prisoners not to file grievances?

14   A   No.

15   Q   Is there a policy prohibiting them from

16       pressuring prisoners to not file grievances?

17   A   No.

18   Q   Are you aware of grievances about self-harm

19       being elevated to Angola leadership?

20   A   You're going to have to be more specific on

21       that.

22   Q   Are there instances where a grievance is filed

23       that relate to a self-harm incident and then

24       that grievance is made available to the

25       warden's office or someone in leadership at
```

```
 1      Angola?
 2   A  That's not how our process works.
 3   Q  And so is it the practice that Angola
 4      leadership is not made aware of grievances
 5      filed by prisoners?
 6   A  That would be an incorrect statement.
 7   Q  How would you correct it?
 8   A  In the event that a matter of self-harm was an
 9      emergency incident, then it would have been
10      addressed immediately with an unusual
11      occurrence report.  In the event that an inmate
12      is filing an administrative remedy procedure in
13      regards to self-harm, then that would not --
14      that would be not brought to the immediate
15      attention of security, the ARP.  So it would
16      have been filed after an incident, something
17      that had already occurred that had probably
18      already been addressed by an unusual occurrence
19      report and been seen by medical.  So leadership
20      would have been aware of the medical incident
21      and unusual occurrence report already and the
22      ARP would have been resulting from the incident
23      that occurred with the UOR and the medical.
24   Q  And what about an instance of an ARP involving
25      allegations of inadequate mental health
```

```
 1        treatment?

 2   A    That would have been forwarded through the

 3        normal procedures where it would have been

 4        handled by our medical department or our

 5        long-term care hospital administrator, who's

 6        over the site doctor, and it would have been

 7        handled by our normal procedures.

 8   Q    Right.  So that would -- would -- that type of

 9        grievance would be handled under normal

10        procedures and Angola leadership would not be

11        involved in that process at all, correct?

12   A    Depends on who they file that administrative

13        remedy procedure on.  So there's a chance that

14        it could have been and there's a chance that it

15        could not have been.

16   Q    Does DOC or Angola collect any data about

17        grievances?

18   A    Yes.

19   Q    Where is this data collected?

20   A    The -- we call it the CO5 report, but it's a

21        statistical report that's collected monthly.

22   Q    And is there information about grievances

23        stored in a central database or a log,

24        something of that nature?

25   A    Yes.
```

```
 1   Q   What is that called?

 2   A   The CO5 database.

 3   Q   Okay.  So I'd now like to talk about records

 4       management.

 5   A   Okay.

 6   Q   When an inmate first arrives at a DOC facility,

 7       what medical and mental health information is

 8       collected from them?

 9   A   They have medical and mental health summary

10       reports that they collect at intake or within a

11       certain time frame.  I don't know specifically

12       what the time frame is for each department,

13       but...

14   Q   And then where would that information be stored

15       once collected?

16   A   Their medical record.  Currently it is now

17       stored in the EHR, which would be the

18       electronic health record.

19   Q   And are all medical records encompassed in the

20       EHR system?

21   A   Since 2021, yes, all new information and data

22       began going in the electronic health record in

23       2021.  Prior to that, we maintained paper

24       files.

25   Q   Do you know when in 2021 that change was made?
```

```
 1    A    No.

 2    Q    The month, by any chance?

 3    A    No.

 4    Q    Are mental health records and medical records

 5         stored in the same way?

 6    A    Yes.

 7    Q    Is there any difference in record -- withdraw.

 8             Is there any difference in the management

 9         of mental health records for Angola inmates and

10         inmates that are transferred pretrial to the

11         Angola facility?

12    A    No.  Once you are at Angola your medical and

13         mental health records are consistent, whether

14         you are pretrial or you are Department of

15         Corrections, a state inmate.

16    Q    And they would be governed by those policies

17         you mentioned at the beginning of the

18         deposition -- the numbers I'm not remembering

19         now -- but AM1 and AM5, I believe?

20    A    AMD1, AMD5, yes.

21    Q    Yes.  During incarceration who can access

22         inmate records?

23    A    Inmate records that are -- what we call their

24         master prison record is accessible by staff.

25         Medical and mental health records are only
```

```
 1        accessible by healthcare providers.
 2   Q    And healthcare providers would include both
 3        medical and mental health staff?
 4   A    Yes.
 5   Q    Would that medical or mental health staff
 6        person need to be providing treatment to the
 7        inmate in order to access their records?
 8   A    I -- no.  And the reason that I say no, for the
 9        record, is because in the event that a
10        healthcare provider is ensuring that an inmate
11        did receive adequate medical care, he would
12        review the inmate's chart to ensure that the
13        appropriate protocols were followed.  So at
14        that time that healthcare provider would not be
15        providing care at that moment but would need to
16        review the file.
17   Q    With the more recent transition to the H -- EHR
18        records management database, have there been
19        any challenges transitioning over to that
20        system?
21   A    No.
22   Q    Are there any challenges, generally, with
23        medical and mental health recordkeeping at
24        Angola?
25   A    Nope.
```

```
 1   Q    Have you collected any data about the

 2        effectiveness of EHR?

 3   A    Nope.

 4   Q    Have you collected any data about errors or

 5        mistakes in data entries in EHR?

 6   A    No.

 7   Q    Have you been involved in discussions about

 8        ways to improve Angola's use of EHR?

 9   A    No.

10   Q    What's the basis of your statement earlier that

11        you were not aware of any problems with medical

12        and mental health recordkeeping at Angola?

13   A    I'm not aware of any medical or mental health

14        record errors at Angola.

15   Q    Okay.  I think that may be most of what I

16        wanted to discuss, but, Maghen, if it's okay

17        with you we might go off the record briefly and

18        I'll talk to my team and think a little bit and

19        see if there's anything else, but thanks --

20        thanks for your time.

21   A    No problem.

22             THE VIDEOGRAPHER:  Going off the

23        record, 12:34 p.m.

24             (Short break was taken.)

