UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA FOLKS**,<br><br>*Plaintiff*,<br><br>v.<br><br>**JEFF LANDRY**, *et at.*,<br><br>*Defendants*. | Civ. Case No. 23-cv-01289-SDD-RLB |

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff Joshua Folks respectfully moves to withdraw Oren Nimni and to enroll Lydia Wright as counsel of record in this case. Mr. Nimni has concluded his employment with Rights Behind Bars and therefore respectfully requests that he be allowed to withdraw and that Ms. Wright (La. Bar No. 37926), be enrolled in his place. All other enrolled counsel shall remain the same.

WHEREFORE, Plaintiff respectfully requests that his Motion to Substitute Counsel be granted, that Lydia Wright be enrolled as additional counsel of record for Plaintiff, and that Oren Nimni be permitted to withdraw in the above-captioned action.

Respectfully submitted this 20th day of October, 2025,

| | |
|---|---|
| */s/ Lydia Wright*<br>Lydia Wright, La. Bar No. 37926<br>Rights Behind Bars<br>1800 M St. NW Fnt. 1 #3381<br>Washington, D.C. 20033<br>Tel: (202) 455-4399<br>lydia@rightsbehindbars.org | */s/ Oren Nimni*<br>Oren Nimni (MA BBO No. 691821)*<br>Peoples Law Project<br>278 Strong Street<br>Amherst, MA 01002<br>orenn1705@gmail.com<br><br>*Admitted pro hac vice |