**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JOSHUA FOLKS**,

                    *Plaintiff*,

    v.

**JEFF LANDRY**, *et at.*,

                 *Defendants*.

Civ. Case No. 23-cv-01289-SDD-RLB

**[PROPOSED] ORDER**

Considering Plaintiff's Motion to Substitute Counsel, it is **ORDERED** that the Motion is **GRANTED**. Lydia Wright of Rights Behind Bars is hereby substituted as counsel of record for Plaintiff, and Oren Nimni is permitted to withdraw from this case.

Baton Rouge, Louisiana, this _____ day of October, 2025.

_____
United States District Judge