UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JOSHUA FOLKS**,

    *Plaintiff*,

v.

**JEFF LANDRY,** *et al.,*

    *Defendants*.

Civil Case No. 23-cv-01289-SDD-RLB

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff, through undersigned counsel, hereby moves pursuant to Local Rule 83.8.A for an Order admitting Derrick Luster *pro hac vice* as counsel in the above-captioned matter.

Mr. Luster is a licensed attorney admitted to practice in the State of California. He is an attorney at Rights Behind Bars, a civil rights law firm based in Washington, D.C. Mr. Luster's contact information is as follows: Derrick Luster, Rights Behind Bars, 1800 M St. NW Fnt. 1 #3381, Washington, D.C. 20033, Tel: (202) 455-4399, derrick@rightsbehindbars.org.

Attached as **Exhibit A** is Mr. Luster's declaration under oath that no disciplinary proceedings or criminal charges have been instituted against him. *See* Local Rule 83(b)(8)(C). That declaration also includes the statement required by Local Rule 83(b)(8)(D).

Attached as **Exhibit B** is a Certificate of Good Standing issued by the Central District of California. *See* Local Rule 83(b)(8)(B).

Undersigned counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Dated: November 20, 2025

>Respectfully submitted,
>
>/s/ *Lydia Wright*
>Lydia Wright, La. Bar No. 37926
>**RIGHTS BEHIND BARS**
>1800 M St. NW Fnt. 1 #33821
>Washington, D.C 20033
>Telephone: (202) 455-4399
>lydia@rightsbehindbars.org