UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JOSHUA FOLKS**,

   *Plaintiff*,

v.

**JEFF LANDRY,** *et al.,*

   *Defendants*.

Civil Case No. 23-cv-01289-SDD-RLB

## DECLARATION OF DERRICK LUSTER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Derrick Luster, declare the following:

   1.   I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

   2.   No criminal charges are pending against me nor have any ever been instituted.

   3.   No disciplinary proceedings are pending against me or have been instituted against me.

   4.   I am a member in good standing of the bar of the State of California (#353723).

   5.   My Certificate of Good Standing from the Central District of California is submitted with this motion.

   6.   I affirm that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law and abide by any and all Local Rules.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2025

                Respectfully submitted,

                /s/ Derrick Luster
                Derrick Luster
                **RIGHTS BEHIND BARS**
                1800 M St. NW Fnt. 1 #33821
                Washington, D.C 20033
                (202) 455-4399
                derrick@rightsbehindbars.org