# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

__Derrick Lamont Luster II__, Bar No. __353723__

was duly admitted to practice in this Court on __03/10/2025__
DATE

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __9/19/2025__
Date

BRIAN D. KARTH
Clerk of Court

By _/s/ Audree Sellarole_
Audree Sellarole, Deputy Clerk

G-52 (1/24)    CERTIFICATE OF GOOD STANDING