UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JOSHUA FOLKS**,

   *Plaintiff*,

v.

**JEFF LANDRY,** *et al.,*

   *Defendants*.

Civil Case No. 23-cv-01289-SDD-RLB

**[PROPOSED] ORDER**

Considering the foregoing Ex Parte Motion for Admission *Pro Hac Vice*,

**IT IS ORDERED** that attorney **Derrick Luster** be enrolled as counsel of record for the Plaintiff in the above captioned matter.

Signed in Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA