UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>    Plaintiff,<br><br>    v.<br><br>Louisiana Attorney General Jeff Landry, Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan LeFleur, Acute Treatment Unit Director Ashli Oliveaux, Dr. Gamble, Officer Doe, and EMT Doe,<br><br>    Defendants. | Civ. Case No. 23-cv-01289-SDD-RLB |

**PLAINTIFF'S OPPOSED MOTION FOR CONTINUANCE OF TRIAL**

**NOW INTO COURT**, through undersigned *pro bono* counsel, comes Plaintiff Joshua Folks ("Plaintiff"), who respectfully asks this Court to issue an Order granting a six-week continuance of the trial of this matter, which is currently set to commence on January 26, 2026. In support thereof, Mr. Folks states as follows:

1. For the reasons spelled out in the accompanying memorandum, a brief continuance of Mr. Folks's trial will promote judicial economy and efficient use of Court and party resources.

2. Defendants oppose this Motion.

3. This Motion is not made for purposes of delay, and the requested continuance will not prejudice any party to this action.

WHEREFORE, Mr. Folks respectfully requests the Court continue the trial date by six weeks, or to a date that is convenient for the Court.

Dated: November 21, 2025

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
**RIGHTS BEHIND BARS**
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org

Respectfully submitted,

*/s/ Elizabeth Edmondson*
Elizabeth A. Edmondson (*pro hac vice*)
Sarah A. Purtill (*pro hac vice*)
Julius J. Mitchell (*pro hac vice*)
Kevin K. Si (*pro hac vice*)
Shailee Diwanji Sharma (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600
EEdmondson@jenner.com
SPurtill@jenner.com
Julius.Mitchell@jenner.com
KSi@jenner.com
SSharma@jenner.com

Kenneth D. Beale (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave NW # 900
Washington, DC 20001
Telephone: (202) 639-6000
KBeale@jenner.com

*Attorneys for Plaintiff*