UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>      Plaintiff,<br><br>      v.<br><br>Louisiana Attorney General Jeff Landry, Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan LeFleur, Acute Treatment Unit Director Ashli Oliveaux, Dr. Gamble, Officer Doe, and EMT Doe,<br><br>      Defendants. | Civ. Case No. 23-cv-01289-SDD-RLB |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSED MOTION FOR CONTINUANCE OF TRIAL

Plaintiff Joshua Folks respectfully requests a brief, six-week continuance of the January 26, 2026 trial date, with corresponding adjustment of pretrial deadlines. Defendants oppose this motion.

Defendants filed a motion for summary judgment on July 18, 2025. *See* R. Doc. 55. Briefing concluded on August 29, 2025, *see* R. Doc. 75, and the motion is now fully submitted. The Court's ruling will materially impact case strategy, witness selection, and the scope of evidence to be presented at trial and would provide clarity that may facilitate settlement. A brief continuance would allow both parties to incorporate the Court's ruling into their trial preparation and pretrial submissions, promoting judicial economy and the efficient use of Court and party resources.

Additionally, the recent government shutdown impacted the trial schedule of another matter Mr. Folks's *pro bono* counsel is trying before this Court—Case No. 3:22-cv-00020-SDD-RLB. That trial is now scheduled for January 20, 2026, the week immediately prior to Mr. Folks's trial. Several members of Mr. Folks's trial team also represent the plaintiff in that matter and will be at the trial the week prior. A modest continuance would allow counsel to more effectively represent Mr. Folks's interests.

For the foregoing reasons, Mr. Folks respectfully requests the Court continue the trial date by six weeks, or to a date that is convenient for the Court.

Dated: November 21, 2025

Respectfully submitted,

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
**RIGHTS BEHIND BARS**
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org

*/s/ Elizabeth Edmondson*
Elizabeth A. Edmondson (*pro hac vice*)
Sarah A. Purtill (*pro hac vice*)
Julius J. Mitchell (*pro hac vice*)
Kevin K. Si (*pro hac vice*)
Shailee Diwanji Sharma (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600
EEdmondson@jenner.com
SPurtill@jenner.com
Julius.Mitchell@jenner.com
KSi@jenner.com
SSharma@jenner.com

Kenneth D. Beale (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave NW # 900
Washington, DC 20001
Telephone: (202) 639-6000
KBeale@jenner.com

*Attorneys for Plaintiff*