UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>Louisiana Attorney General Jeff Landry, Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan LeFleur, Acute Treatment Unit Director Ashli Oliveaux, Dr. Gamble, Officer Doe, and EMT Doe,<br><br>　　　　Defendants. | Civ. Case No. 23-cv-01289-SDD-RLB |

**PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF HIS MOTION FOR CONTINUANCE OF TRIAL**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Joshua Folks ("Plaintiff"), who respectfully files a motion for expedited consideration regarding his motion for continuance of trial and states the following:

　　　　1.　　Mr. Folks has filed a motion seeking a brief six-week continuance of the trial of this matter, which is currently set to commence on January 26, 2026. Defendants oppose this motion.

　　　　2.　　Given the immediacy with which a decision is needed on its motion, Mr. Folks respectfully requests a decision from this Court with expedited consideration. The attached memorandum in support of this motion more fully explains the urgency of this matter.

1

WHEREFORE, Plaintiff respectfully requests the Court to expedite consideration of Plaintiff's motion for continuance of trial.

Dated: November 21, 2025

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
**RIGHTS BEHIND BARS**
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org

Respectfully submitted,

*/s/ Elizabeth Edmondson*
Elizabeth A. Edmondson (*pro hac vice*)
Sarah A. Purtill (*pro hac vice*)
Julius J. Mitchell (*pro hac vice*)
Kevin K. Si (*pro hac vice*)
Shailee Diwanji Sharma (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600
EEdmondson@jenner.com
SPurtill@jenner.com
Julius.Mitchell@jenner.com
KSi@jenner.com
SSharma@jenner.com

Kenneth D. Beale (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave NW # 900
Washington, DC 20001
Telephone: (202) 639-6000
KBeale@jenner.com

*Attorneys for Plaintiff*