UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>      Plaintiff,<br><br>      v.<br><br>Louisiana Attorney General Jeff Landry, Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan LeFleur, Acute Treatment Unit Director Ashli Oliveaux, Dr. Gamble, Officer Doe, and EMT Doe,<br><br>      Defendants. | Civ. Case No. 23-cv-01289-SDD-RLB |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF HIS MOTION FOR CONTINUANCE OF TRIAL**

Plaintiff Joshua Folks seeks expedited consideration of his motion for continuance of trial. The trial is currently scheduled to begin on January 26, 2026. Briefing for defendants' summary judgment motion, which was filed on July 18, 2025, concluded on August 29, 2025, and the motion is now fully submitted. *See* R. Doc 55; R. Doc. 75. The parties are currently awaiting judicial consideration of the summary judgment motion. Expedited consideration of Mr. Folks's motion for continuance of trial will allow Mr. Folks's *pro bono* counsel to plan their trial preparation appropriately and avoid unnecessary expenditure of resources should the Court grant summary judgment in whole or in part. It will also promote judicial efficiency by ensuring that the parties do not spend time briefing and preparing for issues that may be resolved on summary judgment.

Additionally, Mr. Folks's jury trial is currently scheduled for the week after the jury trial before this Court in Case No. 3:22-cv-00020-SDD-RLB, another matter in which plaintiff's *pro*

1

*bono* counsel serves as counsel of record. Should the continuance not be granted, this consecutive trial scheduling would require substation of certain counsel, necessitating time for new counsel to prepare adequately. Prompt consideration of Plaintiff's motion for continuance will allow Mr. Folks's counsel to determine whether substitute counsel is necessary well in advance of trial, and it will ensure adequate time for substitute counsel to prepare for trial if necessary. In short, expedited consideration of Plaintiff's motion to continue trial will enable Mr. Folks's trial team to ensure that it is properly staffed and prepared, regardless of the Court's ruling on the continuance motion, thereby serving the interests of judicial economy and effective representation.

Thus, in order to allow plaintiff's counsel to best prepare for trial and thus ensure Mr. Folks is adequately represented, plaintiff's counsel respectfully requests that this Court expedite consideration of Plaintiff's Motion for Continuance of Trial.

Dated: November 21, 2025

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
**RIGHTS BEHIND BARS**
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org

Respectfully submitted,

*/s/ Elizabeth Edmondson*
Elizabeth A. Edmondson (*pro hac vice*)
Sarah A. Purtill (*pro hac vice*)
Julius J. Mitchell (*pro hac vice*)
Kevin K. Si (*pro hac vice*)
Shailee Diwanji Sharma (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600
EEdmondson@jenner.com
SPurtill@jenner.com
Julius.Mitchell@jenner.com
KSi@jenner.com
SSharma@jenner.com

                    Kenneth D. Beale (*pro hac vice*)
                    JENNER & BLOCK LLP
                    1099 New York Ave NW # 900
                    Washington, DC 20001
                    Telephone: (202) 639-6000
                    KBeale@jenner.com

*Attorneys for Plaintiff*