UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>      Plaintiff,<br><br>      v.<br><br>Louisiana Attorney General Jeff Landry, Louisiana Department of Public Safety & Corrections, Warden Tim Hooper, Assistant Warden for Health Services Doe, Director of Medical Services Paul Toce, Medical Department Director Dan LeFleur, Acute Treatment Unit Director Ashli Oliveaux, Dr. Gamble, Officer Doe, and EMT Doe,<br><br>      Defendants. | Civ. Case No. 23-cv-01289-SDD-RLB |

### [PROPOSED] ORDER

Considering the foregoing *Motion for Expedited Consideration of Plaintiff's Motion for Continuance of Trial*, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**SIGNED** in Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1