**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JOSHUA FOLKS                                    CIVIL ACTION

versus

JEFF LANDRY, ET AL.                             23-1289-SDD-RLB

## JUDGMENT

For the written reasons assigned:[1]

Judgment is hereby entered in favor of Defendants the Louisiana Department of Public Safety & Corrections, Tim Hooper, Paul Toce, Dan Lafleur, Ashli Oliveaux, Matthew Gamble, Assistant Warden of Health Services Doe, Residential/Acute Treatment Unit Director Doe, Officer Doe, and Emergency Medical Technician Doe and against Plaintiff Joshua Folks.

This matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this __1st__ day of __December__, 2025.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] *See* Rec. Doc. 83.