UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF RETENTION OF<br>SEALED DOCUMENTS FOLLOWING<br>THE CLOSURE OF A CASE RECORD | GENERAL ORDER<br><br>NO. 2019- 4 |

## GENERAL ORDER

**IT IS ORDERED** that all pleadings and other papers filed under seal in civil and criminal actions shall be maintained under seal for thirty days following final disposition of the action. After that time, all sealed pleadings and other papers shall be placed in the case record unless a District Judge or Magistrate Judge, upon motion and for good cause shown, orders that the pleading or other paper be maintained under seal. The following pleadings and other papers are excluded from this order and shall remain under seal:

> Grand Jury proceedings and any pleading related thereto, including Grand Jury testimony;
> Statement of Reasons;
> Character Letters;
> 5K1.1 Motions and any pleading related thereto;
> Psychiatric Reports and Medical Records;
> Sentencing Memoranda and any pleading related thereto;
> Proposed pleadings that have been denied leave of court to be filed;
> Unredacted Indictments (which contain the Jury Foreperson's name/signature);
> Sealed Plea Agreement Supplements shall remain under seal pursuant to General Order 16-14;
> Sealed court records identified in General Order 07-08 shall remain sealed in accordance with said order.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to file this General Order in the record of all civil and criminal cases upon the issuance of a final judgment or dismissal.

**IT IS FURTHER ORDERED** that the deadline for filing any motions regarding the unsealing of any document shall be within thirty days of the final disposition of any action and shall contain a concise statement of reasons for maintaining the pleading or other paper under seal.

**IT IS FURTHER ORDERED** that General Order Number 93-1 is hereby **VACATED**.

Baton Rouge, Louisiana, this 8 day of July, 2019.

*[signature]*
**SHELLY D. DICK, CHIEF JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**