UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>    Plaintiff,<br><br>    v.<br><br>Louisiana Attorney General Jeff Landry, *et al.*,<br><br>    Defendants. | Civ. Case No. 23-cv-01289-SDD-RLB |

### [PROPOSED] ORDER

Considering Plaintiff's foregoing *Motion for Reconsideration*, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that the ruling and judgment previously entered at R. Docs. 83 and 84 are hereby **VACATED**.

**SIGNED** in Baton Rouge, Louisiana, this ___ day of _____, 2025.

 

_____
JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1