UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JOSHUA FOLKS**,

    *Plaintiff*,

v.

**JEFF LANDRY,** *et al.,*

    *Defendants*.

Civil Case No. 23-cv-01289-SDD-RLB

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS
<u>MOTION FOR LEAVE TO FILY REPLY</u>**

Pursuant to Local Rule 7(f), Plaintiff Joshua Folks respectfully seeks leave to file a Reply Memorandum in support of his Motion for Reconsideration.[1] The proposed memorandum is attached hereto as **Exhibit A.**

On December 1, 2025, this Court granted Defendants' Motion for Summary Judgment on the sole ground of failure to exhaust remedies under the Prison Litigation Reform Act ("PLRA") and dismissed this action with prejudice.[2] Mr. Folks moved for reconsideration on December 16, 2025.[3] Defendants filed an opposition brief on January 6, 2026. Without otherwise addressing the underlying basis for Mr. Folks's request for reconsideration, Defendants' opposition makes two new arguments: (1) that Mr. Folks's argument in response to Defendants' PLRA defense was waived; and (2) that there is an independent ground to grant Defendants' Motion for Summary Judgment, which the Court did not reach in its summary judgment ruling.[4] Mr. Folks therefore

---

[1] R. Doc. 86.
[2] R. Docs. 83, 84.
[3] R. Doc. 86.
[4] R. Docs. 83, 87.

1

submits that there is good cause for leave to file a short reply so that he can respond to Defendants' two arguments and assist the Court in ruling on his Motion for Reconsideration.

The attached Reply Memorandum is timely under Local Rule 7(f), as it is filed within fourteen days of service of Defendants' opposition.

WHEREFORE, Mr. Folks respectfully requests that his Motion for Leave to File Reply is granted.

Dated: January 14, 2026    Respectfully submitted,

/s/ Elizabeth A. Edmondson
Elizabeth A. Edmondson (*pro hac vice*)
Sarah A. Purtill (*pro hac vice*)
Julius J. Mitchell (*pro hac vice*)
Kevin K. Si (*pro hac vice*)
Shailee Diwanji Sharma (*pro hac vice* forthcoming)

**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600
EEdmondson@jenner.com
SPurtill@jenner.com
Julius.Mitchell@jenner.com
KSi@jenner.com
SSharma@jenner.com

Kenneth D. Beale (*pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Ave NW # 900
Washington, DC 20001
Telephone: (202) 639-6000
KBeale@jenner.com

/s/ Lydia Wright
Lydia Wright, La. Bar No. 37926
Derrick L. Luster (*pro hac vice*)
**RIGHTS BEHIND BARS**
1800 M St. NW Fnt. 1 #33821

2

Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org

*Attorneys for Plaintiff*