UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Folks,<br><br>    Plaintiff,<br><br>    v.<br><br>Louisiana Attorney General Jeff Landry, *et al.*,<br><br>    Defendants. | Civ. Case No. 23-cv-01289-SDD-RLB |

**[PROPOSED] ORDER**

Considering Plaintiff's foregoing *Motion for Leave to File Reply in Support of Motion for Reconsideration*, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff is permitted to file the proposed pleading.

**SIGNED** in Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1