**UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Joshua Folks,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Louisiana Dep't of Public Safety &<br>Corrections, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 3:23-cv-01289-SDD-RLB |

## MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT**, comes undersigned counsel, Julius J. Mitchell, who respectfully moves this Court for an Order allowing him to withdraw as counsel of record for Plaintiff Joshua Folks in the above-captioned matter. As of March 20, 2026, Julius J. Mitchell will no longer be employed by law firm Jenner & Block LLP. George Allan, Jr., Kenneth D. Beale, Elizabeth Edmondson, Caroline Gabriel, Derrick Luster, William Brock Most, Erin M. Murphy, Sarah Ann Purtill, Kevin K. Si, Amanda C. Walsh, and Lydia Wright will continue to represent Plaintiff. This withdrawal will not prejudice Plaintiff or any other party in this matter.

Therefore, for good cause shown, Julius J. Mitchell respectfully requests that the Court grant his Motion to Withdraw as Counsel for Plaintiff.

Dated:  March 18, 2026.

> Respectfully submitted,
> */s/Julius J. Mitchell*
> Julius J. Mitchell
> JENNER & BLOCK LLP
> 1155 Avenue of the Americas
> New York, NY 10036-2711
> Telephone: (212) 891-1600
> Julius.Mitchell@jenner.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2026 a true and correct copy of the foregoing was filed on the Court's CM/ECF document filing system, which will cause electronic notification of the filing to be sent to all counsel of record filed with the Clerk of the Court.

/s/*Julius J. Mitchell*
Julius J. Mitchell