**UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA**

Joshua Folks,

Plaintiff,

v.

Louisiana Dep't of Public Safety &
Corrections, *et al.*,

Defendants.

Civil Action No. 3:23-cv-01289-SDD-RLB

### [PROPOSED] ORDER

Considering the Motion to Withdraw as Counsel filed by Julius J. Mitchell, counsel for

Plaintiff Joshua Folks;

IT IS HEREBY ORDERED that the Motion is GRANTED. Julius J. Mitchell is hereby

withdrawn as counsel of record for Plaintiff.

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2026.

_____
United States Magistrate Judge
Middle District of Louisiana