25             THE VIDEOGRAPHER:  We're back on the
```

```
 1        record, 12:39 p.m.
 2        BY MR. MITCHELL:
 3   Q    Maghen, I wanted to go back to discussing the
 4        ARP.  We talked about how there are instances
 5        where grievances are not responded to within
 6        the 45-day time limit.
 7   A    Yes.
 8   Q    What are some reasons for that?
 9   A    If the officer that was directly involved in
10        the incident and needed to provide a statement,
11        if they are out on medical leave or some type
12        of leave and are not able to provide that
13        statement within a timely manner, if they're
14        not of -- able to obtain the necessary
15        information to respond to the ARP within the 45
16        days.
17   Q    Is there any backlog in grievances at Angola?
18   A    Yes.  But there is a backlog because they file
19        multiple grievances.  So you can have one
20        current grievance.  Like you can't have
21        multiples out in the system at one time, but
22        the backlog is not due to the response time.
23        It's due to the large amount of filings.
24   Q    And how many people are there in the legal
25        programs department, which you earlier said is
```

```
 1        responsible for handling the response process

 2        for ARPs?  How many people are in that

 3        department?

 4   A    Six.

 5   Q    And how many inmates are there at Angola?

 6   A    Currently, 3,990.

 7   Q    And how many grievances would you say are filed

 8        in a given month?

 9   A    Over 500.

10   Q    So do you think that it is possible that Angola

11        could hire more staff to address the backlog

12        issues?

13              MR. BLANCHFIELD:  Object to the form.

14   BY MR. MITCHELL:

15   Q    Oh, you can answer.

16   A    The backlog is not associated with the lack of

17        staff.  The backlogs are because the same

18        inmates are filing ARPs, so therefore they're

19        only allowed to have one in the system at a

20        time that is active.  It has nothing to do with

21        the amount of staff.

22   Q    Have -- have any inmates filed grievances about

23        issues with the grievance process?

24   A    It would immediately go to second step.

25   Q    And -- so you had mentioned that the backlog is
```

```
 1            not due to lack of staffing.  It's the volume
 2            of complaints that are filed by inmates.
 3            Wouldn't --
 4    A     No.
 5    Q     -- multiple -- oh, can you correct me?
 6    A     Yes.  So the number of ARPs filed in a month is
 7            500.  They are either accepted or they are
 8            rejected.  Now, in the event that an inmate
 9            files an administrative remedy procedure and
10            has 10 accepted, then his newest one will be
11            the 11th, which they will be backlogged until
12            the first one is complete by the first step.
13    Q     And so are there any efforts to get rid of the
14            backlog?
15    A     If the inmates stop filing multiples and we are
16            able to respond to them, then, yes.
17    Q     And why is it that an inmate can only have one
18            ARP decided at a time?
19    A     A lot of times it's duplicates, so once they
20            have filed one and we've accepted it and then
21            he files the next one because they repeatedly
22            file on the same thing -- once we've had a
23            response to that then we have to reject the one
24            that we've accepted.  So we have to have the
25            process go through.
```

 1   Q   Have inmates ever withdrawn grievances that

 2       they have previously filed?

 3   A   Yes.

 4   Q   Do you collect data on the number of withdrawn

 5       grievances?

 6   A   I believe -- yes.

 7   Q   What kinds of data?

 8   A   Whether they dropped it or not.

 9   Q   Do you look into the reasons why the inmate

10       withdrew the grievance?

11   A   No.

12   Q   Do you take any steps to investigate why a

13       grievance was withdrawn?

14   A   No.

15   Q   If a grievance was withdrawn, Angola just has

16       the log that the grievance was withdrawn and no

17       other information about that grievance,

18       correct?

19   A   Correct.

20   Q   Is there a policy that says that Angola staff

21       can ask inmates to withdraw grievances?

22   A   No.

23   Q   Have staff ever asked inmates to withdraw

24       grievances at Angola?

25   A   Yes.

```
 1   Q    Is it a -- how often?

 2   A    I can't numerize [sic] that.

 3   Q    How do you know that staff have asked inmates

 4        to withdraw grievances?

 5   A    Sometimes a grievance can be resolved without

 6        going through the internal grievance process.

 7        I mean, if the inmate says what he would like,

 8        then if they give it to him what he wants, his

 9        resolution, then he will drop it.

10   Q    Do you speak with the inmate to discuss reasons

11        why they would have withdrawn a grievance?

12   A    No.

13   Q    So in the event that -- withdraw.

14             So in cases where an Angola staff member

15        has asked inmates to withdraw grievances, the

16        prison takes no steps to determine the reasons

17        why that grievance was withdrawn --

18   A    No.

19   Q    -- correct?

20   A    Correct.

21   Q    Are there -- have there been other issues with

22        the ARP process that we haven't previously

23        discussed?

24   A    No.

25   Q    Is there a policy that says that Angola staff
```

```
 1        cannot ask an inmate to withdraw a grievance?
 2   A    No.
 3   Q    Is there a policy you think that exists that
 4        would speak to that issue?
 5   A    No.
 6   Q    When we discussed backlog, you said a lot of
 7        times the backlog is due to duplicates being
 8        filed.  What about situations where the backlog
 9        is not due to a duplicate?
10   A    It's still our process.
11   Q    And is there a policy that underlies the
12        process that says when an inmate has not filed
13        a duplicate their ARP will be rejected?
14   A    There are guidelines for rejecting ARPs and
15        what reasons we reject them on, and those are
16        the -- solely the reasons that they would be
17        rejected.
18   Q    What's the purpose behind rejecting ARPs that
19        are not duplicates after an initial grievance
20        has been filed?
21   A    That are not duplicates?  So they would be
22        rejected because they were filed based on court
23        decisions, the decision of the board of pardon
24        and parole, sex offender assessment panel,
25        lockdown review board, the disciplinary
```

```
 1          process, lost property claim, a duplicate

 2          request, complaint concernings [sic] actions

 3          that haven't happened, requesting remedy for

 4          another inmate.  Those would be reasons that

 5          they would be rejected, whether they're

 6          duplicates or not.

 7   Q      So in a situation where there's a backlog but

 8          the subsequently filed grievances are not

 9          duplicates, why can Angola only address one of

10          those grievances at a time?

11   A      Per OPC13.

12   Q      And do you know which provision in OPC13 would

13          speak to that?

14   A      That'd be the entire policy.

15   Q      What's the reason for -- withdraw.

16              Why would the DOC and LSP policy allow for

17          backlog when an inmate has filed multiple

18          distinct grievances around the same time?

19                  MR. BLANCHFIELD:  Object to the form

20          of your question and foundation.

21   BY MR. MITCHELL:

22   Q      You can answer.

23   A      Realistically you should consider the number of

24          ARPs that we have in the system.  It's a

25          work -- it has to do with the work, the staff,
```

```
 1        the screening, et cetera.  There's a lot of

 2        work that goes into administrative remedy

 3        procedures because they are -- they're legal.

 4        So it's not simply something that is done in

 5        five minutes and we move on.  The staff at

 6        Louisiana State Penitentiary do give due

 7        diligence when responding to these

 8        administrative remedies because they understand

 9        that this is a legal action.  So if we have to

10        answer 17 ARPs for just one inmate at one

11        time -- and that's a small number and we have

12        4,000 -- that's a large number of

13        administrative remedy procedures.

14   Q    And why is it -- why doesn't the policy say

15        that when an inmate files multiple grievances

16        that are not duplicates that Angola can only

17        address one grievance at a time?

18   A    Angola does not write this policy.  Department

19        of Corrections headquarters does.

20   Q    And are you testifying today on behalf of the

21        Department of Corrections?

22   A    I am testifying today on behalf of Louisiana

23        State Penitentiary, who is under the Department

24        of Corrections.

25   Q    And I think you mentioned earlier today that
```

1      LSP has a penitentiary directive on the ARP,

2      correct?

3  A   Correct.  And it is duplicative in information

4      of OPC13.

5  Q   And so in your capacity as the representative

6      for LSP on grievances and complaints, I'm

7      curious from -- why LSP does not have a policy

8      where if an inmate files multiple grievances

9      that are not duplicates, Angola can only

10     address one grievance at a time.

11 A   Because the Department of Corrections has

12     outlined the rules and regulations in regards

13     to the administrative remedy procedure as it

14     relates to Department of Corrections

15     facilities.

16 Q   And so the -- on this particular issue the DOC

17     policy tracks the -- or withdraw.

18         On this issue the LSP policy tracks the

19     DOC policy, correct?

20 A   The department regulations sets guidelines that

21     are to be followed by the facilities, by the

22     Department of Corrections facilities, which

23     would be this [sic] guidelines for the

24     administrative remedy procedure.  There's no

25     variance within the facilities.

```
 1   Q    Okay.  I think we'll take one more quick break,

 2        maybe two minutes.

 3             THE VIDEOGRAPHER:  Going off the

 4        record.  12:56 p.m.

 5             (Short break was taken.)

 6             THE VIDEOGRAPHER:  We are back on the

 7        record.  1:04 p.m.

 8                  E X A M I N A T I O N

 9        BY MS. PURTILL:

10   Q    Maghen, we have just a couple more questions

11        for you.

12   A    Okay.

13   Q    First, is it the policy of the Department of

14        Corrections that only one ARP submitted by an

15        inmate may be considered at a time?

16   A    Yes.

17   Q    Is that the case even if the multiple ARPs

18        submitted by an inmate are nonduplicates?

19   A    Yes.

20   Q    What is the reason for that policy?

21   A    I do not know.

22   Q    In your capacity as a corporate representative

23        for the Department of Public Safety and

24        Corrections, you do not know the reason for the

25        policy that provides an inmate may only have
```

```
 1        one ARP considered at a time; is that right?

 2                    MR. BLANCHFIELD:  Hold.  Hang on a

 3        second.  Is that you, Sarah?

 4                    MS. PURTILL:  Yes, that's me.

 5                    MR. BLANCHFIELD:  So we just switched

 6        midstream here?  That's not appropriate.

 7                    MS. PURTILL:  I mean, I am happy to

 8        come off camera and take a quick break and have

 9        Julius ask the exact same questions.

10                    MR. BLANCHFIELD:  I mean, how much

11        more do you have?

12                    MS. PURTILL:  This is the end of our

13        questions.

14                    MR. BLANCHFIELD:  Okay.  Go ahead.

15        BY MS. PURTILL:

16   Q    All right.  Ms. Shipley, let me go ahead and

17        repeat my question.  In your capacity as the

18        corporate representative for the Louisiana

19        Department of Public Safety and Corrections, is

20        it correct that you do not know one way or the

21        other the reason for the policy that restricts

22        consideration of inmate ARPs to one at a time

23        even in cases where those ARPs are

24        nonduplicates?

25   A    I do, as the representative for the Department
```

```
 1        of Public Safety and Corrections, understand

 2        the policy.  I do not know the reason that the

 3        Department of Corrections put that only one

 4        administrative remedy procedure can be answered

 5        at a time.

 6   Q    Okay.  We have no further questions.

 7                   MR. BLANCHFIELD:  Okay.  We're done.

 8        Thank you.

 9                   MS. PURTILL:  Thank you.

10                   THE VIDEOGRAPHER:  That concludes the

11        deposition at 1:06 p.m. Central, 19:06 UTC.

12        We're off the record.

13         (A discussion was held off the record.)

14                   THE REPORTER:  Can I please get any

15        transcript orders?

16                   MS. PURTILL:  Yes.  So we are going

17        to be ordering a copy of the transcript.  If we

18        could get a rough as well, we'd appreciate that

19        on our end.  We would also like the video

20        synced.  And all of that can be sent to me at

21        spurtill@jenner.com, and I can circulate among

22        my team.

23                   THE REPORTER:  All right.  Very good.

24        Thank you.

25                   MR. BLANCHFIELD:  And an electronic
```

1          transcript only for me, please.

2                    THE REPORTER:  All right.  Thank you.

3          (Proceedings concluded at 1:08 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    ACKNOWLEDGMENT OF DEPONENT

 2

 3          I, MAGHEN L. SHIPLEY, do hereby acknowledge I have

 4       read and examined the foregoing pages of testimony,

 5       and the same is a true, correct and complete

 6       transcription of the testimony given by me, and any

 7       changes or corrections, if any, appear in the attached

 8       errata sheet signed by me.

 9

10

11       _____      _____

12              DATE                     MAGHEN L. SHIPLEY

13

14

15

16       Subscribed and sworn to

17       before me on this_____ day

18       of _____, _____.

19

20       _____

21              Notary Public

22

23

24

25
```

```
 1        STATE OF WISCONSIN   )
                               ) ss.
 2        COUNTY OF MILWAUKEE  )

 3             I, ANNICK M. JAQUET, RMR, CRR, Notary

 4        Public in and for the State of Wisconsin, do

 5        hereby certify that the preceding deposition

 6        was recorded by me and reduced to writing under

 7        my personal direction.

 8             I further certify that said deposition

 9        was taken remotely before me on the 11th day of

10        December, 2024, commencing at 12:03 p.m. and

11        concluding at 1:08 p.m.

12             I further certify that I am not a

13        relative or employee or attorney or counsel of

14        any of the parties, nor a relative or employee

15        of such attorney or counsel, or financially

16        interested directly or indirectly in this

17        action.

18             In witness whereof, I have hereunto set

19        my hand at Milwaukee, Wisconsin, this

20        23rd day of December, 2024.

21

22        _____
          ANNICK M. JAQUET, RMR, CRR
23        Notary Public
          in and for the State of Wisconsin

24

25        My commission expires September 29, 2025.
```

```
1                    *** ERRATA SHEET ***

2    NAME OF CASE: FOLKS v. LA ATT GEN. JEFF LANDRY
     DATE OF DEPOSITION:  December 11, 2024
3    NAME OF WITNESS:  MAGHEN L. SHIPLEY
     PAGE  LINE  FROM          TO           REASON
4    _____|_____|_____|_____|_____

5    _____|_____|_____|_____|_____

6    _____|_____|_____|_____|_____

7    _____|_____|_____|_____|_____

8    _____|_____|_____|_____|_____

9    _____|_____|_____|_____|_____

10   _____|_____|_____|_____|_____

11   _____|_____|_____|_____|_____

12   _____|_____|_____|_____|_____

13   _____|_____|_____|_____|_____

14   _____|_____|_____|_____|_____

15   _____|_____|_____|_____|_____

16   _____|_____|_____|_____|_____

17   _____|_____|_____|_____|_____

18   _____|_____|_____|_____|_____

19

20                            _____

21   Subscribed and sworn before me

22   this____day of_____,20__.

23   _____      _____

24   (Notary Public)          My Commission Expires:

25
```

## Exhibits

EX 0001 Maghen S
hipley 121124
 3:4 9:3,4

---

## 1

1  9:3,4,19
10  29:10
11  4:4
11th  29:11
12:03  4:3
12:34  26:23
12:39  27:1
12:56  36:4
15  11:23 12:10
17  34:10
18:03  4:3
19:06  38:11
1:04  36:7
1:06  38:11
1:08  39:3

---

## 2

2(I)  10:2
2021  23:21,23,
 25
2024  4:4

---

## 3

3,990  28:6

---

## 4

4,000  34:12
45  18:14 27:15
45-day  18:23
 27:6

---

## 5

500  28:9 29:7

---

## A

able  9:7 17:16
 27:12,14 29:16
abuse  14:21
accept  13:15
accepted  15:12
 16:19 18:11,22
 29:7,10,20,24
access  17:2,4,
 7,9,12,14,15
 24:21 25:7
accessible
 24:24 25:1
accurate  6:24
Act  16:9
action  34:9
actions  33:2
active  28:20
ADA  14:24
addition  7:24
address  20:8
 28:11 33:9
 34:17 35:10
addressed
 21:10,18
adequate  25:11
administrative
 10:19 13:6,13,
 16 15:11 16:7,
 11 19:16 21:12
 22:12 29:9
 34:2,8,13
 35:13,24 38:4
administrator
 22:5
ahead  8:11
 37:14,16
allegations
 19:22 20:12
 21:25
allow  8:2 17:23
 33:16
allowed  18:6
 28:19
Altogether
 12:12
AM1  24:19
AM5  24:19

AMD1  10:22
 11:12 24:20
AMD5  10:22
 11:12 24:20
amount  27:23
 28:21
Andrew  4:18
Angola  8:21,23,
 24 12:11 13:2
 17:18 18:17
 19:22 20:1,12,
 19 21:1,3
 22:10,16 24:9,
 11,12 25:24
 26:12,14 27:17
 28:5,10 30:15,
 20,24 31:14,25
 33:9 34:16,18
 35:9
Angola's  26:8
answer  8:3,11,
 15 13:17 18:15
 28:15 33:22
 34:10
answered  38:4
answering  8:2
answers  7:3
anyone  11:24
apologies  10:15
appeals  15:22,
 24
appearances
 4:11
appreciate
 38:18
appropriate
 25:13 37:6
area  18:10
around  33:18
ARP  12:15,24
 15:11,13,18
 16:1 19:10,19
 21:15,22,24
 27:4,15 29:18
 31:22 32:13
 35:1 36:14
 37:1
ARPS  28:2,18
 29:6 32:14,18
 33:24 34:10
 36:17 37:22,23

arrives  23:6
asked  30:23
 31:3,15
asking  7:5 8:3
assessment
 15:17 32:24
Assistant  5:13
associate  11:10
associated
 28:16
attempt  8:7
attention  21:15
attorney  4:10
 5:2 14:1,4
attorneys  13:24
audible  7:8,18
available  20:24
avenues  17:21
aware  19:22
 20:12,18 21:4,
 20 26:11,13

---

## B

back  16:24
 26:25 27:3
 36:6
backlog  27:17,
 18,22 28:11,
 16,25 29:14
 32:6,7,8 33:7,
 17
backlogged
 29:11
backlogs  28:17
based  14:16
 32:22
basis  26:10
began  23:22
beginning  24:17
behalf  4:19
 5:19,23 6:2
 18:4 34:20,22
behind  32:18
believe  10:22
 24:19 30:6
best  7:8
bit  26:18
Blanchfield
 4:18 28:13

33:19 37:2,5,
10,14 38:7,25
**Block** 4:15 5:3
**board** 15:16,19,
24 32:23,25
**break** 8:13
26:24 36:1,5
37:8
**briefly** 26:17
**brought** 19:19
21:14

**C**

**call** 22:20
24:23
**called** 4:20 5:3
13:7 23:1
**camera** 37:8
**Camp** 5:13
**capacity** 35:5
36:22 37:17
**care** 12:23
14:22 22:5
25:11,15
**case** 19:1 36:17
**cases** 6:4 19:3
31:14 37:23
**categories**
14:21
**categorize**
13:15
**categorized**
14:16,18,20
16:18
**category** 16:17
**central** 4:3
22:23 38:11
**certain** 23:11
**cetera** 34:1
**challenges**
25:19,22
**chance** 22:13,14
24:2
**change** 23:25
**chart** 25:12
**chat** 9:6
**circulate** 38:21
**circumstances**
19:3

**claim** 33:1
**claims** 15:21
**clarify** 8:7
**clear** 7:21,25
8:6
**CO5** 22:20 23:2
**colleagues** 4:16
**collect** 22:16
23:10 30:4
**collected**
22:19,21 23:8,
15 26:1,4
**collection** 9:20
**come** 37:8
**communicating**
7:12
**complaint** 14:8,
11,12,17,24,25
15:15 16:3,16
33:2
**complaints** 10:5
29:2 35:6
**complete** 7:2
8:14 29:12
**computation**
14:23
**concernings**
33:2
**concluded** 39:3
**concludes** 38:10
**conditions** 6:4
**confidentiality**
11:6
**consent** 14:1
**consider** 33:23
**consideration**
37:22
**considered**
36:15 37:1
**consistent**
24:13
**conversation**
7:15
**copy** 38:17
**corporate** 4:6
36:22 37:18
**correct** 6:6
21:7 22:11
29:5 30:18,19
31:19,20 35:2,
3,19 37:20

**Corrections** 4:8
5:21,24 8:19
24:15 34:19,
21,24 35:11,
14,22 36:14,24
37:19 38:1,3
**counsel** 4:11
6:6,8,12 8:10
10:12 11:17,24
14:4 18:8
**counsels** 18:3,
10
**couple** 36:10
**court** 4:12 6:20
7:6,19 32:22
**curious** 35:7
**current** 5:12
27:20

**D**

**data** 22:16,19
23:21 26:1,4,5
30:4,7
**database** 22:23
23:2 25:18
**date** 4:4
**day-to-day**
12:14,17,19
**days** 18:14
27:16
**DB** 15:22
**death** 5:13
**December** 4:4
**decided** 29:18
**decision** 15:16
32:23
**decisions** 32:23
**defendants** 4:19
**department** 4:7
5:21,23 8:18
13:4,7,14,17
14:2,22 19:18
22:4 23:12
24:14 27:25
28:3 34:18,21,
23 35:11,14,
20,22 36:13,23
37:19,25 38:3
**departmental**
10:13 17:3

**departments**
13:9
**Depends** 22:12
**deposed** 5:14,
18,22
**deposition** 4:5
6:8 7:7,17
10:11 11:18,25
24:18 38:11
**depositions**
6:11,12
**describe** 13:21
14:14
**designated**
9:16,22 13:5
**designee** 19:9
**determine** 31:16
**difference**
24:7,8
**different** 14:9,
21 16:17
**differently**
16:10
**diligence** 34:7
**directive** 35:1
**directives**
10:14 11:9,11
**directly** 11:12
27:9
**disciplinary**
15:3,19,20,22,
24 32:25
**discuss** 26:16
31:10
**discussed** 31:23
32:6
**discussing** 27:3
**discussion**
38:13
**discussions**
26:7
**distinct** 33:18
**DOC** 8:19 10:18
12:9 13:2
22:16 23:6
33:16 35:16,19
**DOC's** 10:23
**doctor** 22:6
**document** 9:2,
10,12 10:16

documentation
  9:20
drop  19:16,19,
  21 31:9
dropped  30:8
due  27:22,23
  29:1 32:7,9
  34:6
duly  4:21
duplicate
  15:15,25 32:9,
  13 33:1
duplicates
  29:19 32:7,19,
  21 33:6,9
  34:16 35:9
duplicative
  35:3
duties  12:20

———————

**E**

earlier  26:10
  27:25 34:25
effectiveness
  26:2
efforts  29:13
EHR  23:17,20
  25:17 26:2,5,8
either  15:12
  29:7
electronic
  23:18,22 38:25
elevated  20:19
Elimination
  16:9
emergency  14:8,
  11,12 21:9
employ  13:2
employed  5:10
  12:9,11
employees  20:1
encompassed
  23:19
end  37:12 38:19
ensure  12:22
  16:16 19:21
  25:12
ensuring  17:1,
  8,12 25:10

entire  33:14
entries  26:5
errors  26:4,14
escapes  12:21
et  34:1
et al  4:10
event  21:8,11
  25:9 29:8
  31:13
everyday  7:15
exact  37:9
examined  4:22
exhibit  9:3,4
exists  32:3
experience
  18:22
explain  6:8

———————

**F**

facilities
  35:15,21,22,25
facility  23:6
  24:11
fact  16:4,20
fall  16:17
farm  13:23 14:3
file  13:24 14:6
  15:18 16:1
  17:19,22,25
  18:1 20:13,16
  22:12 25:16
  27:18 29:22
filed  20:22
  21:5,16 28:7,
  22 29:2,6,20
  30:2 32:8,12,
  20,22 33:8,17
files  13:12
  16:7 23:24
  29:9,21 34:15
  35:8
filing  21:12
  28:18 29:15
filings  27:23
Finally  8:13
finances  15:3
finger  7:11
finish  8:1,3

firm  4:15 5:2
first  4:21 8:15
  18:15 23:6
  29:12 36:13
five  34:5
Folks  4:9 12:4
followed  25:13
  35:21
follows  4:22
forgot  16:25
form  17:5 19:19
  28:13 33:19
formal  7:17
  13:22
forms  17:2
forwarded  22:2
foundation
  33:20
frame  23:11,12
front  6:21
full  5:7 7:2

———————

**G**

gathered  15:4
general  4:10
  11:3
generally  25:22
gestures  7:10
give  6:23 7:20
  31:8 34:6
given  28:8
giving  7:2
goes  34:2
going  9:2 10:19
  20:20 23:22
  26:22 31:6
  36:3 38:16
good  4:25 8:8
  38:23
governed  24:16
grievance  13:2,
  12,22,25 14:6,
  9,15 15:5
  16:13,25 17:2,
  5,10,20,22,25
  18:2,4,11,13,
  16 19:11
  20:22,24 22:9
  27:20 28:23
  30:10,13,15,

16,17 31:5,6,
  11,17 32:1,19
  34:17 35:10
grievances
  10:5,20 13:5,
  10 16:20 18:22
  19:8,24 20:3,
  13,16,18 21:4
  22:17,22 27:5,
  17,19 28:7,22
  30:1,5,21,24
  31:4,15 33:8,
  10,18 34:15
  35:6,8
ground  6:14
guess  17:11
guidelines
  32:14 35:20,23
guilty  7:16

———————

**H**

handled  14:12
  15:20,21,22
  16:10 22:4,7,9
handling  28:1
Hang  37:2
happen  16:1
happened  33:3
happy  9:1 37:7
head  7:10 20:11
headquarters
  34:19
health  12:8
  14:22 21:25
  23:7,9,18,22
  24:4,9,13,25
  25:3,5,23
  26:12,13
healthcare  15:2
  16:18 25:1,2,
  10,14
held  38:13
help  7:19,24
helpful  13:18
hire  28:11
hold  12:5 37:2
honest  6:23
hospital  22:5

**I**

identification
  9:4
immediate  21:14
immediately
  21:10 28:24
improve  26:8
inadequate
  21:25
incarcerated
  9:21
incarceration
  24:21
incident  20:23
  21:9,16,20,22
  27:10
include  25:2
incorrect  21:6
informal  14:5
information
  15:4,7,8 22:22
  23:7,14,21
  27:15 30:17
  35:3
initial  32:19
inmate  13:12,21
  14:5 15:8
  16:4,7,8 17:4,
  9,21,23 18:1,
  3,5,8,10
  19:15,19,20,21
  21:11 23:6
  24:15,22,23
  25:7,10 29:8,
  17 30:9 31:7,
  10 32:1,12
  33:4,17 34:10,
  15 35:8 36:15,
  18,25 37:22
inmate's  25:12
inmates  12:22
  17:2,13,20
  18:7 24:9,10
  28:5,18,22
  29:2,15 30:1,
  21,23 31:3,15
instance  21:24
instances  20:22
  27:4

instruct  8:12
intake  23:10
interact  18:8
internal  10:4,
  20 13:5,10,12
  14:9 31:6
investigate
  30:12
involve  12:14,
  17,20
involved  14:14
  16:13 22:11
  26:7 27:9
involving  6:4
  16:20 21:24
issue  20:7 32:4
  35:16,18
issues  9:8
  28:12,23 31:21

**J**

Jeff  4:10
Jenner  4:15 5:3
Joshua  4:9 12:4
judge  6:21
Julius  4:14 5:1
  37:9
jury  6:21

**K**

kinds  30:7
know  6:11 8:7,
  14 9:7 16:20,
  23 20:11
  23:11,25 31:3
  33:12 36:21,24
  37:20 38:2

**L**

L-E-A-N-N  5:8
lack  28:16 29:1
Landry  4:10
large  27:23
  34:12
law  4:15 5:2
leadership
  20:19,25 21:4,

19 22:10
Leann  5:8
leave  27:11,12
legal  13:8,14
  14:2 19:9,18
  27:24 34:3,9
letter  17:6,10
  19:15,17
level  18:15
life  15:2
limit  18:23
  19:5 27:6
limits  18:18
litigation  12:3
little  26:18
LLP  5:3
location  16:2
lockdown  15:18
  32:25
log  22:23 30:16
long  11:22
  12:9,11
long-term  22:5
look  30:9
lost  15:19,20,
  21 33:1
lot  29:19 32:6
  34:1
Louisiana  4:7,9
  5:11,19 8:18,
  20 12:6 13:11
  34:6,22 37:18
LSP  5:19 8:21
  33:16 35:1,6,
  7,18
Luke  4:16

**M**

M-A-G-H-E-N  5:8
made  20:24 21:4
  23:25
Maghen  4:6,20,
  25 5:8 26:16
  27:3 36:10
mail  13:24 14:3
maintained
  23:23
make  16:16

management
  10:24,25 11:3,
  4,5 12:18 23:4
  24:8 25:18
manner  27:13
mark  9:3
marked  9:4
master  24:24
materials  17:19
matter  4:9
  18:17,21 21:8
matters  10:14
mean  14:7,20
  31:7 37:7,10
means  7:9
medical  9:21
  11:1,4,7 12:7
  21:19,20,23
  22:4 23:7,9,
  16,19 24:4,12,
  25 25:3,5,11,
  23 26:11,13
  27:11
medications  7:1
meet  5:3,4,5
  11:17 19:4
meeting  18:18
member  31:14
mental  12:8
  21:25 23:7,9
  24:4,9,13,25
  25:3,5,23
  26:12,13
mentioned  7:18
  13:19 18:19,24
  24:17 28:25
  34:25
midstream  37:6
minutes  11:23
  34:5 36:2
mistakes  26:5
Mitchell  4:14,
  15,24 5:1 9:5
  27:2 28:14
  33:21
moment  25:15
month  24:2 28:8
  29:6
monthly  22:21
morning  4:25

move  34:5
moved  16:2,5
multiple  27:19
  29:5 33:17
  34:15 35:8
  36:17
multiples  27:21
  29:15

### N

name  4:14 5:1,
  6,7
nature  14:16
  22:24
necessary  27:14
need  7:18 8:13
  11:13,15 25:6,
  15
needed  27:10
newest  29:10
Nice  5:3,4,5
nine  12:12
nod  7:10
nonduplicates
  36:18 37:24
normal  22:3,7,9
number  9:19
  29:6 30:4
  33:23 34:11,12
numbers  11:10,
  13,15 24:18
numerize  31:2

### O

oath  4:22 6:16
object  8:10
  28:13 33:19
obligated  6:17
obtain  27:14
occurred  21:17,
  23
occurrence
  14:13 21:11,
  18,21
offender  15:17
  32:24
office  20:25

officer  13:15
  15:6 19:10
  27:9
officers  13:3
okay  6:14 7:22,
  23 8:17,24 9:9
  10:17 11:16
  13:1,20 23:3,5
  26:15,16 36:1,
  12 37:14 38:6,
  7
once  11:21
  23:15 24:12
  29:19,22
one  10:25 11:1,
  3,5,6 14:7
  16:24 20:7
  27:19,21 28:19
  29:10,12,17,
  20,21,23 33:9
  34:10,17 35:10
  36:1,14 37:1,
  20,22 38:3
OPC13  10:21
  11:13 33:11,12
  35:4
open  8:15 9:7,
  10
order  25:7
ordering  38:17
orders  38:15
outlined  35:12
outside  14:4

### P

p.m.  4:3 26:23
  27:1 36:4,7
  38:11 39:3
page  10:2
panel  15:17
  32:24
paper  17:7,9,
  13,14,16 23:23
pardon  15:16
  32:23
parole  12:5
  15:16 32:24
particular
  35:16

pause  8:16
pen  17:7,9,13,
  14,16
penitentiary
  5:11,20 8:21
  10:13 11:8,11
  12:6 13:11
  34:6,23 35:1
people  27:24
  28:2
Perfect  6:15
person  25:6
persons  9:22
Platzer  4:16
please  5:6 7:7
  8:1,6,11,13
  38:14 39:1
point  7:11
policies  10:3,
  23 24:16
policy  20:1,6,
  10,15 30:20
  31:25 32:3,11
  33:14,16
  34:14,18 35:7,
  17,18,19
  36:13,20,25
  37:21 38:2
position  5:12
possible  28:10
practice  17:18
  18:17,18 21:3
practices  10:3
PREA  14:24 16:9
  18:13
prefer  8:23
preparation
  11:17
prepare  10:10
  11:25
prepared  9:25
  10:7
preparing  7:6
pressure  19:23
pressuring
  20:2,13,16
pretrial  24:10,
  14
prevent  7:2
  12:21

previously
  5:18,22 30:2
  31:22
Prior  23:23
prison  6:4 16:9
  18:14 24:24
  31:16
prisoner  19:7,
  11
prisoners  19:23
  20:2,13,16
  21:5
probably  12:12
  21:17
probation  12:5
problem  26:21
problems  26:11
procedure
  13:13,16 15:12
  16:8,11 19:17
  21:12 22:13
  29:9 35:13,24
  38:4
procedures
  10:20 13:6
  22:3,7,10
  34:3,13
proceedings  4:1
  39:3
process  12:25
  14:10 15:5,10,
  24 16:12 18:12
  19:14 21:2
  22:11 28:1,23
  29:25 31:6,22
  32:10,12 33:1
program  10:25
programs  13:8,
  14 14:2 19:10,
  18 27:25
prohibiting
  20:1,15
property  15:2,
  19,21 17:24
  33:1
protocols  25:13
provide  7:8
  12:21 17:18
  27:10,12
provided  15:6,8
provider  25:10,
  14

**providers** 25:1, 2
**provides** 36:25
**providing** 25:6, 15
**provision** 33:12
**Public** 4:7 8:19 36:23 37:19 38:1
**pull** 11:13,15
**purpose** 32:18
**Purtill** 4:17 36:9 37:4,7, 12,15 38:9,16
**put** 38:3
**putting** 9:6

**Q**

**quality** 15:2
**question** 7:25 8:1,4,6,8,15 16:25 18:9 33:20 37:17
**questions** 7:5 8:11,12 12:7 36:10 37:9,13 38:6
**quick** 36:1 37:8
**quickly** 6:13

**R**

**rape** 16:9 18:14
**read** 16:15
**ready** 10:17
**Realistically** 33:23
**reason** 6:23 25:8 33:15 36:20,24 37:21 38:2
**reasons** 15:13 27:8 30:9 31:10,16 32:15,16 33:4
**receive** 25:11
**received** 19:17
**recent** 25:17
**recognize** 9:12

**record** 4:3,12 5:1,7 7:7,21, 25 10:21 23:16,18,22 24:7,24 25:9 26:14,17,23 27:1 36:4,7 38:12,13
**recordkeeping** 25:23 26:12
**records** 9:21 10:24,25 11:2, 3,4,5,7 12:18 14:22 23:3,19 24:4,9,13,22, 23,25 25:7,18
**refer** 8:18,20
**refresh** 6:14
**regarding** 10:23
**regulation** 17:3
**regulations** 10:4,13,18 35:12,20
**reject** 13:15 16:2,6 29:23 32:15
**rejected** 15:12, 14 16:14,21 29:8 32:13,17, 22 33:5
**rejecting** 32:14,18
**relate** 11:12 20:23
**related** 10:4
**relates** 10:14 11:1 12:7 35:14
**remedies** 34:8
**remedy** 10:19 13:6,13,16 15:11 16:7,11 19:16 21:12 22:13 29:9 33:3 34:2,13 35:13,24 38:4
**remembering** 24:18
**remote** 4:5
**repeat** 37:17
**repeatedly** 29:21

**rephrase** 8:7
**report** 14:13 21:11,19,21 22:20,21
**reporter** 4:12 7:6,19 38:14, 23 39:2
**reports** 23:10
**representative** 4:6 35:5 36:22 37:18,25
**represented** 6:6
**request** 15:25 33:2
**requesting** 33:3
**resolution** 31:9
**resolved** 31:5
**respective** 13:17
**respond** 18:15 27:15 29:16
**responded** 18:23 27:5
**responding** 7:9, 10 34:7
**response** 7:18 27:22 28:1 29:23
**responses** 7:8
**responsibilities** 12:14,17
**responsible** 13:10 17:1,8, 12 28:1
**restricts** 37:21
**result** 15:9
**resulting** 21:22
**retention** 9:20 10:21
**review** 10:18 11:9 13:22 15:18 25:12,16 32:25
**reviewed** 10:12
**reviews** 19:7
**rid** 29:13
**right** 8:22 22:8 37:1,16 38:23 39:2
**risk** 16:13 17:16

**rough** 38:18
**row** 5:13
**rules** 6:14 10:3 15:2 35:12
**run** 6:13

**S**

**S-H-I-P-L-E-Y** 5:9
**safety** 4:7 8:19 17:23 36:23 37:19 38:1
**Sarah** 4:17 37:3
**saying** 19:15
**says** 30:20 31:7,25 32:12
**schedule** 18:9
**screened** 14:3
**screening** 13:14 14:15 15:5,6, 7,9 16:21 18:12 19:10 34:1
**second** 6:3 10:2 28:24 37:3
**security** 12:21 19:18 21:15
**see** 9:19 10:5 26:19
**self-harm** 16:13,14,21 17:17 20:18,23 21:8,13
**send** 14:4 19:15
**sets** 35:20
**several** 7:5
**sex** 15:17 32:24
**share** 9:2
**Shipley** 4:6,20 5:8 37:16
**short** 26:24 36:5
**sic** 31:2 33:2 35:23
**sign** 18:6
**signed** 19:20
**simply** 34:4
**site** 22:6

situation  33:7
situations  32:8
small  34:11
solely  32:16
Sound  8:8
speak  9:22
  11:24 31:10
  32:4 33:13
specific  20:6,
  20
specifically
  11:2 23:11
speedier  16:12
spell  5:6
Spoke  10:12
spurtill@jenner.
com  38:21
staff  12:22
  19:23 20:12
  24:24 25:3,5
  28:11,17,21
  30:20,23 31:3,
  14,25 33:25
  34:5
staffing  29:1
stage  16:22
start  9:1 12:24
state  4:11 5:6,
  11,19 8:20
  12:6 13:11
  24:15 34:6,23
statement  21:6
  26:10 27:10,13
statistical
  22:21
step  16:24
  28:24 29:12
steps  13:19
  30:12 31:16
stop  29:15
storage  9:21
stored  22:23
  23:14,17 24:5
strictly  11:6
submit  13:21,
  23,25
submitted  14:15
  19:12 36:14,18
submitting
  16:25 17:10

subsequently
  33:8
substance  19:7
suicide  17:15,
  20,22 18:1,7
summary  23:9
sure  17:11
swear  4:13
switched  37:5
sworn  4:21
synced  38:20
system  23:20
  25:20 27:21
  28:19 33:24

                T

take  8:16 10:16
  16:24 30:12
  36:1 37:8
taken  4:8 12:22
  26:24 36:5
takes  31:16
taking  7:1
talk  23:3 26:18
talked  6:12
  27:4
talking  12:24
team  26:18
  38:22
tell  6:17 19:3
ten  12:12
tend  7:15
testified  4:22
  6:1
testify  9:17,25
  10:7
testifying  6:20
  34:20,22
testimony  6:19,
  24
Thank  38:8,9,24
  39:2
thanks  11:8
  26:19,20
That'd  33:14
thing  29:22
think  20:7
  26:15,18 28:10
  32:3 34:25

  36:1
threats  14:22
Three  5:17
thumbprinted
  19:20
time  4:3,11 6:3
  14:23 16:19
  18:18,23 19:4
  23:11,12 25:14
  26:20 27:6,21,
  22 28:20 29:18
  33:10,18
  34:11,17 35:10
  36:15 37:1,22
  38:5
timely  27:13
times  5:16 6:1
  11:20 29:19
  32:7
title  13:4
today  6:6,19,24
  7:3,5 8:18
  9:17,23 10:8
  34:20,22,25
today's  7:7
  10:10
top  20:11
topic  9:19,25
  10:2,7
topics  9:17
tracks  35:17,18
transcript  4:1
  7:6 38:15,17
  39:1
transferred
  24:10
transition
  25:17
transitioning
  25:19
treatment  12:8
  22:1 25:6
truth  6:17
truthful  7:3
try  7:7
two  9:17 10:14
  36:2
type  18:4 22:8
  27:11

                U

uh-huh  7:16,20
  8:25
uh-uh  7:16,20
underlies  32:11
understand
  6:16,19 7:13
  9:16 11:8 34:8
  38:1
understanding
  12:2,4
unusual  14:13
  21:10,18,21
UOR  21:23
USPS  14:3
UTC  4:4 38:11
utensils  17:19

                V

valid  16:3
variance  35:25
verbal  7:21
verbally  7:9,12
version  17:10
versus  4:9
video  38:19
video-recorded
  4:5
VIDEOGRAPHER
  4:2 26:22,25
  36:3,6 38:10
volume  29:1

                W

wait  8:1
walk  13:18
want  9:1 13:18
  16:24 19:21
  20:4
wanted  12:24
  26:16 27:3
warden  5:13
warden's  19:9
  20:25
watch  17:15,20,
  22 18:1,7

**way**  7:24 14:7
    24:5 37:20
**ways**  14:5 26:8
**withdraw**  19:11,
    23 20:2 24:7
    30:21,23 31:4,
    13,15 32:1
    33:15 35:17
**withdrawn**  30:1,
    4,13,15,16
    31:11,17
**withdrew**  30:10
**witness**  4:13,21
    5:18,23
**work**  6:13 8:4
    14:10 33:25
    34:2
**works**  6:8 13:11
    21:2
**write**  18:4
    34:18
**writing**  13:25
    17:19

---

### Y

**years**  12:10,13
**York**  5:2

---

### Z

**Zoom**  9:6